# EXHIBIT A

# INDICO SYSTEM RESOURCES, INC.

8926 Forest Hills Blvd. Dallas, TX 75218; Tel: 214 659-2197, Email: saml@uslsr.com

## SOFT CORPORATE OFFER

We, Indico System Resources, Inc. hereafter known as **INDICO**, by management contract with our client are ready and able to supply you _PSFLP_ at _42.75 Belle Meade_ _per/oz_ with Alluvial Au (Raw Gold Ore, Dust) of very fine purity, we require Buyer's $250,000.00 (Two Hundred and Fifty Thousand Dollars) Ernest Payment, which is 20% of desired quantity of Au refined value for that day.

Date: November 22, 2011                    Offer good/available for 5 Days

**COMMODITY SPECIFICATIONS:**
a) COMMODITY:    Aurum Utallum (Gold), Au
b) FORM:         Au Dust
c) PURITY:       91% minimum value
d) FINENESS:     22+ karats plus
e) ASSAY:        Final assay by third party refinery, this value will be accepted by both Buyer and Seller
f) ORIGIN:       Americas, Asia, and Africa
g) PACKING:      Export Package Boxes or any other suitable packaging commonly used in the trade
h) S.G.:         Specific Gravity- 18.2
i) DISCOUNT:     Twenty percent (20%) Gross, minus costs (S/H), anticipated COST ~11-14%
j) QUANTITY:     Quantity held by Ernest monies (20%), first come first served
PRICE:           US Spot Price (At Time of Refinement Plus S/H), Minus Discount

The total price to be paid by the Buyer is in two parts; at market price minus discount to be fixed time of refinement. Said Au is to be immediately: a) Sold, Buyer is paid their Earnings, b) Purchased, Buyer pays balance and Au is Delivered or c) Distributed as Principle and Profits, were Buyer is Paid/Receives in a Combination of, a) and b). Buyer's choice.

The Buyer and Seller are responsible for any and all of their own incidental costs & undisclosed commissions. All costs for Au from its origin, to its destiny are paid for and deducted from the 20% discount that includes; export, import, taxes, insurance, shipping/courier and refining. $1(20% earnest payment) controls $5; the net profit anticipated (ROI) is 30-45%.

_**Ernest monies, twenty percent (20%) of estimated refined market value is due at time of signing this document, as per Buyers preference of $250,000.00 (Two Hundred and Fifty Thousand Dollars).**_

i.) If the Au is to be sold for the Buyer: The Buyer will be paid, immediately after sale of Au, the amount paid (Earnest Monies) plus the profit. The profit being the discount amount (20%) minus the costs (11-14%), as in a normal turnkey buy/sell transaction. Profits (6-9%) are X5 due to the earnest moneys; every $1 earnest controls $5 of Au for purchase. EXAMPLE: $250,000.00 Investment amount leveraged 5 times = $1,250,000.00 actual value generating gains ($250,000.00 x 30% (if 6%x5) = $75,000.00 anticipated ROI).

ii.) If the Buyer desires to take possession of the Au: The Balance is due at time of refinement. This price is calculated at Market price time of refinement, minus: 1.) The earnest monies 20%, and 2.) The estimated profit being (Ex: $75,000.00), the discount amount (20%) minus the costs. If Balance is not paid, within 72hrs, condition [i] Applies, and Au will be sold immediately with Buyers earnings paid out to them.

iii.) The Buyer also has the option to take whatever portion of the cash from [i] in any form of precious metals available they would like; i.e. Raw Au dust, bar, and Bullion or coin in: Silver, Au, or Platinum.

_____  Date: 11/22/11        _____  Date: 11/22/11
Approved by: Dr. Cleal Watts III; CFO. INDICO    Buyer: