13-2578
Sledge, et al
- v -
Watts. et.al

13-2578
Sledge, et al
- v -
Watts. et.al

CHARMIANE G. CLAXTON

JON P. McCALLA

Activity in Case 2:13-cv-02578 Sledge et al v. Watts et al "Complaint"
cmecfhelpdesk
to:
courtmail
07/29/2013 05:28 PM
Hide Details
From: cmecfhelpdesk@tnwd.uscourts.gov

To: courtmail@tnwd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Western District of Tennessee**

## Notice of Electronic Filing

The following transaction was entered by Phillips, Darrell on 7/29/2013 at 5:28 PM CDT and filed on 7/29/2013

**Case Name:** Sledge et al v. Watts et al
**Case Number:** 2:13-cv-02578
**Filer:** Mary Phillipa Sledge
Pidgeon Sledge Family Limited Partnership
Mary Jane Pidgeon Sledge Trust
**Document Number:** 1

**Docket Text:**
**COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0651-1742829), filed**

Case 2:13-cv-02578-STA-cgc Document 2 Filed 07/29/13 Page 2 of 2 PageID 35