UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

v.

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**

Civ. 2:13-cv-2578 _____

---

## CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Fed. R. Civ. P. 7.1, Pidgeon Sledge Family Limited Partnership hereby discloses that there is no parent corporation or any publicly held corporation owning ten percent (10%) or more of its stock.

Respectfully Submitted,

_s/ Darrell N. Phillips_____
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*dphillips@pcplc.com*
**Attorneys for Plaintiffs**