AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust and Pidgeon Sledge Family Limited Partnership <br><br> *Plaintiff(s)* <br> v. <br> Indico System Resources, Inc. and Cleal Watts, III <br><br> *Defendant(s)* | Civil Action No. 2:13-cv-2578 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cleal Watts, III
8926 Forest Hills Blvd
Dallas, Texas 75218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anthony C. Pietrangelo, John J. Cook, Darrell N. Phillips
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/30/2013          s/ Judy Easley
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-2578

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Cleal Watts III**
was received by me on *(date)* **10/25/2013**.

☑ I personally served the summons on the individual at *(place)* **8926 Forest Hills Blvd Dallas, Texas 75218** on *(date)* **10/26/2013**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **75.00** for travel and $ **32.00** for services, for a total of $ **107.00** ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: **10/26/2013**

Server's signature

**Jaime Sanchez**
Printed name and title

**402 E Highway 121 Spc. 73, Lewisville, Texas 75057**
Server's address

Additional information regarding attempted service, etc: