AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust and Pidgeon Sledge Family Limited Partnership<br><br>*Plaintiff(s)*<br>v.<br>Indico System Resources, Inc. and Cleal Watts, III<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:13-cv-2578<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Indico System Resources
c/o Cleal Watts, III, Registered Agent
5280 Trail Lake Drive, Suite 14
Fort Worth, Texas 76133
or
8926 Forest Hills Blvd
Dallas, Texas 75218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony C. Pietrangelo, John J. Cook, Darrell N. Phillips
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

s/ Judy Easley
*Signature of Clerk or Deputy Clerk*

Date:   07/30/2013

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-2578

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Chal Watts III, Registered Agent__
was received by me on *(date)* __10/25/2013__ .

☑ I personally served the summons on the individual at *(place)* __8926 Forest Hills Blvd, Dallas, Texas 75218__ on *(date)* __10/26/2013__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __75.00__ for travel and $ __32.00__ for services, for a total of $ __107.00__ ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: __10/26/2013__

_____
Server's signature

__Jaime Sanchez__
Printed name and title

__402 E. Highway 121, Spc 73, Lewisville, Texas 75057__
Server's address

Additional information regarding attempted service, etc: