IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP, <br>           Plaintiffs, <br> v. <br> INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III <br>           Defendants. | Case No. 2:13-cv-2578 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants Indico System Resources, Inc. and Cleal Watts, III, ("Defendants"), by and through counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.2, hereby move this Court for an Order extending the time within which to answer or otherwise respond to Plaintiffs' Complaint in this cause, for an additional period of fourteen (14) days, from November 19, 2013, up to and including December 3, 2013.

Wherefore, premises considered, Defendants request that this Court extend the time within which it must answer or otherwise respond to Plaintiffs' Complaint, from November 19, 2013 to December 3, 2013.

          Respectfully Submitted,

          BAKER DONELSON BEARMAN
          CALDWELL & BERKOWITZ, PC

          /s/ Bruce A. McMullen
          Bruce A. McMullen (#18126)
          Lori Patterson (# 19848)
          Mary Wu (#31339)
          165 Madison Ave, Suite 2000
          Memphis, Tennessee 38103
          (901) 526-2000
          bmcmullen@bakerdonelson.com
          mwu@bakerdonelson.com

*Attorneys for Defendants*

## CERTIFICATE OF CONSULTATION

Defendants, pursuant to Local Rule 7.2(a)(1)(B), hereby certifies to this Court that he called Plaintiffs' counsel of record on November 18, 2013 via telephone to discuss the relief requested in this Motion. Plaintiffs' counsel have agreed to the relief requested in this Motion.

          /s/ Bruce A. McMullen
          Bruce McMullen

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of November 2013, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

        Darrell N. Phillips
        Pietrangelo Cook PLC
        6410 Poplar Avenue, Suite 190
        Memphis, TN 38119

          /s/ Bruce A. McMullen
          Bruce A. McMullen