IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,<br>    Plaintiffs,<br>v.<br>INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:13-cv-2578<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants Indico System Resources, Inc. and Cleal Watts, III, ("Defendants"), by and through counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.2, respectfully submit to this Court this Memorandum in Support of their Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. In support of their Motion, Defendants state:

Defendants were served with Plaintiffs' Complaint on October 29, 2013. (D.E. 7-8). Defendants' Answers or responsive pleadings are due November 19, 2013. Counsel for Defendants have only recently been retained and will require additional time to properly respond to Plaintiffs' 25-page Complaint. There is good cause to extend time in this matter for Defendants to respond to Plaintiffs' Complaint. Counsel for Plaintiffs have agreed to a two-week extension.

1

Wherefore, premises considered, Defendants request that this Court extend the time within which it must answer or otherwise respond to Plaintiffs' Complaint, from November 19, 2013 to December 3, 2013.

> Respectfully Submitted,
>
> BAKER DONELSON BEARMAN
> CALDWELL & BERKOWITZ, PC
>
> /s/ Bruce A. McMullen
> Bruce A. McMullen (#18126)
> Lori Patterson (# 19848)
> Mary Wu (#31339)
> 165 Madison Ave, Suite 2000
> Memphis, Tennessee 38103
> (901) 526-2000
> bmcmullen@bakerdonelson.com
> mwu@bakerdonelson.com
>
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of November 2013, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

> Darrell N. Phillips
> Pietrangelo Cook PLC
> 6410 Poplar Avenue, Suite 190
> Memphis, TN 38119
> 901-685-2662

> /s/ Bruce A. McMullen
> Bruce A. McMullen