# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP, <br>         Plaintiffs, <br><br> v. <br><br> INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III <br><br>         Defendants. | Case No. 2:13-cv-2578 |

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Upon motion of the Defendants Indico System Resources, Inc. and Cleal Watts, III, ("Defendants"), for an extension of time to answer or otherwise respond to Plaintiffs' Complaint, this Court finds the motion is well-taken and should be granted.

Defendants' Motion is GRANTED, and Defendants shall have up to and including December 3, 2013 to answer or otherwise respond to Plaintiffs' Complaint.

IT IS SO ORDERED, this 19th day of November, 2013.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

M MXW01 2446696 v1
0-0  11/18/2013