# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP, <br>           Plaintiffs, <br> v. <br> INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III <br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. 2:13-cv-2578 |

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendants Indico System Resources, Inc. and Cleal Watts, III, ("Defendants"), by and through counsel for this limited purpose, pursuant to Federal Rule of Civil Procedure 12(b)(2), hereby this Court to dismiss Plaintiffs' Complaint for lack of personal jurisdiction. In support of this Motion, the Court is respectfully referred to the Memorandum of Law in Support of Defendants' Motion to dismiss, filed contemporaneously herein.

Wherefore, premises considered, Defendants request that this Court dismiss the Plaintiffs' Complaint for lack of personal jurisdiction.

Respectfully Submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC


 /s/ Bruce A. McMullen
Bruce A. McMullen (#18126)
Lori Patterson (# 19848)
Mary Wu (#31339)
165 Madison Ave, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
bmcmullen@bakerdonelson.com
mwu@bakerdonelson.com

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of December 2013, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

> Darrell N. Phillips
> Pietrangelo Cook PLC
> 6410 Poplar Avenue, Suite 190
> Memphis, TN 38119
> 901-685-2662


 /s/ Bruce A. McMullen
Bruce A. McMullen