IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDEGON SLEDGE FAMILY LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>v.<br><br>INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:13-cv-2578<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF LORI H. PATTERSON

COMES NOW Lori H. Patterson of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. and hereby files a Notice of Appearance as Counsel on behalf of Defendants INDICO System Resources, Inc. and Cleal Watts, III in the above-styled cause.

Respectfully submitted this 18th day of December, 2013.

                    s/ Lori H. Patterson
                    Lori H. Patterson (TN Bar No. 19848)
                    BAKER, DONELSON, BEARMAN,
                      CALDWELL & BERKOWITZ, PC
                    2000 First Tennessee Building
                    165 Madison Avenue
                    Memphis, Tennessee  38103
                    klroberts@bakerdonelson.com
                    Telephone:  901.577.2222
                    Facsimile:  901.577.4202

                    *Attorney for Defendants INDICO System Resources, Inc. and Cleal Watts, III*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 18th day of December, 2013, a copy of the foregoing was electronically filed and served on the parties listed below via electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

    Darrell N. Phillips
    Pietrangelo Cook, PLC
    6410 Poplar Avenue, Suite 190
    Memphis, Tennessee 38119
    Telephone:  901.685.2662

                                            s/ Lori H. Patterson
                                            *Attorney for Defendants INDICO System Resources,*
                                            *Inc. and Cleal Watts, III*