# EXHIBIT A

# (DECLARATION OF MARY PHILLIPA SLEDGE)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

**MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY
LIMITED PARTNERSHIP**

**Plaintiffs,**

**v.**

**Civ.** 2:13-cv-2578

**INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III**

**Defendants.**

## DECLARATION OF MARY PHILLIPA SLEDGE

I, Mary Phillipa Sledge, pursuant to the provisions of 28 U.S.C. §1746, do hereby declare:

1. I am an adult resident citizen of Memphis, Tennessee. I have personal knowledge of the facts set forth herein and I am willing to testify to the same if called upon to do so.

2. My name is Mary Phillipa Sledge, and I am a Tennessee resident. At all times described in the Complaint filed in this action I was a Tennessee resident, residing at ▮▮▮▮ Dr., Memphis, Tennessee ▮▮▮▮. True and correct copies of my Tennessee Driver's license, my passport and my Tennessee voter's registration card are attached hereto as Exhibit 1. These are currently in effect and were also in effect at all times described in the Complaint.

3. The Mary Jane Pidgeon Sledge Trust (MJPS Trust), a Plaintiff in this lawsuit, is a Tennessee revocable trust established by and for the benefit of my mother Mary Jane Pidgeon

Sledge.  At all times described in the Complaint, my mother was a Tennessee resident, residing at ████████████ , Memphis, TN ████ .  At all times described in the Complaint, my mother and I were acting as Co-Trustees of the Trust.

4.     Pidgeon-Sledge Family Limited Partnership (PSFLP), a Tennessee limited partnership with its principal office located at ████████████ , Memphis, TN ████ .  During the time period described in the Complaint, over 99% of PSFLP was owned by my mother, with the balance owned by me and my sister Nell Sledge Pulls.

5.     In or around October/November 2011, I was referred to Cleal Watts, III by a long-time family friend William (Bill) Hamilton.   At the time, I managed the investments for MJPS Trust and PSFLP.  Because of the extreme volatility in the stock market, at that time I was hoping to diversify these portfolios, as well as my own, by investing in gold.  I mentioned that to Bill Hamilton when we were talking one day and he suggested that I talk to Cleal Watts who according to Bill was from a fine family in Dallas and had experience in the gold market.  Bill was also from Dallas.  Over the years, Bill had previously given me and my family business and investment recommendations.

6.     In November 2011, I spoke by telephone numerous times with Watts.  I do not know whether Watts called me first or I called him first.  I do know that Watts called me in Memphis numerous times on his own initiative in November and December 2011 at my telephone number 901-████ .  During these calls, Watts told me that among other things he, his family and his wholly owned company Indico System Resources, Inc. ("Indico") were in the business of acquiring gold from Ghana, refining it at their refinery in Dallas and generating huge profits for themselves and others.  During these calls, Watts (who was the President of Indico) said that he and Indico could do the same for my family and proposed to sell gold to us.

7.      During these calls in November and December 2011, Watts and I discussed the fact that both my mother and I lived in Memphis, Tennessee.  We discussed that my mother (who was in her 80s at the time and had been suffering from multiple sclerosis over the last 25 years) was homebound in her house in Memphis.  Watts and I discussed the fact that my home was also in Memphis, just a few miles from my mother's home, and that since my father passed away in 2003, I spent the majority of my time caring for the health and welfare of my mother.

8.      The statements in the Affidavit of Cleal Watts [Doc. No. 11-2] implying that I was a Kentucky resident and that Cleal Watts believed that I was a Kentucky resident are not true.  I have never been a resident of Kentucky, and Cleal Watts knew from the beginning of our relationship that both my mother and I resided in Tennessee.  I told Watts that my mother does own a house and several horses in Kentucky, and occasionally I go there to oversee the horses, but at all times Watts knew that we were both Tennessee residents.  In the course of my conversations with Watts, I gave him all of my contact information, which included my home telephone number in Memphis, my personal cell phone number my mother's telephone number in Memphis, all of which had a 901 area code.  I also gave Watts the Kentucky phone number just in case I was there when he needed to reach me.

9.      During the telephone calls that Watts made to me in Memphis in November and December 2011, he made the following specific representations:

> a.      That he and Indico owned and/or had relationships with entities that owned gold mines in the Republic of Ghana.  Watts proposed an investment opportunity whereby my mother and I would purchase unrefined gold dust from these gold mines.
>
> b.      That the gold dust would be purchased by us in its unrefined form and then shipped from Ghana by charter plane to Texas to be refined at a refinery owned by Watts and Indico or one of their affiliates.  Watts enticed me with the representation that the unrefined gold dust to be purchased was of the highest quality and was assessed to be 95% pure.   Watts further stated that upon

3

completion of the refining process the gold purchased would be worth up to thirty percent (30%) more than the original investment and that we would realize considerable profits upon the completion of the refining process in a relatively short period of time. Watts stated that this rate of return was based upon actual historical results of similar investments that he had handled for other investors.

c.      Watts represented to me that based upon previous deals he had executed prior to the date of purchasing, the shipment of the gold dust from Ghana to the Texas refinery and the completion of the refining process would be at most just a few months. Watts represented that upon the completion of the refining process, we would be able to realize cash in the amount of the investment plus the forecasted profits.

10.      Watts also told me that the only way to lose in this Ghana gold investment would be to "quit." He told me that over the years he had developed good relationships with the "chiefs" in Africa, one being Chief Alimamy Kamara. He said that his expertise along with his relationships with the Chiefs were the reasons why he had been successful in the African gold market, while others had not been.

11.      At the time of making the above representations, Watts knew that my mother and I both resided in Memphis, Tennessee.   I subsequently discovered that these and the other representations made by Watts over the next 20 months were false and that Watts knew they were false when making them.

12.      During our telephone conversations, Watts told me that by investing more my family would help to hasten the delivery of the gold from Ghana to Dallas and thus we could realize the value of our investments in a shorter period of time.

13.      During the telephone conversations in November and December 2011, Watts further told me that in addition to his experience with gold mining and refining, he was a medical doctor with a degree from Johns Hopkins University along with 11 specialty areas. Watts also said that Indico had other businesses, including computer manufacturing for important clients such as the Secret Service and Homeland Security.

14.     In reliance on Watts' representations concerning his prior experience and contacts within the Ghana gold market, I decided to invest my own funds with Watts and Indico.  On November 23, 2011, upon Watts's direction, I arranged for the wiring of $250,000 from my personal account to the account for Indico to be used for the purchase of gold from Ghana to be refined at the Dallas refinery.

15.     On November 29, 2011, Watts sent an email message to me in Memphis with an attachment describing the quality and profitability of the gold that I had just purchased.  [*See* November 29, 2011 email from Watts and attachment, attached as Exhibit 2 hereto]  According to the attachment prepared by Watts, the gold that I purchased was 95% pure and had a built-in net profit of 30%.

16.     At the time that Watts sent the November 29, 2011 email to me, he knew that both my mother and I were residents of Tennessee.  Watts knew this as a result of our previous telephone conversations as well as from emails I sent to him on November 22, 2011, with contact information for my personal banker, Brandon Cooper at Trustmark National bank in Germantown, Tennessee.  [*See* November 22, 2011 emails, attached as Exhibit 3 hereto]

17.     At or about the same time, Watts also told me by telephone that my family could invest further monies to purchase gold of the same quality and value.  As a result of the representations made by Watts by telephone and in the November 29, 2011 email to me, I decided to invest further personal funds as well as funds on behalf of my mother's revocable trust (MJPS Trust) and our family limited partnership (PSFLP).  Accordingly, on December 1, 2011 and December 5, 2011, upon Watts's direction, I arranged for an additional $1,750,000 to be wired to Indico's bank account for the purchase of gold from Ghana to be refined at the Dallas refinery.

18.     On December 10, 2011, Watts sent an email message to me in Memphis with a schedule purportedly confirming the funds invested by my family for gold purchases.  The email had a schedule attached prepared by Watts entitled "Philapa and Entities Au Buy/Sell Transactions".  "Au" is the element symbol for Gold."  Watts's email also stated that by year end he was planning to fly to Ghana himself to pick up a shipment of gold to be sent to the Dallas refinery.  [*See* December 10, 2011 email, attached as Exhibit 4 hereto]

19.     Shortly thereafter Watts called me in Memphis and told me that my family could invest further monies to purchase the gold which would be included on the upcoming shipment. Therefore, on December 21, 22 and 23, 2011, relying on the December 10, 2011 email from Watts as well as his previous representations about the quality and value of the gold to be purchased, I arranged for an additional $1,000,000 to be wired to Indico's bank account for the purchase of gold from Ghana to be refined at the Dallas refinery.  Watts had told me that the refining process usually was completed within 48 hours from the time the gold was shipped to Dallas.  I therefore expected to realize the value of the investments in a very short period of time.

20.     In January 2012, Watts telephoned me in Memphis and told me that in December 2011 he had flown to Ghana himself to pick up the gold, but that while en route the owner of the chartered plane contacted the pilot because the owner had learned that there was going to be a coup in one of the African countries and ordered that the pilot divert the plane to a safer location. Watts told me that there was actually no coup, but the trip was nevertheless cancelled so he was unable to pick up the gold dust.  Watts assured me that the shipment would take place soon and also said that my family could purchase more gold which would be a part of the upcoming shipment.   During the telephone call, Watts said that in order to participate in the upcoming shipment, I had to wire funds to him in by January 11, 2011.

21.     On January 8, 2012, Watts sent an email message to me in Memphis with a schedule purportedly confirming the funds invested by my family for gold purchases.  The email had a schedule attached prepared by Watts entitled "Philapa and Entities Au Buy/Sell Transactions".  "Au" is the element symbol for Gold."  There is also another attachment to the email prepared by Watts detailing the wires sent from my family which lists my residence and the location of PSFLP as being in Memphis, Tennessee.  [*See* January 8, 2012 emails, attached as Exhibit 5 hereto].

22.     In Watts's representations about the gold investments, and in order to take advantage of the upcoming shipment, on or about January 11, 2012, I arranged for an additional $1,800,000 to be wired to Indico's bank account for the purchase of gold from Ghana to be refined at the Dallas refinery.

23.     On January 13, 2012, Watts sent an email message to me in Memphis with a schedule purportedly confirming the funds invested by my family for gold purchases.  The email had a schedule attached prepared by Watts entitled "Philapa and Entities Au Buy/Sell Transactions".  "Au" is the element symbol for Gold."  There is also another attachment to the email prepared by Watts detailing the wires sent from my family which lists my residence and the location of PSFLP as being in Memphis, Tennessee.  [*See* January 13, 2012 email, attached as Exhibit 6 hereto]

24.     When I had initially made the gold investments, Watts had sent me a written document entitled "Soft Corporate Offer" signed by him, containing the terms of the purchase and refining of the gold, a copy of which is attached as Exhibit A to the Complaint.  When I made subsequent investments, I asked Watts whether additional "Soft Corporate Offer" contracts were necessary.  He told me they were not necessary, and that the wires of the funds and the

schedules he provided for the gold purchases were the contracts with the same terms provided in the "Soft Corporate Offer".

25.     On January 31, 2012, Watts sent an email message to me in Memphis with a schedule purportedly confirming the funds invested by my family for gold purchases.  The email had a schedule attached prepared by Watts entitled "Philapa and Entities Au Buy/Sell Transactions".  "Au" is the element symbol for Gold."  There is also another attachment to the email prepared by Watts detailing the wires sent from my family which lists my residence and the location of PSFLP as being in Memphis, Tennessee.  [*See* January 31, 2012 and February 1, 2012 emails, attached as Exhibit 7 hereto]

26.     On that same date, I sent an email to Watts asking when the shipment of gold was expected to arrive.  On February 1, 2012, Watts responded by sending two emails to me in Memphis stating the shipment was scheduled to leave on that day from Ghana and expected to arrive in Dallas on February 3, 2012.  [*See* January 31, 2012 and February 1, 2012 emails, attached as Exhibit 7 hereto]

27.     At or about this time, Watts also informed me that my family could purchase additional amounts of gold that would be included on this shipment.  In reliance on this information and the prior representations made by Watts, in February 2012, I arranged for an additional $1,470,000 to be wired to Indico's bank account for the purchase of gold from Ghana to be refined at the Dallas refinery.

28.     On February 3, 2012, Watts sent an email to me in Tennessee with a schedule identifying the particular gold investments which were on the shipment coming from Ghana. [*See* February 3, 2012 email, attached as Exhibit 8 hereto]

8

29.     Later in February 2012, Watts called me in Memphis and told me that the shipment which was scheduled to arrive on February 3, 2012 would be delayed.

30.     In our conversations at the time, when I expressed concerns about the delay Watts told me that the only way to lose money is to give up. In or around the second half of January 2012, I also expressed to him some concerns about my family's liquidity because I had expected to realize on the investment sooner. To allay my concerns about liquidity, Watts told me that we could "borrow" limited amounts against my future profits and that the "borrowed" sums could be paid back upon realization of the value of the gold investments.

31.     Therefore, at various times I requested that he "loan" me funds to be repaid out of what I was told would be the value and profits of the gold investment. In response to these requests, Watts arranged for the following funds to be wired to my family's accounts in Tennessee in January, February and March 2012:

| Party | Date | Amount | Account |
|-------|------|--------|---------|
| PSFLP | 1/20/2012 | 1,500,0000 | Trustmark - Germantown |
| Phillipa Sledge | 2/9/2012 | 50,000 | First Tennessee - Memphis |
| MJPS Trust | 2/20/2012 | 30,000 | First Tennessee – Memphis |
| PSFLP | 2/21/2012 | 525,000 | Union Bank |
| MJPS Trust | 3/1/2012 | 25,000 | First Tennessee - Memphis |
| MJPS Trust | 3/8/2012 | 40,000 | Chase - Memphis |
| MJPS Trust | 3/9/2012 | 50,000 | Chase - Memphis |
| MJPS Trust | 3/12/2012 | 530,500 | Trustmark - Germantown |
| MJPS Trust | 3/12/2012 | 250,000 | Bank of Amer. - Memphis |
| MJPS Trust | 3/13/2012 | 50,000 | Chase - Memphis |
| PSFLP | 3/13/2012 | 40,000 | Bank of Amer. - Memphis |
| MJPS Trust | 3/26/2012 | 450,000 | Bank of Amer. - Memphis |
| MJPS Trust | 3/29/2012 | 60,000 | First Tennessee – Memphis |
| MJPS Trust | 3/29/2012 | 25,000 | First Tennessee – Memphis |

32.     During February and March 2012, Watts assured me that he was working to arrange for the gold we had purchased to be shipped from Ghana as soon as possible.

33.     On March 6, 2012, Watts sent an email message to me in Memphis with a schedule purportedly confirming the funds invested by my family for gold purchases. The email had a schedule attached prepared by Watts entitled "Philapa and Entities Au Buy/Sell Transactions". "Au" is the element symbol for Gold." [*See* March 6, 2012 email, attached as Exhibit 9 hereto]

34.     On April 9, 2012, Watts sent email message to me in Memphis with a schedule purportedly confirming the funds invested by my family for gold purchases. The email had a schedule attached prepared by Watts entitled "Philapa and Entities Au Buy/Sell Transactions". "Au" is the element symbol for Gold." There was also a scheduled attached prepared by Watts purportedly describing the value of the gold that my family had purchased. According to this schedule, the gold we purchased was 95% pure and had a built in profit of 30%. [*See* April 9, 2012 email attached as Exhibit 10]

35.     The April 9, 2012 email from Watts also stated that the shipment with my family's gold was scheduled to be shipped from Ghana soon. [*See* April 9, 2012 email attached as Exhibit 10]

36.     In April 2012, Watts called me in Memphis and told me that in order to cause the shipment of gold to leave Ghana, there needed to be another significant investment. He assured me that the shipment was scheduled to leave soon, but that additional funds were necessary. In reliance on these statements and the other representations made by Watts, in April and May 2012, I arranged for an additional $1,400,000 to be wired to Indico's bank account for the purchase of gold from Ghana to be refined at the Dallas refinery.

37.     In or around April and May 2012, Watts called me in Memphis and told me that there had been another attempt to ship my family's gold from Ghana. However, according to

Watts, the chartered plane that had picked up the gold from Ghana did not have the required range to make it all the way to Dallas and therefore had to land in Antigua. Watts told me the gold was returned to Ghana and he would have to again go through the complicated process of arranging for its shipment out of Ghana.

38.     Although I was somewhat concerned about the delays, at the time Watts assured me that my family's gold investments were safe and that it was only a matter of time before we would receive the shipment. Watts also said that my family could continue to "borrow" against future profits on the investment. I therefore requested small "loans", and Watts arranged for the following funds to be wired to my family's accounts in April, May and June 2012:

| Party | Date | Amount | Account |
|-------|------|--------|---------|
| MJPS Trust | 4/25/2012 | 50,000 | First Tennessee - Memphis |
| MJPS Trust | 5/11/2012 | 106,000 | First Tennessee – Memphis |
| MJPS Trust | 5/14/2012 | 200,000 | First Tennessee – Memphis |
| MJPS Trust | 5/15/2012 | 40,000 | Bank of Amer. – Memphis |
| MJPS Trust | 6/4/2012 | 65,000 | First Tennessee - Memphis |

39.     On or about June 5, 2012, Watts sent emails to me in Memphis with an attached picture of gold bricks purportedly weighing a total 3 metric tons. Watts represented in the email message that this gold was in Ghana and had been offered to him and Indico because of the good reputation they had for facilitating gold investments in Ghana. [*See* June 5, 2012 emails attached as Exhibit 11 hereto]

40.     At about this time, Watts had also been telling me that the shipment with my family's gold would be coming in very soon. In addition to the gold investments, Watts had previously told me that Indico had an established and successful money management division and that my family could earn substantial returns in a relatively short period of time by investing

there.  In reliance on this, in June 2012 I arranged for $1,175,000 to be invested in Indico's purported money management division.

41.     On or about June 8, 2012, Watts called me in Memphis and told me that another shipment had been ready to leave Ghana for Dallas, but had been detained as a result of a court order.  According to Watts, three individuals had attempted by fraudulent means to abscond the gold.  However, Watts told me that individuals had been intercepted by authorities and were facing criminal proceedings.  Watts further told me that the criminal court in Ghana had ordered that the gold shipment be stayed pending the resolution of the criminal proceedings.

42.     On June 8, 2012, in order to validate this story, Watts sent an email to me in Memphis with an attachment purporting to be a copy of a June 8, 2012 article entitled "Gold Fraudsters Passport Ceased" published in a Ghana newspaper known as the Daily Guide.  The article described the criminal proceedings and the court order staying shipment that Watts had also described.  [*See* June 8, 2012 email attached as Exhibit 12 hereto]

43.     At the time, I believed what Watts had told me about the Ghana gold fraudsters, and I thought that the article was legitimate.  However, after the filing of this lawsuit, I confirmed that this article was in fact fraudulent.  According to the purported June 8, 2012 article, the author of the article was Stephen Zoure.  After the filing of the lawsuit, my attorneys contacted the Daily Guide and spoke to Stephen Zoure.  Mr. Zoure, who is a reporter and is currently the Editor of the Northern Sector for the Ghana Daily Guide, informed my attorneys that he did not write this article and that this article and other purported Daily Guide articles emailed by Watts to me never appeared in the Daily Guide.  A copy of a Declaration by Stephen Zoure will be provided with this Declaration.

44.     In June 2012 and continuing through July 2012, Watts made telephone calls to me in Memphis, telling me that the court proceedings involving the fraudsters had been adjourned and continued several times for various reasons.  As a result, Watts told me that the shipment of my family's gold would continue to be delayed.  Also, in June and July 2012, Watts sent emails to me in Tennessee various documents and purported Daily Guide articles allegedly showing that the court proceedings had been delayed for various reasons, but ultimately the fraudsters were found guilty and sentenced to 5 years.  [*See* June and July 2012 emails attached as Exhibit 13 hereto]

45.     On July 11, 2012, Watts sent an email to me in Memphis stating that the shipment with my family's gold was scheduled to leave Ghana on the evening of July 12, 2012 and would arrive in Dallas the following morning.     [*See* July 11, 2012 email attached as Exhibit 14 hereto]

46.     Shortly thereafter however Watts called me in Tennessee and told me that the plane with the shipment of my family's gold had left Ghana, but was forced to land in Guinea and then return to Ghana, by order of the Ghana "High Court of Justice."  According to Watts, the court issued the order at the request of Chief Alimany Kamara, the former owner of the gold who was seeking reimbursement of costs incurred in connection with the fraudster court proceedings.

47.     During July 2012, Watts sent emails to me in Memphis with documents purporting to support his story about the order and injunction issued by the Ghana Court.  [*See* July 2012 emails attached as Exhibit 15 hereto]  During July 2012, Watts also solicited additional investments from me which he claimed to be necessary to pay the additional costs so that the gold could be shipped to Dallas.  Watts assured me we would still realize profit on all of

13

the additional funds invested. Believing Watts, in July 2012 I arranged for an additional $350,000 to be sent to Indico for the purchase of gold from Ghana.

48.     In early August 2012 Watts called me in Memphis and told me that the matters involving the Ghana court had been resolved and that he expected that the shipment would leave Ghana soon. On August 1, 2012, Watts sent an email to me in Memphis with an attached picture of what Watts claimed to be the plane he was going to charter for the gold shipment. [*See* August 1, 2012 email attached as Exhibit 16 hereto]

49.     On or about August 5, 2012, Watts called me in Memphis and told me that the plane with the gold shipment had left Ghana but that while en route the plane began to have mechanical problems, caught on fire, and the pilot had to make an emergency landing in Togo, a country in West Africa that shares a border with Ghana.

50.     On August 5 and 7, 2012, Watts sent emails to me in Memphis with attached documentation purportedly supporting his story about the emergency landing in Togo. [*See* August 5 and 7, 2012 emails attached as Exhibit 17 hereto]

51.     In August, September and October 2012, Watts made numerous telephone calls to me in Memphis telling me that he was working very hard with various high level customs and other officials in order to arrange for the shipment of gold from Africa to Dallas. He informed me that significant additional costs had been incurred and solicited additional funds from me which he said were necessary in order to arrange for the shipment. Watts also insisted that my family's $1,175,000 investment which was held in Indico's alleged money management division needed to be transferred to the gold investments in order to enable the gold to be shipped. He assured me that I would still realize profit on all of the additional funds invested. Believing Watts, and feeling that I had to do whatever was necessary to get the gold to the United States,

14

upon Watts's direction, I arranged for an additional $185,000 to be sent to Indico for the purchase of gold from Ghana, and authorized Watts to transfer the $1,175,000 from the purported money management division to the gold investments.

52.     In October, November and December 2012, Watts made numerous telephone calls to me in Memphis, again telling me that he was working with highest level of customs and governmental officials in order to facilitate the gold shipment.

53.     In December 2012, Watts arranged for flowers to be delivered to my mother at her home in Memphis.

54.     On December 3, 2012, Watts sent an email to me in Memphis with an attachment prepared by Watts purporting to show the value of my family's gold investments. According to the schedule, the gold owned by my family was 95% pure and had a built-in net profit of 30%. [*See* December 3, 2012 email attached as Exhibit 18 hereto]

55.     On December 4, 2012, Watts sent an email to me in Memphis with attachments that Watts identified as the "Ghana valuation papers." The attachment included documents purporting to be an insurance policy issued with respect to the gold purchased by my family. The purported policy was issued by a London company known as "Ince & Co." [*See* December 4, 2012 email attached as Exhibit 19 hereto]

56.     At the time I believed that the insurance policy was legitimate. However, after the filing of this lawsuit, I confirmed that this policy was in fact fraudulent. After the filing of the lawsuit, my attorneys contacted "Ince & Co." and obtained a declaration from one of its representatives confirming that the document was fraudulent. [*See* Declaration of Patrick Ogden, which will be submitted with this Declaration]

57.     From the period of December 2012 through July 2013, Watts continued to make numerous telephone calls and send numerous emails to me in Tennessee telling me the status of my family's gold investments and reporting on the unsuccessful efforts to get the shipments of gold to Dallas.  No gold has ever been shipped to Dallas or to me.

58.     In or around July 2013, I discovered that the information contained in Watts's telephone calls and emails was false.  Watts had not used the funds for the purchase of gold for my family, but rather he had converted the funds to his own use.  Also, there had not been any attempted shipments or any of the events Watts claimed were the causes of the delays of the shipments.  In the process of convincing me to invest over $5 million with him, Watts made dozens of telephone calls to me in Memphis and sent numerous emails to me in Memphis containing the fraudulent representations and false information regarding the purported gold investment described above.

59.     My family's total net investment with Defendants, reduced by the returned funds, is $5,293,500.  Prior to filing this lawsuit, I asked Watts to return the balance of our investment to us, but he refused to do so.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on this 27 day of December, 2013.

MARY PHILLIPA SLEDGE

16

# EXHIBIT 1







We the People

Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA

**UNITED STATES OF AMERICA**

Type / Type / Tipo   Code / Code / Codigo   Passport No / No. du Passeport / No. de Pasaporte
P      USA

Surname / Nom / Apellidos
SLEDGE

Given Names / Prénoms / Nombres
MARY PHILLIPA

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento

Place of birth / Lieu de naissance / Lugar de nacimiento
TENNESSEE, U.S.A.

Sex / Sexe / Sexo
F

Date of issue / Date de délivrance / Fecha de expedición
27 Feb 2008

Authority / Autorité / Autoridad
United States
Department of State

Date of expiration / Date d'expiration / Fecha de caducidad
26 Feb 2018

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

USA

P<USASLEDGE<<MARY<PHILLIPA<<<<<<<<<<<<<<<<<<<

# EXHIBIT 2

**From:** Dr. Cleal Watts (Doc) <sami@uslsr.com>
**To:** MPS-BillFr <mpsjazzman@aol.com>
**Subject:** For Investors MOU & Calculating $-Toz .xlsx
**Date:** Tue, Nov 29, 2011 4:44 pm
**Attachments:** For_Investors_MOU_&_Calculating_$-Toz_.xlsx (21K)

This shows if they just brought 14.5 Kg. instead of 25 Kg. and the cost was 14%.

  The blue is the numbers that are on the shipment, you can change these to see what results can be.
(ie...25Kg, 50Kg, 100Kg,or spot price, %, or $ taken already)

The purple are the amounts you chose, you can change those to.(Amount you invest and/or Amount taken in
Gold )

The green is the calculated amount that is available foe investment

The red and black are the calculated results of the inputs and are therefor locked so they wont get corrupted.
should work fine let me know if something does not work and I will be sure to get it fixed.

Doc

S 00166

| Specific Shipments | Estimated X #'s |
|---|---|
| Shipment Kgs. (Before Refining) | 14.5 |
| Gold % Pure | 95% |
| Gold Toz. Pure (Refined) | 442.88 |
| Spot Price of Gold (At Time of Refining) | $ 1,715.70 |
| Gross Cash Value Refined | $ 759,842.70 |
| Gross Cash Value (after Selling) | $ 752,244.28 |
| Gross Cash Value/Kg (after Selling) | $ 51,878.92 |
| Total Investment Opportunity for Shipment | $ 151,968.54 |
| Investment Opportunity for Shipment Taken | $ - |
| Investment Opportunity for Shipment Available | $ 151,968.54 |
| Investor $ Invested/Shipment (To Nearest $10K) | $ 150,000.00 |
| | |
| Gross % Discount of Au to Inv | 20% |
| % Cost of Shipment (Est. 11-14%) | 14% |
| % Net to Inv of Shipment (Est. 6-9%) | 6% |
| $ Value of Au Reserved Per Inv $1 | $ 5.00 |
| | |
| Total $ Value of Au Reserved For Inv | $ 750,000.00 |
| $ Cost of Total Au Reserved For Inv | $ 600,000.00 |
| Total Au Toz. Reserved For Inv | 437.139 Toz. |
| Investors Total Est % Profit per $1 Invested | 30% |
| Investors $ Profit For Total Investment | $ 45,000.00 |
| A) Total $ return to Investors (PI in Cash) | $ 195,000.00 |
| B) Total Au Toz if Bullion Taken (PI in Au) | 113.66 Toz. |
| OR | |
| Receive (X) Toz. Au (PI + Up to Reserved Toz.) | .000 Toz. |
| & Balance Due Investor in Cash (-$ If Over PI) | $ 195,000.00 |

| Ledger | Cell Status |
|---|---|
| Estimated #'s | Eval |
| TBD #'s by Investor | Open |
| INFO | Locked |
| Return & Balance | Locked |
| Reserved Au #'s | Locked |
| Calculated Results | Locked |

S 00167

# EXHIBIT 3

**Fwd: Sledge**                                                                    Page 1 of 3

> From: mpsjazzman <mpsjazzman@aol.com>
> To: Dr. Cleal Watts <sami@usler.com>
> Subject: Fwd: Sledge
> Date: Tue, Nov 22, 2011 3:48 pm

Test

Sent from my iPhone

Begin forwarded message:

> **From:** Brandon Cooper <BCooper@trustmark.com>
> **Date:** November 21, 2011 5:48:13 PM EST
> **To:** Mpsjazzman@aol.com
> **Subject:** Fw: Sledge

> **Please see the document signature request below.**

> **Thanks so much!**

> Brandon Cooper
> First Vice President
> Commercial Relationship Manager II
> Trustmark National Bank
> 1365 S. Germantown Road
> Post Office Box 38989
> Germantown, TN  38183-0989

> ████████████████████████████

> **Privacy Notice:  This message and any attachment may contain confidential information protected by legal privilege and is intended solely for the use of the intended recipient(s).  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you have received this communication in error, please contact the sender by reply email and delete this copy and the reply from your system.**

> ----- Forwarded by Brandon Cooper/Memphis/TMK on 11/21/2011 04:50 PM -----

> From:      Brandon Cooper/Memphis/TMK
> To:        mpsjazzman@aol.com@TMKINET
> Date:      11/14/2011 08:41 AM
> Subject:   Re: Sledge

You are more than welcome.  I am also attaching the credit card application and LLC Agreement for Sledge Media.  You may sign and fax it back as well.

You will sign the application in 3 places:
1. Name/Title of person authorized to make request and changes
2. Owner / Partner / Authorized Officer Acknowledgement
3. Guarantor

The LLC agreement only requires one signature.

S 00387

Brandon Cooper
First Vice President
Commercial Relationship Manager II
Trustmark National Bank
1365 S. Germantown Road
Post Office Box 38989
Germantown, TN  38183-0989



Privacy Notice:  This message and any attachment may contain confidential information protected
by legal privilege and is intended solely for the use of the intended recipient(s).  Any unauthorized
review, use, disclosure, or distribution is prohibited.  If you have received this communication in
error, please contact the sender by reply email and delete this copy and the reply from your
system.

From:     mpsjazzman@aol.com
To:       Brandon Cooper <BCooper@trustmark.com>
Cc:       "bduff@rbacpa.com" < bduff@rbacpa.com>
Date:     11/14/2011 08:39 AM
Subject:  Re: Sledge

Will do Brandon
Thank you.
Phillipa


Sent from my iPhone

On Nov 14, 2011, at 9:36 AM, Brandon Cooper
<BCooper@trustmark.com>wrote:

Phillipa,

Your checks were ordered last week and shipped to your Mint address per your request.
Attached is the signature card to change the name to Mary Phillipa Sledge dba Sledge
Thoroughbreds.

Please sign at your convenience and fax back to me at 901-309-6237.

Thanks so much!

Brandon Cooper
First Vice President
Commercial Relationship Manager II                                           S 00388
Trustmark National Bank
1365 S. Germantown Road

Fwd: Sledge

Post Office Box 38989
Germantown, TN  38183-0989



**Privacy Notice:  This message and any attachment may contain confidential information protected by legal privilege and is intended solely for the use of the intended recipient(s).  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you have received this communication in error, please contact the sender by reply email and delete this copy and the reply from your system.**

—— Forwarded by Brandon Cooper/Memphis/TMK on 11/14/2011 08:37 AM ——

From:     Andrea Newman/Memphis/TMK
To:       Brandon Cooper/Memphis/TMK@TMK
Date:     11/10/2011 11:17 AM
Subject:  Sledge

**PRIVACY NOTICE: THIS MESSAGE AND ANY ATTACHMENT MAY CONTAIN CONFIDENTIAL INFORMATION PROTECTED BY LEGAL PRIVILEGE AND IS INTENDED SOLELY FOR THE USE OF THE INTENDED RECIPIENT(S).  ANY UNAUTHORIZED VIEW, USE, DISCLOSURE, OR DISTRIBUTION IS PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DELETE THIS COPY AND THE REPLY FROM YOUR SYSTEM.**
**<Sledge, Mary Phillipa DBA Sledge Thoroughbreds - Signature Card for**

**<Business Visa App - Sledge.pdf>**

· **<LLC Agreement for Sledge Media.pdf>**

S 00389

# EXHIBIT 4

**From:** Dr. Cleal Watts (Doc) <saml@uslsr.com>
**To:** MPS-BillFr <mpsjazzman@aol.com>
**Subject:** Philapa and Entities Au Buy-Sell Transactions .xlsx
**Date:** Sat, Dec 10, 2011 8:38 pm
**Attachments:** Philapa_and_Entities__Au_Buy-Sell_Transactions_.xlsx (21K)

Dear Philapa,

this has the dates of the wires added in and the rest blanked for later to be filled in and updated as we go. It should auto calculate all the way through.

Doc

Ps: We are looking at 114 Kgs first shipment, to follow it should be about 500Kgs. The Chief is bringing the 1st shipment. I will get the 2ed with the plane leave 25/26 and come back on the 30/31. That is the plane right now.

S 00181

**Philnpa and Entities  Au Buy/Sell Transactions**

| | Wires for Au Investment $ | Dates of | Amount Available for Investment | Amount Invested TBD per shipment | to Shipment # series | Percent Profit of Investment | Cumulated Investment to date |
|---|---|---|---|---|---|---|---|

**Philnpa Personal Investment**
**Wires**

| | | | | | | | | **#'s Listed For Example Only** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | *Follow Investment Available for Each by Shipment #* |
| Wire 1 | $ 250,000.00 | | n/a | n/a | n.a | n.a | n/a | |
| Wire 2 | $ - | | n/a | n/a | n/a | n.a | n/a | |
| Wire 3 | $ - | | n/a | n/a | n.a | n.a | n/a | 1 series |
| Wire 4 | $ - | | n/a | n/a | n.a | n.a | n/a | total Earning |
| Wire 5 | $ - | | n/a | n/a | n.a | n.a | n/a | |
| Subtotals | | | | | | | | |
| Totals | $ 250,000.00 | | | | | | | |
| **Shipment Number** | | (TBD) | | | | | | |
| Shipment 1 | n/a | | $ 100.00 | $ 50.00 | 40.00 | 0.05 | n/a | |
| Shipment 2 | n/a | | $ 200.00 | $ 100.00 | 1.00 | 0.10 | n/a | |
| Shipment 3 | n/a | | $ 300.00 | $ 150.00 | 2.00 | 0.20 | n/a | |
| Shipment 4 | n/a | | $ 400.00 | $ 200.00 | 3.00 | 0.20 | n/a | |
| Shipment 5 | n/a | | $ 500.00 | $ 250.00 | 2.00 | 0.30 | n/a | |
| Shipment 6 | n/a | | $ 600.00 | $ 300.00 | 1.00 | 0.80 | n/a | |
| Subtotals | | | | $ 1,050.00 | 59.00 | 0.95 | | |
| Totals | | | | | | | $ | 59.95 |

**Trust Investments**
**Wires**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wire 1 | $ 10.00 | | n/a | n/a | n.a | n.a | n/a |
| Wire 2 | $ 20.00 | | n/a | n/a | n.a | n.a | n/a |
| Wire 3 | $ 30.00 | | n/a | n/a | n.a | n.a | n/a |
| Wire 4 | $ 40.00 | | n/a | n/a | n.a | n.a | n/a |
| Wire 5 | $ 50.00 | | n/a | n/a | n.a | n.a | n/a |
| Subtotals | $ 60.00 | | | | | | |
| Totals | $ 210.00 | | | | | | |
| **Shipment Number** | | (TBD) | | | | | |
| Shipment 1 | n/a | | $ 50.00 | $ 25.00 | 10.00 | 0.05 | n/a |
| Shipment 2 | n/a | | $ 100.00 | $ 50.00 | - | 20.00 | n/a |
| Shipment 3 | n/a | | $ 150.00 | $ 75.00 | - | 30.00 | n/a |
| Shipment 4 | n/a | | $ 200.00 | $ 100.00 | - | 40.00 | n/a |
| Shipment 5 | n/a | | $ 250.00 | $ 125.00 | - | - | n/a |
| Shipment 6 | n/a | | $ 300.00 | $ 150.00 | - | - | n/a |
| Subtotals | | | | $ 525.00 | 10.00 | 40.15 | |
| Totals | | | | | | | $ 120.13 |

**Jemila Limited Partnership Investments**
**Wires**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wire 1 | $ 100.00 | | n/a | n/a | n.a | n.a | n/a |
| Wire 2 | $ 200.00 | | n/a | n/a | n.a | n.a | n/a |
| Wire 3 | $ 300.00 | | n/a | n/a | n.a | n.a | n/a |
| Wire 4 | $ 400.00 | | n/a | n/a | n.a | n.a | n/a |
| Wire 5 | $ 500.00 | | n/a | n/a | n.a | n.a | n/a |
| Subtotals | $ 600.00 | | n/a | n/a | n.a | n.a | n/a |
| Totals | $ 2,100.00 | | | | | | |
| **Shipment Number** | | (TBD) | | | | | |
| Shipment 1 | n/a | | $ 25.00 | $ 25.00 | 10.00 | 0.30 | n/a |
| Shipment 2 | n/a | | $ 50.00 | $ 50.00 | - | 200.00 | n/a |
| Shipment 3 | n/a | | $ 75.00 | $ 75.00 | - | 300.00 | n/a |
| Shipment 4 | n/a | | $ 100.00 | $ 100.00 | - | 300.00 | n/a |
| Shipment 5 | n/a | | $ 125.00 | $ 125.00 | - | - | n/a |
| Shipment 6 | n/a | | $ 150.00 | $ 150.00 | - | - | n/a |
| Subtotals | | | | $ 525.00 | 10.00 | 900.50 | |
| Totals | | | | | | | $ 920.50 |

S 00180

S 00182

## Philana and Entities As Buy/Sell Transactions

| | Wires for the Investment $ | Dates of | Amount Available for Investment | Amount Invested TBD per shipment | | | Further Cost Investment to close |
|---|---|---|---|---|---|---|---|
| **MPS Personal Investments** | | | | | | | *Es Listed For Example Only* |
| **Wires** | | | | | | | *Follow Investment Available for Each by Shipment #* |
| Wire 1 | $    250,000.00 | 11/23/2011 | n/a | n/a | n/a | n/a | n/a |
| Wire 2 | $    250,000.00 | 12/1/2011 | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $            - | | n/a | n/a | n/a | n/a | n/a |
| Wire 4 | $            - | | n/a | n/a | n/a | n/a | n/a | *1 etuse*
| Wire 5 | $            - | | n/a | n/a | n/a | n/a | n/a | *Total Leasings*
| Subtotals | | | | | | | |
| Totals | $    500,000.00 | | | | | | |
| **Shipment Number** | | (TBD) | | | | | |
| Shipment 1 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 2 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 3 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 4 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 5 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 6 | n/a | | $ | $ | $ | $ | n/a |
| Subtotals | | | | $ | $ | $ | |
| Totals | | | | | $ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MPS Trust Investments** | | | | | | | |
| **Wires** | | | | | | | |
| Wire 1 | $    500,000.00 | 12/1/2011 | n/a | n/a | n/a | n/a | n/a |
| Wire 2 | $    750,000.00 | 12/5/2011 | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $            - | | n/a | n/a | n/a | n/a | n/a |
| Wire 4 | $            - | | n/a | n/a | n/a | n/a | n/a |
| Wire 5 | $            - | | n/a | n/a | n/a | n/a | n/a |
| Subtotals | | | | | | | |
| Totals | $  1,250,000.00 | | | | | | |
| **Shipment Number** | | (TBD) | | | | | |
| Shipment 1 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 2 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 3 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 4 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 5 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 6 | n/a | | $ | $ | $ | $ | n/a |
| Subtotals | | | | $ | $ | $ | |
| Totals | | | | | $ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PS FAMILY LTD Ptnl Investments** | | | | | | | |
| **Wires** | | | | | | | |
| Wire 1 | $    250,000.00 | 12/5/2011 | n/a | n/a | n/a | n/a | n/a |
| Wire 2 | $            - | | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $            - | | n/a | n/a | n/a | n/a | n/a |
| Wire 4 | $            - | | n/a | n/a | n/a | n/a | n/a |
| Wire 5 | $            - | | n/a | n/a | n/a | n/a | n/a |
| Subtotals | | | | | | | |
| Totals | $    250,000.00 | | | | | | |
| **Shipment Number** | | (TBD) | | | | | |
| Shipment 1 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 2 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 3 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 4 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 5 | n/a | | $ | $ | $ | $ | n/a |
| Shipment 6 | n/a | | $ | $ | $ | $ | n/a |
| Subtotals | | | | $ | $ | $ | |
| Totals | | | | | $ | | |

| **Wire Investments Totals** | | | | | | | |
|---|---|---|---|---|---|---|---|
| MPS | $    500,000.00 | | | $ | $ | $ | $ |
| Trust | $  1,250,000.00 | | | $ | $ | $ | $ |
| F'ild P | $    250,000.00 | | | $ | $ | $ | $ |
| Total | $  2,000,000.00 | | | $ | $ | $ | $ |

# EXHIBIT 5

not sure were goes

From: Dr. Cleal Watts (Doc) <saml@uslsr.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: not sure were goes
Date: Sun, Jan 8, 2012 1:33 pm

| 12/23/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: WELLS FARGO BANK/ ▮▮▮▮▮ B/O: M SLEDGE + P SLEDGE TTEE MARY DE CV MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218400▮▮▮▮▮ OBI=FROM MARY PHILLIPA SLEDGE BBIIMAD: ▮▮▮▮▮▮▮▮ TRN: 1▮▮▮▮▮ | $70,000.00 |

Philapa and Entities Au Buy-Sell Transactions (Autosaved).xlsx                    Page 1 of 1

       **From:** Dr. Cleal Watts (Doc) <sami@uslsr.com>
          **To:** MPS-BillFr <mpsjazzman@aol.com>
  **Subject:** Philapa and Entities Au Buy-Sell Transactions (Autosaved).xlsx
      **Date:** Sun, Jan 8, 2012 2:52 pm
**Attachments:** Philapa_and_Entities__Au_Buy-Sell_Transactions__(Autosaved).xlsx (24K)

S 00184

## Philana and Entities - An Buy/Sell Transactions

| | | | Wire In Amount Invested | Date of | $ To Frym | Amount Available for Investment | Amount Invested Till Point of Harvest | 1st Harvest Return | Bonus Harvest of Investment | Residual of Investment to Date |
|---|---|---|---|---|---|---|---|---|---|---|

### MIPS Personal Investments

**Wires**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wire 1 | $ | 250,000.00 | 11/23/2011 | TrustMark | | | | | | *s Listed For Example Only |
| Wire 2 | $ | 250,000.00 | 12/1/2011 | 1st Tenn | n/a | n/a | n/a | n/a | n/a | Follow Investment Available for Each by Shipment # |
| Wire 3 | $ | 100,000.00 | 12/21/2011 | 1st Tenn | n/a | n/a | n/a | n/a | n/a | |
| Wire 4 | $ | 50,000.00 | 12/22/2011 | Trust Mark-In | n/a | n/a | n/a | n/a | n/a | Losses |
| Wire 5 | $ | 50,000.00 | 12/22/2011 | TrustMark | | | n/a | n/a | n/a | |
| Wire 6 | $ | 50,000.00 | 12/22/2011 | TrustMark | | | | | | |
| Wire 7 | $ | 50,000.00 | 12/23/2011 | TrustMark | | | | | | |
| Wire 8 | $ | . | | | n/a | n/a | n/a | n/a | n/a | Total Earning |
| Subtotals | $ | . | | | n/a | n/a | n/a | n/a | n/a | |
| Totals | $ | 850,000.00 | | | | | | | | |

**Shipment Number** (TBD)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Shipment 1 | | n/a | | | $ 1,000,000.00 | $ 755,000.00 | | | n/a | |
| Shipment 2 | | n/a | | | $ . | | | | n/a | |
| Shipment 3 | | n/a | | | $ . | | | | n/a | |
| Shipment 4 | | n/a | | | $ . | | | | n/a | |
| Shipment 5 | | n/a | | | $ . | | | | n/a | |
| Shipment 6 | | n/a | | | $ . | | | | n/a | |
| Subtotals | | | | | $ . | | | | n/a | |
| Totals | | | | | $ 755,000.00 | | | | | |

### MIPS Trust Investments

**Wires**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wire 1 | $ | 500,000.00 | 12/1/2011 | JPM Chase | n/a | n/a | n/a | n/a | n/a | |
| Wire 2 | $ | 750,000.00 | 12/5/2011 | JPM Chase | n/a | n/a | n/a | n/a | n/a | |
| Wire 3 | $ | 600,000.00 | 12/21/2011 | JPM Chase | n/a | n/a | n/a | n/a | n/a | |
| Wire 4  7 | $ | 70,000.00 | 12/23/2011 | Wells Fargo | n/a | n/a | n/a | n/a | n/a | |
| Wire 9 | $ | . | | | n/a | n/a | n/a | n/a | n/a | |
| Subtotals | $ | . | | | | | | | | |
| Totals | $ | 1,920,000.00 | | | | | | | | |

**Shipment Number** (TBD)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Shipment 1 | | n/a | | | $ 245,000.00 | $ . | | | n/a | |
| Shipment 2 | | n/a | | | $ . | | | | n/a | |
| Shipment 3 | | n/a | | | $ . | | | | n/a | |
| Shipment 4 | | n/a | | | $ . | | | | n/a | |
| Shipment 5 | | n/a | | | $ . | | | | n/a | |
| Shipment 6 | | n/a | | | $ . | | | | n/a | |
| Subtotals | | | | | $ . | | | | | |
| Totals | | | | | $ . | | | | | |

### P FAMILY LTD Part Investments

**Wires**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wire 1 | $ | 250,000.00 | 12/5/2011 | Wells Fargo | | | | | | |
| Wire 2 | $ | . | | | n/a | n/a | n/a | n/a | n/a | |
| Wire 3 | $ | . | | | n/a | n/a | n/a | n/a | n/a | |
| Wire 4 | $ | . | | | n/a | n/a | n/a | n/a | n/a | |
| Wire 5 | $ | . | | | n/a | n/a | n/a | n/a | n/a | |
| Subtotals | $ | . | | | n/a | n/a | n/a | n/a | n/a | |
| Totals | $ | 250,000.00 | | | | | | | | |

**Shipment Number** (TBD)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Shipment 1 | | n/a | | | $ 245,000.00 | $ 325,000.00 | | | n/a | |
| Shipment 2 | | n/a | | | $ . | | | | n/a | |
| Shipment 3 | | n/a | | | $ . | | | | n/a | |
| Shipment 4 | | n/a | | | $ . | | | | n/a | |
| Shipment 5 | | n/a | | | $ . | | | | n/a | |
| Shipment 6 | | n/a | | | $ . | | | | n/a | |
| Subtotals | | | | | $ . | | | | n/a | |
| Totals | | | | | $ 325,000.00 | | | | | |

### Wire Investments Totals

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MIPS | $ | 850,000.00 | | $ 755,000.00 | | | |
| Trust | $ | 1,920,000.00 | | $ . | | | |
| P Fed P | $ | 250,000.00 | | $ 325,000.00 | | | |
| Total | $ | 3,000,000.00 | | $ 1,080,000.00 | | | |

| Date | Type | Description | Amount |
|---|---|---|---|
| 11/23/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/█ B/O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/ RFB=O/B TRUSTMARK JA IMAD; █ TRN: | $ 250,000.00 |
| 12/01/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/█ B/O: MARY PHILLIPA SLEDGE LOUISVILLE40250907 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-█ RFB=█ BBI=/BNF/ATTN CASA LINDA BANKINIMAD: TRN: | $ 250,000.00 |
| 12/01/2011 | Incoming Wire Transfer | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORIG:/█ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 500,000.00 |
| 12/05/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: WELLS FARGO BANK/█ B/O: PIDGEON SLEDGE FAMILY LTD PARTO VE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-█ RFB=█ OBI=SCH REF1Y 1 BBIMAD: TRN: | $ 250,000.00 |
| 12/05/2011 | Incoming Wire Transfer | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORIG:/█ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 750,000.00 |
| 12/21/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/█ B/O: MARY PHILLIPA SLEDGE REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-█ RFB=█ BBI=/BNF/ATTN: CASA LINDA BANKING BRANC H/INDICO SYSTEMS RESOURCES IMAD: TRN: | $ 100,000.00 |
| 12/21/2011 | Incoming Wire Transfer | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORIG:/█ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 600,000.00 |
| 12/22/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/█ B/O: COW TENNESSEE 1 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-█ BBI=/BNF/80 PIDGEON SLEDGE FAMIMAD: █ RFB=O/B TRUSTMARK JA TRN: | $ 75,000.00 |
| 12/22/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/█ B/O: MARY PHILLIPA SLEDGE DBA TBD MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-█ RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: TRN: | $ 50,000.00 |
| 12/22/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/█ B/O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-█ RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: | $ 50,000.00 |
| 12/22/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/█ B/O: MARY PHILLIPA SLEDGE, DBA SLEDMEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-█ RFB=O/B TRUSTMA08K JA BBI=/BNF/REF CASA LINDA BANKINIMAD: TRN: | $ 55,000.00 |
| 12/23/2011 | Incoming Wire Transfer | FED WIRE CREDIT VIA: WELLS FARGO BANK/█ B/O: M SLEDGE + P SLEDGE T TEE MARY DE CV MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-█ OBI=FROM MARY PHILLIPA SLEDGE BBIMAD: | $ 70,000.00 |
|  |  |  | $ 3,000,000.00 |

# EXHIBIT 6

Philapa and Entities Au Buy-Sell Transactions UPDATE

Page 1 of 1

From: Dr. Cleal Watts (Doc) <sami@usisr.com>
To: MPS-BillFr <mpejazzman@aol.com>
Subject: Philapa and Entities Au Buy-Sell Transactions UPDATE
Date: Fri, Jan 13, 2012 9:41 pm
Attachments: Philapa_and_Entities__Au_Buy-Sell_Transactions__(Autosaved).xlsx (27K)

S 00105

S 00106

## Philman and Entities An Buy/Sell Transactions

| | Wires for An Investments $ | Date of | $ In From | Amount Available for Investment | Amount Invested TBD per shipment | Per Shipment Earnings | Total Earnings Investment | Expected Investment to date |
|---|---|---|---|---|---|---|---|---|
| **MPS Personal Investments** | | | | | | | | |
| **Wires** | | | | | | | | |
| Wire 1 | $ 250,000.00 | 11/23/2011 | TrustMart | n/a | n/a | n/a | n/a | n/a |
| Wire 2 | $ 250,000.00 | 12/1/2011 | 1st Tenn | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $ 100,000.00 | 12/21/2011 | 1st Tenn | n/a | n/a | n/a | n/a | n/a |
| Wire 4 | $ 55,000.00 | 12/22/2011 | Trust Mart-ch | n/a | n/a | n/a | n/a | n/a |
| Wire 5 | $ 75,000.00 | 12/22/2011 | TrustMart | | | | | |
| Wire 6 | $ 50,000.00 | 12/22/2011 | TrustMart | | | | | |
| Wire 7 | $ 50,000.00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | n/a | n/a |
| Wire 8 | $ - | | | n/a | n/a | n/a | n/a | n/a |
| Subtotals | $ - | | | | | | | |
| Totals | $ 830,000.00 | | | | | | | |
| **Shipment Number** | | (TBD) | | | | | | |
| Shipment 1 | n/a | | | $ 850,000.00 | $ 500,000.00 | $ - | $ - | n/a |
| Shipment 2 | n/a | | | $ 4,735,000.00 | $ 830,000.00 | $ - | $ - | n/a |
| Shipment 3 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 4 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 5 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 6 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Subtotals | | | | | $ 1,330,000.00 | $ - | $ - | |
| Totals | | | | | | | | |
| **MPS Trust Investments** | | | | | | | | |
| **Wires** | | | | | | | | |
| Wire 1 | $ 500,000.00 | 12/1/2011 | JPM Chase | n/a | n/a | n/a | n/a | n/a |
| Wire 2 | $ 750,000.00 | 12/5/2011 | JPM Chase | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $ 600,000.00 | 12/21/2011 | JPM Chase | n/a | n/a | n/a | n/a | n/a |
| Wire 4 ? | $ 70,000.00 | 12/23/2011 | Wells Fargo | n/a | n/a | n/a | n/a | n/a |
| Wire 5 | $ 500,000.00 | 1/13/2012 | Wells Fargo | n/a | n/a | n/a | n/a | n/a |
| Subtotals | | | | | | | | |
| Totals | $ 2,420,000.00 | | | | | | | |
| **Shipment Number** | | (TBD) | | | | | | |
| Shipment 1 | n/a | | | $ 350,000.00 | $ 350,000.00 | $ - | $ - | n/a |
| Shipment 2 | n/a | | | $ 3,895,000.00 | $ 1,920,000.00 | $ - | $ - | n/a |
| Shipment 3 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 4 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 5 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 6 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Subtotals | | | | | $ 2,270,000.00 | $ - | $ - | |
| Totals | | | | | | | | |
| **PS FAMILY LTD Part Investments** | | | | | | | | |
| **Wires** | | | | | | | | |
| Wire 1 | $ 250,000.00 | 12/5/2011 | Wells Fargo | n/a | n/a | n/a | n/a | n/a |
| Wire 2 | $ 1,300,000.00 | 1/12/2012 | Wells Fargo | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $ - | | | n/a | n/a | n/a | n/a | n/a |
| Wire 4 | $ - | | | n/a | n/a | n/a | n/a | n/a |
| Wire 5 | $ - | | | n/a | n/a | n/a | n/a | n/a |
| Subtotals | | | | | | | | |
| Totals | $ 1,550,000.00 | | | | | | | |
| **Shipment Number** | | (TBD) | | $ - | $ - | $ - | $ - | n/a |
| Shipment 1 | n/a | | | $ 1,975,000.00 | $ 250,000.00 | $ - | $ - | n/a |
| Shipment 2 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 3 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 4 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 5 | n/a | | | $ - | $ - | $ - | $ - | n/a |
| Shipment 6 | n/a | | | | | | | |
| Subtotals | | | | | $ 250,000.00 | $ - | $ - | |
| Totals | | | | | | | | |
| **Wire Investments Totals** | | | | | **All Shipments** | | | |
| MPS | $ 830,000.00 | | | | $ 1,330,000.00 | $ - | $ - | $ - |
| Trust | $ 2,420,000.00 | | | | $ 2,270,000.00 | $ - | $ - | $ - |
| F Ltd P | $ 1,550,000.00 | | | | $ 250,000.00 | $ - | $ - | $ - |
| Total | $ 4,800,000.00 | | | | $ 3,850,000.00 | $ - | $ - | $ - |

*$'s Used For Example Only*
*Follow Investment Available for Each by Shipment #*

Earnings

Total Earnings

S 00107



# EXHIBIT 7



Mary Sledge< mpsjazzman@gmail.com>

## Philipa and Entities Au Buy-Sell Transactions .xlsx
3 messages

---

**Dr. Cleal Watts (Doc)** < sami@usisr.com>                    Tue, Jan 31, 2012 at 9:09 PM
To: MPS-BillFr <mpsjazzman@aol.com>

Dear Philipa,

  hope your trip was good and short. This will be the latest chart adjusted DRAFT, were I deducted the wired ($1.5) out from the FLP and showed the $1.8 wired in to go under you, and added the management Fees. Best viewed on PC in Excel spreed sheet program.

Sincerely yours,
Doc

---

📎 **Philipa and Entities  Au Buy-Sell Transactions .xlsx**
22K

---

**Dr. Cleal Watts (Doc)** < sami@usisr.com>                    Wed, Feb 1, 2012 at 4:05 AM
To: mpsjazzman@aol.com

goal is to have come in today Wednesday, with Airway bill to request release from customs.

On 1/31/2012 9:19 PM, mpsjazzman@aol.com wrote:

  Do you have any timetables yet?

  Sent from my iPhone
  [Quoted text hidden]

    [Quoted text hidden]
    <Philipa and Entities Au Buy-Sell Transactions .xlsx>

---

**Dr. Cleal Watts (Doc)** < sami@usisr.com>                    Wed, Feb 1, 2012 at 10:29 AM
To: mpsjazzman@aol.com

Yes, according to the tracking, estimated time of arrival will be on Friday, the 3ed it is suppose to go out today.

Doc

S 00323



# philipa and entities au buy-sell transactions - Sheet1

## Philipa and Entities Au Buy/Sell Transactions

| | Wire for Au Investment $ | Dates of | $ In From | Amount Available for Investment | Amount Expected TBD per shipment | | Au Shipment Earnings | | Interest Earnings on Investment | Earnings of Investment | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MPS Personal Investments | | | | | | | | | | | As Listed For Examples Only |
| Wires | | | | | | | | | | | Follow Investment ↓ |
| Wire 1 | $250,000.00 | 11/23/2011 | TrustMart | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 2 | $250,000.00 | 12/1/2011 | 1st Tenn | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 3 | $100,000.00 | 12/21/2011 | 1st Tenn | n/a | n/a | | n/a | | n/a | n/a | Earnings |
| Wire 4 | $55,000.00 | 12/22/2011 | Trust Mart-Bro | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 5 | $75,000.00 | 12/22/2011 | TrustMart | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 6 | $50,000.00 | 12/22/2011 | TrustMart | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 7 | $50,000.00 | 12/22/2011 | TrustMart | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 8 | $0.00 | | | n/a | n/a | | n/a | | n/a | n/a | Total Earnings |
| | $1,800,000.00 | | | n/a | n/a | | n/a | | n/a | n/a | |
| Subtotals | | | | | | | | | | | |
| Totals | $2,630,000.00 | | | | | | | | | | |
| Shipment Number | | (TBD) | | | | | | | | | |
| Shipment 1 | n/a | | | $1,100,000.00 | $830,000.00 | 30% | $249,000.00 | | $0.00 | n/a | |
| Shipment 2 | n/a | | | $5,160,000.00 | $2,630,000.00 | 30% | $789,000.00 | | $0.00 | n/a | |
| Shipment 3 | n/a | | | $0.00 | $0.00 | | $0.00 | | $0.00 | n/a | |
| Shipment 4 | n/a | | | $0.00 | $0.00 | | $0.00 | | $0.00 | n/a | |
| Shipment 5 | n/a | | | $0.00 | $0.00 | | $0.00 | | $0.00 | n/a | |
| Shipment 6 | n/a | | | $0.00 | $0.00 | | $0.00 | | $0.00 | n/a | |
| Subtotals | | | | | $3,460,000.00 | | $1,038,000.00 | | $0.00 | $0.00 | |
| Totals | | | | | | | | | | $1,449,000.00 | |
| MPS Trust Investments | | | | | | | | | | | |
| Wires | | | | | | | | | | | |
| Wire 1 | $500,000.00 | 12/1/2011 | JPM Chase | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 2 | $750,000.00 | 12/5/2011 | JPM Chase | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 3 | $600,000.00 | 12/21/2011 | JPM Chase | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 4 ? | $70,000.00 | 12/23/2011 | Wells Fargo | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 5 | $500,000.00 | 1/13/2012 | Wells Fargo | n/a | n/a | | n/a | | n/a | n/a | |
| Subtotals | | | | | | | | | | | |
| Totals | $2,420,000.00 | | | | | | | | | | |
| Shipment Number | | (TBD) | | | | | | | | | |
| Shipment 1 | n/a | | | $270,000.00 | $270,000.00 | 30% | $81,000.00 | | $0.00 | n/a | |
| Shipment 2 | n/a | | | $2,530,000.00 | $2,420,000.00 | 30% | $726,000.00 | | $0.00 | n/a | |
| Shipment 3 | n/a | | | $0.00 | $0.00 | | $0.00 | | $0.00 | n/a | |
| Shipment 4 | n/a | | | $0.00 | $0.00 | | $0.00 | | $0.00 | n/a | |
| Shipment 5 | n/a | | | $0.00 | $0.00 | | $0.00 | | $0.00 | n/a | |
| Shipment 6 | n/a | | | $0.00 | $0.00 | | $0.00 | | $0.00 | n/a | |
| Subtotals | | | | | $2,690,000.00 | | $807,000.00 | | $0.00 | | |
| Totals | | | | | | | | | | $403,500.00 | |
| PS Family Ltd Part Investments | | | | | | | | | | | |
| Wires | | | | | | | | | | | |
| Wire 1 | $250,000.00 | 12/5/2011 | Wells Fargo | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 2 | $1,300,000.00 | 1/12/2012 | Wells Fargo | n/a | n/a | | n/a | | n/a | n/a | |
| Wire 3 | [illegible] | | | n/a | n/a | | n/a | | n/a | n/a | |

S 00324

philipa and entities au _,-sell transactions - Sheet1

S 00325

phillpa and entities  au buy-sell transactions  - Sheet2

| | | |
|---|---|---|
| 11/23 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/████████B/O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-████████████RFB=O/B TRUSTMARK JA IMAD: ████████████ | $250,000.00 |
| 12/1 | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A████████B/O: MARY PHILLIPA SLEDGE LOUISVILLE4████████ REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-████████████BBI=/BNF/ATTN CASA LINDA BANKINGIMAD: ████████████ | $250,000.00 |
| 12/1 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:████████PPW MARY JANE PIDGEON SLEDGE TRUST TRN: ██ | $500,000.00 |
| 12/5 | FED WIRE CREDIT VIA: WELLS FARGO BANK/████████B/O: PIDGEON SLEDGE FAMILY LTD PARTOVE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-████████RFB=██████2701391 OBI=SCH REF(████████████ | $250,000.00 |
| 12/5 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:████████PPW MARY JANE PIDGEON SLEDGE TRUST TRN: ██ | $750,000.00 |
| 12/21 | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/████████B/O: MARY PHILLIPA SLEDGE REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-████████/BNF/ATTN: CASA LINDA BANKING BRANC H/INDICO SYSTEMS RESOURCES IMAD: ████████ | $100,000.00 |
| 12/21 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:████████PPW MARY JANE PIDGEON SLEDGE TRUST TRN: ██ | $600,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/████████B/O: COW TENNESSEE 1 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-████████RFB=O/B TRUSTMARK JA BBI=/BNF/BO PIDGEON SLEDGE FAMIMAD: ██ | $75,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/████████B/O: MARY PHILLIPA SLEDGE DBA TBD MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-████████RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: ████████████ | $50,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/████████B/O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX ████████RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: ████████ | $50,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/████████B/O: MARY PHILLIPA SLEDGE, DBA SLEDMEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-████████RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: ██ | $55,000.00 |
| 12/23 | FED WIRE CREDIT VIA: WELLS FARGO BANK/████████B/O: M SLEDGE + P SLEDGE TTEE MARY DE CV MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-████████RFB=██ OBI=FROM MARY PHILLIPA SLEDGE BBIIMAD: ████████████ | $70,000.00 |
| 1/9 | FED WIRE CREDIT VIA: WELLS FARGO BANK/████████B/O: PIDGEON SLEDGE FAMILY LTD PARTOVE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC-████████RFB=████████OBI=SCH REF████████████ | $1,300,000.00 |
| | | $4,300,000.00 |

S 00328

3

# EXHIBIT 8

Philapa and Entities Au Buy-Sell Transactions -Main Version- .xlsx

**From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
**To:** MPS-BIIFr <mpsjazzman@aol.com>
**Subject:** Philapa and Entities Au Buy-Sell Transactions -Main Version- .xlsx
**Date:** Fri, Feb 3, 2012 2:02 pm
**Attachments:** Philapa_and_Entities__Au_Buy-Sell_Transactions_-Main_Version-_.xlsx (30K)

## MONIES TO COME IN ARE IN YELLOW

S 00109

**Philips and Entities Au Buy/Sell Transactions**

S 00110

| | Wires for Au Investments $ | Dates of | $ In From | Amount Available for Investment | Amount Invested TBD per shipment | | Au Shipment $ | | Program Expenses of Investment | Earnings of Investment | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**SIPS Personal Investment**

*Follow Investment Available for Each by Shipment #*

$'s Listed For Examples Only

**Wires**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wire 1 | $ | 250,000 00 | 11/23/2011 | TrustMart | n/a | n/a | n/a | | n/a | n/a | |
| Wire 2 | $ | 250,000 00 | 12/1/2011 | 1st Tenn | n/a | n/a | n/a | | n/a | n/a | |
| Wire 3 | $ | 100,000 00 | 12/21/2011 | 1st Tenn | n/a | n/a | n/a | | n/a | n/a | Expenses |
| Wire 4 | $ | 55,000 00 | 12/22/2011 | Trust Mart-D | n/a | n/a | n/a | | n/a | n/a | |
| Wire 5 | $ | 75,000 00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | | n/a | n/a | |
| Wire 6 | $ | 50,000 00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | | n/a | n/a | |
| Wire 7 | $ | 50,000 00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | | n/a | n/a | Total Earnings |
| Wire 8 | $ | 40,000 00 | 2/2/2012 | 1st Tenn Bank | n/a | n/a | n/a | | n/a | n/a | |
| Wire 9 | $ | 10,000 00 | | | n/a | n/a | n/a | | n/a | n/a | |
| Wire 10 | | | | | | | | | | | |
| Wire 11 | | | | | | | | | | | |
| Wire 12 | | | | | | | | | | | |
| Wire 13 | $ | | | | | | | | | | |
| Subtotals | | | | | | | | | | | |
| Totals | $ | 880,000 00 | | | | | | | | | |

| Shipment Number | | (TBD) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shipment 1 | | n/a | | $ 1,100,000 00 | $ 830,000 00 | | | | | $ 289,500 00 | |
| Shipment 2 | | n/a | | $ 3,160,000 00 | $ 1,169,500 00 | | | | | $ 940,425 00 | |
| Shipment 3 | | n/a | | $ | | | | | | n/a | |
| Shipment 4 | | n/a | | $ | | | | | | n/a | |
| Shipment 5 | | n/a | | $ | $ | | | | | n/a | |
| Shipment 6 | | n/a | | $ | $ | | | | | | |
| Subtotals | | | | | $ 1,999,500 00 | | | | | $ 1,229,925 00 | |
| Totals | | | | | | | | | | | |

**SIPS Trust Investment**

**Wires**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wire 1 | $ | 500,000 00 | 12/1/2011 | JPM Chase | n/a | n/a | n/a | | n/a | n/a | |
| Wire 2 | $ | 750,000 00 | 12/5/2011 | JPM Chase | n/a | n/a | n/a | | n/a | n/a | |
| Wire 3 | $ | 600,000 00 | 12/21/2011 | JPM Chase | n/a | n/a | n/a | | n/a | n/a | |
| Wire 4 | $ | 70,000 00 | 12/23/2011 | Wells Fargo | n/a | n/a | n/a | | n/a | n/a | |
| Wire 5 | $ | 500,000 00 | 1/13/2012 | Wells Fargo | n/a | n/a | n/a | | n/a | n/a | |
| Wire 6 | $ | 120,000 00 | 2/2/2012 | Wells Fargo | | | | | | | |
| Wire 7 | $ | 500,000 00 | | | | | | | | | |
| Wire 8 | | | | | | | | | | | |
| Subtotals | | | | | | | | | | | |
| Totals | $ | 3,040,000 00 | | | | | | | | | |

| Shipment Number | | (TBD) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Shipment 1 | | n/a | | $ 270,000 00 | $ 270,000 00 | | | | | $ 40,500 00 | |
| Shipment 2 | | n/a | | $ 3,990,500 00 | $ 3,080,500 00 | | | | | $ 462,075 00 | |
| Shipment 3 | | n/a | | $ | $ 3,542,575 00 | | | | | n/a | |
| Shipment 4 | | n/a | | $ | $ | | | | | n/a | |
| Shipment 5 | | n/a | | $ | $ | | | | | n/a | |
| Shipment 6 | | n/a | | $ | $ | | | | | n/a | |
| Subtotals | | | | | $ 6,893,075 00 | | | | | $ 502,575 00 | |
| Totals | | | | | | | | | | | |

S 00111

**CS Equity 1st tier Investments**

**Wires**

| Wire | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wire 1 | $ 250,000.00 | 12/5/2011 Wells Fargo | n/a | n/a | n/a | n/a | n/a |
| Wire 2 | $ 1,300,000.00 | 11/27/2012 Wells Fargo | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $ (1,540,000.00) | 1/30/2012 Trust Mark Account | n/a | n/a | n/a | n/a | n/a |
| Wire 4 | $ 500,000.00 | 2/1/2012 Bank | n/a | n/a | n/a | n/a | n/a |
| Wire 5 | $ 500,000.00 | 2/2/2012 Wells Fargo | n/a | n/a | n/a | n/a | n/a |
| Wire 6 | $ - | | | | | | |
| **Subtotals** | $ 850,000.00 | | | | | | |

**Shipment Number**

| Shipment | | | | | | | |
|---|---|---|---|---|---|---|---|
| Shipment 1 | n/a | $ 910,000.00 | $ 850,000.00 | $ 255,000.00 | n/a | $ 127,500.00 | |
| Shipment 2 | n/a | $ (1,541,575.00) | $ 977,500.00 | | | n/a | |
| Shipment 3 | n/a | | | | | n/a | |
| Shipment 4 | n/a | | | | | n/a | |
| Shipment 5 | n/a | | | | | n/a | |
| Shipment 6 | n/a | | | | | n/a | |
| **Subtotals** | | | $ 112,500.00 | | | | |
| **Totals** | $ 850,000.00 | $ 1,532,500.00 | $ 255,000.00 | $ 112,500.00 | | $ 127,500.00 | |

**Wire Investments Totals**

| | | All Shipments | SubGross | | Fee Adjusted Earnings |
|---|---|---|---|---|---|
| MPS | $ 868,000.00 | $ 1,979,500.00 | $ 595,875.00 | | $ 1,279,015.00 |
| Trust | $ 3,043,000.00 | $ 4,593,075.00 | $ 1,005,445.00 | | $ 502,545.00 |
| F Ltd P | $ 860,000.00 | $ 1,437,500.00 | $ 255,000.00 | | $ 177,500.00 |
| **Totals** | $ 4,771,000.00 | | $ 1,860,000.00 | | $ 1,860,000.00 |

S 00112

| Date | Description | Amount |
|---|---|---|
| 11/23 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ /O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB=O/B TRUSTMARK JA IMAD: TRN: | $ 250,000.00 |
| 12/1 | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/ B/O: MARY PHILLIPA SLEDGE LOUISVILLE EF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB= BBI=/BNF/ATTN CASA LINDA BANKINGIMAD: | $ 250,000.00 |
| 12/1 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG/ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 500,000.00 |
| 12/5 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ B/O: PIDGEON SLEDGE FAMILY LTD PARTOVE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- BBIMAD: | $ 250,000.00 |
| 12/5 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG/ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 750,000.00 |
| 12/21 | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/ B/O: MARY PHILLIPA SLEDGE REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- BBI=/BNF/ATTN: CASA LINDA BANKING BRANC H/INDICO SYSTEMS RESOURCES IMAD: | $ 100,000.00 |
| 12/21 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG/ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 600,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/0653002279 B/O: COW TENNESSEE 1 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB=O/B TRUSTMARK JA BBI=/BNF/BO PIDGEON SLEDGE FAMIMAD: TRN: | $ 75,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ /O: MARY PHILLIPA SLEDGE DBA TBD MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/ RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: | $ 50,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ B/O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: | $ 50,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ B/O: MARY PHILLIPA SLEDGE, DBA SLEDMEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: | $ 55,000.00 |
| 12/23 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ B/O: M SLEDGE + P SLEDGE TTEE MARY DE CV MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- OBI=FROM MARY PHILLIPA SLEDGE | $ 70,000.00 |
| 1/9 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ B/O: PIDGEON SLEDGE FAMILY LTD PARTOVE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- OBI=SCH REF BBIMAD: | $ 1,300,000.00 |
| | | $ 4,300,000.00 |

# EXHIBIT 9

**· Philapa and Entities Au Buy-Sell Transactions -Main Version- .xlsx**                    **Page 1 of 1**

From: Dr. Cleal Watts (Doc) <sami@usier.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: Philapa and Entities Au Buy-Sell Transactions -Main Version- .xlsx
Date: Tue, Mar 6, 2012 3:20 am
Attachments: Philapa_and_Entities__Au_Buy-Sell_Transactions_-Main_Version-_.xlsx (31K)

On the PC, this should give you an idea of what I am attempting to do.

S 00121

## Phillips and Entities, Au Buy/Sell Transactions

| Wires for An Investment $ | Date of | $ In Firm | Amount Available for Investment | Amount Invested TBD per Shipment | | Investment Fees Plus Value | Management Fee Amount | Interest Payment of Investment | Earnings of Investment |
|---|---|---|---|---|---|---|---|---|---|
| **MPS Personal Investments** | | | | | | | | | **#'s Listed For Examples Only** |
| **Wires** | | | | | | | | | *Follow Investment Available for Each by Shipment #* |
| Wire 1 | $ 250,000.00 | 11/3/2011 | TrustMart | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 2 | $ 250,000.00 | 12/1/2011 | 1st Tenn | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $ 100,000.00 | 12/21/2011 | 1st Tenn | n/a | n/a | n/a | n/a | n/a | **Earnings** |
| Wire 4 | $ 55,000.00 | 12/22/2011 | Trust Mart-B | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 5 | $ 75,000.00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 6 | $ 50,000.00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 7 | $ 50,000.00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | n/a | n/a | **Total Earnings** |
| Wire 8 | $ 40,000.00 | 2/2/2012 | 1st Tenn Bank | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 9 | $ 10,000.00 | 2/3/2012 | 1st Tenn Bank | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 10 | $ (50,000.00) | 2/9/2012 | 1st Tenn Bank | | | | | | |
| Wire 11 | | | | | | | | | |
| Wire 12 | | | | | | | | | |
| Wire 13 | $ | | | | | | | | |
| Subtotals | | | | | | | | | |
| Totals | $ 830,000.00 | | | | | | | | |
| **Shipment Number** | | (TBD) | | | | | | | |
| Shipment 1 | n/a | | $ 1,000,000.00 | $ | | $ | $ | $ | $ 457,500.00 |
| Shipment 2 | n/a | | $ 4,000,000.00 | $ 1,250,500.00 | | $ | $ | $ | $ 793,125.00 |
| Shipment 3 | n/a | | $ | | | $ | | $ | n/a |
| Shipment 4 | n/a | | $ | | | $ | | $ | n/a |
| Shipment 5 | n/a | | $ | | | $ | | $ | n/a |
| Shipment 6 | n/a | | $ | | | $ | | | n/a |
| Subtotals | | | | $ 2,117,500.00 | | $ | $ | | |
| Totals | | | | | | | | | $ 1,250,625.00 |
| **MPS Trust Investments** | | | | | | | | | |
| **Wires** | | | | | | | | | |
| Wire 1 | $ 500,000.00 | 12/1/2011 | JPM Chase | n/a | n/a | n/a | | n/a | n/a |
| Wire 2 | $ 750,000.00 | 12/5/2011 | JPM Chase | n/a | n/a | n/a | | n/a | n/a |
| Wire 3 | $ 600,000.00 | 12/21/2011 | JPM Chase | n/a | n/a | n/a | | n/a | n/a |
| Wire 4 | $ 70,000.00 | 12/22/2011 | Wells Fargo | n/a | n/a | n/a | | n/a | n/a |
| Wire 5 | $ 500,000.00 | 1/13/2012 | Wells Fargo | n/a | n/a | n/a | | n/a | n/a |
| Wire 6 | $ 120,000.00 | 2/2/2012 | Wells Fargo | | | | | | |
| Wire 7 | $ 500,000.00 | 2/8/2012 | Wells Fargo | | | | | | |
| Wire 8 | $ (40,000.00) | 2/20/2012 | 1st Tenn Bank | | | | | | |
| Wire 9 | $ (25,000.00) | 3/1/2012 | 1st Tenn Bank | | | | | | |
| Wire 10 | $ | | | | | | | | |
| Subtotals | | | | | | | | | |
| Totals | $ 2,985,000.00 | | | | | | | | |
| **Shipment Number** | | (TBD) | | | | | | | |
| Shipment 1 | n/a | | $ 170,000.00 | $ | | $ 85,000.00 | $ | $ | $ 42,500.00 |
| Shipment 2 | n/a | | $ 2,712,500.00 | $ 2,712,500.00 | | $ 813,750.00 | $ | $ | $ 406,875.00 |
| Shipment 3 | n/a | | $ | | | $ | | $ | n/a |
| Shipment 4 | n/a | | $ | | | $ | | $ | n/a |
| Shipment 5 | n/a | | $ | | | $ | | $ | n/a |
| Shipment 6 | n/a | | $ | | | $ | | $ | n/a |

S 00122

S 00123

| Subtotals Totals | | | | $ 2,882,500.00 | | xxx,xxx.xx | xxx,xxx.xx xxx | $ 449,375.00 |

**CS Kredit Intl Out Investments**

| Wire | | | | | | | | |
|------|------|------|------|------|------|------|------|------|
| Wire 1 | $ | 250,000.00 | 12/5/2011 | Wells Fargo | n/a | n/a | n/a | n/a |
| Wire 2 | $ | 1,300,000.00 | 1/12/2012 | Wells Fargo | n/a | n/a | n/a | n/a |
| Wire 3 | $ | 11,549,040.00 | 1/20/2012 | Trust Mark Trust | n/a | n/a | n/a | n/a |
| Wire 4 | $ | 500,000.00 | 2/1/2012 | HSBC | n/a | n/a | n/a | n/a |
| Wire 5 | $ | 300,000.00 | 2/22/2012 | Wells Fargo | n/a | n/a | n/a | n/a |
| Wire 6 | $ | (252,000.00) | 2/21/2012 | Union Bank | n/a | n/a | n/a | n/a |
| Wire 7 | | | | | | | | |
| Subtotals | $ | | | | | | | |
| Totals | $ | 325,000.00 | | | | | | $ |

**Shipment Number** (TBD)

| | | | | | | | |
|------|------|------|------|------|------|------|------|
| Shipment 1 | n/a | $ | $ | 50% | $ | $ | n/a |
| Shipment 2 | n/a | $ | $ | 30% | $ | $ | n/a |
| Shipment 3 | n/a | $ | $ | 0% | $ | | n/a |
| Shipment 4 | n/a | $ | $ | 0% | $ | | |
| Shipment 5 | n/a | $ | $ | 0% | $ | | |
| Shipment 6 | n/a | $ | $ | 0% | $ | | |
| Subtotals | | $ | $ | | $ | $ | |
| Totals | | $ | $ | | $ | $ | |

| Wire Invesptments Totals | | All Shipments | | Subtotals | | | Exc Adjusted Earning's |
|------|------|------|------|------|------|------|------|
| MPS | $ | 3,830,000.00 | $ 1,117,500.00 | $ | 801,250.00 | $ | 449,375.00 | $ | 1,250,625.00 |
| Trust | $ | 2,985,000.00 | $ 2,882,500.00 | $ | xxx,xxx.xx | $ | xxx,xxx.xx | $ | 449,375.00 |
| F I & P | $ | 325,000.00 | $ | | $ | | $ | | $ |
| Totals | $ | 4,140,000.00 | $ 5,000,000.00 | $ | 5,740,000.00 | | | $ | 1,700,000.00 |

S 00124

| Date | Description | Amount |
|---|---|---|
| 11/23 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK ▉ B/O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC- ▉ RFB=O/B TRUSTMARK JA 75218 4001/AC- | $ 250,000.00 |
| 12/1 | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/ ▉ B/O: MARY PHILLIPA SLEDGE LOUISVILLE ▉ REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC ▉ RFB= ▉ BBI=/BNF/ATTN CASA LINDA BANKINGIMAD: | $ 250,000.00 |
| 12/1 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK ▉ ORG:/ ▉ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 500,000.00 |
| 12/5 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ ▉ B/O: PIDGEON SLEDGE FAMILY LTD PARTOVE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC- ▉ OBI=SCH REF ▉ BBIMAD: | $ 250,000.00 |
| 12/5 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE ▉ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 750,000.00 |
| 12/21 | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/ ▉ B/O: MARY PHILLIPA SLEDGE REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC ▉ BBI=/BNF/ATTN: CASA LINDA BANKING BRANC H/INDICO SYSTEMS RESOURCES IMAD: | $ 100,000.00 |
| 12/21 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE ▉ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 600,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ ▉ B/O: COW TENNESSEE 1 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC- ▉ RFB=O/B TRUSTMARK JA BBI=/BNF/BO PIDGEON SLEDGE FAMIIMAD: ▉ TRN: | $ 75,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK ▉ B/O: MARY PHILLIPA SLEDGE DBA TBD MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC- ▉ RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: | $ 50,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ ▉ B/O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC- ▉ RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: | $ 50,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ ▉ B/O: MARY PHILLIPA SLEDGE, DBA SLEDMEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC- ▉ RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINIMAD: | $ 55,000.00 |
| 12/23 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ ▉ B/O: M SLEDGE + P SLEDGE TTEE MARY DE CV MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC- ▉ OBI=FROM MARY PHILLIPA SLEDGE BBIIMAD: | $ 70,000.00 |
| 1/9 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ ▉ B/O: PIDGEON SLEDGE FAMILY LTD PARTOVE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 75218 4001/AC- ▉ OBI=SCH REF ▉ BBIMAD: | $ 1,300,000.00 |
| | | $ 4,300,000.00 |

# EXHIBIT 10

From: Dr. Cleal Watts (Doc) <sami@usler.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: Phillipa and Entities Au Buy-Sell Transactions -Main Version- .xlsx
Date: Mon, Apr 9, 2012 3:01 pm
Attachments: Phillipa_and_Entities__Au_Buy-Sell_Transactions_-Main_Version-_.xlsx (40K)

Dear Phillipa,

With the money you have left in, here is what we are looking at doing. I will split shipment in to 3 runs (treating as 3 shipments). 1st is all for you to make this work better, other investors will be in with you in 2ed. and expenses will fall on 2ed run, maximizing returns. There may be some thing else but so far this will work.

1st spread sheet; flow of wires and investment
2ed spread sheet; wires and transfers
3ed spread sheet;investment calculator

must view on PC.

The shipment will be corrected and sent when they open again on Tue. I managed to get money sent on Easter Saturday. This will minimize any more delay.

Sincerely yours,
Doc

S 00021

S 00022

## Philips and Entities  An Buy/Sell Transactions

| | Wires for An Investment $ | Dates of $ In From | | Amount Available for Investment | Amount Invested TBD per shipment | Investment Earnings Subtractions | Management fee deductions | Iverson Karpen's % of Increase of | Karpin's of Investment |
|---|---|---|---|---|---|---|---|---|---|

**MIPS Personal Investments**

**Wires**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Wire 1 | $ | 250,000.00 | 11/23/2011 | TrustMart | n/a | n/b | n/a | n/a | n/a | n/a |
| Wire 2 | $ | 250,000.00 | 12/1/2011 | 1st Tenn | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $ | 100,000.00 | 12/21/2011 | 1st Tenn | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 4 | $ | 55,000.00 | 12/22/2011 | Trust Mart-B | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 5 | $ | 75,000.00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 6 | $ | 50,000.00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 7 | $ | 50,000.00 | 12/22/2011 | TrustMart | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 8 | $ | 40,000.00 | 2/2/2012 | 1st Tenn Bank | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 9 | $ | 10,000.00 | 2/3/2012 | 1st Tenn Bank | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 10 | $ | (50,000.00) | 2/9/2012 | 1st Tenn Bank | | | | | | |
| Wire 11 | | | | | | | | | | |
| Wire 12 | | | | | | | | | | |
| Wire 13 | $ | - | | | | | | | | |
| Subtotals | | | | | | | | | | |
| Totals | $ | 830,000.00 | | | | | | | | |

| Shipment Number | | | (TBD) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Shipment 1 | | n/a | | | $ 1,000,000.00 | $ 850,000.00 | 50% | $ 115,000.00 | 12.5% | $ 457,500.00 |
| Shipment 2 | | n/a | | | $ 2,000,000.00 | $ 1,287,500.00 | 50% | $ 356,250.00 | 12.5% | $ 491,125.00 |
| Shipment 3 | | n/a | | | $ 1,700,000.00 | $ 1,700,000.00 | 50% | $ 850,000.00 | | $ 850,000.00 |
| Shipment 4 | | n/a | | | $ | | | $ | | $ |
| Shipment 5 | | n/a | | | $ | | | $ | | $ |
| Shipment 6 | | n/a | | | $ | | | $ | | $ |
| Subtotals | | | | | $ 4,617,500.00 | $ 1,651,250.00 | | $ 1,321,250.00 | | $ 1,800,625.00 |
| Totals (Interim Earning's Added) | | | | | | | | | | $ 1,800,625.00 |

**MIPS Trust Investments**

**Wires**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Wire 1 | $ | 500,000.00 | 12/1/2011 | JPM Chase | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 2 | $ | 750,000.00 | 12/5/2011 | JPM Chase | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 3 | $ | 600,000.00 | 12/21/2011 | JPM Chase | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 4 | $ | 70,000.00 | 12/23/2011 | Wells Fargo | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 5 | $ | 500,000.00 | 1/13/2012 | Wells Fargo | n/a | n/a | n/a | n/a | n/a | n/a |
| Wire 6 | $ | 120,000.00 | 2/2/2012 | Wells Fargo | | | | | | |
| Wire 7 | $ | 500,000.00 | 2/8/2012 | Wells Fargo | | | | | | |
| Wire 8 | $ | (30,000.00) | 2/20/2012 | 1st Tenn Bank | | | | | | |
| Wire 9 | $ | (25,000.00) | 3/1/2012 | 1st Tenn Bank | | | | | | |
| Wire 10 | $ | (40,000.00) | 3/8/2012 | 1st Tenn Bank | | | | | | |
| Ledger Entry | $ | (50,000.00) | 3/9/2012 | Chase | | | | | | |
| Wire 11 | $ | (830,500.00) | 3/12/2012 | TRUSTMARK | | | | | | |
| Move from FLP | $ | 285,000.00 | 3/12/2012 | Transfer FLP | | | | | | |
| Wire 12 | $ | (250,000.00) | 3/12/2012 | BoA | | | | | | |
| Ledger Entry | $ | (50,000.00) | 3/13/2012 | Tenn Chase | | | | | | |
| Wire 13 | $ | (450,000.00) | 3/26/2012 | BoA | | | | | | |
| Wire 14 | $ | (60,000.00) | 3/29/2012 | 1st Tenn Bank | | | | | | |
| Wire 15 | $ | (25,000.00) | 3/29/2012 | 1st Tenn Bank | | | | | | |

S 00023

| Wire 1u | | | | | |
| Wire 1* | | | | | |
| Subtotals | | | | | |
| Totals | $ 1,814,500.00 | (TBD) | | | |

| Shipment Number | | | | | | |
|---|---|---|---|---|---|---|
| Shipment 1 | n/a | $ 170,000.00 | 50% | $ 85,000.00 | $ 42,500.00 |
| Shipment 2 | n/a | 712,500.00 | 30% | 213,750.00 | 106,875.00 |
| Shipment 3 | n/a | | 50% | n/a | n/a |
| Shipment 4 | n/a | | 0% | n/a | n/a |
| Shipment 5 | n/a | | 0% | n/a | n/a |
| Shipment 6 | n/a | | 0% | n/a | n/a |
| Subtotals | | | | | |
| Totals | | | | 294,750.00 | $ 149,375.00 |

**PS Equity 1st Port Investment**

**Wires**

| | | | | |
|---|---|---|---|---|
| Wire 1 | $ 250,000.00 | 12/5/2011 | Wells Fargo |
| Wire 2 | 1,300,000.00 | 1/12/2012 | Wells Fargo |
| Wire 3 | (1,500,000.00) | 1/20/2012 | Trust Mark Bank |
| Wire 4 | 500,000.00 | 2/1/2012 | |
| Wire 5 | 300,000.00 | 2/2/2012 | Wells Fargo |
| Wire 6 | (325,000.00) | 2/21/2012 | Union Bank |
| Wire 7 | (40,000.00) | 2/13/2012 | BoA |
| Trans to Trust | (285,000.00) | 3/2/2012 | Family Trust |
| Subtotals | | | |
| Totals | $ | (TBD) | |

| Shipment Number | | | | |
|---|---|---|---|---|
| Shipment 1 | n/a | | | |
| Shipment 2 | n/a | | | |
| Shipment 3 | n/a | | | |
| Shipment 4 | n/a | | | |
| Shipment 5 | n/a | | | |
| Shipment 6 | n/a | | | |
| Subtotals | | | | |
| Totals | | | | |

| Wire Investments Totals | | All Shipments | | Subtotals | | Pre Adjusted Earnings |
|---|---|---|---|---|---|---|
| MPS | $ 830,000.00 | $ 3,817,500.00 | | $ 1,651,250.00 | | $ 1,820,625.00 |
| Trust | 1,814,500.00 | 882,500.00 | | 294,750.00 | | 149,375.00 |
| F LtdP | | | | | | |
| Totals | $ 2,644,500.00 | $ 4,700,000.00 | | $ 1,950,000.00 | | $ 1,950,000.00 |

S 00024

| Date | Description | Amount |
|---|---|---|
| 11/23 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ B/O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB=O/B TRUSTMARK JA IMAD; TRN; | $ 250,000.00 |
| 12/1 | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/ B/O: MARY PHILLIPA SLEDGE LOUISVILLE REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB= BBI=/BNF/ATTN CASA LINDA BANKINGIMAD; | $ 250,000.00 |
| 12/1 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG- PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 500,000.00 |
| 12/5 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ B/O: PIDGEON SLEDGE FAMILY LTD PARTOVE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX OBI=SCH REF'Y 1 0001745472898) BBIMAD; | $ 250,000.00 |
| 12/5 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG- PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 750,000.00 |
| 12/21 | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/ B/O: MARY PHILLIPA SLEDGE REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB= BBI=/BNF/ATTN: CASA LINDA BANKING BRANC H/INDICO SYSTEMS RESOURCES IMAD; | $ 100,000.00 |
| 12/21 | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG/ PPW MARY JANE PIDGEON SLEDGE TRUST TRN: | $ 600,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ B/O: COW TENNESSEE 1 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB=O/B TRUSTMARK JA BBI=/BNF/B/O PIDGEON SLEDGE FAMIMAD; TRN: | $ 75,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ B/O: MARY PHILLIPA SLEDGE DBA TED MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINMAD; | $ 50,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ B/O: MARY PHILLIPA SLEDGE MEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINMAD; | $ 50,000.00 |
| 12/22 | FED WIRE CREDIT VIA: TRUSTMARK NATIONAL BANK/ B/O: MARY PHILLIPA SLEDGE, DBA SLEDMEMPHIS, TN 38117-4010 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- RFB=O/B TRUSTMARK JA BBI=/BNF/REF CASA LINDA BANKINMAD; | $ 55,000.00 |
| 12/23 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ B/O: M SLEDGE + P SLEDGE TTEE MARY DE CV MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- OBI=FROM MARY PHILLIPA SLEDGE BBIMAD; | $ 70,000.00 |
| 1/9 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ B/O: PIDGEON SLEDGE FAMILY LTD PARTOVE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- =SCH REF'Y BBIMAD; | $ 1,300,000.00 |
| 1/13 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ B/O: M SLEDGE + P SLEDGE TTEE MARY DE CV MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- OBI=SCH REF'Y 1 | $ 500,000.00 |
| 1/20 04/20) | FEDWIRE DEBIT VIA: TRUSTMARK JACKSON/ A/C: SLEDGE MEDIA, LLC IMAD; | $ (1,500,000.00) |
| 2/1 | BOOK TRANSFER CREDIT B/O: SUNTRUST BANK BENE=D BY FED ORLANDO FL 32809-6213 ORG;/NEWSOUTH SPECIAL EQUITIES, LP401 COMMERCE ST, 2ND FL OGB: ABA/ | $ 500,000.00 |
| 2/2 | FED WIRE CREDIT VIA: WELLS FARGO BANK/ B/O: PIDGEON SLEDGE FAMILY LTD PARTOVE MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS, TX 752184001/AC- OBI=SCH REF'Y 1 | $ 300,000.00 |

| Date | Description | | Amount | |
|---|---|---|---|---|
| 2/2 | FED WIRE CREDIT VIA: WELLS FARGO BANK/[redacted]B/O: M SLEDGE + P SLEDGE TTEE MARY DE CV MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS TX 75218-4001/AC-[redacted]OBI=CASA LINDA BANKING BRANCH BBIIMAD:[redacted] | $ | 120,000.00 | |
| 2/2 | FED WIRE CREDIT VIA: FIRST [redacted]B/O: M PHILLIPA SLEDGE LOUISVILLE KY USA[redacted]REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS TX 75218-4001/AC-[redacted] RFB=[redacted]BBI=/TIME/10:23 IMAD:[redacted] | $ | 40,000.00 | |
| 2/3 | FED WIRE CREDIT VIA: FIRST TENNESSEE BANK N A/[redacted]B/O: MARY P SLEDGE REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS TX 75218-4001/AC-[redacted]BBI=/BNF/ATTN CASA LINDA BRANCH/TIME/15:01 IMAD:[redacted] | $ | 10,000.00 | |
| 2/6 | FED WIRE CREDIT VIA: WELLS FARGO BANK/[redacted]B/O: M SLEDGE + P SLEDGE TTEE MARY DE CV MEMPHIS TN 38117 REF: CHASE NYC/CTR/BNF=INDICO SYSTEM RESOURCES, INC DALLAS TX 75218-4001/AC-[redacted]OBI=CASA LINDA BANKING BRANCH BBIIMAD:[redacted] | $ | 500,000.00 | |
| 2/9 | ONLINE WIRE TRANSFER VIA: [redacted]A/C: M. PHILLIPA SLEDGE MEPHIS TN 38117 US REF:/BNF/CATAGORY 1 SAME DAY CASH VALUE/TIME/12:17 IMAD:[redacted] | $ | (50,000.00) | |
| 2/21 | FEDWIRE DEBIT VIA: UNION LA AKA UBOC/[redacted] A/C: NATHAN B HOFFMAN CLIENT TRUST REF:/TIME/17:17 IMAD:[redacted] TRN: [redacted] | $ | (525,000.00) | |
| 2/21 | FEDWIRE DEBIT VIA: FIRST TENN/[redacted]A/C: MARY JANE SLEDE REF:/BNF/CATEGORY 1 SAME DAY CASH VALUE/TIME/08:04 IMAD: [redacted] | $ | (30,000.00) | |
| 03/02 | FEDWIRE DEBIT VIA: FIRST TENN/[redacted]A/C: PIDGEON ROOST FARM, INC. REF:/BNF/CATEGORY 1 SAME DAY CASH VALUE/TIME/08:02 IMAD: [redacted] | $ | (25,000.00) | x |
| 3/8 | FEDWIRE DEBIT VIA: FIRST TENN/[redacted]A/C: MARY JANE SLEDE REF:/BNF/CATEGORY 1 SAME DAY CASH VALUE/TIME/16:51 IMAD: [redacted] | $ | (40,000.00) | x |
| 3/9 | Transfer to [redacted] Madeline Sunshine The Sunshine Inc. (Music Rights) | $ | (50,000.00) | x |
| 3/12 | CHIPS DEBIT VIA: BANK OF AMERICA, N.A./0959 A/C: [redacted] | $ | (250,000.00) | x |
| 03/12 | FEDWIRE DEBIT VIA: TRUSTMARK JACKSON/[redacted]A/C: CLEARING INCOMING WIRES TENNESREF: FURTHER CREDIT TO PIDGEN SLEDGE FAMILY L.P., [redacted]O PIDGEN SLEDGE FAMILY, L.P.,[redacted]IMAD: [redacted] | $ | (530,500.00) | x |
| 3/13 | Transfer to [redacted] | | | |
| 3/13 | CHIPS DEBIT VIA: BANK OF AMERICA, N.A.[redacted]A/C: NELL SLEDGE PULS[redacted] | $ | (50,000.00) | x |
| 3/26 | CHIPS DEBIT VIA: BANK OF AMERICA, N.A.[redacted]A/C: DANCE DOC LLC SS[redacted] | $ | (40,000.00) | x |
| 3/29 | FEDWIRE DEBIT VIA: FIRST TENN/[redacted]A/C: PIDGEON ROOST FARM, INC. REF:/BNF/CATEGORY ONE SAME DAY CASH VALUE/TIME/13:26 IMAD: [redacted] | $ | (450,000.00) | x |
| | | $ | (25,000.00) | x |
| 3/29 | FEDWIRE DEBIT VIA: FIRST TENN/[redacted]A/C: M. PHILLIPA SLEDGE REF:/BNF/CATEGORY ONE SAME DAY CASH VALUE/TIME/13:26 IMAD:[redacted] | $ | (60,000.00) | x |
| | | $ | - | |
| | | $ | 2,644,500.00 | |

S 00025

| Specific Shipments | Estimated X #'s | |
|---|---|---|
| Shipment Kgs. (Before Refining) | | 714.0 |
| Gold % Pure | | 95% |
| Gold Toz. Pure (Refined) | | 21807.84 |
| Spot Price of Gold (At Time of Refining) | $ | 1,614.20 |
| Gross Cash Value Refined | $ | 35,202,207.47 |
| Gross Cash Value (after Selling) | $ | 34,850,185.39 |
| Gross Cash Value/Kg (after Selling) | $ | 48,809.78 |
| Total Investment Opportunity for Shipment | $ | 7,040,441.49 |
| Investment Opportunity for Shipment Taken | $ | 2,300,000.00 |
| Investment Opportunity for Shipment Available | $ | 4,740,441.49 |
| Investor $ Invested/Shipment (To Nearest $10K) | $ | 4,700,000.00 |
| | | |
| Gross % Discount of Au to Inv | | 20% |
| % Cost of Shipment (Est. 11-14%) | | 14% |
| % Net to Inv of Shipment (Est. 6-9%) | | 6% |
| $ Value of Au Reserved Per Inv $1 | $ | 5.00 |
| | | |
| Total $ Value of Au Reserved For Inv | $ | 23,500,000.00 |
| $ Cost of Total Au Reserved For Inv | $ | 18,800,000.00 |
| Total Au Toz. Reserved For Inv | | 14558.295 Toz. |
| Investors Total Est % Profit per $1 Invested | | 30% |
| Investors $ Profit For Total Investment | $ | 1,410,000.00 |
| A) Total $ return to Investors (PI in Cash) | $ | 6,110,000.00 |
| B) Total Au Toz if Bullion Taken (PI in Au) | | 3785.16 Toz. |
| OR | | |
| Receive (X) Toz. Au (PI + Up to Reserved Toz.) | | .000 Toz. |
| & Balance Due Investor in Cash (-$ If Over PI) | $ | 6,110,000.00 |
| | | |

| Ledger |
|---|
| Estimated #'s |
| TBD #'s by Investor |
| INFO |
| Return & Balance |
| Reserved Au #'s |
| Calculated Results |

S 00026

# EXHIBIT 11

Case 2:13-cv-02578-STA-cgc   Document 14   Filed 12/31/13   Page 65 of 116   PageID 318

From: Dr. Cleal Watts (Doc) <sami@usisr.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: Au offering
Date: Tue, Jun 5, 2012 10:27 pm
Attachments: pic(475).jpg (401K)

## This was offered today because they can not get it done. And we now have the reputation for doing what others can't. It is 3 metric tones in Ghana now.

1 Attached Images



S 00048



03:10 PM 10/6/2011

S 00049

By the way, each of those bricks weigh 100Kgs.

From: Dr. Cleal Watts (Doc) <saml@uslar.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: By the way, each of those bricks weigh 100Kgs.
Date: Tue, Jun 5, 2012 10:38 pm

S 00050

# EXHIBIT 12

Fwd: DOCUMENTS ATTACHED

**From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
**To:** undisclosed-recipients:;
**Subject:** Fwd: DOCUMENTS ATTACHED
**Date:** Fri, Jun 8, 2012 12:46 pm
**Attachments:** graphic3.jpg (288K)

DEAR SIR,
I AM SENDING YOU BY ATTACHMENT GHANA PRESS REPORT ABOUT THE COURT
PROCEEDINGS YESTERDAY.
I WILL KEEP YOU INFORMED ON ALL PROCEEDINGS FROM THE COURT.
KIND REGARDS,
DOCTOR P

1 Attached Images



S 00128

S 00129

DAILY GUIDE
...ependent Newspaper
NO. ...2 FRIDAY, JUNE 8, 2012 GH¢2.00

# Workers Pay In Danger

BRUTAL MURDER!
Nana Kojo Anyare

# FANTE CHIEF BEHEADED In Mills Hometown

# Gold Fraudsters Passport Ceased

By Stephen Zoure
Accra.

**Three suspected Gold fraudsters have been detained, passports ceased at an Accra Circuit High Court.**

The accused persons, Chief Mamanday Kondewa, Mr. Joseph Nyadebo and Mohamened Haruna all miners were charged with Five counts of making false allegations.

They pleaded not guilty to the charges and were remanded into police custody and passports ceased by the prosecutor to re-appear on Friday June 8.

The court was inform that 714 KG Gold concentrate originated from Sierra Leone belongs to Chief Alimamy Kamara. The Gold is presently with the Ghana customs to be shipped to Dallas Texas. The Gold which was intended to be shipped to Dr. Cleal Watts III 8926 Forest Hills Blvd, Dallas Texas 75218 – 4001 USA en-routes through L.F Wada international Airport Bermuda destination Dallas Texas is presently with the Ghana customs from a High Court order from Ghana.

Pending the High Court hearing in which the complainants Mamanday Kondewa claim that no payment was made to him for his products 714 KG Gold Concentrate.

After 2 days court hearing, it has been proved that Mr. Kondewa is making false allegation to the court. The prosecutor recommended his passport to be ceased and detained. Mr. Joseph Nyadebo who is also testifying that his 44 Kg Gold Concentrate was not paid for, was also detained pending through Investigations. Mr. Mohammed Harruna, another complainant was also detained and passport ceased.

The court hearing continuous on Friday when finale verdicts is to be issued by the High court Judge.

Indomie
Instant Noodles
...tastes great
BOX NOODLES
TOO BUSY?
GRAB A QUICK ONE
So tasty, so handy

# EXHIBIT 13

· Fwd: PRESS DOCUMENTS ATTACHED

**From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
**To:** undisclosed-recipients:;
**Subject:** Fwd: PRESS DOCUMENTS ATTACHED
**Date:** Sat, Jun 9, 2012 12:22 pm
**Attachments:** graphic_inside_page.jpg (202K)

DEAR SIR,
I AM FORWARDING YOU THE PRESS REPORT FROM TODAY'S NEWS PAPER.
KIND REGARDS.
DR.PATRICK KOROMA.

1 Attached Images



S 00130

S 00131

Saturday, June 1, 2012

# Sasa Bomso Women Demo Against Odikro

FROM Morgan Owusu Kumah



*The women who stormed the Manhyia Palace for the demonstration*

# GOLD CONCENTRATE SUSPECTS DETAINED

From Emmanuel Opoku
Accra

Messers Mamanday Kondewa, Joseph Nyadebo and Mohammed Hanina are still in police custody for giving false allegation in gold transaction between them and Chief Alimamy Kamara who is the owner of the gold.

The lawyers of the detained persons argued that their client passports have been ceased and detained unlawfully. Both lawyers of the accused persons and the lawyer of the owner of the gold agreed to adjourn the case till Monday June 11 when finale judgment will be giving.



# Tema Police Chief Tough On Criminals

FROM Vincent Kubi, Tema

TEMA REGIONAL Police Commander DCOP Maxwell Alingtise has promised to make the region uninteresting for criminals to be engaged in any way ...



DCOP Maxwell Alingtise, Tema Regional Police Commander

# Ex-Convict Jailed 24 Months

From: Dr. Cleal Watts (Doc) <sami@usisr.com>
To: undisclosed-recipients:;
Subject: Fwd: RE. COURT PROCEEDINGS REPORT
Date: Tue, Jun 12, 2012 12:43 pm
Attachments: daily_graphic.jpg (236K)

Now I can finish up. Copy of front cover of the newspaper referring to the court out come, of these guys trying to thwart us.
Doc

DEAR SIR,
I AM FORWARDING YOU THE COURT PROCEEDINGS OF YESTERDAYS AT TODAYS NEWSPAPER.

REGARDS,

DR. PATRICK KOROMA

1 Attached Images



S 00132

2:13-cv-02578-STA-cgc   Document 14   Filed 12/31/13   Page 75 of 116   PageID 328

# Daily Graphic

GHANA'S BIGGEST SELLING NEWSPAPER SINCE 1950

**NO. 18865,    TUESDAY, JUNE 12, 2012.    PRICE: GH¢1.50**

## ICT training for physically challenged

The Vice-President, Mr John Dramani Mahama, has charged the youth and private institutions to step-up training opportunities for the visually challenged in the country if sustainable development is to be...



An aerial view of the chaotic scenes in Hohoe as a result of the riots.
Pictures: MYAYONLINE.COM

## GOLD FRAUDSTERS JAILED FOR 3 YEARS EACH

Story By Mary Annana
Accra

AN ACCRA CIRCUIT COURT HAS JAILED 3 GOLD FRAUDSTERS FOR 3 YEARS EACH.

The accused persons, Mamandy Kondewa, Joseph Nyadebo and Mohammed Haruna asked for mercy. The accused persons who denied the charges that they wanted to claim 714KG Gold Concentrate originated from Sierra Leone that belongs to Chief Alimamy Kamara showed no sign of remorse. The gold which is presently with the Ghana customs is now free to be shipped to Dallas, Texas that intended to be shipped to Dr. Chad Watts III #926 Forest Hills Blvd, Dallas Texas 75218 – #601 USA en route through I.F Wade international Airport Bermuda destination Dallas Texas were resigned to Ghana customs from a high court order from Ghana.

The court presided over by Ms Francis Obiri told the accused persons that this sentence should act as a warning to other Gold Fraudsters. The prosecutor DSP Peter Sekyi narrated to the court that by jailing these 3 accused persons lessons have been learned by others.

# MAYHEM IN HOHOE

- Two persons killed
- Curfew imposed

## Story: Tim Dzamboe, Hohoe

TWO persons are reported to have been shot dead in Hohoe, while an unspecified number sustained injuries, during reprisal attacks between members of the Zakzo community, on the one hand, and residents of the town, on the other, early yesterday.

...

Continued on Page 3






S 00133

**From:** Dr. Cleal Watts (Doc) <sami@uslsr.com>
**To:** undisclosed-recipients:;
**Subject:** Fwd: Fw: FINAL COURT NOTICE
**Date:** Thu, Jun 14, 2012 2:19 pm
**Attachments:** FINAL_NOTICE.jpg (880K)

------- Original Message -------
**Subject:** Fw: FINAL COURT NOTICE
**Date:** Thu, 14 Jun 2012 11:43:07 -0700 (PDT)
**From:** Peter Koroma <gemproductsltd@yahoo.com>
**To:** sami@uslsr.com
**CC:** sekoucondela200@yahoo.com

DEAR SIR,
I AM FORWARDING YOU FINAL COURT NOTICE GIVEN TO ME TODAY
PLEASE, BE REST ASSURED THAT EVERYTHING WILL BE FINISHED ON MONDAY
I HAVE ALREADY DISCUSSED THE FLIGHT TRANSIT CHANGES.
KIND REGARDS
DR. PATRICK KOROMA

--- On Wed, 6/13/12, Peter Koroma <gemproductsltd@yahoo.com> wrote:

> From: Peter Koroma <gemproductsltd@yahoo.com>
> Subject: COURT ADJOURN NOTIFICATION
> To: "Dr Cleal Watt" <sami@uslsr.com>
> Cc: "Sekou Conde" <sekoucondela200@yahoo.com>
> Date: Wednesday, June 13, 2012, 10:26 PM
>
>  DEAR SIRS,
>
> I AM SENDING YOU BY ATTACHMENT THE COURT ADJOURN NOTIFICATION.
>
> PLEASE BE REST ASSURED THAT ON MONDAY EVERYTHING WILL BE FINISHED.
>
> KIND REGARDS
> DR. PATRICK KOROMA

| 1 Attached Images |
| --- |

S 00052



S 00053



REPUBLIC OF GHANA
JUDICIAL SERVICE
P. O BOX 119
ACCRA-GHANA

I, JOHN BOSCO NABARESE. FIRST DEPUTY JUDICIAL SECRETARY OF THE JUDICIAL SERVICE OF GHANA, DO HEREBY CERTIFY THAT IN THE CASE OF CHIEF ALIMAMY KAMARA VERSUS THE COMPLAINAT MESSERS MAMADY KONDEWA, JOSEPH NYADEBO AND MOHAMED HARUNA. WHO WERE JAILED TODAY FOR MISLEADING THE COURT, AN APPEAL FROM THE COMPLAINANT LAWYERS HAVE SENT A WRITE OF APPEAL THAT THE CASE BE RE-VISIT AGAIN THE C OURT PROCEEDINGS.

THE APPEAL COURT HAVE ADJOURN THE COURT HEARING TILL MONDAY 18TH AT 9:30AM AND THE COURT WILL GIVE FINAL JUDGEMENT.

DATED THIS 14TH DAY OF JUNE, 2012 IS A NOTARY PUBLIC OF GHANA.

THIS ATTESTS TO THE STAMP, SIGNATURE OF THE NOTARY PUBLIC ONLY AND NOT THE CONTENTS OF THE ATTACHED DOCUMENT.

GIVEN UNDER MY HAND AND THE SEAL OF THE HIGH COURT OF JUSTICE THIS    14TH   DAY OF JUNE, IN THE YEAR OF OUR LORD TWO THOUSAND AND TWELVE (2010)

FIRST DEPUTY JUDICIAL SECRETARY

FINAL COURT
REMINDER
14 DAY OF JUNE 2012

S 00054

Fwd: Fw: DOCUMENTS ATTACHED

From: Dr. Cleal Watts (Doc) <sami@usisr.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: Fwd: Fw: DOCUMENTS ATTACHED
Date: Sat, Jun 23, 2012 7:31 pm
Attachments: saturday_graphic.jpg (623K)

DEAR SIRS,

I AM FORWARDING YOU BY ATTACHMENT SATURDAY GRAPHIC NEWS PAPER THAT CONTAIN FRIDAY COURT PROCEEDINGS,

REGARDS,

DR. K

1 Attached Images



S 00136

Case 2:13-cv-02578-STA-cgc Document 14 Filed 12/31/13 Page 80 of 116 PageID 333

# Paraguay's President impeached

PARAGUAYAN lawmakers voted to impeach President Fernando Lugo for his role in a deadly clash involving landless farmers, and announced that the former Roman Catholic bishop's trial would begin in the Senate.

Lugo, who was elected four years ago on promises that he would help the South American country's poor, went on national television to dismiss rumors that he would resign, and vowed to face the trial "with all its consequences."

The lower house voted 76-1 on Thursday to impeach the president. Hours later, the Senate announced that it would begin his trial on Friday.

In Paraguay, a poor, landlocked country with a history of political instability, the vote prompted frightened residents in the capital, Asuncion, to shutter businesses and pull children out of schools. Hospitals were put on alert, freeing up beds in case of possible violence.

Paraguayans were unnerved by the possibility that the looming showdown in the opposition-controlled Senate could spark violent street protests such as those that followed the March 1999 assassination of Vice President Luis Maria Argana.

continue on page 10

### SUPREME COURT FOLD FRAUDSTERS CASE APPEAL ARDJUN
Story: Mary Kumi

At the last supreme court hearing in the matter between Chief Alimamy kamara and the 3 jailed complenants. Mamanday Kondewa, Joseph Nyadeho and Mohammed Haruna which was arjuned till Monday 25ᵗʰ June 2012, has bought to light that the 3 jailed complenants were just misleading the court. Their lawyers made a request that the product been retrurend to the country of origin but eas rejected by Chief Alimamy kamara lawyer.

After hearing from both sides the preceeding judge arjuned the matter till Monday 25ᵗʰ June.



· Boko Haram leaders

# US designates Boko Haram leaders as terrorists

THREE leaders of Nigeria's Boko Haram Islamist group have been designated as terrorists by the US state department.

Abubakar Shekau leads the militant group, while Abubakar Adam Kambar and Khalid el Barnawi are thought to have ties with a branch of al-Qaeda.

The move means any assets belonging to the men in the US will be frozen, and contact with US citizens banned.

Boko Haram has said it carried out a number of attacks against churches and other establishments since 2009.

More than 640 people have died in the country so far in 2012 in attacks blamed on the group.

The move was likely to have little effect on the three men.

Boko Haram carried out a series of attacks against churches on Sunday, sparking a wave of sectarian reprisals.

Gun battles also broke out in Damaturu after attacks by the group against security forces.

Boko Haram, whose name means "Western education is a sacrilege", in the Hausa language, is based in the dominantly Muslim north of Nigeria.

The south of the oil rich country is mostly Christian.—BBC

# Mexican police arrest drug baron's son



· Jesus Alfredo Guzman Salazar

MEXICAN troops have arrested the son of the country's most-wanted drug suspect, Joaquin "El Chapo" Guzman.

Jesus Alfredo Guzman Salazar was arrested, with another person, in central Jalisco state in an operation by marines in the city of Zapopan.

His father is the boss of the powerful Sinaloa cartel.

"El Chapo", or "Shorty", Guzman has been in hiding ever since he escaped from prison in 2001.

Jesus Guzman and the other detainee, Kevin Beltran Rios, also accused of belonging to the Sinaloa cartel, were transferred to Mexico City, and paraded in front of the media.

A spokesman for the Mexican Navy, Jose Luis Vergara, said Jesus Guzman - known as "El Gordo", or "The Fat One" - was a growing force within the organisation.

"He controlled most of the Sinaloa cartel's illegal drug trade between Mexico and the United States," he said.

Mr Vergara said Jesus Guzman also managed most of his fathers' properties. "El Chapo" Guzman appears on Forbes magazine's world billionaires list.

Joaquin "El Chapo" Guzman escaped from prison in 2001.

Experts say the Mexican authorities seem to be trying to hurt Guzman by targeting his family. The same tactic was employed by the

Colombian army to get to the notorious drug baron, Pablo Escobar.

Jesus Guzman Salazar, 26, was indicted on drug trafficking charges in the US state of Illinois in 2009.

Earlier this month, the US treasury department imposed financial sanctions on him and his mother, Maria Alejandrina Salazar.

Last month, two other sons of Joaquin Guzman, Ivan and Ovidio, were also targeted by the treasury department. The measure means US citizens are not allowed to do business with them.

It is unclear whether Jesus Guzman Salazar will be tried in Mexico or extradited to the US.

With presidential elections due in Mexico on July 1, President Felipe Calderon's war on drugs will be under scrutiny.

More than 55,000 people have died in Mexico in drug-related violence since he declared war on the cartels.

El Chapo was jailed in 1993, but escaped from his maximum-security prison in a laundry basket eight years later.

He heads the Sinaloa cartel, which controls much of the flow of cocaine, marijuana and methamphetamine to the United States.

The US state department has offered a reward of up to $5 million ($3.2m) for information leading to his arrest.—AP

Fwd: HIGH COURT CASE ADJOURNED                                        Page 1 of 1

**From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
**To:** undisclosed-recipients:;
**Subject:** Fwd: HIGH COURT CASE ADJOURNED
**Date:** Wed, Jun 27, 2012 12:59 am
**Attachments:** tuesday_graphic.jpg (1320K)

DEAR SIR,

AM FORWARDING YOU THE LAST COURT CASE PRINTED AT TODAY'S NEWS PAPER.
BEST REGARDS.
DR. K.

1 Attached Images



S 00134

S 00135

# Crime And Justice

## Machomen Attack Adankwame

FROM Ike Joe Awuah Jnr., Kumasi

SEVERAL INNOCENT people at Adankwame near Kumasi in the Ashanti region have been wounded by some macho men who are said to be raiding the area in recent times.

Most of the victims of these macho men are people who are loyal to Nana Kwaku Nsiah, who claims to be the Asantehene's Gyasehene of the Bantama Baamu and the rightful caretaker of the Adankwame lands for Otumfuo.

Narrating the incident to *DAILY GUIDE*, Nana Nsiah alleged that one Madam Abena Agyeman, whom he had a protracted land tussle with in the Asantehene's palace, was sponsoring the hoodlums to attack his supporters without any provocation.

He disclosed that the Adankwame land dispute dated back to several decades; however he was adjudged the rightful owner of the Adankwame lands when the matter was brought before the late Otumfuo Opoku Ware II in 1988.

According to him, his opponents, who were declared losers, were not content with the Asantehene's ruling so they were still contesting the matter at the Manhyia Palace.

Nana Nsiah noted that instead of waiting for Otumfuo to rule on the matter, his opponents had chosen to engage macho men to terrorize him and his loyalists.

He alleged that innocent people who had done no wrong had been butchered by these macho men who are led by one CD; however, all efforts being made to get these men arrested had proved futile.

Nana Nsiah noted that aside causing severe injuries to people, including women, the macho men had also caused massive destruction to properties running into several billions of old Ghana cedis.

He claimed that his factory and houses belonging to him and most of his loyalists in the area had been burnt down by the gangsters but nothing had been done to the perpetrators.

Nana Nsiah also alleged that the macho men forcibly took over his 140 acre orange farm about two years ago and had been selling the farm's produce to enrich themselves.

He has however appealed to government to let the law prevail, noting that despite his numerous reports

## GOLD FRAUDSTERS CASE ADJOURNED

By Awuda Malana

At the supreme high court hearing yesterday in the case between Chief Allmamy Kamara and the 3 gold fraudsters; Mamanday Kondeira, Joseph Nyulein and Mohammed Haruna, the preceding Judge request that the court should proceed with facts and not misleading informations that will delay the court proceedings.

The lawyers for the complainants who have been jailed already argued that their clients have been giving high court jailed sentences that they do not deserve. They also asked that the product be return to its country of origin.

The lawyer representing the owner of the Gold Chief Allmami Kamara argued that since the complainants have been jailed, there is no need for a request that product to be sent to the country of origin.

Argument between the lawyer of the complainants and the owner of the gold went on till the Supreme Court judge adjourned the case for final court hearing sits to Wednesday 27th June.

## Theives Disorganise Citi FM's Richard Sky

BY Awudu Mahama

ARMED ROBBERS have broken into the private car of Citi FM's Parliamentary correspondent, Richard Dela Sky, stealing his valuable items.

The thieves stole several items including a Sony laptop, a digital Sony recorder, an Ipad, digital storage devices, cheque books, very important personal and official documents and other valuables.

The incident occurred in broad daylight within the premises of Parliament House in Accra, Wednesday June 13, 2012.

Matters of security in Parliament have been of great concern to lawmakers as there have been sporadic incidences of burglary in the House.

Richard Sky told *DAILY GUIDE* in an interview that the thieves broke the back glass of his car through which they stole his items.

He has appealed that anyone with information about the stolen items should report to the nearest police station or call on mobile phone number 0244476308.

•Richard Sky

## Flawornu Gets 7 Years For Defilement

FROM Dorcas Barbli, Tema

THE TEMA Circuit Court 'A' presided over by Mr Kyei Baffour has sentenced a 24-year-old labourer to seven years in prison with hard labour for defiling a 12-year-old pupil of Wisdom Basic School.

The accused, Lawrence Flawornu, according to the court, lived at Bankuman, a suburb of Tema New Town, with both the victim and complainant and shared a common verandah.

The accused, who has now been convicted, was arrested in 2009 and brought before the court but pleaded not guilty, however, the court found him guilty of the offence after investigations and sentenced him as such.

Briefing the court, the prosecutor Inspector Samuel Dzube told the court that on November 13, 2009 at about 11:30 pm, both the victim and the complainant were sleeping on the verandah when the victim suddenly disappeared.

The complainant, according to the prosecutor, who was wondering where the victim had gone to, shouted her name. However, to the surprise of the complainant, the victim responded from the convict's room and came out.

When she was asked what she was doing in the room with the convict, the victim told the complainant that Lawrence forcibly had sexual intercourse with her.

The prosecutor further told the court that the complainant quickly confronted Lawrence about what the victim had told her and he admitted the offence. The complainant then called in her brother and sent the convict to the police station, and made a report where he was re-arrested and detained for investigations.

According to the prosecutor, a police medical form was issued to the complainant to send the victim to the hospital for examination and treatment. He added that the medical officer's report indicated that the victim's hymen had been broken. The report also revealed that the victim was bleeding and discharging some fluid in her vagina.

The convict was therefore put before the court after police investigations and the court sentenced him to seven years after its proceedings.

## Police Probe 75-Year Old Grandma

BY Charles Takyi-Boadu

ESTHER TACKIE, a 75-year-old woman, is currently being held and investigated by the police at Korle Bu for the alleged murder of her 8-month granddaughter.

Two attendants at a refuse dump near the famous Tuesday market in Korle Gonno, a suburb of Accra, accosted and handed her over to the police on Thursday evening around 11pm.

Greater Accra Regional Public Relations officer of the Ghana Police Service, Deputy Superintendent of Police (DSP), Freeman Tettey, who confirmed the incident to *DAILY GUIDE*, said the young men spotted the old lady approaching the refuse dump around 10:48pm with a basket in hand.

"As to whether the child died or was killed is another issue that we have to unravel," he said.

The basket, according to him, was neatly covered like food being sent to a patient at a hospital.

But, DSP Tettey said the old woman's body language made the refuse dump attendants, who have been identified as workers of waste management company Zoomlion Ghana Limited, suspicious and therefore demanded to see the contents of the basket.

Upon enquiries, they were said to have discovered the lifeless body of a baby believed to be about 8 months draped in a green over-all and concealed in a polythene bag.

They therefore dragged the old woman to the Korle Bu police station where upon interrogation, admitted she was going to dump the baby in the refuse.

The old lady was also said to have admitted that the dead baby was her grandchild, her son, Okaidja's, child.

The old lady seemed to have given two conflicting accounts to the police about the actual time the baby died.

In her initial statement, she claimed the child fell sick and died before she was arrested and sent to the police station.

She subsequently told the detectives that when the baby died, she together with the baby's parents went to bury the body behind the room of a man whose name was given as Gaddafi in the same neighbourhood. However, Gaddafi was said to have gotten angry and asked them to exhume the body which they obliged.

After exhuming the body, the granny was reported to have told the police she was asked to go and dump the baby on the refuse dump but she run out of luck and was accosted and handed over to the police.

A provisional charge of murder has since been slapped on the old woman until proven otherwise.

The police have started searching for the father and mother of the dead baby, a lady whose name was only given as Odey.

The body of baby has since been deposited at the morgue of the Korle Bu Teaching Hospital pending autopsy whilst the police have started investigating the case.

•The basket which contained the baby

•Grandmum Esther Tackie

extension to Fri.

From: Dr. Cleal Watts (Doc) <sami@usisr.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: extension to Fri.
Date: Thu, Jul 5, 2012 1:58 am
Attachments: REF_(2)_(1).jpg (821K)

DEAR SIRS.

I AM SENDING YOU BY ATTACHMENT NOTFICATION OF COURT PROCEEDING TO FRIDAY MORNING.

THANKS FOR YOUR CORPORATION.

KIND REGARDS.

DR. K

1 Attached Images



S 00080



REPUBLIC OF GHANA
JUDICIAL SERVICE
P. O. BOX 119
ACCRA-GHANA

I, JOHN BOSCO NABARESE, FIRST DEPUTY JUDICIAL SECRETARY OF THE JUDICIAL
SERVICE OF GHANA, DO HEREBY CERTIFY THAT IN THE CASE OF CHIEF ALIMAMY KAMARA VERSUS
THE COMPLAINAT MESSERS MAMADY KONDEWA, JOSEPH NYADEBO AND  MOHAMED HARUNA. WHO
WERE JAILED  TODAY FOR MISLEADING THE COURT, AN APPEAL FROM THE COMPLAINANT LAWYERS
HAVE SENT A WRITE OF APPEAL THAT THE CASE BE RE-VISIT AGAIN THE C OURT PROCEEDINGS.
THE HIGH COURT JUDGE WHO IS PRECIDING THE HIGH COURT APPEAL MATTER INVOLVED IN AN
ACCIDENT THIS MORNING WHEN COMING TO COURT. BECAUSE OF THE ACCIDENT THE MATTER WAS
ADJOURNED TO WEDNESDAY 4TH JULY, 2012 TO ENABLE THE HIGH COURT JUDGE RECOVER FULLY
FROM THE MINOR INJURIES HE RECEIVED.

UNFORTUNATELY THE COURT JUDGE WAS NOT AVAILABLE AT THE COURT PROCEEDINGS BECAUSE
OF INJURIES HE RECEIVED.

THE APPEAL COURT IS INVITING BOTH COMPLAINANT AND THE ACCUSED TO APPEAR BEFORE THE
HIGH COURT ON FRIDAY MORNING FOR FINAL HEARING.
DATED THIS 4 TH  DAY OF .JULY,  2012  IS A NOTARY PUBLIC OF GHANA.

THIS ATTESTS TO THE STAMP. SIGNATURE OF THE NOTARY PUBLIC ONLY AND
NOT THE CONTENTS OF THE ATTACHED DOCUMENT.

GIVEN UNDER MY HAND AND THE SEAL OF THE
HIGH COURT OF JUSTICE THIS      4TH     DAY OF
JULY,  IN THE YEAR OF OUR LORD
TWO THOUSAND AND TWELVE (2012)

FIRST DEPUTY  JUDICIAL SECRETARY

S 00081

From: Dr. Cleal Watts (Doc) <sami@usier.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: Fwd: RE;SUPREME COURT CONCLUSION FEES
Date: Thu, Jul 5, 2012 2:00 am
Attachments: Suupreme_Court_2.jpg (345K)

DEAR SIR,

I AM FORWARDING YOU SUPREME COURT CONCLUSION FEES

AS THIS IS THE LAST COST FEES IT IS IMPERATIVE THAT THE COST BE PAID TOMORROW TO ENABLE THE COURT PROCEEDINGS COMES TO AN END.

KIND REGARDS,

DR. K

1 Attached Images



S 00082



# SUPREME HIGH COURT OF JUSTICE
## REPUBLIC OF GHANA
### ACCRA – GHANA



In the Superior Court of Judicature,
High Court of Justice,
Accra-Ghana.

*Suit No: 028-012*
*4th July, 2012*

## SUPREME HIGH COURT PROCEEDING FEES INVOICE

| | |
|---|---|
| 1. *Conclusion fee* | US$ 35,000.00 |
| 2. *Filing and Service of Documents* | - US$25,000.00 |
| 3. *Commissioner for Oaths Fee* | - US$15,000.00 |
| 4. *Affidavit* | - US$5,000.00 |
| 5. *Miscellaneous Cost* | - US$ 10,000.00 |
| *Total* | - US$ 90,000.00 |



**BARRISTER COLLINS ADJEI**
*Attorney*



**COMMISSIONER FOR OATH**

*All parties to the proceeding in the court whose judgement is sought to be heard are entitled to pay the above mentioned fees.*

Fwd: Fw: DOCUMENTS ATTACHED

From: Dr. Cleal Watts (Doc) <sami@usisr.com>
To: undisclosed-recipients:;
Subject: Fwd: Fw: DOCUMENTS ATTACHED
Date: Sat, Jul 7, 2012 10:14 am
Attachments: saturday_graphic.jpg (575K)

Gold Fraudsters case closed, we finely finished and Won, now back to shipping.

Doc

DEAR SIRS,

I AM FORWARDING YOU PRESS REPORT ABOUT THE COURT MATTER

REGARDS.
DR. K

1 Attached Images



S 00138

S 00139

Saturday, July 7, 2012

# Court Directs Daasebre



Dr. Aubynn (INSET) addressing the media

# GOLD FRAUDSTERS CASE CLOSED

**By Stephen A. Quaye**

The gold fraudsters case, that have been going on for a month now come to an end yesterday Friday 6th July 2012 at the Supreme Court hearing. They were all sentences to five (5) years imprisonment with hard labour, and were also informed that they will serve another year after their

jail sentence till the court proceedings charges which they were unable to pay be paid for.

Their lawyers asked that their charges be reduced but the court did not approve their lawyer's request. In his conclusion the High Court Judge told the court that he want this to be a lesson to anyone

who try to mislead or claim what to do not belong to him or her.

All the three fraudsters wept openly



Okyeame Kwame Barepo

# Isaac Yaw Murders Cabbie

FROM   Sam   Mark
Essien Sekondi

ISAAC YAW alias Abillyha Steen 9 year resident of Secondi Bantuma area in the Western region has been arrested and remanded into police custody in Sekondi for

Allegedly murdering a taxi driver.

He is suspected to have murdered Seth Nkansah, a taxi driver, he hired using a syringe to inject blood from the rat's arm and chest after which he threw him into a forest area.

According to a police source

at the regional police command, the suspect popularly called Abillyha who lived in Gyamso near Sekondi was also killed the deceased after he hired his taxi to town from Sekondi on 29, 2012 at 6:00 pm on June 29, 2012 in front of the perished Cave station, but the deceased never returned to...

The taxi cab was however seen parked at a spot near the Sofokrom Police Station, with its small and ignition key in the vehicle.

A report was made to the police and the suspect was arrested.

On July 1, 2012, a search party was organized by the police and followed by the deceased to the Kokrom Forest Reserve near Inaku Line. The deceased was wearing a pair of jeans trouser and shirt.

When the police inspected the body, they found syringe marks on the right arm and the chest, indicating the deceased's blood was drawn.

The body had been deposited at Inaku Government Hospital for autopsy, while police investigations continue.

In this, suspect's caution statement, he admitted taking the deceased to Inaku Line but said he did not know anything about his death.

# Philanthropist Donates To Orphanage

BY Mariam AmaYeduah



Pastor Alice with the items

# EXHIBIT 14

Fwd: Re: flight request

Page 1 of 1

From: Dr. Cleal Watts (Doc) <sami@uaisr.com>
  To: MPS-BillFr <mpsjazzman@aol.com>
Subject: Fwd: Re: flight request
  Date: Wed, Jul 11, 2012 3:38 am

DEAR SIR,
I HAVE ALREADY CONTACTED THE AIR LINE REPRESENTATIVE AND THEY HAVE INFORMED ME
THAT THE CARGO FLIGHT WILL LEAVE FOR DALLAS TEXAS TOMORROW AT 8:00PM ARRIVING AT
DALLAS AT 7:00AM EN-ROUTE THROUGH ANTIGUA AIRPORT.

THANKS FOR YOUR CO-OPERATION.
BEST REGARDS
DR. K

> Dr K,
>
> If at all possible it would great if the flight could get in to Dallas in the early Am on Thursday this
> would give me enough time to start my proses on the gold other wise I have to start on Monday, I can
> only work during the work week.
>
> the flight will probably be 14 hours with an additional 2 hours for fueling in Antigua minus the time
> difference of 5 hours this leaves 11hours time wise. So if you left at 9:00 PM you would arrive here in
> Dallas at 8:00AM. So if you can leave as soon as possible so you can arrive in Dallas early on
> Thursday that will give me time to get started this week instead of having to wait till next Mon to start.
> The earlier the better, I do not know when Antigua 's airport opens for fueling but if you arrive there
> just before they can fuel you up you can get here quicker. This probably will Determine your flight plan
> and when you can leave Accra and ultimately arrive in Dallas.
>
> Doc

S 00091

# EXHIBIT 15

Fwd: Fw: New request

From: Dr. Cleal Watts (Doc) <sami@uslsr.com>
To: MPS-BillFr <mpejazzman@aol.com>
Subject: Fwd: Fw: New request
Date: Mon, Jul 23, 2012 2:21 am
Attachments: NEWREQUEST.jpg (988K)

------ Original Message ------
Subject: Fw: New request
Date: Fri, 20 Jul 2012 13:29:23 -0700 (PDT)

DEAR SIRS,
I AM SENDEING YOU BY ATTACHMENT NEW CHANGES FROM CHIEF ALIMAMY KAMARA
FROM THE REP. OF GUINEA AUTHORITIES.

THE CUSTOM DIRECTOR ASKED THAT WE WAIT TILL THE HIGH COURT FROM GHANA SEND THEIR
APPROVAL.

BE REST ASSURE  THAT ALL IS NOW UNDER CONTROL.

HAVE A NICE EVENING,

REGARDS,

DR. PATRICK KOROMA


1 Attached Images

S 00094



S 00095



# REPUBLIQUE DE GUINEE

Travail – Justice – Solidarite .
Ministere des Affaires Etrangeres

*Our Ref:* RDG/GUN/VOL1/07/12          *Your Ref:*          *Date:* 21ᵀᴴ JULY, 2012

THE ATTORNEY GENERAL
GHANA HIGH COURT
PMB 854, ACCRA-GHANA

**(NEW REQUEST)**

Dear Sirs,

The Republic of Guinea Embassy in Accra-Ghana, present its compliment to your High Court and wish to inform you that, in the case of Chief Alimamy Kamara Versus the complainant Messers Mamady Kondewa, Joseph Nyadebo and Mohammed Haruna who were jailed at a Court hearing for misleading the Court, have commended the High Court decision.

Chief Alimany Kamara, owner of the 714kgs Gold Concentrate, requested that US $300,000.00 should be be paid before the product arrived at the Dallas Texas International Airport, after which the rest of the amount cost of the Gold be paid to him. This Embassy have been informed that, workers in Chief Alimamy Kamara's Gold Mines have threatened to burn his house or kill him if part of the 714kgs gold concentrate is not paid to them.

The Embassy in collaboration with the High Court officers in Conakry, are asking that another injunction to the 714kgs Gold concentrate intended to be shipped to Dallas Texas-U.S.A. be stopped till the said amount is paid.

We wait for your co-operation.

Sincerely,

MUSA BARAWALLY
First Secretary
Rep. of Guinea Embassy

S 00096

---

AMBASSADE DE LA REPUBLIQUE DE GUINEE
PO BOX 1236 A  ACCRA-GHNA

Fwd: Request, Instructions for

From: Dr. Cleal Watts (Doc) <saml@usisr.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: Fwd: Request, Instructions for
Date: Mon, Jul 23, 2012 11:45 am

Acc Name: Indico System Resources, Inc.
Routing for Bank of America
Domestic ABA
SWIFT#
Acc#:

S 00097

From: Dr. Cleal Watts (Doc) <sami@usisr.com>
To: undisclosed-recipients:;
Subject: Fwd: LAST COURT ORDER
Date: Tue, Jul 24, 2012 6:52 pm
Attachments: Another_Court_Injunction.jpg (178K)

---

DEAR SIRS,

I WAS DETAINED WITH THE PLANE PILOT ON THE GROUNDS THAT WE WANT TO SMUGGLE GOLD
THAT BELONG TO CHIEF ALIMAMY KAMARA. THE IMMIGRATION AUTHORITIES IN ANTIGUA SHOWED
US ANOTHER COURT INJUNCTION THAT THE PLANE WITH THE GOLD MUST RETURN TO ACCRA
GHANA, THERE WAS AN ARGUMENT IN THE PROCESS THE PILOT SLAPPED ONE
STUPID IMMIGRATION OFFICER WHO ACCUSED US OF HELPING ROUGES TO STEAL SOME ONE
GOLD TO THE USA,

WE WERE DETAINED FOR SOME TIME , THE AUTHORITIES KNOWING THAT I AM A
DIPLOMAT APOLOGIES TO US AND ASKED THAT WE RETURN IMMEDIATELY TO ACCRA GHANA.
THEY.THEN GAVE ME A COPY OF THE NOTIFICATION FROM THE HIGH COURT THAT, I AM NOW
SENDING TO YOU AND MR. CONDE, OUR MOBILE PHONES WERE TAKEN FROM US WHEN
I THREATEN THEM THAT I WILL CALL AN INTERNATIONAL LAWYER.

IN ORDER TO AVOID MORE PROBLEMS, AS WE ARE HAVING PRECIOUS METALS IN THE PLANE, WE
HAVE DECIDED TO RETURN AND THE AUTHORITIES TOLD US TO SIGN A MEMORANDUM THAT WE
WERE NOT MALTREATED OR LOCKED UP BECAUSE KNOWING LATER THAT I AM A DIPLOMAT.

PLEASE, TELL MR. CONDE NOT TO WORRY AND YOU TO JUST EXERCISE PATIENT BECAUSE WHEN I
ARRIVE IN ACCRA- GHANA, I WILL MAKE A COMPLAIN THROUGH AN INTERNATIONAL LAWYER
ABOUT THEIR STUPID BEHAVIOUR.

WHAT I HAVE DECIDED DOING WHEN WE RETURN IS TO SEARCH FOR A PLANE THAT CAN TRAVEL
WITH THE PRODUCTS DIRECT TO DALLAS TEXAS USA AVOIDING TRANSIT THAT HAVE COST
MISERABLE DELAYS AND SPENDING OF MONEY WITHOUT ARRIVING AT OUR DESTINATION.

WE WILL BE ARRIVING IN ACCRA TOMORROW MIDDAY.
REGARDS.
DR. PATRICK KOROMA.


— On Mon, 7/23/12, Peter Koroma <gemproductsltd@yahoo.com> wrote:

> From: Peter Koroma <gemproductsltd@yahoo.com>
> Subject: LAST COURT ORDER
> To: gemproductsltd@yahoo.com
> Date: Monday, July 23, 2012, 4:50 PM


                                                                    S 00098

1 Attached Images

7/10/2013

Fwd: LAST COURT ORDER



S 00099

  

**REPUBLIC OF GHANA**

# HIGH COURT OF JUSTICE

PRIVATE MAIL BAG, 854 ACCRA GHANA

*In the Superior Court of Judicature,*
*High Court of Justice,*
*Accra Ghana.*

Date: 24TH JULY,2012

ANTIGUA CUSTOMS AND PREVENTIVE EXCISE
ANTIGUA V.G BIRD INTERNATIONAL AIRPORT
HEAD OFFICE.

### COURT ORDER FROM THE REPUBLIC OF GUINEA THAT 714KG GOLD CONCENTRATE EN- ROUTE ANTIGUA AIRPORT DESTINATION DALLAS- TEXAS AIRPORT BE RETURNED TO ACCRA GHANA IMMEDIATELY.

REFERENCE TO THE COURT ORDER THAT YOU PAY 45% OF THE TOTAL VALUE COST OF 714KG

GOLD CONCENTRATE AND LATER ANOTHER DEMAND FROM CHIEF ALIMAMY KAMARA THAT YOU

PAY 300US DOLLARS WHICH WAS NOT PAID TILL TODAY HAS MADE US TO UNDERSTAND THAT.

YOU ARE NOT YET READY TO PAY THE SAID CHARGES COST.

THE HIGH COURT IS THEREFORE REQUESTING THAT THE 714KG GOLD CONCENTRATE

PRESENTLY AT THE ANTIGUA V.G BIRD INTERNATIONAL AIRPORT MUST BE RETURNED TO THE

CUSTOMS AT THE ACCRA KOTOKA INTERNATIONAL AIRPORT WITH IMMEDIATE EFFECT.

YOUR CO-OPERATION IS HIGHLY SOLICITED.

DATED THIS DAY 24TH JULY, 2012.

THANKS FOR YOUR CO-OPERATION.

CC:  Dr. Cleal T. Watts III
     8926 Forest Hills Blvd
     Dallas Texas 75218-4001
     U.S.A
     PH. 1214 659 2197

     Dr. Patrick Koroma
     Commercial Attache
     Sierra Leone Embassy
     Ghana.

S 00100

NANA HAZEEZ & ASSOCIATES
NO. 12 ABEL ENKPE ROAD,



# EXHIBIT 16

From: Dr. Cleal Watts (Doc) <sami@usisr.com>
To: MPS-BlllFr <mpsjazzman@aol.com>
Subject: Fwd: FALCON FX
Date: Wed, Aug 1, 2012 11:57 am
Attachments: 155923_800.jpg (109K)

------- Original Message -------
Subject:FALCON FX
Date:Wed, 1 Aug 2012 02:57:41 -0700 (PDT)
From:Peter Koroma <gemproductsltd@yahoo.com>
To:Dr Cleal Watt <sami@usisr.com>

DEAR SIR,
ANOTHER CHOICE, IS THIS SUITABLE?

REGARDS
DR. KOROMA

1 Attached Images



S 00187



S 00188

# EXHIBIT 17

Fwd: EMERGENCY LANDING                                                    Page 1 of 1

From: Dr. Cleal Watts (Doc) <sami@usier.com>
To: MPS-BIIIFr <mpsjazzman@aol.com>
Subject: Fwd: EMERGENCY LANDING
Date: Sun, Aug 5, 2012 6:27 pm
Attachments: CITY_LINK_NEW2.jpg (654K)

DEAR SIRS,

PLEASE BE INFORMED THAT FALCON 7X CARGO PLANE LEFT AT THE KOTOKA INTERNATIONAL
AIRPORT YESTERDAY NIGHT EN-ROUTE TO DALLAS TEXAS, USA ENCOUNTERED PROBLEM THAT
COMPELLED THE PILOT TO MAKE AN EMERGENCY LANDING AT THE LOME-TOKOIN AIRPORT
(GNASSINGBE EYADEMA INT'L)

ATTACHED IS FULL DETAILED ACCOUNT.
KIND REGARDS.

P. GEORGE
(MANAGEMENT)

| 1 Attached Images |
| --- |



S 00076

TEL: +233-246633842
EMAIL: citylink2000@yahoo.co.uk
citylink2000@gmail.com

5th August, 2012

**Dr. Cleal T. Watts III**
**8926 Forest Hills Blvd**
**Dallas Texas 75218-4001**
**U.S.A**
**PH. 1214 659 2197**

**DEAR SIRS,**

## FALCON 7X EMERGENCY LANDING

Falcon 7x Cargo plane from Kotoka International Airport, Accra- Ghana saturday 4th August between 9-10pm made an emergency landing at Lome-Tokoin Airport, Lome Togo (Gnassingbe Eyadema Int'l) few minutes after taking off.

The Falcon 7x Cargo plane started shaking when the pilot discovered that the wheels of the Aircraft were having problems to fold in. The Pilot then contacted the control aviation services personnel in Accra- Ghana, who advised that the plane should make an emergency landing at the Lome- Tokoin Airport.

There was smoke coming from the plane when it landed, there were no casualties but some crew members including Dr. Patrick Koroma suffered suffocation. Thanks for the proffessional landing made by the pilot.

The products in the Cargo plane are safe with the Lome-Tokoin Airport customs Officers. We have been advised by Dr. Patrick Koroma, who is recovering from the suffocation to advise you to send Mr. Sekou Conde to go to Togo at the Tokoin Airport Customs strongroom department and confirm the products.

Thanks for your co-operation and understanding.

Sorry for the inconviniece caused, no cause for alarm as everything is under control.

*Berge*

*Management*

**CC: Mr. Sekou Conde**
     **Freetown- Sierra Leone**
     **West Africa.**

**Dr. Patrick Koroma**
**Commercial Attache**
**Sierra Leone**

S 00077

Fwd: Fw: Re: FALCON 7X

**From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
**To:** undisclosed-recipients:;
**Subject:** Fwd: Fw: Re: FALCON 7X
**Date:** Tue, Aug 7, 2012 9:16 am
**Attachments:** Monday_Graphic.jpg (3949K)

DEAR SIR,

I AM SENDING YOU COPY OF A NEWSPAPER REPORT FROM ACCRA GHANA REPORTING THE FALCOM 7X CARGO PLANE THAT ENCOUNTERED SOME PROBLEMS

I AWAIT THE ARRIVAL OF MR. SEKOU

KIND REGARDS

DR. P

1 Attached Images



S 00140

Monday, August 6 2012                                                          DAILY GUIDE PAGE 5

World News...World News...World News...World News...World News...World News... World

# Zambian Miners Kill Chinese Manager In Riot



Miners at a Chinese-run mines was lower than at other foreign-owned mines, a 2011 report said.

# BILL BOARD

## GhanaMade
### HIGH QUALITY GHANA RICE

OMAN BA RICE
Oman Ba Rice, A Fresh Digestible
Long Grain Rice, The Natural
Unadulterated...

### GhanaMade Stores

Asomonkese, Opposite GCB [NOW OPENED]

## Deadly Attack Off Nigeria Coast

## FALCON 7X EMERGENCY LANDING.

A Cargo Plane Falcon 7X left acra on saturday evening for Dallas Texas and after a few minutes there was a smoke coming out of the engine which prompt for an emergency landing at Lome-Tokoin Airport (Gnassingbe Eyadema Intl) few minutes after taken off from Kotoka International Airport in Ghana.

The plane started with a shaking when the pilot discovered that the wings of the Aircraft were having

problems to fold in. The pilot then contacted the control aviation services personnel in Ghana who advised that the plane should make an emergency landing at the Lome-Tokoin Airport.

There was smoke coming out from the plane when it landed, no one was hurt, thanks for the professional landing made by the pilot.

# URGENT LOAN REQUIRED

A REPUTABLE LOCAL COMPANY BASED IN GREATER ACCRA NEEDS AN URGENT LOAN TO AID IN THE FINANCE OF ADDITIONAL MACHINERY AND OTHER BITS OF ASSETS BEING PURCHASED TO AID IN ITS EXPANSION.

ANY INTERESTED PERSON, GROUP OR INSTITUTION SHOULD
CONTACT: EWADWO
TELEPHONE: 025-459-5514
AMOUNT REQUIRED: BETWEEN [GH¢700,000.00 – GH¢1,000,000]
INTEREST PAYMENT: BETWEEN 2.80% - 3.10% PER MONTH
REPAYMENT PERIOD: WITHIN 26 MONTHS

--END AGENTS PLEASE!--

## China Blasts U.S. Over Sea Disputes



# LAND AND HOUSES FOR SALE

Contact Professional For Excellent Delivery.
0244799606 or 0274528899

S 00141

# EXHIBIT 18

Case 2:13-cv-02578-STA-cgc   Document 14   Filed 12/31/13   Page 108 of 116   PageID 301

**From:** Dr. Cleal Watts (Doc) <sami@uslsr.com>
**To:** MPS-BillFr <mpsjazzman@aol.com>
**Subject:** Philapa and Entities Au Buy-Sell Transactions -Investment Calculator Version- .xlsx
**Date:** Mon, Dec 3, 2012 6:23 am
**Attachments:** Philapa_and_Entities__Au_Buy-Sell_Transactions_-Investment_Calculator_Version-_.xlsx (20K)

S 00001

| Specific Shipments | Estimated X #'s |
|---|---|
| Shipment Kgs. (Before Refining) | 714.0 |
| Gold % Pure | 95% |
| Gold Toz. Pure (Refined) | 21807.84 |
| Spot Price of Gold (At Time of Refining) | $ 1,725.80 |
| Gross Cash Value Refined | $ 37,635,961.87 |
| Gross Cash Value (after Selling) | $ 37,259,602.25 |
| Gross Cash Value/Kg (after Selling) | $ 52,184.32 |
| Total Investment Opportunity for Shipment | $ 7,527,192.37 |
| Investment Opportunity for Shipment Taken | $ 2,300,000.00 |
| Investment Opportunity for Shipment Available | $ 5,227,192.37 |
| Investor $ Invested/Shipment (To Nearest $10K) | $ 5,300,000.00 |
|  |  |
| Gross % Discount of Au to Inv | 20% |
| % Cost of Shipment (Est. 11-14%) | 14% |
| % Net to Inv of Shipment (Est. 6-9%) | 6% |
| $ Value of Au Reserved Per Inv $1 | $ 5.00 |
|  |  |
| Total $ Value of Au Reserved For Inv | $ 26,500,000.00 |
| $ Cost of Total Au Reserved For Inv | $ 21,200,000.00 |
| Total Au Toz. Reserved For Inv | 15355.198 Toz. |
| Investors Total Est % Profit per $1 Invested | 30% |
| Investors $ Profit For Total Investment | $ 1,590,000.00 |
| A)  Total $ return to Investors (PI in Cash) | $ 6,890,000.00 |
| B)  Total Au Toz if Bullion Taken  (PI in Au) | 3992.35 Toz. |
| OR | |
| Receive (X) Toz. Au (PI + Up to Reserved Toz.) | .000 Toz. |
| & Balance Due Investor in Cash (-$ If Over PI) | $ 6,890,000.00 |

| Ledger |
|---|
| Estimated #'s |
| TBD #'s by Investor |
| INFO |
| Return & Balance |
| Reserved Au #'s |
| Calculated Results |

1%

$ 1.00

Philapa

69%

$    25,874,602.25

99.17        Kgs.

| | |
|---|---|
| 435% | |
| 0.229954 | $    919,816.58 |

S 00002

| Specific Shipments | Estimated X #'s |
|---|---|
| Shipment Kgs. (Before Refining) | 714.0 |
| Gold % Pure | 95% |
| Gold Toz. Pure (Refined) | 21807.84 |
| Spot Price of Gold (At Time of Refining) | $ 1,700.00 |
| Gross Cash Value Refined | $ 37,073,319.72 |
| Gross Cash Value (after Selling) | $ 36,702,586.53 |
| Gross Cash Value/Kg (after Selling) | $ 51,404.18 |
| Total Investment Opportunity for Shipment | $ 7,414,663.94 |
| Investment Opportunity for Shipment Taken | $ 2,300,000.00 |
| Investment Opportunity for Shipment Available | $ 5,114,663.94 |
| Investor $ Invested/Shipment (To Nearest $10K) | $ 5,300,000.00 |
| Gross % Discount of Au to Inv | 20% |
| Controled | 14% |
| % Net to Inv of Shipment (Est. 6-9%) | 6% |
| $ Value of Au Reserved Per Inv $1 | $ 5.00 |
| Total $ Value of Au Reserved For Inv. | $ 26,500,000.00 |
| $ Cost of Total Au Reserved For Inv | $ 21,200,000.00 |
| Total Au Toz. Reserved For Inv | 15588.235 Toz. |
| Investors Total Est. % Profit per $1 Invested | 30% |
| Investors $ Profit For Total Investment | $ 1,590,000.00 |
| A) Total $ return to Investors (PI in Cash) | $ 6,890,000.00 |
| B) Total Au Toz if Bullion Taken  (PI in Au) | 4052.94 Toz. |
| OR | |
| Receive (X) Toz. Au (PI + Up to Reserved Toz.) | .000 Toz. |
| & Balance Due Investor in Cash (-$ If Over PI) | $ 6,890,000.00 |

| Ledger |
|---|
| Estimated #'s |
| TBD #'s by Investor |
| INFO |
| Return & Balance |
| Reserved Au #'s |
| Calculated Results |

S 00003

| Controled Au & Inv$ | |
|---|---|
| Principal $ Inv | $ 5,300,000.00 |
| Returns $ (PI) | $ 6,890,000.00 |
| Net Cash Value (ROI) | $ 1,590,000.00 |
| INV % of shipment | 71.48% |
| # of Raw Kgs. | 510.37 |

| Total Trans. Cash Out | $ 4,000,000.00 | < ?$ Cash Out |
|---|---|---|
| Trans. Cash Balance | $ 2,890,000.00 | |
| Balance If in Au Kgs. | 56.22 | |
| " If in Au $12K/Kg | $ 674,653.27 | |
| $ Needed for (ROI) | $ 4,674,653.27 | < Dis $ (PI) |
| | | |

# EXHIBIT 19

From: Dr. Cleal Watts (Doc) <sami@uslar.com>
To: MPS-BillFr <mpsjazzman@aol.com>
Subject: for your eyes only for now!
Date: Tue, Dec 4, 2012 1:56 am
Attachments: 6.jpg (247K), Insurance_Policy_Cover_Certificate.jpg (413K), Premium_policy.jpg (417K)

Here is the Ghana valuation papers. this is your trump card do not let it out to any one or you loss your power.
If need be you can elude to it. They can not tear down what they do not know about.

Doc

| 3 Attached Images |
| --- |



S 00005

**for your eyes only for now!**

# BANK OF GHANA FOREIGN EXCHANGE FORM A2 (FEX 4A)
## TO BE COMPLETED FOR TRADITIONAL EXPORTS
### UNDER THE FOREIGN EXCHANGE ACT 2006, (ACT 723)

1. Name and Address of exporter Consigner........... **LOCAL MINERS COPERATION**

   315 SEFADU ROAD KONO SIERRA LEONE WEST AFRICA

2. Tax Identification No. (TIN):........... 88X1015629

3. Name and Address of Local Bankers of Exporter Consiguer:...........

   GHANA COMMERCIAL BANK LTD

   HIGH STREET

4. Exit Point:....... DALLAS TEXAS, USA

5. Description of Commodity:

   i)   Quantity.............. 714KGS

   ii)  Unit of Measure:......... KILOS

   iii) Unit FOB Price:......... $12,000.00/KGS

   iv)  Currency Code:......... 840

   v)   Commodity Code:...........

6. Total Value of Exports:........... $8,568,000.00

7. Cedi Equivalent:

   a.   Exchange Rate:....... $1.498

   b.   Total Amount:......... $8,568,000.00

8. Country of Origin:........... SIERRA LEONE

9. Country of Destination:........... DALLAS TEXAS, USA

10. Name and Address of Importer Consignee........ DR. CLEAL T. WATTS III

    DR. CLEAL T. WATTS III 8926 Forest Hills Blvd. Dallas, Texas 75218-4001 USA  Tel: 214-659-2197

11. Terms of Payment:........... CASH AGAINST DOCUMENTS

12. Percentage Retention:........... 4.25% - 5.25%

13. Name and Particulars of Collecting Bank of Export Proceeds:...........

    GHANA INTERNATIONAL BANK LIMITED

    S 00007

I/WE DELCARE THAT THE ABOVE STATEMENTS ARE TRUE

Applicant Completing Form

Name:...........                                     Signature...........

CUSTOMS OFFICER                                      CUSTOMS Stamp and Signature



# *Ince & Co*

International House

*Insurance / Reinsurance*

1st Katharine way, London
E1 WIAY
+44 (0) 7933 919 195
+233 264 599 443
+233 233 599 443
P.O.Box: 3128 KIA Accra - Ghana

Policy No. INCE/ACC/5752349

Your Ref. No.

To:

GHANA CUSTOMS, EXCISE PREVENTIVE SERVICE
P. O. Box 9046
K.I.A.

## *INSURANCE PREMIUM POLICY COVER*

I certify that Dr. Patrick Kamra
Accra — Ghana
in conjunction with Ince & Co. has insured to ship 714 Kilograms of
Gold Dust (14 Boxes)
being exporting to 8926 Forest Hills, Blvd Dallas TX for delivery to the
new owner Dr. Cleal T. Watts of Texas

Note: This permission note should be brought by the Agent and

representative of the company before it can be release for shipment.

Thank you.                24 — 1 0 — 1 2

Mr. ............. & CO.
for:
Ince and Co.
Accra - Ghana  Sign/Date

Administered by

SENIOR OFFICER IN - CHARGE
CEPS ACCRA - GHANA.
24/10/2012

Ince & Co's Insurance and its and offices ... International and ... company and firms ...
London ... ... and ... ... ... and its individual ... ...
... ... ... ... ... ... ... ... ... ... ...
... ... ... ...



# Ince & Co

1st Katharine way, London

**International Home**
1st Katharine way, London
EI WIAY
Tel      **+44 (0) 7933 919 195**
            **+233 264 899 443**
Ghana.   **+233 233 599 443**
P.O.Box: 3128 KIA Accra - Ghana

## Premium Policy

| Ince & Co<br>Insurance / Reinsurance<br>International House. | *State*<br>A2 | *Product Number*<br>GPM 4638910XC | *Policy Number*<br>5752349 |
|---|---|---|---|

*Policy Period*

*Effective* Oct   24,  2012  to Jan 24, 2013

*Insured Name And Address.*
  **Dr. Cleal T. Watts III**
  **8926 Forest Hills, Blvd. Dallas**
  **TX. USA**
  **Tel: 75218 4001**

*Operations:*  **Bymax Group Express**

## Description Of Product (s)

| Month | Year | Description | Quantity | Price Per Kilo |
|---|---|---|---|---|
| 03 | 2012 | Gold Dust | 714kgs (14boxes) | xxx 12,000 USb |

The Policy prices ONLY.
**The following Coverages with related**
**pricing noted**

% (Percentage)

Part 1 - Liability Injury

  option
  option
  option
Part 2 - Uninsured
option
option
option

Percentage Of The Total Cost Value:

$48,000.00 USD

Part 3 -

**Physical Damage Coverage Comprehensive loss**
**Collision Loss Rental Reimbursement Theft.**

Cost:
        $48,000.00 USD

Percent:

Discount Per Kilo

**Anti-Theft discount Air bags**

INCE & CO.
Sign/Date  24-10-12