IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP, <br>           Plaintiffs, <br><br> v. <br><br> INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III <br><br>           Defendants. | Case No. 2:13-cv-2578 |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFFS' RESPONSE

Defendants Indico System Resources, Inc. and Cleal Watts, III, ("Defendants"), by and through counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.2, hereby move this Court for an Order extending the time within which to file a Reply to Plaintiffs' Response to Defendants' Motion to Dismiss, for an additional period of ten (10) days.

Wherefore, premises considered, Defendants request that this Court extend the time within which it may file a Reply to Plaintiffs' Response to Defendants' Motion to Dismiss by January 23, 2013.

1

Respectfully Submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC


 /s/ Bruce A. McMullen
Bruce A. McMullen (#18126)
Lori Patterson (# 19848)
Mary Wu (#31339)
165 Madison Ave, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
bmcmullen@bakerdonelson.com
mwu@bakerdonelson.com

*Attorneys for Defendants*

## CERTIFICATE OF CONSULTATION

Defendants, pursuant to Local Rule 7.2(a)(1)(B), hereby certifies to this Court that he called Plaintiffs' counsel of record on January 10, 2014 via email to discuss the relief requested in this Motion. Plaintiffs' counsel have agreed to the relief requested in this Motion.


 /s/ Bruce A. McMullen
Bruce McMullen

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of January 2014, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Darrell N. Phillips
Pietrangelo Cook PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119


 /s/ Bruce A. McMullen
Bruce A. McMullen

M MXW01 2457738 v1
2928352-000001  01/10/2014