## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 2:13-cv-2578 |
| v. | ) | |
| | ) | |
| INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III | ) ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Indico System Resources, Inc. and Cleal Watts, III, ("Defendants"), by and through counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.2, respectfully submit to this Court this Memorandum in Support of their Motion for Extension of Time to file a Reply to Plaintiffs' Memorandum in Opposition. In support of their Motion, Defendants state:

Plaintiffs filed their 20-page Memorandum in Opposition to Defendants' Motion to Dismiss on December 30, 2013. (ECF No. 13.)  In support of their Memorandum, Plaintiffs submitted three affidavits from witnesses which exceed 100 pages. Counsel for Defendants will require additional time to properly respond to Plaintiffs' 20-page Memorandum and its exhibits. There is good cause to extend time in this matter for Defendants to file its Reply. Counsel for Plaintiffs have agreed to a ten (10) day extension.

1

Wherefore, premises considered, Defendants request that this Court extend the time within which they may file a Reply to Plaintiffs' Response from January 13, 2014 to January 23, 2014.

Respectfully Submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

 /s/ Bruce A. McMullen
Bruce A. McMullen (#18126)
Lori Patterson (# 19848)
Mary Wu (#31339)
165 Madison Ave, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
bmcmullen@bakerdonelson.com
mwu@bakerdonelson.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of January 2014, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Darrell N. Phillips
Pietrangelo Cook PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901-685-2662

 /s/ Bruce A. McMullen
Bruce A. McMullen

2