# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,<br>    Plaintiffs,<br><br>v.<br><br>INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III<br><br>    Defendants. | Case No. 2:13-cv-2578 |

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY

Upon motion of the Defendants Indico System Resources, Inc. and Cleal Watts, III, ("Defendants"), for an extension of time to file a Reply to Plaintiffs' Response to Defendants' Motion to Dismiss, this Court finds the motion is well-taken and should be granted.

It is hereby, ORDERED, ADJUDGED AND DECREED, that Defendants' Motion is GRANTED, and Defendants shall have an additional 10 days to file a Reply.

**IT IS SO ORDERED**, this 13th day of January, 2014.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE