# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,<br>                Plaintiffs,<br><br>v.<br><br>INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III<br><br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 2:13-cv-2578<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CLEAL WATTS, III

1.      I am an adult resident and citizen of Dallas, Texas. I am competent to testify to the matters herein.

2.      The facts in this declaration are based on my personal knowledge and I certify that the following is true and correct to the best of my knowledge, information, and belief.

3.      To the best of my knowledge, the "901" number listed in Ms. Sledge's Declaration was a Verizon wireless mobile number.

4.      When I called Ms. Sledge's cell phone number, I did not know whether she was in Tennessee or not.

5.      When I emailed Ms. Sledge at her email addresses, "mpsjazzman@aol.com" or "mpsjazzman@gmail.com," I did not know where she would be accessing her email accounts to retrieve my emails.

1

6.       The emails referred to in Paragraph 42-44 of Ms. Sledge's Declaration was sent to me by Patrick Koroma and I merely forwarded to Ms. Sledge.

7.       The documents referred to in Paragraph 55 of Ms. Sledge's Declaration was also sent to me by Patrick Koroma and I merely forwarded the documents in an email to Ms. Sledge.

8.       I had no part in the creation of the newspaper articles or the documents referred to in Paragraph 55.

9.       On or about March 23, 2012, Ms. Sledge emailed me and said she was "on plane headed for Paris then Minneapolis then Louisville. Been up 24 hrs already and just beginning the main voyage home." (*See* March 23, 2012 Email, attached as Exhibit A.)

10.      On or about May 24, 2013, Ms. Sledge emailed me and included a signature block that said:

Mary Phillipa Sledge
mpsjazzman@gmail.com
502 220 1722

(*See* May 24, 2013 Email, attached as Exhibit B.)

11.      To the best of my knowledge, the "502" number listed in Ms. Sledge's signature block is an AT&T wireless mobile number in Shelbyville, Kentucky.

12.      The funds wired by Plaintiffs to ISR's accounts in Dallas, Texas were not pooled with other investors into a common fund.

13.      Plaintiffs' purchase of gold dust was completely severable from any gold dust that may belong to other purchasers.

This 22 day of January, 2014.

_____
CLEAL WATTS, III

2



Cleal Watts <doc.ctw@gmail.com>

## Fwd: Re: Wire needed
1 message

**Dr. Cleal Watts (Doc)** <sami@usisr.com>
To: Att Backup <doc.ctw@gmail.com>

Fri, Jan 17, 2014 at 10:01 AM

-------- Original Message --------
**Subject:**Re: Wire needed
   **Date:**Sat, 24 Mar 2012 10:50:49 -0500
   **From:**Dr. Cleal Watts (Doc) <sami@usisr.com>
      **To:**mpsjazzman@aol.com

Got you covered, ready for you. I know what you mean wile in Africa would not let me in to my bank and when did try from Dallas just to log on needed same security (special code sent to my phone with 2 Min. to act on.) as if sending a wire.

   Doc

On 3/23/2012 3:09 PM, mpsjazzman@aol.com wrote:

   Doc
   I'm on plane headed for Paris then Minneapolis then Louisville.
   Been up 24 hrs already and just beginning the main voyage home.
   Whew
   Anyway
   Looks like Monday we will need the wire for $450k to Spencer
   At some point today I will wire you info
   Hope all good on your end
   I'm wiped out
   Thank you
   Phillipa
   Tried to call but cell phone use is restricted
   UNREAL SECURITY measures
   Never seen anything like it

   Sent from my iPhone



EXHIBIT A



# Fwd: Re: My new laptop battery will not charge
1 message

**Dr. Cleal Watts (Doc)** <sami@usisr.com>    Fri, Jan 17, 2014 at 10:32 AM
To: Att Backup <doc.ctw@gmail.com>

------- Original Message -------
**Subject:**Re: My new laptop battery will not charge
**Date:**Wed, 29 May 2013 05:20:22 -0500
**From:**Dr. Cleal Watts (Doc) <sami@usisr.com>
**To:**mpsjazzman <mpsjazzman@gmail.com>

Have you called on this yet? Need to they will send you a RMA# and shipping label, I paid for quick turnaround serves for you.
Doc

On 5/24/2013 4:59 PM, mpsjazzman wrote:

> Found it a few days ago. Works when plugged in, but battery will not charge.
> Please advise.
> Thanks.
> Phillipa
>
> Mary Phillipa Sledge
> mpsjazzman@gmail.com
> 502 220 1722
>
> The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.



EXHIBIT

B