UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
_____

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

v.                                                                                          Civ. 2:13-cv-2578

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**
_____

**PLAINTIFFS' MOTION TO STRIKE UNSWORN DECLARATION
OF CLEAL WATTS AND PORTIONS OF DEFENDANTS'
REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**
_____

COME NOW, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs"), and move this Court to strike the Declaration of Cleal Watts (the "Declaration", dkt no. 17-1) and portions of Defendants' Reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss (dkt no. 17) for the reasons set forth in Plaintiffs' Memorandum of Law filed contemporaneously herewith, and because the Declaration is unsworn and does not comply with the strict requirements of 28 U.S.C § 1746.

Wherefore, premises considered, Plaintiffs request that this Court strike the Declaration of Cleal Watts (the "Declaration", dkt no. 17-1) and portions of Defendants' Reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss (dkt no. 17) reliant thereupon.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*jcook@pcplc.com*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of January 2014, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Bruce A. McMullen
165 Madison Ave., Suite 2000
Memphis, Tennessee 38103

/s/ Darrell N. Phillips

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2, counsel for Plaintiffs hereby certifies that he has consulted with Bruce McMullan, counsel for Defendants, by telephone on Friday, January 24, 2014. Mr. McMullen advised that the defects in the Declaration were the result of clerical errors in his office and that he intends to correct them in the coming days. Out of an abundance of caution however, and because, at the time of filing, Defendants' Reply and Declaration have not been withdrawn, Plaintiffs have elected to proceed with the filing of this Motion. In the event Defendants timely correct the defective Declaration, and their amended filing does not attempt to amend or supplement their argument (outside the time provided for their Reply), Plaintiffs will withdraw this Motion.

/s/ Darrell N. Phillips
Darrell N. Phillips