# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:13-cv-2578 |
| v. | ) ) | |
| INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF CLEAL WATTS, III

I, Cleal Watts, III, pursuant to the provisions of 28 U.S.C. § 1746, do hereby declare:

1.      I am an adult resident and citizen of Dallas, Texas.  I am competent to testify to the matters herein.

2.      The facts in this declaration are based on my personal knowledge and I certify that the following is true and correct to the best of my knowledge, information, and belief.

3.      To the best of my knowledge, the "901" number listed in Ms. Sledge's Declaration was a Verizon wireless mobile number.

4.      When I called Ms. Sledge's cell phone number, I did not know whether she was in Tennessee or not.

1

5.      When I emailed Ms. Sledge at her email addresses, "mpsjazzman@aol.com" or "mpsjazzman@gmail.com," I did not know where she would be accessing her email accounts to retrieve my emails.

6.      The emails referred to in Paragraph 42-44 of Ms. Sledge's Declaration was sent to me by Patrick Koroma and I merely forwarded to Ms. Sledge.

7.      The documents referred to in Paragraph 55 of Ms. Sledge's Declaration was also sent to me by Patrick Koroma and I merely forwarded the documents in an email to Ms. Sledge.

8.      I had no part in the creation of the newspaper articles or the documents referred to in Paragraph 55.

9.      On or about March 23, 2012, Ms. Sledge emailed me and said she was "on plane headed for Paris then Minneapolis then Louisville. Been up 24 hrs already and just beginning the main voyage home." (*See* March 23, 2012 Email, attached as Exhibit A.)

10.     On or about May 24, 2013, Ms. Sledge emailed me and included a signature block that said:

> Mary Phillipa Sledge
> mpsjazzman@gmail.com
> 502 220 1722

(*See* May 24, 2013 Email, attached as Exhibit B.)

11.     To the best of my knowledge, the "502" number listed in Ms. Sledge's signature block is an AT&T wireless mobile number in Shelbyville, Kentucky.

12.     The funds wired by Plaintiffs to ISR's accounts in Dallas, Texas were not pooled with other investors into a common fund.

13.     Plaintiffs' purchase of gold dust was completely severable from any gold dust that may belong to other purchasers.

M MXW01 2459607 v1
2928352-000001 01/24/2014

I certify under penalty of perjury that the foregoing is true and correct. Executed on this

__24__ day of January, 2014.

CLEAL WATTS, III

3



Cleal Watts <doc.ctw@gmail.com>

---

## Fwd: Re: Wire needed
1 message

---

**Dr. Cleal Watts (Doc)** <sami@usisr.com>                    Fri, Jan 17, 2014 at 10:01 AM
To: Att Backup <doc.ctw@gmail.com>

---

———— Original Message ————
**Subject:** Re: Wire needed
**Date:** Sat, 24 Mar 2012 10:50:49 -0500
**From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
**To:** mpsjazzman@aol.com

Got you covered, ready for you. I know what you mean wile in Africa would not let me in to my bank and when did try from Dallas just to log on needed same security (special code sent to my phone with 2 Min. to act on.) as if sending a wire.

    Doc

On 3/23/2012 3:09 PM, mpsjazzman@aol.com wrote:

    Doc
    I'm on plane headed for Paris then Minneapolis then Louisville.
    Been up 24 hrs already and just beginning the main voyage home.
    Whew
    Anyway
    Looks like Monday we will need the wire for $450k to Spencer
    At some point today I will wire you info
    Hope all good on your end
    I'm wiped out
    Thank you
    Phillipa
    Tried to call but cell phone use is restricted
    UNREAL SECURITY measures
    Never seen anything like it

    Sent from my iPhone



EXHIBIT

A



Cleal Watts <doc.ctw@gmail.com>

---

## Fwd: Re: My new laptop battery will not charge
1 message

---

**Dr. Cleal Watts (Doc) <sami@usisr.com>**
To: Att Backup <doc.ctw@gmail.com>

Fri, Jan 17, 2014 at 10:32 AM

——— Original Message ———
**Subject:** Re: My new laptop battery will not charge
**Date:** Wed, 29 May 2013 05:20:22 -0500
**From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
**To:** mpsjazzman <mpsjazzman@gmail.com>

Have you called on this yet? Need to they will send you a RMA# and shipping label, I paid for quick turnaround serves for you.
Doc

On 5/24/2013 4:59 PM, mpsjazzman wrote:

Found it a few days ago. Works when plugged in, but battery will not charge.
Please advise.
Thanks.
Phillipa

Mary Phillipa Sledge
mpsjazzman@gmail.com
502 220 1722

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply e-mail or phone and **delete** this message and its attachments, if any.



EXHIBIT
B