UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

v.                                                                                      Civ. 2:13-cv-2578

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**
_____

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO STRIKE UNSWORN DECLARATION OF CLEAL WATTS**
_____

On January 24, 2014, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs") filed their Motion to Strike Unsworn Declaration of Cleal Watts. ("Motion to Strike", Dkt No. 18). Defendants have since corrected the defective declaration and Plaintiffs now file this Notice to inform the Court that they are withdrawing their previously filed Motion to Strike.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*jcook@pcplc.com*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 27th day of January 2014, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

      Bruce A. McMullen
      165 Madison Ave., Suite 2000
      Memphis, Tennessee 38103

      /s/ Darrell N. Phillips