UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South. Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
## Before Judge Sheryl H. Lipman, United States District Judge

July 7, 2014

RE:   **2:13-cv-02578-SHL**
      **Sledge, et al.  v. Watts, et al.**

Dear Sir/Madam:

A **TELEPHONIC STATUS CONFERENCE** has been **SET** before **Judge Sheryl H. Lipman** on **THURSDAY, JULY 10, 2014** at **11:30 A.M. (Central), to address possible conflict of interest.**

**Counsel for the Plaintiff, Mary Phillipa Sledge, shall initiate the conference call prior to dialing Judge Lipman's chambers at 901-495-1337.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Rita M. Pomtree*,
      Case Manager
      901-495-1462
      rita_pomtree@tnwd.uscourts.gov