Sledge, et al

-v-

Watts, et al

13-2578

S. THOMAS ANDERSON