UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
_____

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

v.                                                                                          **Civ. 2:13-cv-2578**

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**
_____

**PLAINTIFFS' MOTION TO SET RULE 26(f) SCHEDULING CONFERENCE AND/OR FOR A RULE 16(b) SCHEDULING ORDER**
_____

COME NOW, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs"), pursuant to FED. R. CIV. P. Rule 16(b)(2), and move this Court to set a Rule 26(f) Scheduling Conference and/or to enter a Rule 16(b) Scheduling Order so that discovery may proceed in this matter. In support, Plaintiffs have filed their Memorandum of Law contemporaneously herewith.

        Respectfully Submitted,

        /s/ Darrell N. Phillips
        PIETRANGELO COOK PLC
        Anthony C. Pietrangelo BPR # 15596
        John J. Cook BPR # 17725
        Darrell N. Phillips BPR #30299
        6410 Poplar Avenue, Suite 190
        Memphis, TN 38119
        901.685.2662
        901.685.6122 (fax)
        *jcook@pcplc.com*
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 18th day of August 2014, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

    Bruce A. McMullen
    165 Madison Ave., Suite 2000
    Memphis, Tennessee 38103

        /s/ Darrell N. Phillips


## CERTIFICATE OF CONSULTATION

  Pursuant to Local Rule 7.2, counsel for Plaintiffs hereby certifies that he consulted by telephone with Bruce McMullen on May 19, 2014, and provided a copy of the foregoing Motion and Memorandum on May 22, 2014.  On May 27, 2014, Mr. McMullen advised counsel for Plaintiffs that he cannot consent to the Motion and may oppose it.

        /s/ Darrell N. Phillips
        Darrell N. Phillips