IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,<br>        Plaintiffs,<br>v.<br>INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:13-cv-2578<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING AND INCORPORATED MEMORANDUM IN SUPPORT**

      Defendants Indico System Resources, Inc. and Cleal Watts, III, ("Defendants"), by and through counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.2, hereby move this Court for an Order rescheduling the Court-ordered Evidentiary Hearing which is currently set to take place on December 2, 2014. (D.E. 30.) Due to various scheduling conflicts on the part of Defendants and their counsel, Defendants wish to continue the December 2, 2014 evidentiary hearing date before this Court.

      Wherefore, premises considered, Defendants request that this Court reschedule the December 2, 2014 evidentiary hearing to a different date which is agreeable to this Court and all parties involved.

Respectfully Submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC


 /s/ Bruce A. McMullen
Bruce A. McMullen (#18126)
Lori Patterson (# 19848)
Mary Wu (#31339)
165 Madison Ave, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
bmcmullen@bakerdonelson.com
mwu@bakerdonelson.com
*Attorneys for Defendants*


## CERTIFICATE OF CONSULTATION

Defendants' counsel, pursuant to Local Rule 7.2(a)(1)(B), hereby certifies to this Court that he called Plaintiffs' counsel of record via phone and email on November 20, 2014 to discuss the relief requested in this Motion. Plaintiffs' counsel stated that they can neither agree nor disagree to the relief requested in this Motion.


 /s/ Bruce A. McMullen
Bruce McMullen

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of November 2014, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Darrell N. Phillips
Pietrangelo Cook PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119


 /s/ Bruce A. McMullen
Bruce A. McMullen

2