IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,<br>      Plaintiffs,<br>v.<br><br>INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III<br><br>      Defendants. | Case No. 2:13-cv-2578 |

## ORDER DENYING DEFENDANTS' MOTION FOR CONTINUANCE

Before the Court is Defendants' Motion to Continue the Evidentiary Hearing, filed November 25, 2014.  (ECF No. 31).  In their Motion, Defendants state that they wish to continue the December 2, 2014 Evidentiary Hearing "[d]ue to various scheduling conflicts on the part of Defendants and their counsel." (*Id.*).  The Plaintiffs responded in opposition to the Motion, stating that when they contacted Defendant on November 19, 2014, regarding the possibility of stipulations for the Evidentiary Hearing, the Defendants' counsel indicated for the first time that he would be seeking a continuance.  (ECF No. 32).  Six days after that conversation and one week before the Hearing, the Defendants filed this Motion.  The Court notes that the Motion was filed before the Thanksgiving Holiday with only three days in between the Motion and the Evidentiary Hearing in which the Court is open.

1

Furthermore, this matter has been pending for over a year, and "various scheduling conflicts" are inevitable. In light of these reasons, the Defendants' Motion is **DENIED**. The Hearing will proceed as scheduled.

    **IT IS SO ORDERED.**

                                                      **s/ S. Thomas Anderson**
                                                      S. THOMAS ANDERSON
                                                      UNITED STATES DISTRICT COURT

                                                      Date: November 26, 2014