AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

MARY PHILLIPA SLEDGE

v.

CLEAL WATTS, III, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 2:13-cv-2578-STA

| PRESIDING JUDGE S. Thomas Anderson | PLAINTIFF'S ATTORNEY A. Pietrangelo, D. Phillips | DEFENDANT'S ATTORNEY B. McMullen, L. Patterson, M. Wu |
|---|---|---|
| TRIAL DATE (S) Motion Hearing 12/2/2014 | COURT REPORTER Mark Dodson | COURTROOM DEPUTY Terry Haley |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| √ | | 12/2/2014 | √ | | | **Mary Phillipa Sledge** |
| 1 | | 12/2/2014 | | √ | √ | Email dated 11/29/2011 Bates stamp S00166-167 |
| 2 | | 12/2/2014 | | √ | √ | Email dated 12/10/2011 Bates stamp S00181, SS00180, SS00182 |
| 3 | | 12/2/2014 | | √ | √ | Email dated 2/1/2012 from Phillipa Sledge |
| 4 | | 12/2/2014 | | √ | √ | Email dated 2/20/2012 from Phillipa Sledge |
| 5 | | 12/2/2014 | | √ | √ | Email dated 3/2/2012 Bates stamp S00119 |
| 6 | | 12/2/2014 | | √ | √ | Email dated 4/9/2012 Bates stamp S00021-26 |
| 7 | | 12/2/2014 | | √ | √ | Email dated 9/16/2012 from Dr. Cleal Watts |
| 8 | | 12/2/2014 | | √ | √ | Email dated 11/29/2012 from Phillipa Sledge |
| 9 | | 12/2/2014 | | √ | √ | Email dated 9/26/2012 from Phillipa Sledge w/ attachment |
| 10 | | 12/2/2014 | | √ | √ | Email dated 10/16/2012 from Dr. Cleal Watts w/ attachments |
| 11 | | 12/2/2014 | | √ | √ | Email dated 10/20/2012 from Dr. Cleal Watts |
| 12 | | 12/2/2014 | | √ | √ | Email dated 12/4/2012 from Dr. Cleal Watts w/ attachments Bates stamped S00005-9 |
| 13 | | 12/2/2014 | | √ | √ | Email dated 2/18/2013 from Dr. Cleal Watts |
| 14 | | 12/2/2014 | | √ | √ | Email dated 3/6/2013 from Dr. Cleal Watts |
| | 15 | 12/2/2014 | | √ | √ | Email dated 5/29/2013 from Dr. Cleal Watts |
| | 16 | 12/2/2014 | | √ | √ | Email dated 3/24/2012 from Dr. Cleal Watts |
| | 17 | 12/2/2014 | | √ | √ | INDICO SYSTEM RESOURCES, INC. Soft Corporate Offer dated 11/22/2011 |
| √ | | 12/2/2014 | √ | | | **Cameron Spivey, CPA** |

*(signed) 12/3/2014*

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages