**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

_____

**MARY PHILLIPA SLEDGE, MARY JANE**
**PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY**
**LIMITED PARTNERSHIP**

**Plaintiffs,**

**v.**

                                        **Civ. 2:13-cv-2578**

**INDICO SYSTEM RESOURCES, INC. and**
**CLEAL WATTS, III**

**Defendants.**

_____

NOTICE OF SERVICE OF INITIAL DISCLOSURES
_____

       Plaintiffs Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge

Family Limited Partnership hereby give notice that on this date, through undersigned counsel,

they have served their mandatory initial disclosures upon Defendants Indico System Resources,

Inc. and Cleal Watts, III, as required by Fed. R. Civ. P. Rule 26(a)(1) and the Rule 16(b)

Scheduling Order (dkt no. 14) in this matter.

                           Respectfully Submitted,

                           /s/  Darrell N. Phillips_____
                           PIETRANGELO COOK PLC
                           Anthony C. Pietrangelo BPR # 15596
                           John J. Cook BPR # 17725
                           Darrell N. Phillips BPR #30299
                           6410 Poplar Avenue, Suite 190
                           Memphis, TN38119
                           901.685.2662
                           901.685.6122 (fax)
                           _jcook@pcplc.com_
                           **Attorneys for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 30th day of January, 2015, a copy of the foregoing was electronically filed and served on the parties listed below via electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Bruce A. McMullen
165 Madison Ave., Suite 2000
Memphis, Tennessee 38103

_/s/ Darrell N. Phillips__
Darrell N. Phillips