UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

**v.**                                                                                       **Civ. 2:13-cv-2578**

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**
_____

### NOTICE OF DEPOSITION OF CLEAL WATTS, III
_____

Pursuant to Fed. R. Civ. P. 45, you are hereby notified that on June 11, 2015, at the offices of Esquire Deposition Solutions, 1700 Pacific Ave., Suite 1000, Dallas Texas at 9:00 am, Plaintiffs, by and through counsel, shall take the deposition of Defendant Cleal Watts III.  This deposition will be taken before an officer duly authorized by law to administer oaths and will be recorded by a stenographer and/or videographer.

This 6th day of April, 2015.

                                        Respectfully Submitted,

                                        /s/ Darrell N. Phillips
                                        PIETRANGELO COOK PLC
                                        Anthony C. Pietrangelo BPR # 15596
                                        John J. Cook BPR # 17725
                                        Darrell N. Phillips BPR #30299
                                        6410 Poplar Avenue, Suite 190
                                        Memphis, TN 38119
                                        901.685.2662
                                        901.685.6122 (fax)
                                        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of April 2015, a copy of the foregoing electronically filed document was served on the parties listed below via U.S. Mail and/or email on the following parties.

> Bruce A. McMullen
> 165 Madison Ave., Suite 2000
> Memphis, Tennessee 38103

/s/ Darrell N. Phillips