UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY
LIMITED PARTNERSHIP

Plaintiffs,

v.

Civ. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III

Defendants.

---

NOTICE OF DEPOSITION OF DEBRA KOPER

Pursuant to Fed. R. Civ. P. 45, you are hereby notified that on June 10, 2015, at the offices of Esquire Deposition Solutions, 1700 Pacific Ave., Suite 1000, Dallas Texas at 1:00 pm, Plaintiffs, by and through counsel, shall take the deposition of Debra Koper. This deposition will be taken before an officer duly authorized by law to administer oaths and will be recorded by a stenographer and/or videographer.

A copy of the cover letter from Darrell N. Phillips with Subpoena to Testify at a Deposition in a Civil Action directed to Debra Koper was mailed to you on April 1, 2015, as noted on the certificate of service with the subpoena. A copy of the same is also included with this Notice.

This 1st day of April, 2015.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of April 2015, a copy of the foregoing electronically filed document was served on the parties listed below via U.S. Mail and/or email on the following parties.

>Bruce A. McMullen
>165 Madison Ave., Suite 2000
>Memphis, Tennessee 38103

>/s/ Darrell N. Phillips