# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                         Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

## REQUEST FOR HEARING ON MOTION FOR IMPOSITION OF A WITHDRAWAL NOTICE PERIOD

Bruce McMullen, Lori Patterson, and Mary Wu of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC ("Baker Donelson") hereby request a hearing on their Motion for Imposition of a Withdrawal Notice Period (D.E. 53.)  Baker Donelson states that a hearing will be helpful and/or necessary to provide this Court with the proper context and background necessary to rule on the Motion for Imposition of a Withdrawal Notice Period.

Respectfully Submitted,

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC

/s Bruce McMullen
Bruce A. McMullen (#18126)
Lori Patterson (# 19848)
Mary Wu (#31339)
165 Madison Ave, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
bmcmullen@bakerdonelson.com
lpatterson@bakerdonelson.com
mwu@bakerdonelson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of April, 2015, a copy of the foregoing was electronically filed and served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Darrell N. Phillips
Pietrangelo Cook PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

Dr. Cleal Watts
8926 Forest Hills Blvd.
Dallas, TX 75218

s/ Bruce McMullen
Bruce A. McMullen