# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP, <br>             Plaintiffs, <br><br> v. <br><br> INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III <br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 2:13-cv-2578 |

## DEFENDANTS' PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Indico System Resources, Inc. and Cleal Watts, III, ("Defendants"), by and through counsel for this limited purpose, pursuant to Federal Rule of Civil Procedure 12(c), respectfully submit to this Court this Partial Motion for Judgment on the Pleadings for a dismissal of Plaintiffs' claims for violation of § 10(b) of the Securities and Exchange Act of 1934 and Rule 10b-5, violation of § 20(a) of the Securities and Exchange Act of 1934, and claims under § 12(1) of the Securities and Exchange Act of 1933. In support of their Motion, Defendants rely upon the Memorandum of Law in Support of its Motion for Partial Judgment on the Pleadings, filed contemporaneously herewith, and the pleadings in this cause.

        Respectfully Submitted,

        BAKER DONELSON BEARMAN
        CALDWELL & BERKOWITZ, PC

        /s/ Bruce A. McMullen
        Bruce A. McMullen (#18126)
        Lori Patterson (# 19848)
        Mary Wu (#31339)
        165 Madison Ave, Suite 2000
        Memphis, Tennessee 38103
        (901) 526-2000
        bmcmullen@bakerdonelson.com
        mwu@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of April 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

| | |
|---|---|
| Darrell N. Phillips | Dr. Cleal Watts |
| Pietrangelo Cook PLC | 8926 Forest Hills Blvd. |
| 6410 Poplar Avenue, Suite 190 | Dallas, TX 75218 |
| Memphis, TN 38119 | |

        /s/ Bruce A. McMullen
        Bruce A. McMullen