# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

---

**MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY
LIMITED PARTNERSHIP**

**Plaintiffs,**

**v.**

**INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III**

Civ. 2:13-cv-2578

**Defendants.**

---

### NOTICE OF DEPOSITION OF MIKE BYRD AND NOTICE OF INTENT
### TO SERVE SUBPOENA DUCES TECUM ON MIKE BYRD

---

Pursuant to Fed. R. Civ. P. 45, you are hereby notified that on June 9, 2015, at the offices of Esquire Deposition Solutions, 1700 Pacific Ave., Suite 1000, Dallas Texas at 11:00 am, Plaintiffs, by and through counsel, shall take the deposition of Mike Byrd. This deposition will be taken before an officer duly authorized by law to administer oaths and will be recorded by a stenographer and/or videographer.

A copy of the cover letter from Darrell N. Phillips with Subpoena to Testify at a Deposition in a Civil Action directed to Mike Byrd was mailed to you on May 1, 2015, as noted on the certificate of service with the subpoena. A copy of the same is also included with this Notice.

The subpoena also calls for the production of documents on or before the date of the deposition. The list of requested documents is attached to the subpoena as Exhibit A.

This 1st day of May, 2015.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299

6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of May 2015, a copy of the foregoing electronically filed document was served on the parties listed below via U.S. Mail and/or email on the following parties.

Bruce A. McMullen
165 Madison Ave., Suite 2000
Memphis, Tennessee 38103

/s/ Darrell N. Phillips