**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

      Plaintiffs,

v.                                     Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

      Defendants.

---

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT WATTS**
**TO PROVIDE CONSENT TO RACKSPACE US, INC.**

---

COME NOW, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs") and move this Court to compel Defendant Cleal Watts III to fully and properly respond to Plaintiffs' Second Request for Production of Documents served upon Defendants' counsel on April 8, 2015. This request is primarily comprised of a "consent" to non-party Rackspace US, Inc. to provide copies of critically important emails between the parties and between Defendants and other witnesses. Rackspace has refused to respond to a subpoena seeking same absent consent from Defendant Watts. Plaintiffs therefore seek an Order from this Court requiring Defendants' compliance within fifteen (15) days. Plaintiffs further request the Court Order that Defendants shall be subject to sanctions pursuant to Fed. R. Civ. P. Rule 37 for failure to comply. Plaintiffs have attached an accompanying memorandum of law in support of this motion.

1

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*jcook@pcplc.com*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15st day of May 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Bruce A. McMullen
165 Madison Ave., Suite 2000
Memphis, Tennessee 38103

/s/ Darrell N. Phillips

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2, counsel for Plaintiffs hereby certifies that he consulted with Bruce McMullen on May 15, 2015 who advised that, at this time, he is not in a position to consent to Plaintiffs' motion.

/s/ Darrell N. Phillips
Darrell N. Phillips