***UNITED STATES DISTRICT COURT***
***WESTERN DISTRICT OF TENNESSEE***
***Western Division***
***Office of the Clerk***

***Thomas M. Gould, Clerk***
***242 Federal Building***
***167 N. Main Street***
***Memphis, Tennessee 38103***
***(901) 495-1200***

***Deputy-in-Charge***
***U.S. Courthouse, Room 262***
***111 South Highland Avenue***
***Jackson, Tennessee 38301***
***(731) 421-9200***

---

# NOTICE OF SETTING

**Before Judge S. Thomas Anderson, United States District Judge**

---

May 18, 2015

RE: **2:13cv2578-A**
***Mary Phillipa Sledge, et al. v. Cleal Watts, III, et al.***

Dear Sir/Madam:

A **MOTION HEARING** on Motion to Withdraw Counsel is hereby **SET** on **THURSDAY, MAY 28, 2015 at 11:00 A.M. ,** in Courtroom No. 4, 9th floor of the Clifford Davis and Odell Horton Federal Building, Memphis, Tennessee.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY: ***Terry Haley***
Terry Haley
Case Manager to Judge S. Thomas Anderson
901-495-1276