UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

v.

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**

Civ. 2:13-cv-2578

---

### NOTICE OF DEPOSITION OF JOHN H. CHU AND NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM ON JOHN CHU

---

Pursuant to Fed. R. Civ. P. 45, you are hereby notified that on August 11, 2015, at the offices of Esquire Deposition Solutions, 1700 Pacific Ave., Suite 1000, Dallas Texas at 9:00 am, Plaintiffs, by and through counsel, shall take the deposition of Joon H. Chu aka John H. Chu. This deposition will be taken before an officer duly authorized by law to administer oaths and will be recorded by a stenographer and/or videographer.

A copy of the cover letter from Darrell N. Phillips with Subpoena to Testify at a Deposition in a Civil Action directed to Joon H. Chu aka John H. Chu was mailed to you on May 19, 2015, as noted on the certificate of service with the subpoena. A copy of the same is also included with this Notice.

The subpoena also calls for the production of documents on or before the date of the deposition. The list of requested documents is attached to the subpoena as Exhibit A.

This 19th day of May, 2015.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190

        Memphis, TN 38119
        901.685.2662
        901.685.6122 (fax)
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of May 2015, a copy of the foregoing electronically filed document was served on the parties listed below via U.S. Mail and/or email on the following parties.

    Bruce A. McMullen
    Baker Donelson Bearman, etc.
    165 Madison Ave., Suite 2000
    Memphis, Tennessee 38103

        /s/ Darrell N. Phillips