IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP, <br>         Plaintiffs, <br> v. <br> INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III <br>         Defendants. | Case No. 2:13-cv-2578 |

## ORDER TO SHOW CAUSE AND
## NOTICE THAT FAILURE TO RESPOND WILL RESULT IN ENTRY OF DEFAULT

On April 16, 2015, the Court ordered the Defendants to secure new counsel by May 14, 2015. (ECF No. 57). The Court noted that if the Defendants had not filed a motion to substitute counsel by that date, it would reconsider counsel for the Defendants' motion to withdraw and consider appropriate sanctions. After the corporate Defendant, Indico System Resources, Inc. ("Indico"), failed to obtain new counsel and the individual Defendant, Cleal Watts III, failed to notify the Court whether he would proceed pro se, counsel for the Defendants renewed their motion to withdraw. The Court held a hearing on that motion to withdraw on May 28, 2015. Counsel for the Defendants indicated that neither Defendant had obtained new counsel, despite counsel's warning of the implications of the Defendants' failure to do so. The Court granted counsel for the Defendants' motion to withdraw in open court.

1

Despite the Court's order advising Indico that it could not appear pro se as a corporate defendant and that sanctions could be imposed if it failed to file a motion to substitute counsel,[1] Indico has not responded to the order in any way. Likewise, Watts has not responded. Therefore, both Defendants—Watts and Indico—are hereby **ORDERED** to show cause as to why default should not be entered against them for their failure to respond and altogether defend. Defendants shall have up to and including **June 11, 2015**, in which to file a response to this show-cause order.

Furthermore, the Clerk is hereby directed to mail this order to the last-known address of both Defendants:

| | |
|---|---|
| Cleal Watts III | Indico System Resources, Inc. |
| 8926 Forest Hills Blvd. | 8926 Forest Hills Blvd. |
| Dallas, Texas 75281-4001 | Dallas, Texas 75281-4001 |

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
HON. S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT

Date: May 28, 2015

---

[1] Order Directing Defs. to Obtain Substitute Counsel, ECF No. 57; *see Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993); *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984).