<h1 style="text-align:center">Response to court order 'To Show Cause'</h1>
For Indico System Resources Inc. & Cleal Watts III



RE: Case No: 2:13-cv-2578

Your honor Judge Anderson,

  I am writing this in answer to your, 'To Show Cause' request On behalf of myself Dr. Cleal T. Watts III and Indico System Resources Inc. I am very sorry for the time it is taking to find alternate legal counsel. I do not want a Judgement Default in any way without trying my best to comply with your wishes. I assure you it is not from lack of trying. I have found it very difficult to attain new legal counsel due to two things, conflict of interest and lack of securities law experience.

  The most difficult to comply with is the conflict of interest. It seems as though the plaintiff is very litigious and has hired at one time or another every Law firm in Western Tennessee and beyond. I was afraid when this case came up, with Sledge bragging about how litigious they were, I figured it would be difficult to find a lawyer without conflict of interest. I never knew it would be this difficult. This was my main reason for trying to get the court change to a different location, besides never having been in Memphis during this time period.

Listed below are some of the Law Firms and Lawyers I have tried to hire for representation, but not limited to these because most of these are 2nd or 3rd level of calling, referrals from referrals:

<u>In Western Tennessee:</u>
Richard Sorin
Roscoe Fields
Porter Fields
John Mc Can
Ron Klestin
Bill Jeter
Curtis Lawrence
Kirsten, Morison, Warinton
Michael J. Stengel
Audrey Calkins at Ogletree Deakin
Mary Wolff

<u>In Dallas Texas:</u>
Ted Akins
George Millner
Jackson Mccarthy Curtis
Scott breadlove
Thomas Knight
Anthony Miller
Christiane Wilson
Jackson walker

Larry Friedman
Akin Gump
Fuller
Haynes and Boon
Winstead Morgan
Tyler Melton
Fulbright and Jawarskin
Scott Palmer
Eric Wood
Steve Malouf

<u>In Kentucky</u>
Dale Ahearn
Frost Brown and Todd
Dudley M West
White & Reasor PLL

<u>In Washington, DC;</u>
Jim Adduci
Steve Prirola

  All of these and many more, which I can't find the lists right now, we checked to the point that referrals came back of the referrers and beyond. Our greatest obstacles were conflict of interest, next Securities Law Issue and I think two were no way for representation in Memphis.

  We believe we have found the proper law firm to represent myself and Indico System Resources there in Memphis, Mary Wolff at Wolff Adris P.C.. We only found out about them yesterday evening. I missed a call with Mary Wolff, but have spoken with Tyler Darby. He says it is too late to get up to speed for this 'Show Just Cause' issue, but to call him back as soon as I have sent this response to the court. I have not stopped looking just in case. If the court has any suggestions I would appreciate them greatly. I will do whatever is in my power to comply with the court. I am very sorry the court is having to deal with this case. The only way it can be realistically solved I feel is between the two parties involved.

Sincerely yours,

_Cleal T. Watts III M.D._      Date 6/10/15
Dr. Cleal T. Watts III

fedex.com  1.800.GoFedEx  1.800.463.3339

**FedEx Express** NEW Package US Airbill

FedEx Tracking Number: 8079 5054 0209

**1 From**
Date: 6/10/15
Sender's Name: Dr. Cleal T. Watts II
Phone: 214-679-2177
Company: Lakes System Resources O.
Address: 9926 Forest Hills Blvd.
City: Dallas   State: TX   ZIP: 75218

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Judge Anderson, office/Clerk
Company: U.S. District Court Western District TN
Address: 167 N. Main
City: Memphis   State: TN   ZIP: 38103

**4 Express Package Service**
☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**
☒ FedEx Envelope*
☐ FedEx Pak*
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling and Delivery Signature Options**
☐ SATURDAY Delivery
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

Does this shipment contain dangerous goods?
☐ No   ☐ Yes Shipper's Declaration not required.   ☐ Yes Shipper's Declaration.   ☐ Dry Ice

Cargo Aircraft Only

**7 Payment Bill to:**
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages: 
Total Weight: 0.15 lbs

RECEIVED  15 JUN 11 AM 10:41  THOMAS M. GOULD CLERK U.S. DISTRICT COURT