IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,<br>        **Plaintiffs**,<br><br>v.<br><br>INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III<br><br><br>        **Defendants**. | )<br>)<br>)<br>)<br>)<br>)   Case No. 2:13-cv-2578<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER REGARDING DEFENDANTS' RESPONSE TO SHOW-CAUSE ORDER AND DIRECTING INDICO TO RETAIN NEW COUNSEL

On May 28, 2015, the Court ordered the Defendant Indico System Resources, Inc. to show cause as to why it had not retained an attorney, as Indico, a corporation, may not proceed pro se. The Court also ordered Defendant Cleal Watts III to show cause as to why he had not retained substitute counsel or filed notice indicating he would proceed pro se. (ECF No. 66). The Court put both Defendants on notice that failure to respond would result in entry of default. Watts filed a response to that order on behalf of himself and Indico, stating that he was attempting to retain counsel. In light of that response, the Court determines that Watts will proceed pro se. The Court has already provided ample time for Indico to retain substitute counsel. Nevertheless, because Indico has responded to the Court's order to show cause, Indico is **ORDERED** to retain counsel, who shall file a notice of appearance by the close of business on **June 29, 2015**. If no notice of appearance is filed on behalf of Indico by that deadline, default will be entered against it.

1

2

The Court first ordered Indico to retain new counsel and Watts to retain new counsel or notify of his intention to proceed pro se on April 16, 2015.  Now, nearly two months later, neither Defendant has complied with the Court's order.  Furthermore, the case has been pending since July 2013.  The case will now proceed as scheduled, but Indico is expressly warned that the Court will not consider an extension of the deadline to retain new counsel.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
HON. S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT

Date: June 12, 2015