**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

        Plaintiffs,

v.                                Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

        Defendants.

---

**NOTICE OF DEFENDANT CLEAL WATTS, III'S
FAILURE TO APPEAR FOR DEPOSITION IN DALLAS, TEXAS**

---

COME NOW, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs") and give notice that Defendant failed to appear for his timely noticed deposition in Dallas, Texas on June 12, 2015.

On April 6, 2015, Plaintiffs <u>both</u> filed and sent a Notice of Deposition of Cleal Watts, III ("Watts") to Watts through his counsel, effectively giving Watts more than two months advanced notice of a pending deposition. (ECF. No. 48).  Watts gave no indication during this period that he intended not to appear, either through counsel or directly.  Accordingly, Plaintiffs, as well as their counsel, traveled to Dallas, Texas and appeared ready to take Defendant Watts' deposition. In fact, as the record reflects, Plaintiffs' counsel was in Dallas all week to take the depositions of other non-party witnesses.  (ECF No.'s 49-51, 59, 60).  Watts did not, at any time, file a motion to limit his deposition in any way.  Watts similarly did not give Plaintiffs or Plaintiffs' counsel

1

notice that he did not intend to appear or seek an alternative date. Instead, Watts called the court-reporting service approximately forty (40) minutes prior to the designated start time and, without offering any explanation, notified the court reporter that he could not make the deposition. The court reporter's certificate of non-appearance, including the attached message communicated via the court reporter's answering service, is attached hereto as Exhibit A.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*jcook@pcplc.com*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of June 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Cleal Watts III and Indico Systems Resources, Inc.
8926 Forest Hills Blvd.
Dallas, Texas 75281-4001

/s/ Darrell N. Phillips

WattsCNA.txt

1

```
 1              UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
 2
    MARY PHILLIPA SLEDGE, et      )
 3  al.,                         )
                                 )
 4      Plaintiffs,              )
                                 ) Civil Action No.
 5  VS.                          ) 13-2578-STA
                                 )
 6  CLEAL WATTS, III, et al.,    )
                                 )
 7      Defendants.              )

 8

 9      -----------------------------------

10          CERTIFICATE OF NONAPPEARANCE

11              CLEAL WATTS, III

12               JUNE 11, 2015
        -----------------------------------
13

14      I, Julie A. Couvillion, a Certified Shorthand

15  Reporter in and for the State of Texas, certify:

16      That I appeared at the offices of Esquire

17  Deposition Solutions located at 1700 Pacific Avenue,

18  Suite 1000, Dallas, Texas on June 11, 2015, to report

19  the oral and videotaped deposition of CLEAL WATTS, III,

20  pursuant to Subpoena, scheduled for 9:00 a.m.

21      That by 9:15 a.m., CLEAL WATTS, III had not

22  appeared for his deposition.  Present for the deposition

23  were:

24      Mr. Anthony C. Pietrangelo and Mr. Darrell N.

25  Phillips, appearing on behalf of the Plaintiffs, Ms.
```

2

```
 1  Phillipa Sledge and Mr. Cody Modro, Videographer.

 2      I further certify that I am neither employed nor
```

Page 1

WattsCNA.txt

3  related to any attorney or party in this matter and have

4  no interest, financial or otherwise, in its outcome.

5      Given under my hand and seal of office on this the

6  11th day of June, 2015.

7

8

9  _____
   Julie A. Couvillion, CSR, No. 1680
10 Firm Registration No.
   Esquire Deposition Solutions
11 Firm Registration No. 286
   1700 Pacific Avenue, Suite 1000
12 Dallas, Texas  75201
   (214) 257-1436
13

14

15

16

17

18

19

20

21

22

23

24

25

**Drianne Alfaro**

| | |
|---|---|
| **From:** | TJ <info@vmsg1.com> |
| **Sent:** | Thursday, June 11, 2015 8:30 AM |
| **To:** | Jennifer Adam; Lucy Kinney; Drianne Alfaro |
| **Subject:** | (2215) 08:26AM |

(1) IN  (*FILED*): 2015-06-11 08:18AM Keish
   OUT (*FILED*): 2015-06-11 08:26AM Misha LUCY
For:  *CANCEL*            /
From:  DR. CLEAL WATTS         /
Fon:   214 659 2197         /
Caller ID: (214) 659-2197        /
Co:   -              /
Would you like me to contact
someone or can this wait for  WAIT    /
the office to reopen:
Msg:   RE: CANCEL THE DEPO SCHEDULED
   FOR THIS MORNING 9A
   I WONT BE ABLE TO MAKE IT
---
\*\*\*\*\*\*\*\*\*\*   END OF MESSAGES   \*\*\*\*\*\*\*\*\*\*

1

