IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                          Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

---

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT FOR FAILURE
TO APPEAR AT DEPOSITION AND FOR PLAINTIFFS' COSTS RESULTING
THEREFROM OR, IN THE ALTERNATIVE, FOR AN ORDER COMPELLING
DEFENDANTS TO APPEAR FOR DEPOSITION IN MEMPHIS**

---

COME NOW, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs"), by and through counsel, pursuant to FED. R. CIV. P. Rule 37, and move this Court for a Default Judgment against Defendants Cleal Watts III and Indico Systems Resources, Inc. as a result of Defendant Watts' failure to appear at his timely-noticed deposition in Dallas, Texas. (ECF No. 48). Additionally, Plaintiffs seek to recover the costs they incurred as a result of this trip. In the alternative, Plaintiffs move this Court to order Defendant Watts to appear for a duly-noticed deposition in Memphis, TN, at Plaintiffs' counsel's offices during the month of July 2015. Plaintiffs have filed a memorandum of law in support of this motion contemporarily herewith and respectfully request this Court grant the relief sought herein.

1

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*jcook@pcplc.com*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of June 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Cleal Watts III and Indico Systems Resources, Inc.
8926 Forest Hills Blvd.
Dallas, Texas 75281-4001

/s/ Darrell N. Phillips