**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLEAL WATTS III
8926 Forest Hills Blvd.
DALLAS, TX 75281-4001

13-2578-A

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Debbie Kopel ☒ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
15 JUN 11 AM 3:03

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7010 2780 0002 5499 0699

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540