IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

_____

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, AND PIDGEON
SLEDGE FAMILY LIMITED PARTNERSHIP,
    Plaintiffs,

v.                                                                                          Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC,
AND CLEAL WATTS, III,
    Defendants.

_____

NOTICE OF APPEARANCE
_____

    COMES NOW Randall J. Fishman, of the law firm of Ballin, Ballin & Fishman, P.C., and files this Notice of Appearance as attorney of record for Defendants Indico System Resources, Inc. and Cleal Watts, III, in the above-styled case.

    The undersigned request that the Clerk of the Court insert this firm's name as counsel for Defendants Indico System Resources, Inc. and Cleal Watts, III, in the record of this cause, and that the firm receive notice of any and all proceedings henceforth.

Respectfully Submitted,

BALLIN, BALLIN & FISHMAN, P.C.

/s/ Randall J. Fishman, Esq.
Randall J. Fishman (#7097)
Richard S. Townley (#28164)
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278
Email: ecfcivil@bbfpc.com
Attorney for Defendants

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following this the 30th day of June, 2015:

Darrell N. Phillips  
Anthony C. Pietrangelo  
John J. Cook  
Pietrangelo Cook, PLC  
6410 Poplar Avenue, Suite 190  
Memphis, TN 38119

                                                /s/ Randall J. Fishman, Esq.