**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

**v.**

**Civ. 2:13-cv-2578**

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**

---

**REVISED NOTICE OF DEPOSITION OF CELENE DUTZMAN**

---

Pursuant to Fed. R. Civ. P. 45, you are hereby notified that on July 22, 2015, at the offices of Pittsburgh Reporting Service, 428 Forbes Ave., #1900, Pittsburgh, PA, Plaintiffs, by and through counsel, shall take the deposition of Celene Dutzman.[1] This revised location replaces locations identified in prior notices and subpoenas to Ms. Dutzman. This deposition will be taken before an officer duly authorized by law to administer oaths and will be recorded by a stenographer and/or videographer.

A copy of the subpoena to Celene Dutzman is attached hereto. The subpoena also calls for the production of documents on or before the date of the deposition. The list of requested documents is attached to the subpoena as Exhibit A.

This 1ST day of July, 2015.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC

---

[1] Plaintiffs note that three previous attempts to serve Ms. Dutzman with a subpoena pursuant to FED. R. CIV. P. Rule 45 in three different locations were unsuccessful and she would not return calls or emails from Plaintiffs' counsel or its process server. On June 29, 2015, Plaintiffs served Ms. Dutzman at her place of residence in Patterson Heights, PA. Plaintiffs additionally emailed and sent via FedEX courtesy copies of the subpoena to deposition, notifying Ms. Dutzman that her deposition will occur in Pittsburg, PA.

Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of July 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman & Richard Townley
Ballin, Ballin & Fishman PC
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103-2357

Celene Dutzman
1805 21st Ave.
Patterson Heights, PA 15010

/s/ Darrell N. Phillips