IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

_____

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, AND PIDGEON
SLEDGE FAMILY LIMITED PARTNERSHIP,
    Plaintiffs,

v.                                      Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC,
AND CLEAL WATTS, III,
    Defendants.

_____

CERTIFICATE OF CONSULTATION
_____

        COMES NOW Defendants' counsel, Richard S. Townley, and files this Certificate of Consultation pursuant to Local Rule 7.2 (a)(B) and would state unto the Court the following:

        On Tuesday, June 30, 2015, undersigned spoke with Mr. Phillips telephonically, who advises that his client cannot consent to the relief requested herein.

                                            Respectfully Submitted,

                                            BALLIN, BALLIN & FISHMAN, P.C.

                                            /s/ Richard S. Townley, Esq.
                                            Randall J. Fishman (#7097)
                                            Richard S. Townley (#28164)
                                            200 Jefferson Avenue, Suite 1250
                                            Memphis, TN 38103
                                            (901) 525-6278
                                            Email: ecfcivil@bbfpc.com
                                            Attorney for Defendants

CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following this the 1st day of July, 2015:

Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

                /s/ Richard S. Townley, Esq.