**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,** | ) | |
| **Plaintiffs**, | ) | |
| | ) | **Case No. 2:13-cv-2578** |
| v. | ) | |
| | ) | |
| **INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III** | ) | |
| | ) | |
| **Defendants**. | ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND AND DENYING WITHOUT PREJUDICE MOTION FOR JUDGMENT ON THE PLEADINGS**

Before the Court is Defendants' Motion for Extension of Time to File a Response to the Plaintiffs' Motion for Default Judgment. (ECF No. 84). Although the Motion was filed after the deadline to respond, the Court **GRANTS** the Motion: the Defendants have only recently obtained new counsel in light of the Court's orders. The Defendants shall have up to and including **July 15, 2015**, in which to file a response to the Plaintiffs' Motion for Default Judgment. Furthermore, before Defendants' original counsel withdrew, the Defendants filed a Motion for Partial Judgment on the Pleadings. (ECF No. 58). In light of the defense counsel's recent notice of appearance, that Motion is **DENIED** without prejudice.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
HON. S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT

Date: July 1, 2015