**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,**
**Plaintiffs**,

v.

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants**.

**Case No. 2:13-cv-2578**

**ORDER REFERRING MOTIONS**

Before the Court are two Motions: (1) the Plaintiffs' Motion to Compel Defendant Watts to Provide Consent to Rackspace US, Inc. (ECF No. 62); and (2) Michael Byrd and Byrd's Eye Enterprises' Motion to Quash Subpoenas. (ECF No. 86). These motions are hereby referred to the United States Magistrate Judge for determination. Any objections to the Magistrate Judge's order shall be made within fourteen (14) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the Magistrate Judge's order will constitute a waiver of that objection. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: July 9, 2015