**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,

Plaintiffs,

v. Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III,

Defendants.

## PLAINTIFFS' NOTICE OF RECEIPT OF CONSENT TO RACKSPACE

On May 15, 2015, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs"), filed their Motion to Compel Defendant Watts to Provide Consent to Rackspace Us, Inc. ("Rackspace") (ECF No. 62). Specifically, this motion sought to require Defendant Watts to execute a consent form (provided by Plaintiffs) or to do whatever necessary to provide sufficient consent to Rackspace to release the electronic materials (primarily emails) sought. Defendant Watts did not file a response in opposition and the matter was recently referred to the U.S. Magistrate for adjudication. (ECF No. 87).

On July 13, 2015, Defendant Watts, through counsel, emailed Plaintiffs' counsel an executed consent form, which may obviate the need for the adjudication of this motion and provide access to the materials sought by Plaintiffs. Accordingly, Plaintiffs would ask this Court to defer adjudication of the Motion to Compel, (ECF No. 62), until Rackspace has complied with

Plaintiffs' validly issued subpoena or indicated why the consent form is deficient. If Rackspace determines the consent form to be sufficient, Plaintiffs shall withdraw their motion. If not, and if Defendant Watts refuses to provide additional assistance, Plaintiffs may again seek this Court's adjudication of their motion.

Respectfully Submitted,

/s/ Darrell N. Phillips

PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*jjcook@pcplc.com*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of July 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103

/s/ Darrell N. Phillips