IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

_____

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, AND PIDGEON
SLEDGE FAMILY LIMITED PARTNERSHIP,
    Plaintiffs,

v.                                                                                Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC,
AND CLEAL WATTS, III,
    Defendants.

_____

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT
WATTS TO PROVIDE CONSENT TO RACKSPACE US, INC.
_____

      COME NOW the Defendant, Cleal Watts, III, by and through counsel and in response to Plaintiff's Motion to Compel (Doc. 62), would state that the Consent and Authorization form that was the subject of Plaintiff's Motion to Compel, has now been executed and has been provided to Plaintiff's counsel.  Accordingly, Defendant would submit that Plaintiff's Motion to Compel is now moot.

      WHEREFORE, PREMISES CONSIDERED, your Defendant respectfully prays that Plaintiff's Motion to Compel (Doc. 62) be denied, as being moot.

                                                        Respectfully Submitted,

                                                        BALLIN, BALLIN & FISHMAN, P.C.

                                                        /s/ Richard S. Townley, Esq.
                                                        Randall J. Fishman (#7097)
                                                       Richard S. Townley (#28164)
                                                       200 Jefferson Avenue, Suite 1250
                                                       Memphis, TN 38103
                                                       (901) 525-6278

Email: ecfcivil@bbfpc.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following this the 13th day of July, 2015:

Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

/s/ Richard S. Townley, Esq.