# CONSENT AND AUTHORIZATION
## TO PRODUCE RACKSPACE ACCOUNT INFORMATION

RE: Subpoena to Produce Documents
Action: Mary Phillipa Sledge, et al. v. Cleal Watts, III et al.
Ref: 13-2578-STA

I, the undersigned, am the holder of a series of accounts with Rackspace US, Inc. ("Rackspace") in the name set forth below associated with the email addresses also set forth below ("Accounts"). I understand that information related to my accounts is being sought in connection with the subpoena served by the Plaintiff in the above-referenced matter ("Subpoena").

I hereby certify that I am the owner of the Accounts for which records are requested.

I consent and authorize Rackspace to produce to the issuer of the Subpoena any and all information related to the Accounts including but not limited to information about my identity, address, telephone number, alternative email addresses, my billing information, my online activities, my connections, my postings, my communications and the contents of all other electronic files maintained by Rackspace related to me and/or my Accounts.

I have read and understand the contents of this Consent and Authorization to Produce Rackspace Account Information.

I agree to hold harmless and do forever hold harmless Rackspace for the disclosure of such information and do forever waive on my behalf, and on behalf of my heirs and assigns, any and all claims resulting from Rackspace's disclosure of any information related to me or my Account pursuant to this consent.

Section 1542 Waiver. I UNDERSTAND THAT THIS AGREEMENT INCLUDES A RELEASE OF ALL KNOWN AND UNKNOWN CLAIMS. Furthermore, in giving the releases set forth in this Agreement, which include claims which may be unknown to me at present, I acknowledge that I have read and understand Section 1542 of the California Civil Code which reads as follows: "**A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**" I hereby expressly waive and relinquish all rights and benefits under that section and any law or legal principle of similar effect in any jurisdiction with respect to my release of claims herein, including but not limited to the release of unknown and unsuspected claims.

Account Holder Name: **Cleal Watts, III**
Email Addresses Associated with Rackspace Accounts ("Accounts"): **usisr.com, indicopublic.com, sami@usisr.com, clealiii@usisr.com, isrdcw@usisr.com, and clealiii@indicopublic.com**.

Account Holder Signature: *Cleal T. Watts III*   Date: 7/10/15

Acknowledgement

State of Texas
County of Galveston

On July 10, 2015 before me, Valerie Garcia (insert name and title of officer) personally appeared Cleal Watts, III who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I declare under PENALTY OF PERJURY under the laws of the state of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____ (Seal)
My commission expires: 3/21/17

(Seal: VALERIE MARIE GARCIA, Notary Public, STATE OF TEXAS, My Comm. Exp. 03-21-17)