IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

---

MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, AND PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,
Plaintiffs,

v. Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC, AND CLEAL WATTS, III,
Defendants.

---

# AFFIDAVIT OF CLEAL WATTS, III

---

STATE OF TEXAS
COUNTY OF DALLAS

COMES NOW the Affiant, Cleal Watts, III, who would state under oath as follows:

1. My name is Cleal Watts, III. I am an adult resident citizen of Dallas County, Texas, and otherwise competent to give this Affidavit.
2. Upon information and belief, a notice of deposition in this pending lawsuit was served on my attorneys on or about April 6, 2015.
3. My attorneys subsequently withdrew from the case on or about May 28, 2015.
4. I did not have actual notice or contemporaneous explicit personal knowledge of the date, time and place of the deposition, noticed for June 11, 2015 in Dallas, Texas, until approximately June 10, when I was informed of same by another deposed fact witness, Ms. Debra Koper.
5. I was unable to appear for the deposition at the scheduled date and time.

6. My nonappearance at the noticed deposition was not the result of intentional or wilful conduct; rather it was simply a failure to keep myself adequately informed on the status of the litigation while attempting to retain new counsel.

7. I retained new counsel in this cause on or about June 30, 2015.

8. I will voluntarily agree and consent to be deposed in Memphis, Tennessee, at a date and time to be arranged by counsel.

Further Affiant Saith Not.

Cleal Watts III M.D.

Cleal Watts, III

SWORN TO AND SUBSCRIBED before me, a Notary Public, for and in the state and county aforesaid, this the 13th day of July, 2015.

MELVIN ALVARENGA
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-24-18

Notary Public

My Commission Expires:
7-24-18