***UNITED STATES DISTRICT COURT***
***WESTERN DISTRICT OF TENNESSEE***
***Western Division***
***Office of the Clerk***

***Thomas M. Gould, Clerk***
***242 Federal Building***
***167 N. Main Street***
***Memphis, Tennessee 38103***
***(901) 495-1200***

***Deputy-in-Charge***
***U. S. Courthouse, Room 262***
***111 South Highland Avenue***
***Jackson, Tennessee 38301***
***(731) 421-9200***

## NOTICE OF SETTING

**Before Judge Charmiane G. Claxton, United States Magistrate Judge**

July 14, 2015

**RE:** 2:13-cv-02578-STA-cgc
***Sledge et al v. Watts et al***

Dear Sir/Madam:

A **TELEPHONIC MOTION HEARING** on the below listed pending motions has been set before **Magistrate Judge Charmiane G. Claxton** on **FRIDAY, July 24, 2015** at **2:00 PM (CST).** ***Judge Claxton requires that prior to the hearing, all parties must meet and confer in good faith regarding all issues raised in the motion.***

1. Plaintiffs' MOTION to Compel *(DE# 62, filed 05/15/2015);* and
2. Movants' MOTION to Quash *Subpoenas Issued And Served Upon JP Chase Morgan, Sea West Coast Guard Federal Credit Union, And Wells Fargo Bank, N.A., And In The Alternative, For Protective Order (DE# 86, filed 07/02/2015)*

On Hearing date, please call **1-888-675-2535.** Use Access Code # **3214181** and Security Code # **072415**.

If you have any questions regarding the above, please do not hesitate to contact me.

Sincerely,

*s/ Bernita V. Henley*
BY: Bernita V. Henley, Judicial Assistant to the
Honorable Charmiane G. Claxton
901-495-1312