# EXHIBIT A

# WIRE TRANSFERS FROM BYRD TO DEFENDANT INDICO SYSTEMS RESOURCES, INC'S ACCOUNTS

1 – 7/15/14 TO BBVA COMPASS

2 – 7/15/14 TO BANK OF AMERICA

Page 1 of 3
Primary Account: ·
Beginning July 1, 2014 - Ending July 31, 2014                31

**BBVA** Compass

21    INDICO  SYSTEM  RESOURCES,  INC
PC    8926  FOREST  HILLS  BLVD
      DALLAS  TX  75218-4001

### Contacting Us

Available by phone 24/7

Phone  1-800-266-7277

Online  bbvacompass.com

Write  BBVA Compass
       Customer Service
       P.O. Box 10566
       Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| CLEARCHOICE FOR BUSINESS | 6 | $554.75 | $125,509.68 |
| **Total Deposit Accounts** | | **$554.75** | **$125,509.68** |

Footer Page 39 of 60.

BBVACOMPAS000058

Page 2 of 3
Primary Account: 6'
Beginning July 1, 2014 - Ending July 31, 2014                              31

**BBVA** Compass

# CLEARCHOICE FOR BUSINESS
Account Number: 6'            IDICO SYSTEM RESOURCES, INC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 7/1/14 | $554.75 |
| Deposits/Credits (2) | + $125,300.00 |
| Withdrawals/Debits (5) | - $345.07 |
| Ending Balance on 7/31/14 | $125,509.68 |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 7/2 | | DEBIT FOR TIME WARNER     ONLINE PMT CO REF- CKF965227117POS | | $37.12 | $517.63 |
| 7/3 | | BRANCH DEPOSIT | $300.00 | | |
| 7/3 | 905035 | CHECK CLEARED | | $123.00 | $694.63 |
| 7/15 | | INCOMING WIRE REF 20140715F2QCZ60C00085407151056FT03 ORG BYRD'S EYE ENTERPR | $125,000.00 | | |
| 7/15 | | JUN MONTHLY SERVICE CHARGE | | $11.95 | $125,682.68 |
| 7/18 | | DEBIT FOR METRO PCS     ONLINE PMT CO REF- CKF965227117POS | | $50.00 | $125,632.68 |
| 7/29 | 905038 | CHECK CLEARED | | $123.00 | $125,509.68 |
| Ending Balance on 7/31 | | | | | $125,509.68 |
| **Totals** | | | **$125,300.00** | **$345.07** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Summary of Checks

*Checks listed are also displayed in the preceding Transaction History*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/3 | 905035 | $123.00 | 7/29 | 905038 * | $123.00 | | | |

* Indicates break in check sequence

Footer Page 40 of 60.

Page 3 of 3
Primary Account: 6
Beginning July 1, 2014 - Ending July 31, 2014                31

**BBVA** Compass

## How to Balance Your Account

**Step 1**
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**
- If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**
- List any deposits or credits you have made that do not appear on this statement (see space provided below).

**Step 4**
- List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| • Enter the "current balance" shown on this statement | |  |
| • Add total from Step 3 | |  |
| • Subtotal | |  |
| • Subtract total from Step 4 | |  |
| • This balance should equal your register balance | |  |
| If it does not agree, see steps below | $ |  |

If your account does not balance, review the following:
- Check all your addition and subtraction above in your register.
- Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
- Amounts of deposits and withdrawals on this statement should match your register entries.
- If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
Calculation of Interest Charge and Balance Subject to Interest Rate. The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This gives us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

In Case of Errors or Questions About Your Statement (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.

BBVACOMPAS000060

*Bus Platinum Privileges*

## Bank of America ⟍⟍⟍

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INDICO SYSTEM RESOURCES, INC.
SECONDARY ACCOUNT
8926 FOREST HILLS BLVD
DALLAS, TX 75218-4001

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for July 1, 2014 to July 31, 2014        Account number: 4

**INDICO SYSTEM RESOURCES, INC.    SECONDARY ACCOUNT**

### Account summary

| | | |
|---|---:|---|
| Beginning balance on July 1, 2014 | $87.18 | # of deposits/credits: 1 |
| Deposits and other credits | 125,000.00 | # of withdrawals/debits: 6 |
| Withdrawals and other debits | -6,000.00 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -31.00 | Average ledger balance: $67,192.47 |
| **Ending balance on July 31, 2014** | **$119,056.18** | ¹Includes checks paid,deposited items&other debits |

*Your account has overdraft protection provided by deposit account number
4880 3913 1096.*

## Enjoy greater control with our easy-to-use Account Management tool



- Add to your financial control by delegating access to your accountant and employees
- Conveniently perform online banking tasks directly within QuickBooks®
- Securely access multiple accounts using a single Online ID

Try **Account Management** with no monthly fee for three months — a $45 value.¹ And if you have
a Business Advantage checking account, you'll enjoy no monthly fee for Account Management.

Sign up at **bankofamerica.com/youraccount** or call **1.866.700.1931.**

¹The monthly fee for Account Management is $15, however there's no monthly fee with Business Advantage Checking. Requires Internet access, and Internet service provider fees
may apply. QuickBooks is a registered trademark of Intuit Inc., used under license. Bank of America is a trademark of Bank of America Corporation.
Bank of America, N.A. Member FDIC. ©2014 Bank of America Corporation                                              ARH88QTS AD-04-14-0081.B

BANKOFAMERICA000505

PULL: E  CYCLE: 50  SPEC: O  DELIVERY: P  TYPE:    IMAGE: A  BC: TX

INDICO SYSTEM RESOURCES, INC.  |  Account # 48                    July 1, 2014 to July 31, 2014

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Change of address - Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2013 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

 **Bank of America**

**Your checking account**

**INDICO SYSTEM RESOURCES, INC.** | **Account # 4** | | **July 1, 2014 to July 31, 2014**

---

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 07/15/14 | Wire Type:Wire In Date: 140715 Time:1056 Et Tm:2014071500199364 Seq:3859500196es/003543 Orig:Byrd's Eye Enterprises In Id:479345337 Snd Bk:Jpmorgan Chase Bank, Na Id:021000021 Pmt Det:Dcd Of 14/07/15 | 125,000.00 |

| | | |
|---|---|---|
| **Total deposits and other credits** | | **$125,000.00** |

---

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 07/16/14 | Online Banking transfer to CHK 1096 Confirmation# 0454145467 | -2,000.00 |
| 07/28/14 | Online Banking transfer to CHK 1096 Confirmation# 0135544133 | -2,000.00 |
| 07/30/14 | Online Banking transfer to CHK 1096 Confirmation# 1677128743 | -1,000.00 |
| 07/31/14 | Online Banking transfer to CHK 1096 Confirmation# 0377559894 | -1,000.00 |

| | | |
|---|---|---|
| **Total withdrawals and other debits** | | **-$6,000.00** |

---

# Check out the Bank of America Small Business Community



It's a convenient and complimentary online resource that can help you grow your business.

- **Read articles** by experts
- **Exchange ideas in real time** with other people like you
- **Access financial tools** and much more

**Visit bankofamerica.com/sbc today.**

Life's better when we're connected™

AR4P3PGA  AD-12-13-0391.B

INDICO SYSTEM RESOURCES, INC.   |   Account # 4   |   July 1, 2014 to July 31, 2014

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date | |
|---|---|---|---|
| Total Overdraft fees | $0.00 | $35.00 | We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year. |
| Total NSF: Returned Item fees | $0.00 | $0.00 | |

**Help to avoid Overdraft & NSF.**
Set up Alerts through Online Banking and receive messages by email or text to inform you when your balance is low. Set up Overdraft Protection to automatically transfer available funds to your account from a linked savings, credit card, or second checking account to help cover items that would overdraw your account. You can set up both services via Online Banking at bankofamerica.com, by visiting a banking center, or by calling the toll-free number on your statement for details. Changes generally take effect after 2 business days, but can take up to 10 business days, depending on the type of account you've chosen to link for Overdraft Protection service.

Based on the activity on your business accounts for the statement period ending 06/30/14, a Monthly Fee was charged for your Business Fundamentals checking account (Primary). You can avoid the fee in the future by meeting one of the requirements below:

At least one of the following occurred

- ○ $250+ in net new purchases on a linked Business debit card
- ○ $250+ in net new purchases on a linked Business credit card
- ○ $3,000+ minimum daily balance in primary checking account
- ○ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 07/01/14 | Monthly Fee for Business Fundamentals | -16.00 |
| 07/16/14 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$31.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 07/01 | 71.18 | 07/16 | 123,056.18 | 07/30 | 120,056.18 |
| 07/15 | 125,071.18 | 07/28 | 121,056.18 | 07/31 | 119,056.18 |

To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.