Civil Action No. 13-2578-STA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* MARIE WATTS
on *(date)* JULY 14, 2015.

☑ I served the subpoena by delivering a copy to the named individual as follows: MARIE WATTS ON 8338 GARLAND RD. DALLAS, TX 75218, AT 4:40PM.
on *(date)* JULY 14, 2015 ; or

☐ I returned the subpoena unexecuted because: ______ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______ .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: JULY 14, 2015

[signature]
*Server's signature*

JAIME SANCHEZ
*Printed name and title*

402 E. HWY 121 #73 LEWISVILLE TX
*Server's address*

Additional information regarding attempted service, etc.: