**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,**

**Plaintiffs,**

**vs.** **Civ. 2:13-cv-2578-STA-cgc**

**INDICO SYSTEM RESOURCES, INC. and, CLEAL WATTS, III**

**Defendants.**

---

## ORDER ON MOTION TO COMPEL

---

Before the Court, by way of Order of Reference (D.E. # 87), is Plaintiffs' Motion to Compel Defendant Watts to Provide Consent to Rackspace US, Inc. (D.E. # 62). Plaintiffs seek Defendant Watts' consent for Rackspace US to provide copies of certain emails Plaintiffs pursuant to subpoena. Rackspace US has indicated that it will not comply with the subpoena absent an executed consent from Defendant Watts. In response to the Motion to Compel, Defendant Watts provided an executed consent on the form drafted by Plaintiffs' counsel. (D.E. # 89). During a telephone hearing regarding the instant motion on July 24, 2015 the parties indicated that they believe that the executed consent should be sufficient to obtain the material sought from Rackspace US but that they would work together to execute a consent acceptable to Rackspace US should the existing consent not be satisfactory.

Therefore, the Motion to Compel will be noted as WITHDRAWN WITHOUT PREJUDICE to refile should the dispute not be resolved by agreement as discussed above.

**IT IS SO ORDERED** this 24th day of July, 2015.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE