**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,**

**Plaintiffs,**

**vs.** **Civ. 2:13-cv-2578-STA-cgc**

**INDICO SYSTEM RESOURCES, INC. and, CLEAL WATTS, III**

**Defendants.**

---

**CONSENT ORDER ON MOTION TO QUASH SUBPOENAS ISSUED AND SERVED UPON JP CHASE MORGAN, SEA WEST COAST GUARD FEDERAL CREDIT UNION, AND WELLS FARGO BANK, N.A., AND IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**

---

COME NOW Movants, Michael Byrd (hereinafter also referred to as “Byrd” and/or “Movant”) and Byrd’s Eye Enterprise, Inc. (hereinafter also referred to as “Byrd’s Eye”, “Movant”, or collectively as “Movants”), by and through counsel, and Plaintiffs, Mary Phillipa Sledge (hereinafter also referred to as “Sledge”, “Plaintiff”, or collectively as “Plaintiffs”), Mary Jane Pidgeon Sledge Trust (hereinafter also referred to as “Trust”, “Plaintiff”, or collectively as “Plaintiffs”), and Pidgeon Sledge Family Limited Partnership and announce to the Court, by consent of the above individuals and entities, subject to the approval of this Honorable Court, that the Plaintiffs and Movants have reached an agreement upon the *Motion to Quash Subpoenas Issued and Served Upon JP Chase Morgan, Sea West Coast Guard Federal Credit Union, and Wells Fargo Bank, N.A., and in the alternative, for Protective Order* was filed by Movants. Specifically, the Plaintiffs and Movants agree as follows:

1. That Plaintiffs' counsel shall be entitled to receive the information requested in the subpoenas served upon JP Morgan Chase, Sea West Coast Guard Federal Credit Union, and Wells Fargo Bank, N.A., relative to Movants, with certain limitations as more specifically set forth below.

2. That any documentation, data, records, or any information produced pursuant to such subpoenas shall be delivered to Plaintiffs' counsel, only.

3. That within ten (10) days of the receipt of the above records and/or information, Plaintiffs' counsel shall direct copies of said records and/or information to Movants' counsel.

4. That any documentation, data, records, or any information produced pursuant to such subpoenas shall not be released to or otherwise provided to any other party, person, or entity, other than counsel for Plaintiffs and counsel for Movants unless there is expressed agreement by Movants and/or Movants' counsel or pending further orders of this Honorable Court.

5. That any documentation, data, records, or any information produced pursuant to such subpoenas shall be held in confidence by Plaintiffs' counsel and Plaintiffs' counsel shall not disseminate any such documentation, data, records or other such information received pursuant to such subpoenas unless there is expressed agreement by Movants and/or Movants' counsel or pending further orders of this Honorable Court.

6. That any documentation, data, records, or any information produced pursuant to such subpoenas shall not be exhibited to any pleading or memorandum that is filed in this cause or any other cause of action or made an exhibit to any deposition unless there is expressed agreement by Movants and/or Movants' counsel or pending further orders of this Honorable Court.

7. That Plaintiffs' counsel shall, within forty-five (45) days of the case becoming final by dismissal, judgment, or otherwise, destroy all documentation, data, records or other such information obtained pursuant to such subpoenas.

**IT IS SO ORDERED** this 24th day of July, 2015.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

McDONALD KUHN, PLLC

/s/Joseph B. Baker
Loys A. "Trey" Jordan, III (16766)
Joseph B. Baker (28046)
5400 Poplar Avenue, Suite 330
Memphis, Tennessee 38119
(901) 526-0606
*Attorneys for Movants*

PIETRANGELO COOK, PLC

/s/ Darrell N. Phillips
Anthony C. Pietrangelo (15596)
John J. Cook (17725)
Darrell N. Phillips (30299)
6410 Poplar Avenue, Suite 190
Memphis, Tennessee 38119
*Attorneys for Plaintiffs*