**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

**v.**

**Civ. 2:13-cv-2578**

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**

---

**NOTICE OF DEPOSITION OF CLEAL WATTS III**

---

Pursuant to Fed. R. Civ. P. 45, you are hereby notified that on August 20, 2015, at the offices of Ballin, Ballin & Fishman, P.C., 200 Jefferson, Suite 1250, Memphis, TN 38103 at 8:30 am, Plaintiffs, by and through counsel, shall take the deposition of Cleal Watts III. This deposition will be taken before an officer duly authorized by law to administer oaths and will be recorded by a stenographer and/or videographer.

This deposition is scheduled by agreement of counsel to the named parties hereto.[1]

This 27th day of July, 2015.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299

---

[1] On June 15, 2015, Plaintiffs filed their MOTION FOR DEFAULT JUDGMENT FOR FAILURE TO APPEAR AT DEPOSITION AND FOR PLAINTIFFS' COSTS RESULTING THEREFROM OR, IN THE ALTERNATIVE, FOR AN ORDER COMPELLING DEFENDANTS TO APPEAR FOR DEPOSITION IN MEMPHIS. (ECF No. 72). This motion is still pending before the Court. Although Defendants' counsel has agreed to make Defendant Cleal Watts III available in Memphis on August 20, 2015, Plaintiffs still seek the costs associated with that portion of their trip to Dallas, Texas for Mr. Watts' previously scheduled deposition and an Order compelling Defendant Watts to appear in Memphis on the agreed-upon date.

6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of July 2015, a copy of the foregoing electronically filed document was served on the parties listed below via ECF on the following parties.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103

/s/ Darrell N. Phillips