IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                                                   Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

**PLAINTIFFS' MOTION TO
SET AMOUNT OF SANCTIONS**

COME NOW, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs"), by and through counsel, and, for the reasons set forth in the accompanying Memorandum of Law filed contemporaneously herewith and in support hereof, move this Court to award Plaintiffs sanctions in the amount of $3,277.66, to be paid within a reasonable amount of time not to exceed fifteen (15) days.

                                                              Respectfully Submitted,

                                                               /s/ Darrell N. Phillips
                                                               PIETRANGELO COOK PLC
                                                               Anthony C. Pietrangelo BPR # 15596
                                                               John J. Cook BPR # 17725
                                                               Darrell N. Phillips BPR #30299

6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*jjcook@pcplc.com*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of August 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103

/s/ Darrell N. Phillips

## CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that on August 24, 2015, he sent the accounting of fees and expenses described above to Richard Townley, counsel for Defendants. On Tuesday, August 25, 2015, Mr. Townley called and said that while he cannot consent to the foregoing motion, he does not object.

/s/ Darrell N. Phillips