Case 2:13-cv-02578-STA-cgc   Document 107   Filed 08/28/15   Page 1 of 2    PageID 943

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

## ORDER SETTING SANCTIONS AMOUNT

Upon motion of the Plaintiffs, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs"), for this Court to set the amount of sanctions previously ordered (ECF No. 104), this Court finds the motion is well-taken and should be granted, and that Defendants shall pay a sanction of $3,277.66 to Plaintiffs within a reasonable amount of time not to exceed fifteen (15) days from the date of entry of this Order.

It is hereby, ORDERED, ADJUDGED AND DECREED, that Plaintiffs' Motion is GRANTED, and that Defendants shall pay to Plaintiffs the amount of $3,277.66 within fifteen (15) days of entry of this Order.

IT IS SO ORDERED.

1

**s/ S. Thomas Anderson**
S.THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: August 28, 2015