UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

_____

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY
LIMITED PARTNERSHIP

**Plaintiffs,**

v.                                                                                          Civ. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III

**Defendants.**

_____

### NOTICE OF DEPOSITION OF LISA BARTLETT AND NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM ON LISA BARTLETT

_____

Pursuant to Fed. R. Civ. P. 45, you are hereby notified that on October 26, 2015, at the offices of Orange Legal, 15701 FL-50 Suite 204, Clermont, FL 34711 at 9:00 am EST, Plaintiffs, by and through counsel, shall take the deposition of Lisa Bartlett. This deposition will be taken before an officer duly authorized by law to administer oaths and will be recorded by a stenographer and/or videographer.

A copy of the Subpoena to Testify at a Deposition in a Civil Action directed to Lisa Bartlett is attached to this notice.

The subpoena also calls for the production of documents on or before the date of the deposition. The list of requested documents is attached to the subpoena as Exhibit A.

This 29th day of September, 2015.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190

                                        Memphis, TN 38119
                                        901.685.2662
                                        901.685.6122 (fax)
                                        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29[h] day of September 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103


                                            /s/ Darrell N. Phillips