IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                             Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

**PLAINTIFFS' MOTION TO COMPEL DEFENDANTS
TO PRODUCE DISCOVERY MATERIALS**

COME NOW, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs") and move this Court to compel Defendants to fully and properly respond to Plaintiffs' Requests for Production of Documents as to three specific categories of documents which are in Defendants' possession, custody or control:

1) Tax returns and tax-related documents;

2) Information related to a particular bank account (Guaranty Trust) in which Defendants have articulated an interest; and

3) Information withheld from certain Rackspace email accounts.

Plaintiffs seek an Order from this Court requiring Defendants' compliance within fifteen (15) days. Plaintiffs further request the Court Order that Defendants shall be subject to sanctions

pursuant to Fed. R. Civ. P. Rule 37 for failure to comply. Plaintiffs have attached an accompanying memorandum of law in support of this motion.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*jcook@pcplc.com*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of October 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103

/s/ Darrell N. Phillips

## CERTIFICATE OF CONSULTATION

      Pursuant to Local Rule 7.2, counsel for Plaintiffs hereby certifies that he consulted with Richard Townley, counsel for Defendants, who consented in principal to produce the materials sought or to produce responses explaining their unavailability.  Counsel for both parties intend to submit a consent order pertaining to this Motion within the next week.

                                                /s/ Darrell N. Phillips_____
                                                Darrell N. Phillips