# In The Matter Of:
## MARY PHILLIPA SLEDGE vs.
## INDICO SYSTEM RESOURCES, INC.

## CLEAL T. WATTS, III
### August 20, 2015

Alpha Reporting Corporation
236 Adams Avenue
Memphis, TN 38103
901-523-8974



Original File 35987ln.txt
Min-U-Script® with Word Index

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,

    Plaintiffs,

Vs.        Case No. 2:13-cv-2578STA-cgc

INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III,

    Defendants.

---

THE VIDEO DEPOSITION OF CLEAL T. WATTS, III

August 20, 2015

---

ALPHA REPORTING CORPORATION
SHERYL G. WEATHERFORD, RPR
236 Adams
Memphis, Tennessee 38103
901.523.8974

**Alpha Reporting Corporation**

```
 1            The deposition of CLEAL T. WATTS, III,
 2   taken on this, the 20th day of August, 2015, on
 3   behalf of the Plaintiffs, pursuant to notice and
 4   consent of counsel, beginning at approximately
 5   8:29 a.m. in the law offices of Ballin, Ballin &
 6   Fishman, 200 Jefferson, Suite 1250, Memphis,
 7   Tennessee.
 8            This deposition is taken in accordance
 9   with the terms and provisions of the Federal Rules
10   of Civil Procedure.
11            All forms and formalities are waived.
12   Objections are [reserved/not reserved], except as
13   to form of the question, to be disposed of at or
14   before the hearing.
15            The signature of the witness is waived.
16
17
18
19
20
21
22
23
24
25
```

1  authority and he signed it.
2  Q.     So it's your testimony that you do not
3  have in your possession any written agreement
4  between you and Sheku Kondeh; is that correct?
5  A.     Yes.  We got lots of written agreements,
6  but it's all transaction to transaction.  It's not
7  something that is an ongoing --
8              MR. PIETRANGELO:  I will follow it up
9  in writing, but we'll make a request for those.
10 Q.     Have you ever visited a bank with Sheku
11 Kondeh?
12 A.     No.
13 Q.     Where does Sheku Kondeh bank?
14 A.     Guaranty Trust.  That's the only one
15 that -- well, there might be a couple of others,
16 but I don't really know about them.  Skype --
17 not -- there's another one that I heard about
18 that's recent.  I can't remember the name.
19 Q.     How do you know that he banks at Guaranty
20 Trust?
21 A.     Because I wired him money there for
22 handling the transactions.
23 Q.     Do you know when he started banking there?
24 A.     I do not.
25 Q.     Is it his bank account that you wire money

```
 1   to?
 2   A.        I don't -- can't say for sure.  I know
 3   that he's the signatory authority on it.  And it's
 4   also set up because he has to use his passport and
 5   name to -- you know, for access for security
 6   reasons.
 7   Q.        And you have sent some of plaintiffs'
 8   money to that account, correct?
 9   A.        All the plaintiffs' money except for just
10   very little bit went there.
11   Q.        And you don't know who owns it?
12   A.        Who owns what?
13   Q.        The bank account.
14   A.        I assume it's him.
15   Q.        You assume or you know it's him?
16   A.        If it was somebody -- well, I have
17   talked -- I know it's -- I guess I know it's him
18   because I have talked to the bank officer.
19   Q.        What bank officer?
20   A.        Desmond I think.  I don't know full name.
21   Q.        Does the dyslexia affect memory, do you
22   know?
23   A.        Only proper nouns.
24   Q.        Only last names?
25   A.        No.  It could be first names.
```

1         MR. TOWNLEY: Object to the form.
2  Q.    You have gotten every first name right --
3  A.    I still don't know your first name.
4  Q.    I understand that.
5  A.    Okay. So it affects any proper noun.
6  Proper noun can be a name. It can be -- it's a
7  proper noun. It's a name of something.
8  Q.    But you haven't missed any first names or
9  any countries?
10 A.    Oh, sure, I miss a lot of first names.
11 And countries, there's only three countries.
12 Q.    So someone named Desmond has confirmed for
13 you that Sheku Kondeh owns the account that you
14 sent all the plaintiffs' money to?
15 A.    Yeah.
16 Q.    Why did you ask Desmond that question?
17 A.    I did. We were talking about it and it
18 came up in a discussion for how you transact for
19 wires.
20 Q.    Have you ever seen any corporate
21 documents --
22 A.    No.
23 Q.    -- for who owns that?
24 A.    No.
25 Q.    Are you familiar with the term due

1   diligence?
2   A.      Yes.
3   Q.      Do you think that you performed due
4   diligence on this account before you sent all of
5   my clients' money there?
6              MR. TOWNLEY:  Object to the form.
7   A.      Yes.
8   Q.      What did you do to perform that due
9   diligence?
10  A.      Talking with the bank officer.
11  Q.      So you talked to Desmond before you sent
12  the money?
13  A.      Yes.  Oh, well, I take that back.  It may
14  not have been Desmond.  It might have been another
15  one of the bank officers, but it was to the
16  bank set for any bank -- well, never mind.  I
17  don't want to go too long.  Never mind.
18  Q.      Well, I'm interested.
19  A.      The banking due diligence was done, yes.
20  Q.      And do you have any documents --
21  A.      No.
22  Q.      -- that would corroborate that?
23  A.      There's not any documents done.
24  Q.      Do you think due diligence is an important
25  part of the process?

1   account where you sent the plaintiffs' money?
2   A.      A document?
3   Q.      Yes.
4   A.      I have never seen a document.
5   Q.      How do you know there's no money there
6   anymore?
7   A.      Talking to Desmond.
8   Q.      Desmond gave you that information?
9   A.      Yes, and I talked with --
10  Q.      Are you authorized on that account?
11  A.      I'm sorry?
12  Q.      Are you authorized on that account?
13  A.      No, I'm not.
14  Q.      Then why would Desmond give you that
15  information?
16  A.      Because Kondeh was on the phone when we
17  were talking a three way.
18  Q.      Okay.  And what was said on that phone
19  call?
20  A.      We were actually talking about the rate of
21  exchange and the cost.  Like if it needed $1400
22  there, how much all was it going to be over that
23  because of exchange rates and everything else.  If
24  you do the bank rates, they have a different rate
25  than if you do it out in the open market or

1  said you wrote it.
2           MR. TOWNLEY:  Let him ask his
3  question.
4  A.      Okay.  Ask your question.
5  Q.      When you say "our corporate U.S. dollar
6  account for ISR," what account are you talking
7  about?
8  A.      There isn't one over there.
9  Q.      So that was a lie?
10 A.      What I was referring to was the account
11 that monies are sent to to handle over there that
12 is not ours and that part -- if you're calling
13 that part of it, yes, it's a lie.  But in the
14 transactions we're doing -- in our transactions
15 that we are dealing with, the institution account
16 that is theirs and belongs to them over there that
17 we deal with, which is ours, the whole thing is to
18 do business, is that account over there is under
19 Sheku Kondeh.  It's not our account.  We're not
20 the signatory on anything else, but it is who our
21 partners are that we're dealing with and getting
22 gold back and forth and eventually machinery and
23 everything else.
24 Q.      So why are you telling the bank that it's
25 your corporate U.S. dollar account?

1  A.     Because it's -- it has to be a corporate
2  account for dollars that goes in, and it is --
3  it's the account they use titled under Sheku
4  Kondeh which he is the authority that's a
5  corporate dollar account.  It's the title.  It has
6  to be -- it's titled as a corporate dollar
7  account.  Not that it's -- and it's our I guess
8  you call partners.  However --
9  Q.     Can you tell Sheku Kondeh what to do with
10 that account?
11 A.     No.  I can ask him, but I can't tell him
12 what to do with it.  Or I guess I could tell him.
13 He doesn't have to.  He can do whatever he wants
14 to.  I have no authority over it.
15            MR. TOWNLEY:  Are these all the same
16 copy?
17            MR. PIETRANGELO:  I guess they are.
18 Yeah, they are.  Sorry.
19 BY MR. PIETRANGELO:
20 Q.     Is there any follow-up from Bank of
21 America after that letter?
22 A.     I don't remember to be honest with you.
23            (Whereupon, a document was marked as
24 Exhibit No. 40.)
25 Q.     These are some documents that Mike Byrd

1  2,000 or something left or something.  I don't
2  know.
3  Q.      It didn't really matter to you because it
4  wasn't your money, right?
5              MR. TOWNLEY:  Object to the form.
6  A.      No.  It was allocated for certain things
7  and the allocation was spent for the allocation
8  what it was sent for.
9  Q.      Go to the page before that on the wire
10 transfers, Electronic Withdrawals.
11 A.      Okay.  All right.  Designated -- that's 6
12 of 8?
13 Q.      6 of 8 I think it is.
14 A.      Okay.
15 Q.      First one is a $22,000 to a Commerzbank
16 for Sheku Kondeh; is that right?
17 A.      Yes.
18 Q.      Why did you send it to him?
19 A.      I don't know why that was that one.
20 Q.      And then the next one is $25,000 to
21 Commerzbank for Sheku Kondeh?
22 A.      It's all the same.  It's all going to
23 Guaranty Bank -- Guaranty Trust.
24 Q.      Why does it say Commerzbank?
25 A.      Because Commerz is the, what do you call

1   it, correspondent bank for Guaranty Trust. Every
2   single one of them will say Commerzbank. If you
3   read through them or look down, you can see that.
4   Q.     Where is Commerzbank out of? Is that a
5   German bank?
6   A.     Yeah, it's Germany.
7   Q.     Do they do any business in the United
8   States?
9   A.     I don't know.
10  Q.     Have you ever talked to anybody at
11  Commerzbank?
12  A.     No. Because they're the interim bank
13  to -- when you wire there, you wire through
14  Commerz.
15  Q.     Okay. This almost $279,000 payment to
16  Blue Star Jets, is that for the plane?
17  A.     Yes. That was the first portion for the
18  plane. That's not all.
19  Q.     There's more for that?
20  A.     Yes.
21  Q.     We have a $500,000 payment to Rosenthal
22  Collins, you see that?
23  A.     Yes. That was -- they were going to set
24  up the accounts. We were working with them to get
25  the credit line -- that's what I was talking about

```
 1   the question he asks you.
 2   A.      Okay.  What is your question?
 3   Q.      Why is it that you have to pay this lawyer
 4   if he doesn't represent you?
 5   A.      Because he's representing the parties to
 6   get the gold to get it -- come into the States,
 7   and all aspects of whatever it takes to get the
 8   gold to the United States is what has to be
 9   covered.
10   Q.      Do you have a written agreement where you
11   have promised to pay attorneys fees?
12   A.      No.  Not particularly.
13   Q.      How much have you paid to this lawyer?
14   A.      I don't know.  Maybe 15, 20,000.
15   Q.      Do you have any records of that?
16   A.      Other than the wires that were wired to
17   Guaranty Trust, no.
18   Q.      Why would you wire money to him -- so you
19   wired money to Sheku Kondeh to pay this guy?
20   A.      Yes.  Because Sheku Kondeh is the
21   representative with the chief that had picked the
22   lawyers.  They're the ones that picked the
23   lawyers.
24   Q.      Why don't you just pay the lawyer
25   directly?
```