# EXHIBIT E

# WATTS' LETTER TO BANK OF AMERICA

BankofAmericaRDN02a   9/4/2012 11:15:58 AM   PAGE   4/004   888-294-5658
TO:AR   COMPANY:

MSB 488039131096

## INDIGO SYSTEM RESOURCES, INC.
8926 Forest Hills Blvd. Dallas, TX 75218; Tel: 214 659-2197; Email: [illegible]

RE: Company info and wire explanation

Dear Sir/Mam,   wnm 8/15/2012

I hope this letter finds you well today. This letter is in response to the inquiry about our wires in and out of the account. In addition, tell you a little about our company. Indico Systems Resources (ISR) is a high tech firm. We manufacture computer equipment and controls systems for heavy machinery along with research and development. Family has been in construction and heavy earth moving for 118 years now. Notably projects like: Teddy Roosevelt called my great grandfather and great great uncle to do the moving the earth on the Panama canal; SAC runways at Shepard Air Force Base; the Mississippi, Illinois, and Trinity River Flood plain levees; Highways and Interstates IH-45, IH-30; as well as many State Roads (like TX 287) and Dams for the Corps of Engineers. The floods last year in the Illinois flood plains area were the levees held and they had to open the gates for the first time in 50 years to let the water out we, my family built.

ISR was started in Feb. 1996 as a high tech company, we are partners with; Micro Soft, Intel, AMD, NVidias, IBM, and many other companies. We also work on the design mostly computer, as well controls; electric, hydraulic, and mechanical for Earth Moving Equipment, contracted for other companies. Furthermore, we do any of the lab or chemistry work as needed for the Construction, Mining, and Manufacturing companies.

We have been consulting on and off for 30 years in West Africa and in the proses of opening operations in Sierra Leone for the last 5 years. Our offices our just about ready to move in. this is what has been causing us to have frequent wires back and forth. Things like, "Oh, you want electricity in your office all the time, you need a generator station then". Things do not move forward as fast in third world countries. Costs are more for some things and I will say much less for others. When to get what from where is how prudent business pays off in the long run.

Timing is working out about right over there. ISR is the lead company because technology is fastest on line. Cell phone companies were flying in the steel to build the cell towers to get a month jump on competitors on my trip 4 years ago. My hotel (650 beds & 20 businesses) shared a 128 ISDN network line, 2 ½ times dial up speed. This last New Year when I was there they had a T1 about 8 times faster and G-4 WI-FI. November they will turn on our fiber optic, this is as fast as our server farms here in the US. ISR's offices will have been up and running by then with computers sales from the Dallas, TX office.

They also need infrastructure bad, this is where our construction company and manufacturing heavy earth moving equipment comes in. The contracts already look to be worth the effort we have made.

Since I have not had the time in Freetown were are offices are being finished, I was in surrounding countries the last few trips, our Corporate US Dollar Account for ISR, is titled as our managers name, Sheku Kondeh for security reasons. He is the signatory. Only he with his passport can access the account there without me. This will change next trip and accounts will be titled In ISR's name with appropriate security measures setup there in Freetown. So we can wire to same name accounts.

*[signature]*   Date: 14/08/2012
Dr. Cleal Watts III; CFO. ISR

Page 1 of 1          Page 4 of 4

Aug-14-2012 03:50 PM Bank of America 972-698-2166


EXHIBIT 17

http://imageview.bankofamerica.com/iv5/resources/print.html          BANKOFAMERICA000386/2015