# EXHIBIT F

# WATTS' "OUR BANK" EMAILS

**From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
**Sent:** Thursday, December 13, 2012 3:02 PM
**To:** SK Sekou Conde
**Subject:** Fwd: Transfer INFO

SK,

  Here is the wire info from Bank of America below. This one is $11,000.00. I am sending the money again by phone wire transfer system  at Bank of America . The MIR# is the MT-103# that our bank there in Sierra Leone uses/needs.

Dr Cleal Watts III

WIRE TRANSFER ON 12/13 FOR WIRE TRN:#20121213-254628          activity type debit        -11,000.00

Posting date:
        12/13/2012
Amount:
        -11,000.00
Type:
        Withdrawal
Description:
        WIRE TYPE:INTL OUT DATE:121213 TIME:06:04 ET TRN:#20121213-254628,
        MRI#121213BOFAUS6SAXXX9301631973  BNF:SHEKU KONDEH ID:400884202300 BNF
        BK:GUARANTY TRUST BANK (SL ID:GTBISLFR PMT DET:CATEGORY 1, SAME DAY CASH
        VALUE, FFC: SHEKU KONDEH A/C:2041195210

1

| | |
|---|---|
| **From:** | Dr. Cleal Watts (Doc) <sami@usisr.com> |
| **Sent:** | Monday, December 10, 2012 5:48 PM |
| **To:** | SK Sekou Conde |
| **Subject:** | Fwd: Transfer INFO |

SK,

Here is the wire info from Bank of America below. This one is $25,000.00. I am sending the money again by phone wire transfer system  at Bank of America . The MIR# is the MT-103# that our bank there in Sierra Leone uses/needs.

Dr Cleal Watts III

WIRE TRANSFER ON 12/10 FOR WIRE TRN:#20121210-            activity type debit      -25,000.00


Posting date:
        12/10/2012
Amount:
        -25,000.00
Type:
        Withdrawal
Description:
        WIRE TYPE:INTL OUT DATE:121210 TIME:08:08 ET TRN:#20121210-313281,
        MRI#121210BOFAUS6SBXXX8533061390  BNF:SHEKU KONDEH ID:400884202300 BNF
        BK:GUARANTY TRUST BANK (SL ID:GTBISLFR PMT DET:CATEGORY 1, SAME DAY CASH
        VALUE, FFC: SHEKU KONDEH A/C:2041195210

1

**From:**      Dr. Cleal Watts (Doc) <sami@usisr.com>
**Sent:**      Thursday, December 20, 2012 12:35 PM
**To:**        SK Sekou Conde
**Subject:**   Fwd: Transfer INFO

SK,

  Here is the wire info from Bank of America below. This one is $3,200.00. I am sending the money again by phone wire transfer system  at Bank of America . The MIR# is the MT-103# that our bank there in Sierra Leone uses/needs.

Dr Cleal Watts III

WIRE TRANSFER ON 12/20 FOR WIRE TRN:#20121220- 251506        activity type debit      -3,200.00


Posting date:
        12/20/2012
Amount:
        -3,200.00
Type:
        Withdrawal
Description:
        WIRE TYPE:INTL OUT DATE:121220 TIME:10:12 ET TRN:#20121220-251506,
        MRI#121220BOFAUS6SBXXX8552099780  BNF:SHEKU KONDEH ID:400884202300 BNF
        BK:GUARANTY TRUST BANK (SL ID:GTBISLFR PMT DET:CATEGORY 1, SAME DAY CASH
        VALUE, FFC: SHEKU KONDEH A/C:2041195210