# EXHIBIT G

# WATTS' EMAILS FOR "DESMOND" AT GTBANK

**From:** Dr Cleal Watts III(Doc) <sami@usisr.com>
**Sent:** Friday, October 10, 2014 10:12 AM
**To:** SK Sekou Conde
**Subject:** SK 9,000 WIRE.docx
**Attachments:** SK 9,000 WIRE.docx

SK Here is what I have so far MIR # enclosed should help Desmond find the wire.

**From:** Dr Cleal Watts III(Doc) <sami@usisr.com>
**Sent:** Wednesday, December 10, 2014 3:25 PM
**To:** SK Sekou Conde
**Subject:** REFERENCE CONFIRM
**Attachments:** 14-12-10 Wire 4000 info.pdf

SK,

This is $4K even info on wire. I had to do a screen shoot of daily transactions to get this fast to you for Desmond.

Banking SWIFT References code #:141210-BOFAUS-6-SBXXX-9688478667

Doc

| | |
|---|---|
| From: | Dr Cleal Watts III(Doc) <sami@usisr.com> |
| Sent: | Monday, April 20, 2015 8:32 AM |
| To: | SK Sekou Conde |
| Subject: | <mark>For Desmond</mark> |

All Transactions

- view Account balance history

Showing: FILTER_TOKEN
[Show all transactions]

There are no transactions to display for the Type or Status criteria you requested. Try changing your Type or Status criteria; use the Search function; or select "More options" to search by type, time frame, dollar amount, or check number.

Amount included in Available Balance

| | | | | |
|---|---|---|---|---|
| Processing Transaction layer | WIRE TRANSFER ON 04/20 FOR WIRE #00420205301 | activity type debit | P status type icon Processing. Select to mark activity type debit -4,000.00 WIRE TRANSFER TO Sheku Kondeh 400884202300 ON 04/20 FOR WIRE #00420205301 as Reconciled | - 4,000.00 |