# EXHIBIT H

# WATTS' EMAILS DIRECTLY TO GTBANK

| | |
|---|---|
| From: | Dr. Cleal Watts (Doc) <sami@usisr.com> |
| Sent: | Tuesday, March 27, 2012 5:58 AM |
| To: | andrew.sesay@gtbank.com |
| Subject: | Fwd: Wire Confirmation |

-------- Original Message --------
Subject: Wire Confirmation
Date: Mon, 26 Mar 2012 13:37:58 -0400
From: Hudson, Victoria <victoria.hudson@chase.com>
To: sami@usisr.com <sami@usisr.com>, sekoucondela200@yahoo.com <sekoucondela200@yahoo.com>

Wire Refernce # 13395635370-0001 to Sheku Kondeh $45,000.00...

Victoria Hudson
Assistant Vice President
Assistant Branch Manager Sales
Casa Linda
Phone 214-319-2243
Fax 214-319-2211
victoria.hudson@chase.com
This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

**From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
**Sent:** Thursday, August 02, 2012 11:46 AM
**To:** andrew.sesay@gtbank.com
**Subject:** Fwd: WIRE 7-2.docx
**Attachments:** WIRE 7-2.docx

-------- Original Message --------
**Subject:** WIRE 7-2.docx
  **Date:** Thu, 02 Aug 2012 10:51:46 -0500
  **From:** Dr. Cleal Watts (Doc) <sami@usisr.com>
    **To:** SK Sekou Conde <SEKOUCONDELA200@YAHOO.COM>

This is a print out from my bank account, it shows the wire went out last Friday.

1