# EXHIBIT I

# EVIDENCE OF OTHER EMAIL ACCOUNTS

| | |
|---|---|
| From: | Cleal Watts <clealiii@gmail.com> |
| Sent: | Thursday, February 09, 2012 8:05 AM |
| To: | sami@usisr.com |
| Subject: | Fwd: Plumeria Plants & Their Inflorescences.... |

---------- Forwarded message ----------
From: **Bob Walsh 'Free Tropical Plant Guide'** <bobwalsh@howtogrowplumeriafrangipani.com>
Date: Wed, Feb 1, 2012 at 1:35 AM
Subject: Plumeria Plants & Their Inflorescences....
To: Doc <clealiii@gmail.com>


Welcome All Plumeria & Tropical Plant Lovers,

I would like to discuss the term *inflorescence* and inflorescences on plumeria plants today.

An inflorescence can be defined as a cluster of flowers which are arranged on a stem.

This stem can be composed of one main branch or it can be a main branch with side branches as you can see on the picture below. The picture shows one plumeria inflorescence consisting of a main branch and several side branches.



Plumeria plants produce their inflorescences at the end of their branches.

After the "inflo", short for inflorescence, has started to develop, new branches start to form at the base of the inflo (see picture below).

The pointed reddish tip protrusions from the base below the inflo are the new branches. Anywhere from two to seven or more side branches can be produced. This is the regular cycle for plumeria plants.

It should be noted that plumeria plants can produce an inflo and have continued growth without branching. That is why plumeria

1

plants are so exciting to grow because each plant has its own unique growth cycle.

Later in the growth cycle the very same plumeria plant produces another inflo and starts the branching process.

The side branches are symmetrical and produce well balanced plants.

The following picture shows another developing inflo. This time you can see the developing branches at the base of the inflo.



When it comes to plumeria cuttings that produce inflos, it should be noted that all the energy of the cutting goes into the development of the inflo.

Any roots being formed at the same time will suffer due to the lack of available energy, which has all been redirected to the inflo. In this case, one needs to remove the inflo in order to save the cutting so all the energy will be redirected to the development of the root system.

Last Fall, a friend of mine, Mimi Palmer, who is passionate about growing tropical plants, applied a new rooting method to plumerias with phenomenal results. This rooting method is called the <u>Egg Method</u>

This was the very first time this rooting method was applied to plumerias after having heard success stories with other plants and vegetables.

When I gave this rooting method a try, I was amazed and mesmerized by the phenomenal results now with my own plumerias right here in zone 5 before my very own eyes.

Not only did my plumeria cuttings form roots in record time....even over the fall and winter months when plumerias are believed to go into dormancy, but much to my surprise based on what is written above.... **they produced inflos and roots at the same time!**

This new rooting method, through my experience,

2

supplies the needed energy directly to the developing root system to form strong and healthy roots while allowing the cutting to grow the inflo at the same time.

The following picture is of one cutting of Plumeria 'Celadine'.

This cutting was planted on **March 19, 2011** and produced its inflo and roots **AT THE SAME TIME** when the **Egg Method** was applied.

The picture below was taken on **April 30, 2011**. It took exactly **6 weeks to the day** for the cutting **to root fully and develop its inflo with its first opening flower.**



For more information on the **Egg Method** visit Plumeria Care.

Happy Growing to all my Gardening Friends,

*Bob Walsh*

Bob Walsh
www.howtogrowplumeriafrangipani.com



Bob Walsh, 315 Des Plaines Ave., Forest Park, IL, 60130, USA

To unsubscribe or change subscriber options visit:
http://www.aweber.com/z/r/?jMycrByMLLSsDGycnBzszLRmtJwsjByMzKw=

3

| | |
|---|---|
| From: | Lisa Bartlett <lisa_g_bartlett@yahoo.com> |
| Sent: | Tuesday, September 27, 2011 4:39 PM |
| To: | sami@usisr.com |
| Subject: | Fw: Fotos! |
| Attachments: | lisa_018.JPG; lisa_034.JPG; lisa_066.JPG; lisa_079.JPG; lisa_087.JPG; 291941_10150272651281735_549391734_7981904_415027636_n.jpg; 316178_10150259261651735_549391734_7884327_2984381_n.jpg |

--- On **Tue, 9/27/11, Lisa Bartlett** <lisa_g_bartlett@yahoo.com> wrote:

From: Lisa Bartlett <lisa_g_bartlett@yahoo.com>
Subject: Fw: Fotos!
To: "Cleal Watts III" <clealiii@usisr.com>
Date: Tuesday, September 27, 2011, 5:37 PM

Cleal,

I don't have Ken email correct! Maybe you could send for me <3

Love, Lisa

Hi. This is the qmail-send program at yahoo.com.
I'm afraid I wasn't able to deliver your message to the following addresses.
This is a permanent error; I've given up. Sorry it didn't work out.

<mai800@comcast.net>:

*Lisa G. Bartlett*
**At the Guesthouse - Corcovado**
*Avenida 6 Calle 21 & 22*
*De la Iglesia Sagrado Corazon*
*de Jesus 100 al Norte y 50 al Oeste*
*la California, San José, Costa Rica*

*"¡Tranquilo pensamientos 'n sueños tranquilo,*
*tranquilos paseos por los arroyos tranquila!"*


--- On **Tue, 9/27/11, Lisa Bartlett** <lisa_g_bartlett@yahoo.com> wrote:

From: Lisa Bartlett <lisa_g_bartlett@yahoo.com>
Subject: Fotos!
To: "Ken K" <mai800@comcast.net>
Date: Tuesday, September 27, 2011, 5:32 PM

Hi Ken,

Nice "meeting" you the other night...you two were really funny! Being the opportunist that I am, I'm sending you photos that my son never had time to "edit". Maybe you could have some fun with them.

1

The fotos are a year old and I look much different now, 20 lbs lighter, etc. Just Saying, hahaha!

Look forward to hearing back from you soon,

*Lisa G. Bartlett*
The Guesthouse - Corcovado
Avenida 6 Calle 21 & 22
la California, San José, Costa Rica

> *"¡Tranquilo pensamientos 'n sueños tranquilo,
> tranquilos paseos por los arroyos tranquila!"*

| | |
|---|---|
| From: | Jose Gonzalez <jgonzalez4@farmersagent.com> |
| Sent: | Monday, January 11, 2010 11:57 AM |
| To: | Doc (Dr. Cleal Watts) |
| Subject: | Re: Doc INFO |

Doc,sure was good to see you.Brought back lots of memories.What happen to the Thomas.Come by the office one day.Yuri

------ Original Message ------
Received: 05:57 AM CST, 01/11/2010
From: "Doc (Dr. Cleal Watts)" <sami@usisr.com>
To: "Jose (Packards)" <jgonzalez4@farmersagent.com>
Subject: Doc INFO




"Doc" Dr. Cleal Watts III

 214 659-2197

sami@usisr.com  (Best)

Clealiii@usisr.com or Clealiii@gmail.com (Don't look at thies that often.)

1

| | |
|---|---|
| From: | Dr. CLEAL WATTS (DOC) <SAMI@USISR.COM> |
| Sent: | Tuesday, October 21, 2008 4:57 PM |
| To: | undisclosed-recipients: |
| Subject: | contact info |

<u>Secured Assets Management, Inc.</u>

Dr. Cleal Watts III Pres.
8926 Forest Hills Blvd
Dallas, TX. 75218
Phone: 972 686-5432 (Don't answere much any more)
Fax: 214 321-0088
SAMI@usisr.com

PVT: CLEALIII@usisr.com

PVT Cell: 214 659-2197 (Use this one, best)

Log In to My Account   or Create Account

24/7 Support: (480) 505-8877   Support
Hablamos Español

Commercials | Deals | Bob's Blog

All Products ▼ | Cart 0 | Find Your Domain | Build your Website | Get website Hosting | Grow with Web Tools | WHOIS Domain Check

**WHOIS search results for:**
**USISR.COM**
(Registered)

Is this your domain?
Add hosting, email and more.

Want to buy this domain?
Get it with our Domain Buy service.

=-=-=-=

=-=-=-=
Visit AboutUs.org for more information about usisr.com
AboutUs: usisr.com

**Domain name: usisr.com**

Registrant Contact:
ISR
Dr. CLEAL WATTS III ()

Fax:
8926 Forest Hills Blvd.
Dallas, Tx 75218
USA

Administrative Contact:
ISR
**Dr. CLEAL WATTS III (CLEALIII@HOTMAIL.COM)**
+1.9726865432
Fax: +1.1234567890
8926 Forest Hills Blvd.
Dallas, Tx 75218
USA

Technical Contact:
Excedent Technologies
Excedent Technologies (webmaster@excedent.com)
+1.5405522078
Fax: none
3400 Richmond Lane Suite E
Blacksburg, VA 24060
US

Status: Locked

Name Servers:
dns1.name-services.com
dns2.name-services.com
dns3.name-services.com
dns4.name-services.com
dns5.name-services.com

Creation date: 05 May 2005 20:24:48
Expiration date: 06 May 2014 00:24:48

Get Noticed on the Internet! Increase visibility for this domain name by listing it at www.whoisbusinesslistings.com
=-=-=-=
The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Registrar: ENOM, INC.
Whois Server: whois.enom.com
Creation Date: 05-MAY-2005

**Domain already taken?**

Enter domain name    .com ▼    Search

**NameMatch Recommendations**

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

Domains available for new registration:

**Alternate TLDs**

| | | | |
|---|---|---|---|
| ☐ | usisr.co | SAVE! | $12.99/yr |
| ☐ | usisr.info | SAVE! | $2.99*/yr |
| ☐ | usisr.net | SAVE! | $9.99*/yr |
| ☐ | usisr.org | SAVE! | $6.99*/yr |
| ☐ | usisr.ca | | $12.99/yr |
| ☐ | usisr.us | SAVE! | $3.99/yr |
| ☐ | usisr.me | SAVE! | $9.99/yr |
| ☐ | usisr.ws | | $15.99/yr |

**Similar Premium Domains**

| | | |
|---|---|---|
| ☐ | GovernmentUs.com | $1,199.00* |
| ☐ | UsDepartments.com | $899.00* |
| ☐ | UsWelfare.com | $999.00* |
| ☐ | USIsraelTrade.com | $1,688.00* |
| ☐ | IsRd.net | $2,288.00* |
| ☐ | IsRp.net | $1,715.00* |

**Learn more about**

Private Registration          Deluxe Registration
Business Registration         Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Updated Date: 06-APR-2013
Expiration Date: 05-MAY-2014

Nameserver: DNS1.NAME-SERVICES.COM
Nameserver: DNS2.NAME-SERVICES.COM
Nameserver: DNS3.NAME-SERVICES.COM
Nameserver: DNS4.NAME-SERVICES.COM
Nameserver: DNS5.NAME-SERVICES.COM

Registry Status: clientDeleteProhibited
Registry Status: clientTransferProhibited

See Underlying Registry Data

Enter a domain name to search                           .com

## Go Daddy Global

Language: English          Country: United States          Currency: United States Dollar $ (Transactional)

| Account Manager | Shopping | Resources | Support | About Go Daddy | Mobile | Global Sites |
|---|---|---|---|---|---|---|
| My Account | Domain Search | Webmail | Telephone Support & Sales | About Us | Go Daddy, on the GO! | Go Daddy (English) |
| My Renewals | Web Hosting | WHOIS search | Product Support | News Releases | iPhone Application | Go Daddy (Español) |
| Order History | Product Catalog | ICANN Confirmation | Discussion Forums | Careers | iPad Application | Go Daddy Australia |
| Create Account | Go Daddy Gear | Affiliates | User Groups | Go Daddy Cares | Android Application | Go Daddy Canada |
| | Deals of the Day | Follow & Fan Us | Submit Support Ticket | Marketing Opportunities | Visit Go Daddy Mobile | Go Daddy India |
| | | Legal | Site Suggestions | Customer Testimonials | | Go Daddy United Kingdom |
| | | Small Business Center | Report Abuse | Security Center | | |
| | | Site Map | | .ME Scholarship | | |
| | | | | Round Up for Charity | Sign Up for Special Offers | |
| Follow & Fan Us | | | | Bob's Video Blog | Email Address           Submit | |
| | | | | Inside Go Daddy | | |

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.
Legal   Privacy Policy
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2013 Go Daddy Operating Company, LLC. All Rights Reserved.                                                              E

TESTED 2013 - 04 - 19

| | |
|---|---|
| From: | sk@usisr.com |
| Sent: | Thursday, August 06, 2015 4:30 AM |
| To: | sami@usisr.com |
| Subject: | doc export |
| Attachments: | ANALYSD.jpg; ORGINED.jpg; AUTORID.jpg; NONCRIMD.jpg; DECLARATIOND.jpg; recu exportationD.jpg |

1

| | |
|---|---|
| **From:** | sk@usisr.com |
| **Sent:** | Friday, August 28, 2015 8:55 AM |
| **To:** | Doc |
| **Subject:** | FW: Scan Certificate of Origin |
| **Attachments:** | Scan Certificate of Origin.jpg |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **From:** | sk@usisr.com |
| **Sent:** | Wednesday, September 10, 2014 11:50 AM |
| **To:** | Doc |
| **Subject:** | Corporate Invoice 31Kg |
| **Attachments:** | invoice.pdf |
| **Flag Status:** | Flagged |