UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

v.                                                              Civ. 2:13-cv-2578

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**

---

NOTICE OF SERVICE OF PLAINTIFF MARY JANE PIDGEON SLEDGE TRUST'S FIRST DISCOVERY REQUESTS TO DEFENDANT CLEAL WATTS III

---

Plaintiff Mary Jane Pidgeon Sledge Trust hereby gives notice that on this date, through undersigned counsel, it has served its first discovery requests upon Defendant Cleal Watts, III, as provided in the Rule 16(b) Scheduling Order (dkt no. 14) in this matter.

Respectfully Submitted,

/s/  Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN38119
901.685.2662
901.685.6122 (fax)
*jcook@pcplc.com*
**Attorneys for Plaintiffs**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of October 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103

/s/ Darrell N. Phillips