IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

---

MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, AND PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,
Plaintiffs,

v. Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC, AND CLEAL WATTS, III,
Defendants.

---

AMENDED NOTICE TO TAKE DEPOSITION OF PLAINTIFF, MARY PHILLIPA SLEDGE

---

TO: Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

Please take notice that on the 5th day of November, 2015, at the hour of 9:00 a.m. CST, at the law office of Pietrangelo Cook, PLC, 6410 Poplar Avenue, Suite 190, Memphis, Tennessee 38119, Defendants' counsel listed below will take the deposition of the Plaintiff, Mary Phillipa Sledge. All parties are invited to attend the taking of this deposition. Said deposition will continue from day to day until completed pursuant to the applicable Rules of Civil Procedure.

Respectfully Submitted,

BALLIN, BALLIN & FISHMAN, P.C.

/s/ Richard S. Townley
Randall J. Fishman (#7097)
Richard S. Townley (#28164)
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278
Email: ecfcivil@bbfpc.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following, via United States Mail regular post, this the 13th day of October, 2015:

Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

/s/ Richard S. Townley