**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

**v.**

**Civ. 2:13-cv-2578**

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**

---

**NOTICE OF DEPOSITION OF CANDA BYRD**

---

Pursuant to Fed. R. Civ. P. 45, you are hereby notified that on November 13, 2015, at the offices of Esquire Deposition Solutions, 1700 Pacific Ave., #1000, Dallas, TX 75201, at 2:30 PM CST, Plaintiffs, by and through counsel, shall take the telephonic deposition of Canda Byrd. This deposition will be taken before an officer duly authorized by law to administer oaths and will be recorded by a stenographer and/or videographer.

Counsel for Canda Byrd has agreed to make her available at the above-referenced time and place.

This 22nd day of October, 2015.

Respectfully Submitted,

/s/ Darrell N. Phillips

PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*jcook@pcplc.com*
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22th day of October 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103

Loys A. "Trey" Jordan, III
Joseph B. Baker
5400 Poplar Ave., Suite 330
Memphis, TN 38119
(901) 526-0606

/s/ Darrell N. Phillips