# RETURN OF SERVICE

**U.S. District Court** **State of Tennessee**

**Mary Phillipa Sledge, et al.**

Plaintiff

vs.

**Cleal Watts, III, et al.**

Defendant

Attorney:

Darrell Phillips
Pietrangelo Cook PLC
6410 Poplar Avenue
Suite 190
Memphis, TN. 38119

**Case Number:** 13-2578-STA

**Court / Appearance Date:** 10-26-2015
**Court Time:** 09:00 am

Legal documents received by Accurate Serve of Orlando on October 08th, 2015 at 1:47 PM to be served upon **Lisa Bartlett at 1510 North Cove Road, Lake Buena Vista, FL. 32830**

I, Benny Gonzalez, swear and affirm that on **October 22nd, 2015 at 4:00 PM**, I did the following:

**Individually** Served **Lisa Bartlett** the person listed as the intended recipient of the legal document with a conformed copy of this **Subpoena to Testify at a Deposition, Exhibit A**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Female Age: 40s Height: 5'6 Weight: 150 Skin Color: White Hair Color: Blonde Glasses: N

**Supplemental Data Appropriate to this Service:**

A diligent search & inquiry has determined that the subject is not on active duty with the U.S. Armed Forces.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county. I declare that I have read the forgoing instrument and the facts stated in it are true.

[signature]

**Benny Gonzalez**
Process Server, # 0298 & 2015-0527-GON

**Accurate Serve of Orlando**
**424 E. Central Blvd**
**Suite 304**
**Orlando, FL 32801**

**(407) 760-0880**

Internal Job ID: 2015003527

Reference Number:

The foregoing instrument was acknowledged before me on this 23 day of October, 2015, by Benny Gonzalez, who is personally known to me or who has produced ______ as identification.

K. Fedotov
Notary Printed Name

[signature]
Notary Signature

1-16-18
Commission Expiration Date

KONSTANTIN FEDOTOV
Commission # FF 84196
My Commission Expires
January 16, 2018

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.