AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 13-2578-STA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ED PRITZKAN
on *(date)* 10/19/2015 .

☑ I served the subpoena by delivering a copy to the named individual as follows: AT ED PRITZKAN RESIDENCE, LOCATED AT 2013 LAKE HILL LN, PLANO, TX 75023 on *(date)* 10/19/2015 ; or

☐ I returned the subpoena unexecuted because: ______________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ______________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/23/2015

[signature]
*Server's signature*

JAIME SANCHEZ
*Printed name and title*

402 E. HWY 121 #73, LEWISVILLE, TX 75057.
*Server's address*

Additional information regarding attempted service, etc.: