UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

---

**MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP**

**Plaintiffs,**

**v.**

**INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III**

**Defendants.**

Civ. 2:13-cv-2578

---

NOTICE OF PROPOSED CONSENT ORDER REGARDING PLAINTIFFS'
MOTION TO COMPEL DISCOVERY

---

Plaintiffs hereby give notice that the Parties to this action have reached consent on a proposed order compelling discovery by Defendants arising from Plaintiffs' Motion to Compel Discovery. (ECF No. 110).[1]

                Respectfully Submitted,

                /s/  Darrell N. Phillips_____
                PIETRANGELO COOK PLC
                Anthony C. Pietrangelo BPR # 15596
                John J. Cook BPR # 17725
                Darrell N. Phillips BPR #30299
                6410 Poplar Avenue, Suite 190
                Memphis, TN38119
                901.685.2662
                901.685.6122 (fax)
                *jcook@pcplc.com*
                **Attorneys for Plaintiffs**

---

[1] A copy of the proposed Consent Order is attached hereto in pdf format and an additional copy shall be sent to the Court in Word format for the Court's review.

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 28th day of October 2015, a copy of the foregoing electronically filed document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103


                                                /s/ Darrell N. Phillips

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                          Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

**CONSENT ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
DEFENDANTS TO PRODUCE DISCOVERY MATERIALS**

It appearing to the Court, upon the signatures of counsel for the parties below, that Plaintiffs' Motion to Compel Defendants to Produce Discovery Materials (ECF No. 110) is well-taken and should be granted and that Defendants shall produce to Plaintiffs the following materials within sixty (60) days of entry of this Order or face sanctions including, but not limited to, default judgment:

    1.    All tax returns and tax-related documents filed by or received by Defendants, that are obtainable by the Defendants through reasonable means, (including those filed for Secured Assets Management Inc.) between 2005 and 2015 as further described in Plaintiffs' Motion and corresponding Memorandum (ECF No. 110);

    2.    Any information related to the advent, management or control of the Guaranty Trust Bank (SL) account to which Defendants have wired Plaintiffs' money and any documents related thereto, and if no information is available, a sworn statement to that effect; and

3.      All emails in Defendants' possession, custody or control relating to the following email addresses:  clealiii@usisr.com, isrdwc@usisr.com, clealiii@indicopublic.com, sk@usisr.com, and clealiii@gmail.com.

It is hereby, ORDERED, ADJUDGED AND DECREED, that Plaintiffs' Motion is GRANTED, and that Defendants shall provide the materials sought within sixty (60) days of entry of this Order.

IT IS SO ORDERED.

s/_____
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND FOR ENTRY:

Dated:  October 28, 2015                             Dated: October 28, 2015

 /s/ Darrell N. Phillips                              /s/ Richard Townley
Anthony C. Pietrangelo BPR # 15596       Randall Fishman
John J. Cook BPR # 17725                      Richard Townley
Darrell Phillips #30299                              Ballin, Ballin & Fishman
PIETRANGELO COOK PLC                       200 Jefferson Ave., Suite 1250
International Place, Tower II                      Memphis, TN 38103
6410 Poplar Avenue, Suite 190                 *Counsel for Defendants*
Memphis, Tennessee 38119
 (901) 685-2662
*Attorney for Plaintiffs*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of October 2015, a copy of the foregoing electronically submitted document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103

/s/ Darrell N. Phillips