# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                          Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

---

## CONSENT ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DISCOVERY MATERIALS

---

It appearing to the Court, upon the signatures of counsel for the parties below, that Plaintiffs' Motion to Compel Defendants to Produce Discovery Materials (ECF No. 110) is well-taken and should be granted and that Defendants shall produce to Plaintiffs the following materials within sixty (60) days of entry of this Order or face sanctions including, but not limited to, default judgment:

    1.    All tax returns and tax-related documents filed by or received by Defendants, that are obtainable by the Defendants through reasonable means, (including those filed for Secured Assets Management Inc.) between 2005 and 2015 as further described in Plaintiffs' Motion and corresponding Memorandum (ECF No. 110);

    2.    Any information related to the advent, management or control of the Guaranty Trust Bank (SL) account to which Defendants have wired Plaintiffs' money and any documents related thereto, and if no information is available, a sworn statement to that effect; and

   3.   All emails in Defendants' possession, custody or control relating to the following email addresses: clealiii@usisr.com, isrdwc@usisr.com, clealiii@indicopublic.com, sk@usisr.com, and clealiii@gmail.com.

It is hereby, ORDERED, ADJUDGED AND DECREED, that Plaintiffs' Motion is GRANTED, and that Defendants shall provide the materials sought within sixty (60) days of entry of this Order.

   IT IS SO ORDERED this 2nd day of November, 2015.

                    s/Charmiane G. Claxton
                    CHARMIANE G. CLAXTON
                    UNITED STATES MAGISTRATE JUDGE


APPROVED AS TO FORM AND FOR ENTRY:


Dated: October 28, 2015                Dated: October 28, 2015

 /s/ Darrell N. Phillips                /s/ Richard Townley
Anthony C. Pietrangelo BPR # 15596     Randall Fishman
John J. Cook BPR # 17725               Richard Townley
Darrell Phillips #30299                Ballin, Ballin & Fishman
PIETRANGELO COOK PLC                   200 Jefferson Ave., Suite 1250
International Place, Tower II          Memphis, TN 38103
6410 Poplar Avenue, Suite 190          *Counsel for Defendants*
Memphis, Tennessee 38119
(901) 685-2662
*Attorney for Plaintiffs*