IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

---

MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, AND PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP,
Plaintiffs,

v. Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC, AND CLEAL WATTS, III,
Defendants.

---

DEFENDANTS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

---

COME NOW the Defendants, Indico System Resources, Inc. and Cleal Watts, III, and move this Honorable Court for an order amending the scheduling order in this cause and would submit the following:

1. Under the current operative scheduling order (Doc. 41), the deadline for completing discovery depositions is November 12, 2015.

2. The respective parties have diligently attempted to set certain individual depositions within this deadline including, but not limited to the depositions of Mary Phillipa Sledge, her expert Tom Vastrick, Darrow Dickey, Ed Pritzkau and Canda Byrd.

3. Due to scheduling conflicts on the part of the attorneys and the travel schedule of Ms. Sledge, the parties have been unable to schedule those depositions before the deadline.

4. Defendants respectfully request that the deadline for depositions and expert witness depositions be extended to December 21, 2015.

5. Defendants further move that motions to exclude experts, mediation and the deadline for

filing dispositive motions all be extended to January 8, 2016.

6. The scheduling order may be amended for good cause shown, and respective counsel have consulted and believe that good cause exists to amend the scheduling order deadline for depositions and all subsequent deadlines.

WHEREFORE, PREMISES CONSIDERED, your Defendants respectfully requests that their motion be granted and for such other relief to which they may be entitled.

Respectfully Submitted,

BALLIN, BALLIN & FISHMAN, P.C.

/s/ Richard S. Townley, Esq.

Randall J. Fishman (#7097)
Richard S. Townley (#28164)
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(901) 525-6278
Email: ecfcivil@bbfpc.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following this the 5th day of November, 2015:

Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

/s/ Richard S. Townley, Esq.