**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

**MARY PHILLIPA SLEDGE, MARY JANE**
**PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY**
**LIMITED PARTNERSHIP**

**Plaintiffs,**

**v.**

                                                 **Civ. 2:13-cv-2578**

**INDICO SYSTEM RESOURCES, INC. and**
**CLEAL WATTS, III**

**Defendants.**

---

NOTICE OF SERVICE OF SUPPLEMENTATION TO INITIAL DISCLOSURES

---

      Plaintiffs Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership hereby give notice that on this date, through undersigned counsel, they have served their supplementation to their initial disclosures upon Defendants Indico System Resources, Inc. and Cleal Watts, III, as required by Fed. R. Civ. P. Rule 26(e)(1)(B) and the Rule 16(b) Scheduling Order (dkt no. 14) in this matter.

                                   Respectfully Submitted,

                                   /s/  Darrell N. Phillips_____ _____
                                   PIETRANGELO COOK PLC
                                   Anthony C. Pietrangelo BPR # 15596
                                   John J. Cook BPR # 17725
                                   Darrell N. Phillips BPR #30299
                                   6410 Poplar Avenue, Suite 190
                                   Memphis, TN38119
                                   901.685.2662
                                   901.685.6122 (fax)
                                   *jcook@pcplc.com*
                                   **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of November, 2015, a copy of the foregoing was electronically filed and served on the parties listed below via electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103

_/s/ Darrell N. Phillips__
Darrell N. Phillips