IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

_____

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, AND PIDGEON
SLEDGE FAMILY LIMITED PARTNERSHIP,
    Plaintiffs,

v.                                                    Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC,
AND CLEAL WATTS, III,
    Defendants.

_____

NOTICE TO TAKE TELEPHONIC DEPOSITION OF TOM VASTRICK
_____

TO:    Darrell N. Phillips
        Anthony C. Pietrangelo
        John J. Cook
        Pietrangelo Cook, PLC
        6410 Poplar Avenue, Suite 190
        Memphis, TN 38119

Please take notice that on the 2nd day of December, 2015, at the hour of 9:30 a.m. EST, at Sclafani Williams Reporting, 20 N. Orange Ave. Suite 1108, Orlando, FL 32801, Defendants' counsel listed below will take the telephonic deposition of Tom Vastrick. All parties are invited to attend the taking of this deposition. Said deposition will continue from day to day until completed pursuant to the applicable Rules of Civil Procedure.

        Respectfully Submitted,

        BALLIN, BALLIN & FISHMAN, P.C.

        /s/ Richard S. Townley
        Randall J. Fishman (#7097)
        Richard S. Townley (#28164)
        200 Jefferson Avenue, Suite 1250
        Memphis, TN 38103
        (901) 525-6278
        Email: ecfcivil@bbfpc.com
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following, via United States Mail regular post, this the 23rd day of November, 2015:

Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

        /s/ Richard S. Townley