IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

---

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, AND PIDGEON
SLEDGE FAMILY LIMITED PARTNERSHIP,
    Plaintiffs,

v.                                                                                  Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC,
AND CLEAL WATTS, III,
    Defendants.

---

CERTIFICATE OF CONSULTATION

---

    COMES NOW undersigned Defendants' counsel would certify that he has this date served upon Plaintiff's counsel, Defendant Cleal Watts, III's Responses to Plaintiff Mary Jane Pidgeon Sledge Trust's First set of Discovery Requests.

    Respectfully Submitted,

    BALLIN, BALLIN & FISHMAN, P.C.

    /s/ Richard S. Townley, Esq.
    Randall J. Fishman (#7097)
    Richard S. Townley (#28164)
    200 Jefferson Avenue, Suite 1250
    Memphis, TN 38103
    (901) 525-6278
    Email: ecfcivil@bbfpc.com
    Attorney for Defendants

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following this the 9th day of December, 2015:

Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

                                      /s/ Richard S. Townley, Esq.