IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

---

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, AND PIDGEON
SLEDGE FAMILY LIMITED PARTNERSHIP,
    Plaintiffs,

v.                                              Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC,
AND CLEAL WATTS, III,
    Defendants.

---

## MOTION TO WITHDRAW

---

      Undersigned moves this Honorable Court for an Order allowing him and his firm to withdraw as attorney of record for Indico System Resources, Inc. and Cleal Watts, III and would show unto the Court that Defendants and their undersigned counsel have reached an impasse in this case, and that Defendants are not participating in the defense thereof.

      WHEREFORE, premises considered your movant prays that he and his firm be allowed to withdraw as counsel of record for Defendants, Indico System Resources, Inc. and Cleal Watts, III.

      Respectfully Submitted,

      BALLIN, BALLIN & FISHMAN, P.C.

      /s/ Richard S. Townley, Esq.
      Randall J. Fishman (#7097)
      Richard S. Townley (#28164)
      200 Jefferson Avenue, Suite 1250
      Memphis, TN 38103
      (901) 525-6278
      Email: ecfcivil@bbfpc.com
      Attorneys for Defendants

CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following this the 29th day of December, 2015:

Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

Indico System Resources, Inc.
Cleal Watts, III
8926 Forest Hills Blvd
Dallas, TX 75218

              /s/ Richard S. Townley, Esq.