IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

_____

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, AND PIDGEON
SLEDGE FAMILY LIMITED PARTNERSHIP,
    Plaintiffs,

v.                                                                   Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC,
AND CLEAL WATTS, III,
    Defendants.

_____

CERTIFICATE OF CONSULTATION
_____

       COMES NOW Defendants' counsel, Richard S. Townley, and files this Certificate of Consultation pursuant to Local Rule 7.2 (a)(B) and would state unto the Court the following:

       On Monday, December 28, 2015, undersigned spoke with Mr. Phillips telephonically, who advises that Plaintiffs oppose the undersigned's Motion to Withdraw.

                                                          Respectfully Submitted,

                                                          BALLIN, BALLIN & FISHMAN, P.C.

                                                          /s/ Richard S. Townley, Esq.
                                                          Randall J. Fishman (#7097)
                                                          Richard S. Townley (#28164)
                                                          200 Jefferson Avenue, Suite 1250
                                                          Memphis, TN 38103
                                                          (901) 525-6278
                                                          Email: ecfcivil@bbfpc.com
                                                          Attorney for Defendants

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following this the 29th day of December, 2015:

Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

Indico System Resources, Inc.
Cleal Watts, III
8926 Forest Hills Blvd
Dallas, TX 75218

/s/ Richard S. Townley, Esq.