UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
### Before S. Thomas Anderson, United States District Judge

January 4, 2016

RE:    **2:13cv2578-A**
       *MARY PHILLIPA SLEDGE, et al. v. INDICO SYSTEM RESOURCES, et al.*

Dear Sir/Madam:

A(n) **MOTION  HEARING** on MOTION TO WITHDRAW is hereby **SET** on **FRIDAY, JANUARY 15, 2016 at 11:00 A.M.,** in *Courtroom No. 7, 9th floor of the Clifford Davis and Odell Horton Federal Building, Memphis, Tennessee.*

       **\*\*A representative of Indico System Resources, Inc. is required to attend the Motion Hearing.\*\***

If you have any questions, please contact the case manager at the number provided below.

                    Sincerely,
                    THOMAS M. GOULD, CLERK

                    BY:    *s/Terry Haley*
                           Terry Haley
                           Case Manager to Judge S. Thomas Anderson
                           901-495-1276