IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                     Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

**ORDER GRANTING PLAINTIFFS MOTION FOR LEAVE TO FILE ADDITIONAL PAGES**

Upon motion of the Plaintiffs, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs"), for this Court to grant leave for Plaintiffs to file additional pages to their Memorandum of Law in Support of their Motion for Summary Judgment and Statement of Undisputed Material Facts, (ECF No. 136), this Court finds the motion is well-taken and should be granted, and that Defendants shall have leave to file a memorandum of 22 pages and a statement of undisputed material facts of 15 pages.

It is hereby, ORDERED, ADJUDGED AND DECREED, that Plaintiffs' Motion is **GRANTED**, and that Plaintiffs may file a memorandum of 22 pages and a statement of undisputed material facts of 15 pages in support of their motion for summary judgment.

IT IS SO ORDERED.

1

2

        **s/ S. Thomas Anderson**
        S.THOMAS ANDERSON
        UNITED STATES DISTRICT JUDGE

Date: January 8, 2016