## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                                        Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COME NOW, Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs"), by and through counsel, pursuant to FED. R. CIV. P. Rule 56, and move this Court for Summary Judgment against Indico System Resources, Inc. and Cleal Watts, III ("Defendants"). In support of this motion, Plaintiffs incorporate herein and reference their contemporaneously filed Memorandum of Law in Support hereof, as well as their Statement of Undisputed Material Facts.

In sum, Plaintiffs move this Court for an award of damages in the amount of $22,232,700 (which amount includes invested amounts, prejudgment interest and trebled damages) plus a reasonable attorney's fee, as well as findings of fact and conclusions of law as set forth in the accompanying memorandum.

Respectfully Submitted,

/s/  Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN38119
901.685.2662
901.685.6122 (fax)
*dphillips@pcplc.com*
**Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of January 2015, a copy of the foregoing electronically submitted document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman
Richard Townley
Ballin, Ballin & Fishman
200 Jefferson Ave., Suite 1250
Memphis, TN 38103

/s/ Darrell N. Phillips