# EXHIBIT

# G

Excerpts of Deposition of

Debra Koper

DEBRA KOPER
SLEDGE vs. WATTS

June 10, 2015

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF TENNESSEE

 3   MARY PHILLIPA SLEDGE,    )
     et al.,                  )
 4        Plaintiffs,         )
                              )
 5   VS.                      )  CIVIL ACTION NO. 13-2578-STA
                              )
 6   CLEAL WATTS, III, et al.,)
          Defendants.         )
 7

 8

 9


10   * * * * * * * * * * * * * * * * * * * * * * * * * *

11             ORAL AND VIDEOTAPED DEPOSITION

12                        OF

13                    DEBRA KOPER

14   * * * * * * * * * * * * * * * * * * * * * * * * * *

15

16

17        ANSWERS AND DEPOSITION OF DEBRA KOPER, produced

18   as a witness at the instance of the Plaintiffs, taken in

19   the above-styled and -numbered cause on the 10th of June,

20   A.D., 2015, beginning at 1:17 p.m., before Carrie del

21   Angel, a Certified Shorthand Reporter in and for the State

22   of Texas, in the offices of Esquire Solutions, located at

23   1700 Pacific Avenue, Suite 1000, Dallas, Texas, in

24   accordance with the Federal Rules of Civil Procedure and

25   the agreement hereinafter set forth.
```



800.211.DEPO (3376)
EsquireSolutions.com

Case 2:13-cv-02578-STA-cgc   Document 138-9   Filed 01/08/16   Page 3 of 7   PageID 1383

DEBRA KOPER
SLEDGE vs. WATTS
June 10, 2015
2

```
 1              A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:

 3      MR. DARRELL N. PHILLIPS
        MR. ANTHONY C. PIETRANGELO
 4      Pietrangelo Cook, PLC
        International Place, Tower II
 5      6410 Poplar Avenue, Suite 190
        Memphis, Tennessee  38119
 6      901.685.2662
        901.685.6122 FAX
 7      dphillips@pcplc.com

 8

 9

10

11   ALSO PRESENT: Mary Phillipa Sledge
                  Cody Modro - Videographer
12

13   WITNESS' ADDRESS:  8926 Forest Hills Boulevard
                        Dallas, Texas 75218
14

15

16

17

18

19

20

21

22

23

24

25
```



DEBRA KOPER
SLEDGE vs. WATTS
June 10, 2015
3

```
 1                      I N D E X
 2    Examination by Mr. Phillips....................Page  4
 3    Corrections and Signature......................Page 78
 4    Reporter's Certificate.........................Page 80
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



800.211.DEPO (3376)
*EsquireSolutions.com*

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | THE VIDEOGRAPHER: This is the videotaped |
| 3 | deposition of Debra Koper held in Dallas, Texas. The time |
| 4 | is now 1:17 p.m. on June 10th, 2015. We are now on |
| 5 | record. |
| 6 | At this time, will the counsel please |
| 7 | introduce themselves and whom they represent, and the |
| 8 | witness will then be sworn in. |
| 9 | MR. PHILLIPS: My name is Darrell Phillips. |
| 10 | Together with Anthony Pietrangelo who is also present, we |
| 11 | represent the plaintiff, Phillipa Sledge -- or one of the |
| 12 | plaintiffs. The deponent is Debra Koper who frequently |
| 13 | goes by Debbie Koper. |
| 14 | DEBRA KOPER, |
| 15 | having been first duly cautioned and sworn to testify the |
| 16 | truth, the whole truth and nothing but the truth, |
| 17 | testified on his oath as follows: |
| 18 | EXAMINATION |
| 19 | BY MR. PHILLIPS: |
| 20 | Q. Okay. We're going to jump right in. Ms. Koper, |
| 21 | have you ever been deposed before? |
| 22 | A. I have no clue what that means. |
| 23 | Q. Have you ever been to one of these -- |
| 24 | A. No. |
| 25 | Q. -- before, a deposition? |



```
 1    Q.   Okay.  To your knowledge, has he been working on
 2  these gold transactions for a long time?
 3    A.   Yes.
 4    Q.   How long would you say he's been doing it?
 5    A.   Probably -- that I know that he -- you know, what
 6  he was really doing, probably about six, seven years.
 7    Q.   Okay.  And how long have you known of SK?
 8    A.   Probably about six, seven years.
 9    Q.   And have you -- and I don't remember if I asked
10  you this, but have you met SK?
11    A.   No.
12    Q.   But he's been to the United States?
13    A.   I have no idea.
14    Q.   Did Dr. Watts ever talk to you about meeting him
15  here in the United States in Texas?
16    A.   No.
17    Q.   Okay.  Do you know the names of any of his other
18  -- anybody who's invested with him other than my client,
19  obviously?
20    A.   I have.
21    Q.   You have?
22    A.   Yes.
23    Q.   How much did you invest with him?
24    A.   This was a while back.  Maybe 15,000.
25    Q.   $15,000?
```



Case 2:13-cv-02578-STA-cgc   Document 138-9   Filed 01/08/16   Page 7 of 7   PageID 1387

DEBRA KOPER                                                          June 10, 2015
SLEDGE vs. WATTS                                                                34

1       A.      Maybe.
2       Q.      And this was when you were still at UPS?
3       A.      Yes.  Yes.
4       Q.      So when would this have been?  2007?
5       A.      2007 or 2008.  I cannot remember.
6       Q.      And what were the circumstances that came about?
7  How did you end up doing that?  Was it your idea or his
8  idea?
9       A.      It actually was my idea.
10      Q.      And why did you decide to do that?
11      A.      Because they were running short on money to get
12 it over here, the gold ore, and I said, well, I can help
13 you out with that.  And then he said that, you know, in
14 return, that it -- it could be an investment or he would
15 pay me back.
16      Q.      And which did he do?
17      A.      Neither.
18      Q.      Okay.  So he still owes you the money?
19      A.      Yes.
20      Q.      I mean, to the extent that you care, he still
21 owes you the money?  You may not want it back from him.
22      A.      Let's put it this way:  I would not have lent him
23 the money if I expected it -- I don't lend anybody money
24 that I expect to pay -- be paid back.
25      Q.      You don't lend people money that you --



800.211.DEPO (3376)
EsquireSolutions.com