# EXHIBIT

# L

**Declaration of Stephen Zoure**

## DECLARATION OF STEPHEN ZOURE

I, Stephen Zoure, pursuant to the provisions of 28 U.S.C. §1746, do hereby declare:

1. I am a citizen of the Republic of Ghana.

2. I am a journalist and am currently the Editor for the Northern Sector of the Republic of Ghana for the Ghana Daily Guide.

3. On November 5, 2013, I was forwarded the attached **Exhibit A** by Darrell N. Phillips, a lawyer based in Memphis, Tennessee. Exhibit A purports to be a page from the Ghana Daily Guide, featuring an article with my byline.

4. Exhibit A is a fabrication.

5. I never authored the article appearing in Exhibit A, nor have I ever reported on any story involving the seizure of passports of any "gold fraudsters."

6. Moreover, I have searched our archives and that article never appeared in our publication.

7. On this same date, Mr. Phillips forwarded me four additional documents, each similarly purporting to be pages of the Ghana Daily Guide. These are attached as **Exhibit B**.

8. All four documents appearing in Exhibit B are similarly fraudulent.

9. The first page features an article in the center with the headline, "Falcon 7X Emergency Landing" and no byline.

10. I have searched our archives and this article never appeared in the Ghana Daily Guide.

11. The second page features an article by Emmanuel Opoka, with the headline: "Gold Concentrate Suspects Detained."

12. The Ghana Daily Guide has never employed, nor received or published content from, any individual named Emmanuel Opoka.

1

13. Emmanuel Opoku is a journalist based in Takoradi and would not have written an article about events in Accra.

14. Moreover, I have forwarded this page to Emmanuel Opoku and he has verified that he never authored such an article.

15. I have also searched our archives and this article never appeared in the Ghana Daily Guide.

16. The third page features an article by Awuda Malana, with the headline: "Gold fraudsters Case Adjourned."

17. The Ghana Daily Guide has never employed, nor received or published content from, any individual named Awuda Malana.

18. I have also searched our archives and this article never appeared in the Ghana Daily Guide.

19. The fourth page features an article by Stephen A. Quaye, with the headline: "Gold Fraudsters Case Closed."

20. The Ghana Daily Guide has never employed, nor received or published content from, any individual named Stephen Quaye.

21. I have also searched our archives and this article never appeared in the Ghana Daily Guide.

22. These articles describe the alleged disposition of proceedings involving three individuals named Mamanday Kondewa, Joseph Nyadebo and Mohammed Haruna.

23. I have checked with the Ghana Prison Service and there is no inmate or convict with these names.

24. Moreover, there is no record that anyone was ever jailed with these names.

25. Mr. Phillips also forwarded me nine pages of individual documents, purporting to be orders issued by the Republic of Ghana's Judicial Service, High Court of Justice, and the Supreme High Court of Justice.  These pages are attached to this Declaration as **Exhibit C**.

26. As with the fraudulent articles, these "orders" appear to describe the disposition of proceedings against three individuals named Mamady Kondewa, Joseph Nyadebo and Mohamed Haruna.

27. I have investigated these documents and have determined that they are fraudulent.

28. As stated elsewhere herein, the Ghana Prison Service has no record of these individuals.

29. The Supreme Court of Ghana does not adjudicate ordinary civil disputes, nor does it order that gold be removed from one airport to another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __18__ day of November, 2013.

Stephen Zoure

4

# EXHIBIT A

# DAILY GUIDE

**Independent Newspaper**

NO. 1082  FRIDAY, JUNE 8, 2012  GHc2.00

# Workers Pay In Danger

# FANTE CHIEF BEHEADED In Mills Hometown

•BRUTAL MURDER!
Nana Kojo Agyase

# Gold Fraudsters Passport Ceased

## By Stephen Zoure
Accra.

**Three suspected Gold fraudsters have been detained, passports ceased at an Accra Circuit High Court .**

The accused persons, Chief Mamanday Kondewa, Mr. Joseph Nyadebo and Mohammed Haruna all miners were charged with Five counts of making false allegations.

They pleaded not guilty to the charges and were remanded into police custody and passports ceased by the prosecutor to re-appear on Friday June 8.

The court was inform that 714 KG Gold concentrate originated from Sierra Leone belongs to Chief Alimamy Kamara. The Gold is presently with the Ghana customs to be shipped to Dallas Texas. The Gold which was intended to be shipped to Dr. Cleal Watts III 8926 Forest Hills Blvd, Dallas Texas 75218 – 4001 USA en-routes through L.F Wada international Airport Bermuda destination Dallas Texas is presently with the Ghana customs from a High Court order from Ghana.

Pending the High Court hearing in which the complainants Mamanday Kondewa claim

that no payment was made to him for his products 714 KG Gold Concentrate.

After 2 days court hearing, it has been proved that Mr. Kondewa is making false allegation to the court. The prosecutor recommended his passport to be ceased and detained. Mr. Joseph Nyadebo who is also testifying that his 44 Kg Gold Concentrate was not paid for, was also detained pending through investigations. Mr. Mohammed Haruna, another complainant was also detained and passport ceased.

The court hearing continuous on Friday when finale verdicts is to be issued by the High court Judge.



Indo mie
Instant Noodles
...tastes great
BOX NOODLES
TOO BUSY?
GRAB A QUICK ONE
So tasty, so handy

S 00129

# EXHIBIT B

Monday, August 6, 2012

DAILY GUIDE PAGE 5

World News...World News...World News...World News...World News...World News... World

# Zambian Miners Kill Chinese Manager In Riot

ZAMBIAN MINERS have killed a Chinese manager by pushing a mine trolley at him during a riot at a coal mine in the south of the country.

A second Chinese was injured, as were several Zambians, during the riot on Saturday.

The workers were on strike at the mine in protest against delays in implementing a new minimum wage.

They were angry their wages were lower than a new minimum of $220 (£140) a month paid to shop workers.

Zambia's minister of labour has gone to the Chinese-owned Collum coal mine in Sinazongwe, 325km (200 miles) south of the capital, Lusaka.

"Wu Shengzai, aged 50, has been killed by protesting workers after being hit by a trolley which was pushed towards him by the rioting miners as he ran away into the underground where he wanted to seek refuge," Southern province police commissioner Fred Mutesa told state news agency, the Zambia News and Information Services.

"He died on the spot while



· Miners' pay at Chinese-run mines was lower than at other foreign-owned mines, a 2011 report said.

his colleague is in hospital."

Last year, the Zambian government dropped charges against two Chinese managers accused of attempted murder after they fired on miners at the Collum mine during a pay dispute.

Chinese firms own several

mines in southern African countries, including coal and copper operations.

Copper mining is one of Zambia's main industries, providing nearly three-quarters of the country's exports; many of the mining companies are foreign-owned, and China has in-

vested more than $400m (£250m) in Zambia.

A 2011 report by Human Rights Watch (HRW) said that, despite improvements in recent years, safety and labour conditions at Chinese mines were worse than at other foreign-owned mines. BBC

## BILL BOARD



### GhanaMade
#### HIGH QUALITY GHANA RICE

**OMAN BA RICE**

Oman Ba Rice – Fresh Oh... Fresh
Oman Ba Rice – Very Delicious
Oman Ba Rice – Na Ho Huie – De Dee De
Available at all

### GhanaMade Stores

For Oman Ba Rice and other high quality Made In Ghana products, contact:

**Tema**
Comm. 8, F7, Near the Market
Comm. 9, Opposite Tema General Hospital
Comm. 10, Opposite St. Stephanic Anglican School
Comm. 1 Market, Opposite Maame Saligne
Comm. 1 Opposite Ghana FM
Comm. 2 Market, Near SSNIT Clinic

**Ashaiman**
Ashaiman, Near Presbyterian Church

**Accra**
Accra Polytechnic, SBC Building
Nungua, Opposite Ghana Commercial Bank
Spintex (Golf) Branch; Near Kasaprako Roundabout
Spintex, Opposite Anolbank
Palmwine Junction; La
Circle Odawna Market
Asamankese, Opposite GCB( NOW OPENED)

Tel no: 0205770222
Email: ghanamade007@gmail.com

GhanaMade
For The Unborn Generation

## Deadly Attack Off Nigeria Coast

GUNMEN IN Nigeria have stormed an oil barge off the coast, killing two Nigerian navy sailors and kidnapping four foreigners, a naval officer says.

The navy has joined the search for the gunmen off the Niger Delta. Two navy sailors, among a group providing security, were wounded in the raid.

The foreigners are from Indonesia, Thailand, Russia and Iran.

Attacks in the Niger Delta have declined since a 2009 amnesty for militants ended years of conflict.

The ship that was attacked belongs to Sea Trucks Group, an oil services firm operating internationally.

The raid happened early in the morning, more than 30 nautical miles (56km) off the coast, the officer said.

The heavily polluted delta is Nigeria's main oil-producing region.

The incident will be of great concern to Nigeria's oil and gas industry at a time when the government has just announced that oil production has reached an all-time high of 2.7m barrels per day, the BBC's Will Ross in Lagos reports.

Critics say the peace deal which allowed the rise in output remains precarious.

The militants targeted foreign oil companies, drawing on local support in a region still blighted by poverty despite huge profits for the multinational energy corporations.

Local people wanted to see more of that wealth used to improve their housing and services.

Despite the amnesty, kidnappings of Nigerians in the Niger Delta have been happening at an alarming rate, our correspondent says. BBC

## FALCON 7X EMERGENCY LANDING.

A Cargo Plane Falcon 7X left accra on saturday evening for Dallas Texas and after a few minutes there was a smoke coming out of the engine which prompt for an emergency landing at Lome-Tokoin Airport (Gnassingbé Eyadéma Int'l) few minutes after taken off from Kotoka International Airport in Ghana.

The plane started with a shaking when the pilot discovered that the wings of the Aircraft were having

problems to fold in. The pilot then contacted the control aviation services personnel in Ghana who advised that the plane should make an emergency landing at the Lomé-Tokoin Airport.

There was smoke coming out from the plane when it landed, no one was hurt, thanks for the professional landing made by the pilot.



## China Blasts U.S. Over Sea Disputes

CHINA BLASTED the United States on Saturday for its recent public criticism and urging of diplomacy to address territorial disputes in the South China Sea, saying the U.S. statement shows "total disregard for the facts" and sends "a seriously wrong message."

The blistering statement from Chinese foreign ministry spokesman Qin Gang, follows one issued the previous day by a counterpart at the U.S. State Department.

The debate revolves around who controls islands and waters in the South China Sea. Countries such as Vietnam and the Philippines lay claim to some areas. Qin stated unequivocally Saturday that

"China has indisputable sovereignty over the South China Sea and adjacent waters."

Acting U.S. State Department deputy spokesman Patrick Ventrell began his statement Friday insisting the United States "does not take a position on competing territorial claims ... and (has) no territorial ambitions in the South China Sea."

Yet he added that Washington believes countries "should work collaboratively and diplomatically to resolve disputes without coercion, without intimidation, without threats and without the use of force."

Ventrell suggested that not all nations in the region are taking this latter approach, expressing

U.S. concern about the "increase in tensions in the South China Sea" in the form of "confrontational rhetoric," "coercive economic actions and the incidents around the Scarborough Reef," including the use of barriers to deny access."

"In particular, China's upgrading of the administrative level of Sansha City and establishment of a new military garrison there covering disputed areas of the South China Sea run counter to collaborative diplomatic efforts to resolve differences and risk further escalating tensions in the region," Ventrell said, before urging the nations involved to agree on ways to peacefully address disputes.

## URGENT LOAN REQUIRED

A REPUTABLE LOCAL COMPANY BASED IN GREATER ACCRA NEEDS AN URGENT LOAN TO HELP IN THE FINANCE OF ADDITIONAL MACHINERY AND OTHER PHYSICAL ASSETS BEING PURCHASED TO AID IN ITS EXPANSION.

ANY INTERESTED PERSON, GROUP OR INSTITUTION SHOULD

CONTACT: KWADWO

TELEPHONE: 026-839-5514

AMOUNT REQUIRED: BETWEEN (GH¢700,000.00 – GH¢1,000,000)

INTEREST PAYMENT: BETWEEN (2.80% - 3.10% PER MONTH)

REPAYMENT PERIOD: WITHIN 36 MONTHS

TIMELINES: LOAN NEEDED WITHIN THE NEXT 4 WEEKS

—NO AGENTS PLEASE—

## LAND AND HOUSES FOR SALE

· One Plot Of Land For Sale At Tessano. Very Good Location. $ 300,000 USD [Negotiable].

· Half acre of Land for Sale at Airport Res. area. Nice corner plot with full doc. $ 1, 650,000 USD [Negotiable]

· 0.795 Acre for sale at Kaneshie first light. Main road and corner plot; suitable for offices, plaza etc. $650,000 USD [Negotiable]

· 5 Bedroom House for sale at Dome [ $120,000 USD] and 4 bedroom house on two plots at East Legon for $500,000 USD [Negotiable]

· Half an acre of Land for sale at North Dzorwulu around Fiesta Hotel. $550,000 USD [Negotiable].

Do you have or want land or houses to let or buy with genuine doc.?

Do you have Land and old houses at prime places and you want Developer to develop it into apartments and town houses?
Do you also need a service apartment or town houses in prime areas?

Contact Professional For Excellent Delivery.

0244799606 or 0274528899

Case 2:13-cv-02578-STA-cgc Document 138-14 Filed 01/08/16 Page 9 of 21 PageID 1463

S 00131

# Sasa Bomso Women Demo Against Odikro

**FROM Morgan Owusu, Kumasi**

WOMEN FROM Sasa Bomso in the Afigya Kwabre district of the Ashanti region on Monday staged a protest at Manhyia Palace against what they referred to as the inhumane treatment being meted out to them by the town's Odikro.

Knowing the Asantehene Osei Tutu II would be sitting in state to hear complaints relating to chieftaincy matters, the angry women staged a small demonstration at the premises of the palace.

To catch his attention, the women clad in black mourning cloths approached the Asantehene with a loud noise when he was about to sit in state.

Taken aback by the development, Otumfuo directed the Samanhene to listen to the women's complaint and report back to him.

During that interaction, the aggrieved women led by Maame Ama Serwaa listed a number of ill-treatments being meted out to them by the Odikro.

She alleged that Nana Kofi Krah had demolished their farms with the view of selling the lands to prospective buyers, depriving them of their livelihoods.

Maame Serwaa, an elderly woman said the Odikro has also flooded the town with macho men who go about harassing residents.

According to her, the 'macho men' have being fixed gunshots in the town whilst physically attacking people who they presume are not in support of the Odikro's move to sell the lands.

In the course of a melee which occurred about three weeks ago, several people including the Gyaasehene Nana Kwaku Agyeman and some elders were brutalized and sent to the Komfo Anokye Teaching Hospital (KATH) in Kumasi for medical attention, she said.

She insisted that the people who were brutally attacked that fateful day were royals of the town who have been resisting the arbitrary sale of lands by Nana Kofi Krah.

Maame Serwaa claimed the Odikro has been making life uncomfortable for them in the town and that if the Asantehene does not take the necessary steps to address the situation they would pack their bags and move to Manhyia.

After listening attentively to the women, the Samanhene assured them their concerns would be forwarded to the Asantehene and that they should report to him for feedback the following week.

Sasa Bomso, a small town with a vast area of land located close to Kumasi has been in turmoil in recent times due to a power struggle between the substantive chief and the Odikro.


• The women who stormed the Manhyia Palace for the demonstration

# GOLD CONCENTRATE SUSPECTS DETAINED

**From Emmanuel Opoku**
**Accra**

Messers Mamanday Kondewa, Joseph Nyadebo and Mohammed Haruna are still in police custody for giving false allegation in gold transaction between them and Chief Alimamy Kamara who is the owner of the gold.

The lawyers of the detained persons argued that their client passports have been ceased and detained unlawfully. Both lawyers of the accused persons and the lawyer of the owner of the gold agreed to adjured the case till Monday June 11 when finale judgment will be giving.

# Tema Police Chief Tough On Criminals

**FROM Vincent Kubi, Tema**

TEMA REGIONAL Police Commander, DCOP Maxwell Atingane has promised to make the region unattractive for criminals who might think of operating in the area.

According to him, "Police in the Tema" speaking with a session of the media about his outfit's readiness to ensure the forthcoming general elections were held smoothly, DCOP Atingane noted it will provide adequate security to all citizens to create a pleasant environment for the December polls.

"The Tema region has been zoned into sectors, and each has an assigned patrol team that will be operating constantly with standby teams who will be assisting the patrol teams when a situation calls for a backup," he explained.

The DCOP further said police investigators would be positioned at various police stations in the region to specifically handle electoral matters, calling for the full cooperation of the general public in the bid to smoke out criminals.

He said the police had devised an effective intelligence gathering system to prevent any nasty incidents adding they will punish those guilty of offenses so the citizenry can go about their business safely.

The regional police commander promised a 24-hour effective police mobile patrol, calling on the public not to hesitate to call the police operation room on the following numbers 0303-202936, 0303-202937, 0303-211601, 0242526451 and 0244920679 for swift response to issues that may arise during the elections.


• DCOP Maxwell Atingane, Tema Regional Police Commander

# Ex-Convict Jailed 24 Months

A 40-YEAR-OLD ex-convict, Kwame Adu has been sentenced to 24 months imprisonment for stealing a goat and three fowls by the Akim Oda Magistrate Court.

Kwame Adu, unemployed, admitted to stealing the domestic animals.

Briefing the court presided over by Albert Owusu Antor, Police Inspector Kwaku Appiah said the ex-convict had a habit of stealing domestic animals.

Inspector Appiah said the complainant is a taxi driver and lives with the convict at Akim Swedru in the Birim South district.

He said on May 22, 2012 at about 0345 hours, the complainant was driving a taxi with registration number GW 2052-11 from Akim Swedru towards Akim Oda in the Birim Central municipality when he was stopped by Adu, who was carrying a sack.

The prosecutor said when Adu boarded the taxi he started behaving suspiciously so the driver drove straight to the police station and reported Adu's behaviour to them.

He said when the sacks he was carrying were opened, they found a dead goat crammed at GW190 and three fowls valued at GH¢45.

Inspector Appiah said the convict initially told the police during interrogation that he picked up the dead goat by the roadside while the fowls belonged to him.

GNA



S 00135

Crime And Justice

# Machomen Attack Adankwame

FROM I.F. Joe Awuah Jnr., Kumasi

**SEVERAL INNOCENT people at Adankwame, near Kumasi in the Ashanti region, have been wounded by some macho men who are said to be raiding the area in recent times.**

Most of the victims of these macho men are people who are loyal to Nana Kwaku Nsiah, who claims to be the Asantehene's Gyasihene of the Bantama 'Baamu' and the rightful caretaker of the Adankwame lands for Otumfuo.

Narrating the incident to *DAILY GUIDE*, Nana Nsiah alleged that one Madam Abena Agyeman, whom he had a protracted land tussle with at the Asantehene's palace, was sponsoring the hoodlums to attack his supporters without any provocation.

He disclosed that the Adankwame land dispute dated back to several decades; however he was adjudged the rightful owner of the Adankwame lands when the matter was brought before the late Otumfuo, Opoku Ware II in 1988.

According to him, his opponents, who were declared losers, were not content with the Asantehene's ruling so they were still contesting the matter at the Manhyia Palace.

Nana Nsiah noted that instead of waiting for Otumfuo to rule on the matter, his opponents had chosen to engage macho men to terrorize him and his loyalists.

He alleged that innocent people who had done no wrong had been butchered by these macho men who are led by one CD, however, all efforts being made to get these men arrested had proved futile.

Nana Nsiah noted that aside causing severe injuries to people, including women, the macho men had also caused massive destruction to properties running into several billions of old Ghana cedis.

He claimed that his factory and houses belonging to him and most of his loyalists in the area had been burnt down by the gangsters but nothing had been done to the perpetrators.

Nana Nsiah also alleged that the macho men forcibly took over his 140 acre orange farm about two years ago and had been selling the farm's produce to enrich themselves.

He has however appealed to government to let the law prevail, noting that despite his numerous reports

# GOLD FRAUDSTERS CASE ADJOURNED

By Awuda Malana

**At the supreme high court hearing yesterday in the case between Chief Alimamy Kamara and the 3 gold fraudsters: Mamanday Kondewa, Joseph Nyadebo and Mohammed Haruna, the preceding Judge request that the court should proceed with facts and not misleading information's that will delay the court proceedings.**

The lawyers for the complainants who have been jailed already argued that their clients have been giving high court jailed sentences that they do not deserve. They also asked that the product be return to its country of origin.

The lawyer representing the owner of the Gold Chief Alimami Kamara argued that since the complainants have been jailed, there is no need for a request that product to be sent to the country of origin.

Argument between the lawyer of the complainants and the owner of the gold went on till the Supreme Court judge adjourned the case for final court hearing sits to Wednesday 27th June.

# Theives Disorganise Citi FM's Richard Sky

BY Awudu Mahama

**ARMED ROBBERS have broken into the private car of Citi FM's Parliamentary correspondent, Richard Dela Sky, stealing his valuable items.**

The thieves stole several items including a Sony laptop, a digital Sony recorder, an ipad, digital storage devices, cheque books, very important personal and official documents and other valuables.

The incident occurred in broad daylight within the premises of Parliament House in Accra, Wednesday June 13, 2012.

Matters of security in Parliament have been of great concern to lawmakers as there have been sporadic incidences of burglary in the House.

Richard Sky told *DAILY GUIDE* in an interview that the thieves broke the back glass of his car through which they stole his items.

He has appealed that anyone with information about the stolen items should report to the nearest police station or call on mobile phone number 0244476308.

•Richard Sky

# Fiawornu Gets 7 Years For Defilement

FROM Dorcas Larbi, Tema

**THE TEMA Circuit Court 'A' presided over by Mr. Kyei Baffour has sentenced a 24-year-old labourer to seven years in prison with hard labour for defiling a 12-year-old pupil of Winners Basic School.**

The accused, Lawrence Fiawornu, according to the court, lived at Bankuman, a suburb of Tema New Town, with both the victim and complainant and shared a common verandah.

The accused, who has now been convicted, was arrested in 2009 and brought before the court but pleaded not guilty, however the court found him guilty of the offence after investigations and sentenced him as such.

Briefing the court, the prosecutor Inspector Samuel Dadzie told the court that on November 13, 2009 at about 1:30 pm, both the victim and the complainant were sleeping on the verandah when the victim suddenly disappeared.

The complainant, according to the prosecutor, who was wondering where the victim had gone to, shouted her name. However, to the surprise of the complainant, the victim responded from the convict's room and came out.

When she was asked what she was doing in the room with the convict, the victim told the complainant that Lawrence forcibly had sexual intercourse with her.

The prosecutor further told the court that the complainant quickly confronted Lawrence about what the victim had told her and he admitted the offence. The complainant then called in her brother and sent the convict to the police station, and made a report where he was re-arrested and detained for investigations.

According to the prosecutor, a police medical form was issued to the complainant to send the victim to the hospital for examination and treatment. He added that the medical officer's report indicated that the victim's hymen had been broken. The report also revealed that the victim was bleeding and discharging some fluid in her vagina.

The convict was therefore put before the court after police investigations and the court sentenced him to seven years after its proceedings.

# Police Probe 75-Year Old Grandma

BY Charles Takyi-Boadu

**ESTHER TACKIE, a 75-year-old woman, is currently being held and investigated by the police at Korle Bu for the alleged murder of her 8-month granddaughter.**

Two attendants at a refuse dump near the famous 'Tuesday market' in Korle Gonno, a suburb of Accra, accosted and handed her over to the police on Thursday evening around 11pm.

Greater Accra Regional Public Relations officer of the Ghana Police Service, Deputy Superintendant of Police (DSP), Freeman Tettey, who confirmed the incident to *DAILY GUIDE*, said the young men spotted the old lady approaching the refuse dump around 10:48pm with a basket in hand.

"As to whether the child died or was killed is another issue that we have to unravel," he said.

The basket, according to him, was neatly covered like food being sent to a patient at a hospital.

But, DSP Tettey said the old woman's body language made the refuse dump attendants, who have been identified as workers of waste management company Zoomlion Ghana Limited, suspicious and therefore demanded to see the contents of the basket.

Upon enquiries, they were said to have discovered the lifeless body of a baby believed to be about 8 months draped in a green over-all and concealed in a polythene bag.

They therefore dragged the old woman to the Korle Bu police station where upon interrogation, admitted she was going to dump the baby in the refuse.

The old lady was also said to have admitted that the dead baby was her grandchild, her son, Okaidja's, child.

The old lady seemed to have given two conflicting accounts to the police about the actual time the baby died.

In her initial statement, she claimed the child fell sick and died before she was arrested and sent to the police station.

She subsequently told the detectives that when the baby died, she together with the baby's parents went to bury the body behind the room of a man whose name was given as Gaddafi in the same neighbourhood. However, Gaddafi was said to have gotten angry and asked them to exhume the body which they obliged.

After exhuming the body, the granny was reported to have told the police she was tasked to go and dump the baby on the refuse dump but she run out of luck and was accosted and handed over to the police.

A provisional charge of murder has since been slapped on the old woman until proven otherwise.

The police have started searching for the father and mother of the dead baby, a lady whose name was only given as Odey.

The body of baby has since been deposited at the morgue of the Korle Bu Teaching Hospital pending autopsy whilst the police have started investigating the case.

•The basket which contained the baby

•Grandmum Esther Tackie

S 00139

Saturday, July 7, 2012

DAILY GUIDE   PAGE 7

# Court Directs Daasebre

**FROM Thomas Fosu Jnr, Koforidua**

A KOFORIDUA High Court has directed the Omanhene of the New Juaben Traditional Area, Daasebre Prof (Emeritus) Oti Boateng and for that matter the New Juaben Traditional Council to submit signed chieftaincy declaration forms presented to it by the Suhyenhene, Okogyeman Ankomah Basapon to the Eastern Regional House of Chiefs for onward transmission to the National House of Chiefs to enable him to be gazzetted as a chief of Suhyen.

The Suhyenhene, who is also the Mponuahene of the New Juaben Traditional Area in the Eastern region, was forced to take the Omanhene to court after he refused to sign his chieftaincy declaration forms to enable him to be gazzeted on the grounds that the Suhyenhene was not only properly enstooled but had also not sworn an oath of allegiance to him.

The High Court, presided over by Justice Henry Kwofie in a ruling on June 8, this year, said the Omanhene has no focus in relation to the Chieftaincy Act 2008 (Act 759) to prevent the Suhyenhene from being gazzeted because the Supreme Court had effectively dealt with Suhyen chieftaincy issue in 2006 after the Eastern Regional House of Chiefs had recognized the applicant as the substantive chief of Suhyene with an appeal by the Ekoona family faction being thrown out by the Supreme Court and the ruling of the Regional and National Houses of chiefs in connection with that being upheld.

The respondent, Daasebre Oti Boateng is neither a member of the Asona family of Suhyen nor a kingmaker of the Suhyen stool and eventually did not deny that the applicant has been normalized, elected and installed as Suhyenhene. There is no requirement in the becomes a chief for the purpose of the Act only when he had complied with or effected the constitutional relations between him and another chief. The respondent's contention that the applicant was not a chief because he has not yet sworn the oath of allegiance to him (respondent) as the paramount chief is untenable," the judge said in his ruling.

"It seems to me that there is some justification for the applicant's assertion that the respondent, Daasebre Oti Boateng has motives other than legal for refusing to forward his chieftaincy declaration forms to the Eastern Regional House of Chiefs for onward transmission to the National House of Chiefs. Accordingly, it is hereby ordered that the respondent pursuant to the provisions of the Chieftaincy Act reports changes in the New Juaben Traditional Council by forwarding the applicants duly completed chieftaincy declaration forms to the Eastern regional House of Chiefs for onward transmission to the National House of Chiefs for registration of the applicant in the national register of chiefs. There will be no order as to costs," Justice Henry Kwofie further said in his ruling.

The Suhyenhene, Okogyeman Ankomah Basapon, later in an interview, said the court ruling represented victory for Suhyenman because the town had been deprived of development as a result of this protracted chieftaincy dispute.

"I am calling on all indigenes of Suhyen to unite in one purpose for the benefit of the town's development now that the way have been paved by the court for me to be gazzetted and lead my people." Okogyeman Ankomah Basapon said, stressing that he was prepared mentally and physically to help bring development to the town and for Suhyen to take its rightful place in the New Juaben Traditional Area.



**•Okogyeman Ankomah Basapon**



**•Dr. Aubynn (INSET) addressing the media**

# GOLD FRAUDSTERS CASE CLOSED

## By Stephen A. Quaye

The gold fraudsters case that have been going on for a month now come to an end yesterday Friday 6th July 2012 at the Supreme Court hearing. They were all sentenced to five (5) years imprisonment with hard labour and were also informed that they will serve another year after their

jail sentence till the court proceedings charges which they were unable to pay be paid for.

Their lawyers asked that their charges be reduced but the court did not approve their lawyer's request. In his conclusion the High Court Judge told the court that he want this to be a lesson to anyone

who try to mislead or claim what to do not belong to him or her.

All the three fraudsters wept openly

# Isaac Yaw Murders Cabbie

**FROM Sam Mark Essien, Sekondi**

ISAAC YAW alias Ability, a second-year student of Sefwi Bekwai Senior High School in the Western region, has been arrested and remanded into police custody in Sekondi for

allegedly murdering a taxi driver.

He is suspected to have murdered Seth Nkansah, a taxi driver he hired, using a syringe to drain blood from the taxi driver's arm and chest, after which he threw him into a forest reserve.

According to a police source

at the regional police command, the suspect, popularly called 'Ability,' who lived at Gyanpo near Sefwi Asawinso, hired the deceased's taxi cab with registration number AW 1261-10, at 6:00 pm on June 29, 2012 to Breku Line, near Sefwi Asawinso, but the deceased never returned.

The taxi cab was however seen parked at a spot near the Sefwi Asawinso Police Station, with his sandals and ignition key in the vehicle.

A report was made to the police and the suspect was arrested.

On July 1, 2012, a search party was organized by the police and it found the body of the deceased in the Krokosuo Forest Reserve near Breku Line. The deceased was wearing a pair of jeans over a red t-shirt.

When the police inspected the body, they found syringe marks on the right arm and the chest, indicating the deceased's blood was drained.

The body has been deposited at Juaboso Government Hospital for autopsy, while police investigations continue.

In the suspect's caution statement, he admitted taking the deceased to Breku Line, but said he did not know anything about his death.

# Philanthropist Donates To Orphanage

## BY Mariam Ama Yeduah

THE CHRIST Like Foundation in collaboration with ADK Consortium has donated food and basic household items to the Countryside Orphanage at Haywiase in fulfillment of the biblical directive to help the needy.

The foundation presented six bags of rice, four bags of 'gari,' four bags of maize, four boxes of tomato paste, two gallons of cooking oil, four bags of sundry milk, 15 loaves of bread, baby diapers, toothbrushes, biscuits, beverages, toilets, soap, washing detergent, a box of fish and a cash donation of GH¢1000.

Presenting the items, Pastor Alice Adamah Odero, President of the foundation said "we are not giving because we have more than we want or we need, but we just want to share the little that we have with those who don't have."

She said when she was in school she used to pay her colleagues' school fees with her pocket money and this has been a source of blessing to her ever since.

"I give alms to the needy people especially on my birthday to share my happiness with them," she said.

Pastor Alice promised to make donations annually to support the upbringing of children at the orphanage.

On behalf of the inmates, Emma Boafo Yeboah, founder and caretaker of the orphanage received the items and promised to use them in support of the children to prepare them for the challenges of life with confidence.

She expressed her gratitude to the Christ Like Foundation and ADK Consortium for their wonderful gifts to the home.

Children especially, are gifts from God and the basis of our survival, said

Madam Emma.

She noted that orphans do not have the privilege of living a normal life therefore all forms of assistance and love for these less fortunate ones can make great difference.



**•Pastor Alice with the items**

# EXHIBIT C



REPUBLIC OF GHANA
JUDICIAL SERVICE
P. O. BOX 119
ACCRA-GHANA

I, JOHN BOSCO NABARESE, FIRST DEPUTY JUDICIAL SECRETARY OF THE JUDICIAL SERVICE OF GHANA, DO HEREBY CERTIFY THAT IN THE CASE OF CHIEF ALIMAMY KAMARA VERSUS THE COMPLAINAT MESSERS MAMADY KONDEWA, JOSEPH NYADEBO AND MOHAMED HARUNA, WHO WERE JAILED TODAY FOR MISLEADING THE COURT, AN APPEAL FROM THE COMPLAINANT LAWYERS HAVE SENT A WRITE OF APPEAL THAT THE CASE BE RE-VISIT AGAIN THE COURT PROCEEDINGS.

THE APPEAL COURT HAVE ADJOURN THE COURT HEARING TILL MONDAY 18TH AT 9:30AM AND THE COURT WILL GIVE FINAL JUDGEMENT.

DATED THIS 14TH DAY OF JUNE, 2012  IS A NOTARY PUBLIC OF GHANA.

THIS ATTESTS TO THE STAMP. SIGNATURE OF THE NOTARY PUBLIC ONLY AND NOT THE CONTENTS OF THE ATTACHED DOCUMENT.

GIVEN UNDER MY HAND AND THE SEAL OF THE HIGH COURT OF JUSTICE THIS      14TH   DAY OF JUNE, IN THE YEAR OF OUR LORD TWO THOUSAND AND TWELVE (2010)

FIRST DEPUTY  JUDICIAL SECRETARY

**FINAL COURT
REMINDER**
14 DAY OF JUNE 2012

S 00054



HCJ No. 0177536-011



Republic of Ghana

HCJ Ref No. 04490714

High Street close,
Accra Central.
Ghana.

# High Court of Justice

I, JOHN BOSCO NABARESE, FIRST DEPUTY JUDICIAL SECRETARY OF THE JUDICIAL

SERVICE OF GHANA, DO HEREBY CERTIFY THAT IN THE CASE OF CHIEF ALIMAMY KAMARA

VERSUS THE COMPLAINANT MESSERS MAMADY KONDEWA,JOSEPH NYADEBO AND

MOHAMMED HARUNA WHO WERE JAILED FOR FIVE YEARS EACH FOR MISLEADING THE

COURT AND THEIR LAWYERS SENT A WRITE OF APPEAL AT THE SUPREME HIGH COURT

HAVE ALSO ASKED THAT, THE PRODUCT 714KG AU METAL GOLD BE RETURNED TO ITS

COUNTRY OF ORIGIN HAVE BEEN GIVEN AN ADJOURNMENT TILL MONDAY 24TH JUNE FOR

FURTHER HEARING.

DATED THIS 22ND DAY OF JUNE, 2012. IS A NOTARY PUBLIC OF GHANA.

THIS ATTESTS TO THE STAMP. SIGNATURE OF THE NOTARY PUBLIC ONLY

AND NOT THE CONTENTS OF THE ATTACHED DOCUMENT.

GIVEN UNDER MY HAND AND THE SEAL OF THE

HIGH COURT OF JUSTICE THIS 22ND DAY OF

JUNE,  IN THE YEAR OF OUR LORD

TWO THOUSAND AND TWELVE (2012)

S 00060

FIRST DEPUTY JUDICIAL SECRETARY




REPUBLIC OF GHANA
JUDICIAL SERVICE
P. O. BOX 119
ACCRA-GHANA

I, JOHN BOSCO NABARESE, FIRST DEPUTY JUDICIAL SECRETARY OF THE JUDICIAL

SERVICE OF GHANA, DO HEREBY CERTIFY THAT IN THE CASE OF CHIEF ALIMAMY KAMARA VERSUS

THE COMPLAINAT MESSERS MAMADY KONDEWA, JOSEPH NYADEBO AND MOHAMED HARUNA. WHO

WERE JAILED TODAY FOR MISLEADING THE COURT, AN APPEAL FROM THE COMPLAINANT LAWYERS

HAVE SENT A WRITE OF APPEAL THAT THE CASE BE RE-VISIT AGAIN THE C OURT PROCEEDINGS.

THE HIGH COURT JUDGE WHO IS PRECIDING THE HIGH COURT APPEAL MATTER INVOLVED IN AN

ACCIDENT THIS MORNING WHEN COMING TO COURT. BECAUSE OF THE ACCIDENT THE MATTER WAS

ADJOURNED TO WEDNESDAY 4TH JULY, 2012 TO ENABLE THE HIGH COURT JUDGE RECOVER FULLY

FROM THE MINOR INJURIES HE RECEIVED.

THE APPEAL COURT IS INVITING BOTH COMPLAINANT AND THE ACCUSED TO APPEAR BEFORE THE

HIGH COURT ON WEDNESDAY MORNING FOR FINAL HEARING.

DATED THIS 29TH DAY OF JUNE, 2012 IS A NOTARY PUBLIC OF GHANA.

THIS ATTESTS TO THE STAMP. SIGNATURE OF THE NOTARY PUBLIC ONLY AND

NOT THE CONTENTS OF THE ATTACHED DOCUMENT.

GIVEN UNDER MY HAND AND THE SEAL OF THE

HIGH COURT OF JUSTICE THIS    29TH    DAY OF

JUNE, IN THE YEAR OF OUR LORD

TWO THOUSAND AND TWELVE (2012)

FIRST DEPUTY  JUDICIAL SECRETARY

S 00063




**REPUBLIC OF GHANA**
**JUDICIAL SERVICE**
**P. O. BOX 119**
**ACCRA-GHANA**

I, JOHN BOSCO NABARESE, FIRST DEPUTY JUDICIAL SECRETARY OF THE JUDICIAL

SERVICE OF GHANA, DO HEREBY CERTIFY THAT IN THE CASE OF CHIEF ALIMAMY KAMARA VERSUS

THE COMPLAINAT MESSERS MAMADY KONDEWA, JOSEPH NYADEBO AND MOHAMED HARUNA. WHO

WERE JAILED TODAY FOR MISLEADING THE COURT, AN APPEAL FROM THE COMPLAINANT LAWYERS

HAVE SENT A WRITE OF APPEAL THAT THE CASE BE RE-VISIT AGAIN THE C OURT PROCEEDINGS.

THE HIGH COURT JUDGE WHO IS PRECIDING THE HIGH COURT APPEAL MATTER INVOLVED IN AN

ACCIDENT THIS MORNING WHEN COMING TO COURT. BECAUSE OF THE ACCIDENT THE MATTER WAS

ADJOURNED TO WEDNESDAY 4TH JULY, 2012 TO ENABLE THE HIGH COURT JUDGE RECOVER FULLY

FROM THE MINOR INJURIES HE RECEIVED.

UNFORTUNATELY THE COURT JUDGE WAS NOT AVAILABLE AT THE COURT PROCEEDINGS BECAUSE

OF INJURIES HE RECEIVED.

THE APPEAL COURT IS INVITING BOTH COMPLAINANT AND THE ACCUSED TO APPEAR BEFORE THE

HIGH COURT ON FRIDAY MORNING FOR FINAL HEARING.

DATED THIS 4 TH DAY OF JULY, 2012 IS A NOTARY PUBLIC OF GHANA.

THIS ATTESTS TO THE STAMP. SIGNATURE OF THE NOTARY PUBLIC ONLY AND

NOT THE CONTENTS OF THE ATTACHED DOCUMENT.

GIVEN UNDER MY HAND AND THE SEAL OF THE

HIGH COURT OF JUSTICE THIS      4TH      DAY OF

JULY, IN THE YEAR OF OUR LORD

TWO THOUSAND AND TWELVE (2012)

FIRST DEPUTY JUDICIAL SECRETARY

S 00081



# SUPREME HIGH COURT OF JUSTICE
## REPUBLIC OF GHANA
### ACCRA – GHANA



In the Superior Court of Judicature,
High Court of Justice,
Accra-Ghana.

*Suit No: 028-012*
*4th July, 2012*

## SUPREME HIGH COURT PROCEEDING FEES INVOICE

1. *Conclusion fee*                        *US$ 35,000.00*

2. *Filing and Service of Documents*   -   *US$25,000.00*

3. *Commissioner for Oaths Fee*       -   *US$15,000.00*

4. *Affidavit*                    ;      -   *US$5,000.00*

5. *Miscellaneous Cost*               -   *US$ 10,000.00*

*Total*                                -   *US$ 90,000.00*



..............................
**BARRISTER COLLINS ADJEI**
*Attorney*



..............................
**COMMISSIONER FOR OATH**

*All parties to the proceeding in the court whose judgement is sought to be heard are entitled to pay the above mentioned fees.*



REPUBLIC OF GHANA
JUDICIAL SERVICE
P. O. BOX 119
ACCRA-GHANA

I, JOHN BOSCO NABARESE, FIRST DEPUTY JUDICIAL SECRETARY OF THE JUDICIAL SERVICE OF GHANA, WISH TO INFORM YOU THAT IN THE CASE OF CHIEF ALIMAMY KAMARA VERSUS THE COMPLAINAT MESSERS MAMADY KONDEWA, JOSEPH NYADEBO AND MOHAMED HARUNA WHO WERE JAILED AT THE LAST COURT HEARING FOR MISLEADING THE COURT, ANOTHER APPEAL FROM THE COMPLAINANT LAWYERS THAT THE CASE WAS SENT TO THE SUPREME HIGH COURT FOR FINAL HEARIN WAS CONCLUDED ON FRIDAY 6TH DAY OF JULY, 2012. THEY WERE ALL SENTENCED TO FIVE WITH HARD LABOUR IMPRISEMENT.

BECAUSE THEY WERE NOT ABLE TO PAY THE COURT CHARGES, THEY WERE ALSO INFORMED THAT, THEY WILL SERVE ANOTHER YEAR TILL THE COURT CHARGES ARE PAID.

DATED THIS 6TH DAY OF JULY, 2012 IS A NOTARY PUBLIC OF GHANA

THIS ATTESTS TO THE STAMP. SIGNATURE OF THE NOTARY PUBLIC ONLY AND NOT THE CONTENTS OF THE ATTACHED DOCUMENT.

GIVEN UNDER MY HAND AND THE SEAL OF THE HIGH COURT OF JUSTICE THIS 6TH DAY OF JULY, IN THE YEAR OF OUR LORD TWO THOUSAND AND TWELVE (2012)

FIRST DEPUTY JUDICIAL SECRETARY

S 00085

 

REPUBLIC OF GHANA
JUDICIAL SERVICE
P. O. BOX 119
ACCRA-GHANA

## PERMISSION GRANTED TO ALLOW 714KG GOLD CONCENTRATE AT THE GHANA CUSTOMS WARE HOUSE TO BE SHIPPED TO DALLAS TEXAS INTERNATIONAL AIRPORT

I, JOHN BOSCO NABARESE, FIRST DEPUTY JUDICIAL SECRETARY OF THE JUDICIAL SERVICE OF GHANA, WISH TO INFORM YOU THAT PERMISSION HAVE BEEN GRANTED FROM THE HIGH COURT TO ALLOW 714KG GOLD CONCENTRATE AT THE GHANA CUSTOMS WARE HOUSE BE SHIPPED TO DALLAS TEXAS INTERNATIONAL AIRPORT.

YOUR CO-OPERATION IS HIGHLY SOLICITED.

DATED THIS 17TH DAY OF JULY, 2012 IS A NOTARY PUBLIC OF GHANA.

THIS ATTESTS TO THE STAMP. SIGNATURE OF THE NOTARY PUBLIC ONLY AND NOT THE CONTENTS OF THE ATTACHED DOCUMENT.

GIVEN UNDER MY HAND AND THE SEAL OF THE HIGH COURT OF JUSTICE THIS 17TH DAY OF JULY, IN THE YEAR OF OUR LORD TWO THOUSAND AND TWELVE (2012)

FIRST DEPUTY JUDICIAL SECRETARY

CC:

➢ GHANA CUSTOMS
➢ CITY LINK CARGO SERVICES
➢ DR. CLEAL T. WATTS III, 8926 FOREST HILLS BLVD, USA
➢ DR. PATRICK KOROMA, SIERRA LEONE EMBASSEY, GHANA.

S 00093



# REPUBLIQUE DE GUINEE

Travail – Justice – Solidarite .
Ministere des Affaires Etrangeres

*Our Ref:* RDG/GUN/VOL1/07/12          *Your Ref:*          *Date:* 21ᵀᴴ JULY, 2012

THE ATTORNEY GENERAL
GHANA HIGH COURT
PMB 854, ACCRA-GHANA

**(NEW REQUEST)**

Dear Sirs,

The Republic of Guinea Embassy in Accra-Ghana, present its compliment to your High Court and wish to inform you that, in the case of Chief Alimamy Kamara Versus the complainant Messers Mamady Kondewa, Joseph Nyadebo and Mohammed Haruna who were jailed at a Court hearing for misleading the Court, have commended the High Court decision.

Chief Alimany Kamara, owner of the 714kgs Gold Concentrate, requested that US $300,000.00 should be be paid before the product arrived at the Dallas Texas International Airport, after which the rest of the amount cost of the Gold be paid to him. This Embassy have been informed that, workers in Chief Alimamy Kamara's Gold Mines have threatened to burn his house or kill him if part of the 714kgs gold concentrate is not paid to them.

The Embassy in collaboration with the High Court officers in Conakry, are asking that another injunction to the 714kgs Gold concentrate intended to be shipped to Dallas Texas-U.S.A. be stopped till the said amount is paid.

We wait for your co-operation.

Sincerely,

MUSA LARAWALLY
First Secretary
Rep. of Guinea Embassy

S 00096



REPUBLIC OF GHANA

# HIGH COURT OF JUSTICE

PRIVATE MAIL BAG. 854 ACCRA GHANA

*In the Superior Court of Judicature,*
*High Court of Justice,*
*Accra Ghana.*

Date: 24TH JULY,2012

ANTIGUA CUSTOMS AND PREVENTIVE EXCISE
ANTIGUA V.G BIRD INTERNATIONAL AIRPORT
HEAD OFFICE.

### COURT ORDER FROM THE REPUBLIC OF GUINEA THAT 714KG GOLD CONCENTRATE EN- ROUTE ANTIGUA AIRPORT DESTINATION DALLAS- TEXAS AIRPORT BE RETURNED TO ACCRA GHANA IMMEDIATELY.

REFERENCE TO THE COURT ORDER THAT YOU PAY 45% OF THE TOTAL VALUE COST OF 714KG

GOLD CONCENTRATE AND LATER ANOTHER DEMAND FROM CHIEF ALIMAMY KAMARA THAT YOU

PAY 300US DOLLARS WHICH WAS NOT PAID TILL TODAY HAS MADE US TO UNDERSTAND THAT,

YOU ARE NOT YET READY TO PAY THE SAID CHARGES COST.

THE HIGH COURT IS THEREFORE REQUESTING THAT THE 714KG GOLD CONCENTRATE

PRESENTLY AT THE ANTIGUA V.G BIRD INTERNATIONAL AIRPORT MUST BE RETURNED TO THE

CUSTOMS AT THE ACCRA KOTOKA INTERNATIONAL AIRPORT WITH IMMEDIATE EFFECT.

YOUR CO-OPERATION IS HIGHLY SOLICITED.

DATED THIS DAY 24TH JULY, 2012.

THANKS FOR YOUR CO-OPERATION.

CC: **Dr. Cleal T. Watts III**
**8926 Forest Hills Blvd**
**Dallas Texas 75218-4001**
**U.S.A**
**PH. 1214 659 2197**

**Dr. Patrick Koroma**
**Commercial Attache**
**Sierra Leone Embassy**
**Ghana.**

S 00100

NANA HAZEEZ & ASSOCIATES
NO. 10 ABELENKPE ROAD.