# EXHIBIT

# N

Summary of Watts' Personal Use

Of Plaintiffs' Funds

**Watts Personal Use of Sledge Funds**

| | | | |
|---|---|---|---|
| Nov-11 | Personal | (6,708.68) | CHASE000410-411** |
| Dec-11 | Personal | (62,219.04) | CHASE000416-420 |
| Dec-11 | Blue Jet w Friends | (287,175.75) | CHASE000416-420 |
| Jan-12 | Blue Jet | (80,000.00) | CHASE000424-426 |
| Feb-12 | Personal | (29,498.17) | CHASE000428,430-433 |
| Mar-12 | Personal | (3,044.80) | CHASE000435-438 |
| Apr-12 | Personal | (5,078.84) | CHASE000445-447 |
| Apr-12 | Personal | (62.69) | CHASE000449 |
| May-12 | Personal | (46.07) | CHASE000457 |
| May-12 | Personal | (2,142.16) | CHASE000453-454 |
| Jun-12 | Personal | (4,442.88) | CHASE00461-463 |
| Jun-12 | Personal | (9,099.79) | CHASE000465 |
| Jul-12 | Personal | (2,671.40) | CHASE000468 |
| Jun-12 | Personal | (613.43) | BOA000220-222 |
| Jul-12 | Personal | (13,053.08) | BOA000224-227 |
| Aug-12 | Personal | (3,499.34) | BOA000230-231 |
| Sep-12 | Personal | (4,218.09) | BOA000234-236 |
| Oct-12 | Personal | (8,530.61) | BOA000239-242 |
| Nov-12 | Personal | (5,084.97) | BOA000245-247 |
| Dec-12 | Personal | (2,897.56) | BOA000250-251 |
| Jan-13 | Personal | (3,817.63) | BOA000254-255 |
| Feb-13 | Personal | (3,455.80) | BOA00258-259 |
| Mar-13 | Personal | (1,549.35) | BOA000262 |
| Apr-13 | Personal | (3,154.54) | BOA000265-266 |
| | | **(542,064.67)** | |

**Referenced Bank Stmts are included as part of Exs. J and K