# EXHIBIT

# O

Summary of Watts' Transfers to

Commerzbank AG

**<u>Gty/Cmzbank 400884202300/2041195210</u>**

| | | | |
|---|---|---:|---|
| Dec-11 | Dep. of Sledge $ | 419,000.00 | CHASE000416-420** |
| Jan-12 | Dep. of Sledge $ | 211,000.00 | CHASE000424-426 |
| Feb-12 | Dep. of Sledge $ | 125,000.00 | CHASE000428,430-433 |
| Mar-12 | Dep. of Sledge $ | 235,000.00 | CHASE000435-438; CHASE000440 |
| Apr-12 | Dep. of Sledge $ | 361,000.00 | CHASE000445-447; 449 |
| May-12 | Dep. of Sledge $ | 717,190.85 | CHASE000453-457 |
| Jun-12 | Dep. of Sledge $ | 437,000.00 | CHASE000465 |
| Jun-12 | Dep. of Sledge $ | 460,000.00 | B000220-221 |
| Jul-12 | Dep. of Sledge $ | 741,000.00 | BOA 000226 |
| Aug-12 | Dep. of Sledge $ | 270,000.00 | BOA 000230 |
| Sep-12 | Dep. of Sledge $ | 380,000.00 | BOA 000234 |
| Oct-12 | Dep. of Sledge $ | 245,000.00 | BOA 000239-240 |
| Nov-12 | Dep. of Sledge $ | 48,000.01 | BOA 000245-246 |
| Dec-12 | Dep. of Sledge $ | 59,700.00 | BOA 000250 |
| | | 4,708,890.86 | |

\*\*Referenced Bank Stmts are included as part of Exs. J and K