# EXHIBIT

# Q

Department of Justice

Letter



# U.S. Department of Justice

*United States Attorney*
*Western District of Tennessee*

*167 North Main, Suite 800*   Ph: (901) 544-4231
*Memphis, Tennessee 38103*   TTY: (901) 544-3054
　　　　　　　　　　　　　　　Fax: (901) 544-4230
　　　　　　　　　　　　　　　carroll.andre@usdoj.gov

November 18, 2015

Dr. Cleal T. Watts III
8926 Forest Hills Boulevard
Dallas, TX 75218

Dear Dr. Watts:

　　This letter is to provide notice that you, and/or persons you are associating with, may be engaged in fraudulent activity that violates federal criminal laws.

　　As you are aware, you are currently the subject of a civil lawsuit and a criminal investigation alleging that you fraudulently induced numerous individuals to invest in gold and gold dust mined in countries located in West Africa, dating back to at least 2007.

　　It should be readily apparent to you by now that the representations made to you by your contacts in West Africa, including the individual known to you as Sheku Kondeh ("S.K."), are false and fraudulent. The purpose of this letter is to notify you that this is a fraudulent scheme. Having now been placed on notice, you are advised to cease and desist from: soliciting or accepting any monies for the purpose of investing in or purchasing gold or gold dust; soliciting funds for the transport of any such gold that is purportedly stored in West Africa, Holland, or elsewhere; and, forwarding any additional investor funds to Sheku Kondeh or anyone else in any West African country.

　　It is also illegal to defraud investors using the United States mail, commercial interstate carriers (such as FedEx, or DHL) or interstate wire communications (such as e-mail and websites). Making false claims to investors, or rendering statements misleading through the omission of material information is evidence of fraud. Using or living off of the proceeds from the fraud schemes may violate federal money laundering laws.

　　If you continue to accept or solicit funds for the purpose of fraudulent investments in gold or gold dust after the receipt of this letter, you will be subject to prosecution for fraud. Moreover, please be advised that your previous conduct is still under investigation and this letter

Dr. Cleal T. Watts
November 18, 2015
Page Two -

should in no way be interpreted to suggest that you will not be prosecuted civilly or criminally for previous conduct in this regard.

    The FBI has documented delivery of this letter to you. Your receipt of this letter will be taken into consideration should you continue to be involved in the activity described above or any similar future activity.

                              Sincerely,

                              EDWARD L. STANTON III
                              United States Attorney

        By: *[signature]*
                              CARROLL L. ANDRÉ III
                              Assistant United States Attorney

Cc: via First Class U.S. Mail

Michael J. Stengel, Esq.
Special Agent Kristi J. Chatham, FBI

2