IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

_____

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, AND PIDGEON
SLEDGE FAMILY LIMITED PARTNERSHIP,
    Plaintiffs,

v.                                                                  Case No. 2:13-cv-2578

INDICO SYSTEM RESOURCES, INC,
AND CLEAL WATTS, III,
    Defendants.

_____

MOTION TO ALLOW CORPORATE REPRESENTATIVE TO APPEAR
TELEPHONICALLY
_____

    COME NOW Defendants, Indico System Resources, Inc. and Cleal Watts, III, and move this Honorable Court for an order allowing corporate representative of Indico System Resources, Inc. to appear telephonically at the show cause hearing currently set January 15, 2016, and in support thereof, Defendants would state that the sole corporate representative of Indico Systems Resources, Inc., namely Cleal Watts, III, is suffering from a severe illness and is unable to travel.

    WHEREFORE, premises considered, Defendants respectfully pray that this Motion be granted and for such other relief to which they may be entitled.

    Respectfully Submitted,

    BALLIN, BALLIN & FISHMAN, P.C.

    /s/ Richard S. Townley, Esq.
    Randall J. Fishman (#7097)
    Richard S. Townley (#28164)
    200 Jefferson Avenue, Suite 1250
    Memphis, TN 38103
    (901) 525-6278

Email: ecfcivil@bbfpc.com
Attorneys for Defendants

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been served upon the following this the 11th day of January, 2016:

Darrell N. Phillips
Anthony C. Pietrangelo
John J. Cook
Pietrangelo Cook, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119

Indico System Resources, Inc.
Cleal Watts, III
8926 Forest Hills Blvd
Dallas, TX 75218

/s/ Richard S. Townley, Esq.