# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                                  Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO ALLOW CORPORATE REPRESENTATIVE TO APPEAR TELEPHONICALLY

Plaintiffs submit this short response to address their opposition to Defendants' MOTION TO ALLOW CORPORATE REPRESENTATIVE TO APPEAR TELEPHONICALLY at the hearing in this matter scheduled for Friday, January 15, 2016. (ECF No. 140). Plaintiffs want to be unequivocal: Under ordinary circumstances, <u>Plaintiffs would not oppose such a request</u>. As this Court has already noted however, these are not ordinary circumstances. Defendants' conduct in this litigation to date, taken together with the total deficit of information offered in the instant motion, causes Plaintiffs to be skeptical.

The Court ordered Defendants to produce a corporate representative at the January 15, 2016 hearing, presumably because the relief Defendants' counsel seeks, *withdrawal*, would leave the corporate defendant unrepresented. Plaintiffs *only* offer a position on this issue because Defendants consulted, as required by the local rules. Plaintiffs simply cannot consent to such a

motion absent any reliable information at all about the nature of Watts' purported illness or its expected duration. Defendants have not attached a note from a treating physician indicating any illness or travel limitations resulting therefrom. Defendants have, in fact, said nothing at all about when Defendant Cleal Watts III ("Watts") is expected to be fit for travel and have not asked the Court for a continuance of the scheduled hearing until such time as Watts is recovered. Defendants do not attach an affidavit from Watts asserting any limitations whatsoever. Absent any of the foregoing, Plaintiffs were/are unable to consent to Defendants' motion.

Respectfully Submitted,

/s/ Darrell N. Phillips
PIETRANGELO COOK PLC
Anthony C. Pietrangelo BPR # 15596
John J. Cook BPR # 17725
Darrell N. Phillips BPR #30299
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
901.685.2662
901.685.6122 (fax)
*dphillips@pcplc.com*
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of January 2016, a copy of the foregoing electronically submitted document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Randall Fishman & Richard Townley
Ballin, Ballin & Fishman, 200 Jefferson Ave., Suite 1250, Memphis, TN 38103

/s/ Darrell N. Phillips