IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MARY PHILLIPA SLEDGE, MARY JANE
PIDGEON SLEDGE TRUST, AND PIDGEON
SLEDGE FAMILY LIMITED PARTNERSHIP,
    Plaintiffs,

v.                                            Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC,
AND CLEAL WATTS, III,
    Defendants.

---

ORDER DENYING MOTION
TO ALLOW CORPORATE REPRESENTATIVE TO APPEAR TELEPHONICALLY

---

    Defendants have filed a Motion to Allow Corporate Representative to Appear Telephonically. (ECF No. 140.) The Motion states that Cleal Watts, III, the corporate representative for Defendant Indico Systems Resources, Inc., "is suffering from a serious illness and unable to travel." (*Id.* at p. 1.) However, as noted by Plaintiffs in their response which opposes the Motion (ECF No. 141), Defendants have not attached a statement from a treating physician indicating any illness or travel limitations resulting therefrom, nor have Defendants stated when Defendant Watts will be fit for travel. Additionally, Defendants have not attached an affidavit from Watts with any information about the nature of his illness or its expected duration. Consequently, Defendants' Motion is **DENIED**.

    IT IS SO ORDERED.

                                                    **s/ S. Thomas Anderson**
                                                    S.THOMAS ANDERSON
                                                    UNITED STATES DISTRICT JUDGE

                                                    Date:  January 12, 2016