**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

      Plaintiffs,

v.                                                                          Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

      Defendants.

**ORDER GRANTING WITHDRAWAL OF BALLIN, BALLIN & FISHMAN P.C. AS
COUNSEL FOR DEFENDANTS**

      The law firm of Ballin, Ballin & Fishman P.C. ("BBFPC") has filed a motion to withdraw as counsel for Defendants.  (ECF No. 134).  The Motion was set for hearing on January 15, 2016 at 11:00 am and a corporate representative for Defendant Indico System Resources, Inc. ("Indico") was ordered to be present.  (ECF No. 142).  The corporate representative did not appear.

      This Court grants BBFPC's motion to withdraw from this case effective upon the entry of this Order.  In light of this case's history and the current stage of the litigation, this Court further orders that the withdrawal of BBFPC shall not affect any operative deadlines, nor shall it entitle either Defendant to additional time to respond to any pending motions, including Plaintiffs' Motion for Summary Judgment.  This Court further orders that, upon entry of this Order, service

upon either Defendant at 8926 Forest Hills Blvd. Dallas, TX 75218[1] via U.S. First Class Mail shall

be considered adequate service for the purposes of this litigation.

IT IS SO ORDERED.

 s/ S. Thomas Anderson
S. THOMAS ANDERSON
U.S. DISTRICT COURT JUDGE

Date:  January 19, 2016

---

[1] This address is the personal residence of Defendant Cleal Watts III.  It is also the address on file with the Texas Secretary of State for the Registered Agent for Defendant Indico System Resources.