IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                      Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

## ORDER TO SHOW CAUSE

On January 12, 2016, the Court denied Defendants' motion to allow corporate representative to appear telephonically at a hearing scheduled for January 15, 2016. (ECF No. 142.) The motion stated that Cleal Watts, III, the corporate representative for Defendant Indico Systems Resources, Inc., "is suffering from a serious illness and unable to travel." (ECF No. 140, Mot. at p. 1.) However, Defendants did not attach a statement from a treating physician indicating any illness or travel limitations resulting therefrom, nor did Defendants state when Watts would be fit for travel. Additionally, Defendants did not attach an affidavit from Watts with any information about the nature of his illness or its expected duration. Consequently, Defendants' motion was denied.

Despite the denial of the motion, Cleal Watts did not appear at the hearing.[1] Watts is hereby **ORDERED** to show cause within ten (10) days why he did not appear at the hearing. If he intends to rely on his purported illness as a reason for not appearing, he must support his statement with medical records, affidavits, or some other evidence as to the nature of his illness and travel restrictions. The failure to do so and/or the failure to respond to this Order may result in the granting of judgment in favor of Plaintiffs without further notice to Defendants.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S.THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date:  January 19, 2016

---

[1] At the hearing, defense counsel read an email from Watts stating that he was too ill to attend the hearing.