AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

Mary Phillipa Sledge

V.

Cleal Watts, III, et al.

## EXHIBIT AND WITNESS LIST

Case Number: 2:13-cv-2578-STA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| S. Thomas Anderson | D. Phillips | R. Townley |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion(s) Hearing 1/15/2016 | Mark Dodson | Terry Haley |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
|  | 1 | 1/15/2016 |  | ✓ | ✓ | Letter from Cleal T. Watts, III, MD as to reason for absence / illness |

*signature* 1-19-2016

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages