IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                                        Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

---

### PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF, INCLUDING ASSET FREEZE, ACCOUNTING AND REPATRIATION OF ASSETS

---

Plaintiffs Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs") respectfully move this Court for an injunction freezing the assets of Defendants Cleal Watts, III ("Watts") and Indico System Resources, Inc. ("Indico" or "ISR") (together "Defendants"), requiring Defendants to provide an accounting of the current location of Plaintiffs' funds and any other assets of Defendants, and to repatriate and transfer foreign assets and other assets subject to Defendants' control, which could be available to satisfy a judgment entered in favor of Plaintiffs. In further support of this Motion, Plaintiffs have filed their Memorandum of Law contemporaneously herewith.

                                                Respectfully Submitted,

                                                /s/ Darrell N. Phillips
                                                PIETRANGELO COOK PLC
                                                Anthony C. Pietrangelo BPR # 15596

John J. Cook BPR # 17725<br>
Darrell N. Phillips BPR #30299<br>
6410 Poplar Avenue, Suite 190<br>
Memphis, TN38119<br>
901.685.2662<br>
901.685.6122 (fax)<br>
*dphillips@pcplc.com*<br>
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of January 2015, a copy of the foregoing electronically submitted document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

| | |
|---|---|
| Cleal Watts, III | Indico Systems Resources, Inc. |
| 8926 Forest Hills Blvd. | 8926 Forest Hills Blvd. |
| Dallas, TX 75218 | Dallas, TX 75218 |

/s/ Darrell N. Phillips

## CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that on Friday, January 22, 2016, prior to filing this motion, he attempted to consult with Cleal Watts, the individual named Defendant and the authorized agent for the corporate Defendant and that Watts was completely unresponsive.

/s/ Darrell N. Phillips