# EXHIBIT 1

# TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR INJUNCTIVE RELIEF, INCLUDING ASSET FREEZE, ACCOUNTING AND REPATRIATION OF ASSETS

| | |
|---|---|
| **From:** | Dr. Cleal Watts (Doc) |
| **To:** | Black, Christopher (Dallas) |
| **Subject:** | FOR TEX / DOC Fwd: transfer should be made before wednesday |
| **Date:** | Friday, December 09, 2011 8:55:42 AM |
| **Attachments:** | Picture 317.jpg |

Guaranty Trust Bank (SL) Ltd

# FUNDS TRANSFER INSTRUCTION

FOR TRANSFER OF USD/EURO/GBP INTO CFC ACCOUNT THROUGH COMMERZBANK FRANKFURT GERMANY

CORRESPONDENT BANK:   COMMERZBANK FRANKFURT GERMANY

SWIFT CODE:   COBADEFF

FOR CREDIT OF:   GUARANTY TRUST BANK (SL) LTD

SWIFT CODE:   GTBISLFR

ACCOUNT NUMBER   400/8842023/00 USD
400/8842023/00 GBP
400/8842023/00 EURO

FOR FINAL CREDIT OF: Sheku Kondeh
(BENEFICIARY'S NAME)

BENEFICIARY'S ACCOUNT NO: 204 1195 210
(WITH GTB)

ANY OTHER DETAIL: ...............................
(E.G. SENDER'S NAME, REFERENCE ETC)

GTBank

Guaranty Trust Bank (SL) Ltd

# FUNDS TRANSFER INSTRUCTION

FOR TRANSFER OF USD/EURO/GBP INTO CFC ACCOUNT THROUGH COMMERZBANK FRANKFURT GERMANY

CORRESPONDENT BANK:   COMMERZBANK FRANKFURT GERMANY

SWIFT CODE:   COBADEFF

FOR CREDIT OF:   GUARANTY TRUST BANK (SL) LTD

SWIFT CODE:   GTBISLFR

ACCOUNT NUMBER   400/8842023/00 USD
400/8842023/00 GBP
400/8842023/00 EURO

FOR FINAL CREDIT OF: Sheku Kondeh
(BENEFICIARY'S NAME)

BENEFICIARY'S ACCOUNT NO: 204 1195 210
(WITH GTB)

ANY OTHER DETAIL: ................................................
(E.G. SENDER'S NAME, REFERENCE ETC)