# EXHIBIT 2

# TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR INJUNCTIVE RELIEF, INCLUDING ASSET FREEZE, ACCOUNTING AND REPATRIATION OF ASSETS

Your search text : Group | Deutsch | Worldwide 

Private Clients    Business Clients    Corporate Clients 

## Corporate and Investment Banking in the USA

We are your partner for corporate banking in the USA. Benefit from our long-standing experience and uniform service model.



The United States are part of Commerzbank's oldest sites. Already in 1967, the first Commerzbank representative office was opened in New York, being transformed to the first branch of a German bank in the USA in 1971. Decades of experience have allowed Commerzbank to gain a true insight into the US market, with all its particularities and rules. This in-depth knowledge, combined with our financial expertise, allows us to provide extensive services to both German companies, with presence in the USA, and international companies with activities in Germany. We are your strategic partner for international business, also in the USA.

**Your Benefits** | **Our Services**

**Information**

- German-speaking relationship managers at our German Desks as well as multilingual local teams of relationship managers in all international branches.
- Uniform client focused relationship model resulting in close cooperation between the Commerzbank branches in your home country, the branches in Germany and worldwide.
- Your relationship manager coordinates your international Client Service Team that has a deep understanding of your specific requirements.

**Your contact to us**

Service-Hotline for technical questions  
📞 +49 69 13680527*

Martin Preissler  
📞 +1 212 2667200

**Contact form**

* Mo - Fri from 8:00 am to 6:00 pm (CET)

The bank at your side

Imprint | Terms | Legal Notices | FAQ | Security