# EXHIBIT 3

# TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR INJUNCTIVE RELIEF, INCLUDING ASSET FREEZE, ACCOUNTING AND REPATRIATION OF ASSETS

Products (/home/product/)  |  Careers (/home/careers/)  |  Corporate Social Responsibility (/home/csr/)  |
Contact Us (/home/contact-us/)

(/)

Thu Jan 14 2016 13:16:41 GMT-0600 (Central Standard Time)

| Home (/home.aspx) | About Us (/home/about-us/) | Products (/home/product/) | Services (/home/services/) |
| Private (/home/private/) | Corporate (/home/corporate/) | Commercial (/home/commercial/) | |
| Mining (/home/mining/) | SME (/home/sme/) | | |

Our Company ( /home/about-us/our-company/)      Our People (/home/about-us/our-people/management-team/)

Our Brand (/home/about-us/our-brand/the-brand/)

Home (/home/) > About Us                                                                **ABOUT GTBANK**

## About GTBank

Guaranty Trust Bank (Sierra Leone) Limited is a subsidiary of Guaranty Trust Bank, PLC, Nigeria, which is a wholly owned and managed Nigerian banking institution with a branch network that covers over 200 locations in Nigeria.

Guaranty Trust Bank's growing reputation as an international brand was reaffirmed years ago by a successful US$750 million Global Depository Receipt (GDR) Offering. The listing of the GDRs on the London Stock Exchange in July 2007 made the Bank the first African Bank and Nigerian Company to be listed on the London Stock Exchange. The Bank had entered history books earlier in the year as the first Nigerian institution since the early 1990s to venture into the international capital markets and raise funds via a US$350 million Regulation S Eurobond issue. The bank was recently recognized as the Best Bank during the Euro Money Awards.

Guaranty Trust Bank plc presently has banking subsidiaries in Ghana, Sierra Leone, Gambia, Liberia, Ivory Coast, Kenya, Rwanda and the United Kingdom. The Bank has a BB- risk asset rating from Standard & Poors' and a AA- rating from Fitch in recognition of its strong domestic franchise, good quality assets and sound

earnings record.

Guaranty Trust Bank commenced operations in Sierra Leone in January 2002 through the successful acquisition of the 90% shareholding of the former First Merchant Bank of Sierra Leone. Today, Guaranty Trust Bank (SL) Limited is the third largest bank in Sierra Leone after thirteen years of its operations. The bank continues to be the fastest growing bank on account of its outstanding growth as indicated by all performance indices.

Over the years, the bank has evolved into an industry leader. This is mainly attributed to the exceptional financial performance, excellent service standards, value adding products and services, innovation, professionalism and excellent ethics, which have led to high customer loyalty and commendations from many organizations.

GTBank has a huge appetite for big ticket transactions which has availed the bank a competitive edge in the Sierra Leone banking industry. The bank supports both private and government initiatives. GTBank is a major banker to all the Telecommunications companies, major petroleum companies, Governmental parastatals, major importers and mining companies and several other institutions including SMEs. Guaranty Trust Bank remains the epitome of success with an unrivalled team of professionals dedicated to delivering the utmost in customer service. Guaranty Trust Bank strives to be the best at all times with absolute commitment to its valued stakeholders. For this unquestionable dedication to its customers GTBank has been recognized by KPMG as the "Most Customer Focused Bank in Sierra Leone" in 2012. The All Walks of Life (AWOL) organization which recognizes excellence in service provision had awarded Guaranty Trust Bank (SL) Ltd the best Financial Institution of the Year in 2006, 2010, 2011 and 2013. Additionally, awards from the Northern and Southern regions of the country have cemented Guaranty Trust Bank (SL) Ltd reputation as a leader in Commercial Banking.



(/HOME/NEWS-UPDATE/)

NEWS UPDATE (/HOME/CONTACT-US/BRANCH-LOCATOR/)

BACK TO TOP

(http://www.facebook.com/pages/GTBank
/112969359130?ref=nf) (http://twitter.com
/gtbank) (https://plus.google.com
/112780164805312372767)
(http://www.youtube.com
/subscription_center?add_user=gtbankchannel) (http://635.gtbank.com/)
(http://instagram.com/gtbank)

Quick Links

GTBank Subsidiaries

Locate a GTBank Branch or ATM

Select Language

SECURITY CENTRE | ( /home/security-centre/)

WHISTLE BLOWER | ( /home/whistle-blower/)   SITEMAP |

TERMS & CONDITIONS (/home/terms-conditions/)