# EXHIBIT 5

# TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR INJUNCTIVE RELIEF, INCLUDING ASSET FREEZE, ACCOUNTING AND REPATRIATION OF ASSETS

# In The Matter Of:
*MARY PHILLIPA SLEDGE vs.*
*INDICO SYSTEM RESOURCES, INC.*

*CLEAL T. WATTS, III*
*August 20, 2015*

*Alpha Reporting Corporation*
*236 Adams Avenue*
*Memphis, TN 38103*
*901-523-8974*



Original File 35987ln.txt
Min-U-Script® with Word Index

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
 3   _____

 4   MARY PHILLIPA SLEDGE, MARY
     JANE PIDGEON SLEDGE TRUST, and
 5   PIDGEON SLEDGE FAMILY LIMITED
     PARTNERSHIP,
 6
            Plaintiffs,
 7
     Vs.                          Case No. 2:13-cv-2578STA-cgc
 8
     INDICO SYSTEM RESOURCES, INC.
 9   and CLEAL WATTS, III,

10          Defendants.
     _____
11

12       THE VIDEO DEPOSITION OF CLEAL T. WATTS, III

13                       August 20, 2015
     _____
14

15

16

17

18
     _____
19

20            ALPHA REPORTING CORPORATION
               SHERYL G. WEATHERFORD, RPR
21                    236 Adams
              Memphis, Tennessee 38103
22                   901.523.8974

23

24

25
```

Alpha Reporting Corporation

2

1  The deposition of CLEAL T. WATTS, III,
2  taken on this, the 20th day of August, 2015, on
3  behalf of the Plaintiffs, pursuant to notice and
4  consent of counsel, beginning at approximately
5  8:29 a.m. in the law offices of Ballin, Ballin &
6  Fishman, 200 Jefferson, Suite 1250, Memphis,
7  Tennessee.
8  This deposition is taken in accordance
9  with the terms and provisions of the Federal Rules
10 of Civil Procedure.
11 All forms and formalities are waived.
12 Objections are [reserved/not reserved], except as
13 to form of the question, to be disposed of at or
14 before the hearing.
15 The signature of the witness is waived.
16
17
18
19
20
21
22
23
24
25

1    is responsible for it as it states in here.
2    Q.    Does Sheku Kondeh act on behalf of you or
3    ISR in Africa?
4    A.    He can find sellers for us.  Yeah, I
5    guess -- to a limited -- a very limited authority,
6    yeah.  I guess he would.
7    Q.    I mean, what, do you trust that he's not
8    going to abscond with the funds?
9    A.    Yes.
10   Q.    Do you think the funds are still in his
11   account?
12   A.    No.
13   Q.    Where are they?
14   A.    They're paid out for whatever was
15   designated those funds were requested that -- the
16   monies were sent over for.  Whether it's
17   insurance, shipping, taxes.
18   Q.    What did my client authorize other than
19   the purchase of gold?
20   A.    She didn't authorize the purchase of gold.
21   She authorized to get gold over here.  So the --
22   any kind of taxes, permits, shipping, whatever the
23   costs were for shipping the gold to get the gold
24   shipped over here, and that's all the monies were
25   spent for.

164

1   Q.      And the money that you sent to Sheku
2   Kondeh you always wire to him?
3   A.      Yes.
4   Q.      You never send checks?
5   A.      No.  Never send checks.  Don't do checks.
6   Q.      Why is that?
7   A.      Because it doesn't track as well as --
8   it's not as safe and it's not as quick and it's
9   not as accurate and just almost every reason you
10  can think of you're better off to wire than you
11  are to send a check.
12  Q.      Why would sometimes you send him Western
13  Union transfers?
14  A.      When -- it takes a while for a wire to get
15  over there, it can take a -- well, originally it
16  could take a week or two weeks.  Generally it's a
17  week, several days, but if you needed something
18  immediately like maybe the exchange rate because
19  you may have to exchange from their currency to
20  dollars and then go back to dollars or something
21  that's short or something comes up and that the
22  NRA tax, there's about six -- well, it depends on
23  which country.  There's about six different taxes.
24  It could be something comes up that change or
25  security -- things are constantly changing there,

```
 1   especially now with the Ebola problems they had
 2   over there.
 3              So when it changes, there may be
 4   something else that comes up that's a government
 5   regulatory or insurance regulatory or something
 6   else.  Or Phillipa one time wanted to increase the
 7   percentage of the insurance.  She wanted higher
 8   insurance for money to go -- although that was
 9   wired.
10   Q.       Does any of this explain why you sent them
11   Western Union rather than wire?
12   A.       Yeah, it's all quicker.  It's
13   instantaneous.
14   Q.       So it's your testimony is that Western
15   Union is quicker than wire?
16   A.       Instantaneous, yes.
17   Q.       Why didn't you do it all by Western Union
18   then?
19   A.       Because there's too much to be sending it
20   all, and they charge too much.  It's cost
21   prohibitive.  I would not do it at all if there
22   was any other way.  Western Union, Money Gram,
23   both, they're just disgustingly expensive.
24   Q.       When was the last time you saw a document
25   reflecting the balance in the Guaranty Trust
```

**CLEAL T. WATTS, III - August 20, 2015**

166

```
 1   account where you sent the plaintiffs' money?
 2   A.      A document?
 3   Q.      Yes.
 4   A.      I have never seen a document.
 5   Q.      How do you know there's no money there
 6   anymore?
 7   A.      Talking to Desmond.
 8   Q.      Desmond gave you that information?
 9   A.      Yes, and I talked with --
10   Q.      Are you authorized on that account?
11   A.      I'm sorry?
12   Q.      Are you authorized on that account?
13   A.      No, I'm not.
14   Q.      Then why would Desmond give you that
15   information?
16   A.      Because Kondeh was on the phone when we
17   were talking a three way.
18   Q.      Okay.  And what was said on that phone
19   call?
20   A.      We were actually talking about the rate of
21   exchange and the cost.  Like if it needed $1400
22   there, how much all was it going to be over that
23   because of exchange rates and everything else.  If
24   you do the bank rates, they have a different rate
25   than if you do it out in the open market or
```

1  something like that.  And then the last time we
2  were discussing it was because of Ebola they were
3  locking down and just going to do like a minimum
4  charge on any wires coming in to the country to
5  get U.S. dollars or whatever currency out.  They
6  weren't going to be having the big numbers they
7  used to.
8          And in that transaction we're talking
9  about the monies that were in, how much was wired
10 in, what is still there, how much actually made it
11 to the account, how much money was in the account.
12 Just basic, basic banking information.
13 Q.     At the time of that conversation, how much
14 money was in the account?
15 A.     To be honest with you I can't remember
16 exactly it was 14 -- I don't remember if it was
17 1400 or 14,000.
18 Q.     When was that conversation?
19 A.     I can't tell you.  Four, five months ago,
20 three months ago.  From time to time things will
21 come up what needs to be done and what is
22 required.
23 Q.     Have you ever asked for an accounting of
24 where the money in that account went?
25 A.     No.

CLEAL T. WATTS, III - August 20, 2015

192

1  A.      The whole thing had crashed.  I mean, if
2  you want me, I will explain what all went wrong
3  with it, but the power shorting out, the battery
4  went.  I had to get a new power supply, new
5  batteries, and the power part of the circuit board
6  got to where it was shorting out and eventually
7  like the screen went, everything went.  It was
8  just useless.
9  Q.      ISR is a, as you call it, a high tech
10 company; is that correct?
11 A.      Yes.
12 Q.      Did you have any backup?
13 A.      No.
14 Q.      Is that prudent?
15 A.      No.  But it's like the cobbler's kids have
16 no shoes.  I kept meaning to.  I did have bits and
17 pieces of backup which were the document -- the
18 documents that were -- that we were using that I
19 got which I had copies anyhow on the Internet
20 because I keep -- you know, I kept them for email,
21 I had copies of those.  I had copies of the emails
22 that were stuff that was on this machine was all
23 from the Internet.  So I had copies on the
24 servers.  So I guess, yes, I did have copies.  And
25 then I had bits and pieces of these things also

193

1 that I had saved on different things which I then
2 put on -- since then on -- well, no, I guess
3 they're on the Dropbox.  I put them on the
4 Dropbox.
5 Q.      So what efforts did you take to recover
6 data from this crashed computer?
7 A.      It got to where I couldn't anything -- I
8 couldn't get anything off.  I tried.  There's
9 software you can use and things like that when you
10 go -- well, if you want me to explain it but --
11 Q.      You're welcome.
12 A.      Okay.  The normal stuff that you would use
13 that you send off for somebody to recover things
14 from crashed drives and things, I tried those
15 software packages, and they weren't working.  They
16 wouldn't work.
17 Q.      Where is the computer now?
18 A.      Probably thrown away.  I dropped it off at
19 the -- just threw it away to Goodwill because
20 there wasn't anything there.  Somebody could get
21 it and maybe use the memory, the CPU or something
22 like that, but everything else was shot on it.
23 The battery wasn't any good.  The screen had gone
24 out.  The motherboards were out.  Just -- it was
25 shot.  There wasn't anything to it.

1   Q.      So it's your testimony that you brought it
2   to Goodwill?
3   A.      Yeah, or thrift shop or something like
4   that, yeah, just left it there.  Somebody there
5   could -- the memory is old stuff.  The CPU is old
6   stuff.  Everything else was -- maybe they could
7   use a screen.  I mean, the hinges were broke on
8   it.  It was shot, but it was -- I was busy.  I get
9   busy and you just keep doing things, and I kept
10  nursing it, and I get it back up and going like,
11  okay, well, I will do it later.
12  Q.      What kind of computer was this?
13  A.      It was an ASUS laptop.  It was a good
14  make.  Good machine.  But then I -- it was like
15  five years old or something at the time.
16  Q.      Debra Koper testified that you used more
17  than one computer.  Was she mistaken?
18  A.      I have -- no.  I don't use more than one
19  computer.  I only use the one computer.  I have
20  more computers there that are old ones that
21  haven't been used since they started up -- since I
22  shut them down five, six, seven years.  Not used
23  any of them.
24  Q.      Why didn't you give those away to
25  Goodwill?

1   A.      Because they're on a bottom of a pile.  If
2   I move the pile, I will, and I have been meaning
3   to because I need to get the office cleaned up.  I
4   gave -- I had a lot of stuff that was there.  Some
5   of it was good.  I mean, was usable but older
6   technology stuff.
7   Q.      Where did you get these discovery
8   responses verified in Texas, do you recall?
9   A.      I don't know what you're talking about.
10  Q.      Where did you get them notarized?
11              MR. TOWNLEY:  Or are you on
12  Exhibit 9?
13              MR. PIETRANGELO:  No, Exhibit 13.
14  BY MR. PIETRANGELO:
15  Q.      Second to last page.
16  A.      Oh, okay. Okay.  What was this?  I think
17  this was Bank of America if I remember right.
18  Q.      It's been marked Exhibit 11.
19  A.      Okay.
20              (Whereupon, a document was marked as
21  Exhibit No. 11.)
22  A.      Okay.
23  Q.      I think you have testified that in late
24  2011 into early 2012 almost immediately after the
25  plaintiffs wired money to your account --