# EXHIBIT 6

# TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR INJUNCTIVE RELIEF, INCLUDING ASSET FREEZE, ACCOUNTING AND REPATRIATION OF ASSETS

## AFFIDAVIT

I, Allison Manning, make oath that on September 11, 2015 I exported Dr. Cleal Watts' emails from his Rackspace Webmail account via Microsoft Outlook 2010. After importing 60,749 emails into Outlook, I redacted 185 emails based on attorney-client privilege. The remaining 60,564 emails were exported as a .pst file and downloaded to a flash drive. A list including the sender, recipient and date of the redacted emails was also copied to the flash drive. I mailed the flash drive to Attorney Darrell N. Phillips, 6410 Poplar Avenue, Suite 190, Memphis, Tennessee 38119 on September 25, 2015.

_____
Allison Manning

9-25-15
_____
Date

## ACKNOWLEDGMENT

**State of Tennessee**
**County of** _Shelby_

On this _25th_ day of _September_, 20_15_ before me personally appeared _Allison Manning_ to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he/she executed the same as his/her free act and deed, for the purposes therein set forth.

_____
Notary Public

B. JUNE YOUNG
STATE OF
TENNESSEE
NOTARY
PUBLIC
SHELBY COUNTY
MY COMMISSION EXPIRES 5-7-2018

My Commission Expires: _5/7/18_

**From:**            Dr. Cleal Watts (Doc) <sami@usisr.com>
**Sent:**            Tuesday, March 27, 2012 5:58 AM
**To:**               andrew.sesay@gtbank.com
**Subject:**       Fwd: Wire Confirmation

-------- Original Message --------
**Subject:** Wire Confirmation
   **Date:** Mon, 26 Mar 2012 13:37:58 -0400
  **From:** Hudson, Victoria <victoria.hudson@chase.com>
     **To:** sami@usisr.com <sami@usisr.com>, sekoucondela200@yahoo.com <sekoucondela200@yahoo.com>

Wire Refernce # 13395635370-0001 to  Sheku Kondeh $45,000.00…

Victoria Hudson
Assistant Vice President
Assistant Branch Manager Sales
Casa Linda
Phone 214-319-2243
Fax 214-319-2211
victoria.hudson@chase.com
This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

**From:**            Dr. Cleal Watts (Doc) <sami@usisr.com>
**Sent:**            Thursday, August 02, 2012 11:46 AM
**To:**              andrew.sesay@gtbank.com
**Subject:**         Fwd: WIRE 7-2.docx
**Attachments:**     WIRE 7-2.docx

-------- Original Message --------
**Subject:**WIRE 7-2.docx
   **Date:**Thu, 02 Aug 2012 10:51:46 -0500
  **From:**Dr. Cleal Watts (Doc) <sami@usisr.com>
     **To:**SK Sekou Conde <SEKOUCONDELA200@YAHOO.COM>

This is a print out from my bank account, it shows the wire went out last Friday.