# EXHIBIT 9

# TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR INJUNCTIVE RELIEF, INCLUDING ASSET FREEZE, ACCOUNTING AND REPATRIATION OF ASSETS

Bank of America Legal Order Processing
RE: Reference # D101915000113
Court Case number: 13-2578-STA
Court or Issuer: PIETRANGELO COOK PLC
Court Case Name: INDICO SYSTEM RESOURCES, INC.

## AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS

Before me, the undersigned authority, personally appeared,
Bernice Richards-Schietke
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Bernice Richards-Schietke, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
   a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
   c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.
   **Additional Comments:**

- Signature card for account ending in 1096 in the name of Indico System Resources, Inc. Primary Account.
- Signature card for account ending in 1106 in the name of Indico System Resources, Inc. Secondary Account.
- Credits/debits for account ending in 1096 in the name of Indico System Resources, Inc. Primary Account.
- Bank statements for account ending in 1096 from January 1, 2015 to September 30, 2015 in the name of Indico System Resources, Inc. Primary Account.
- Bank statements for account ending in 1106 from January 1, 2015 to September 30, 2015 in the name of Indico System Resources, Inc. Secondary Account.

3.) **Production.** *(Select One)*
___X___ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).

**OR**

_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 11\13\15     Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

__✓__ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this __13__ day of __NOV 2015__. In witness thereof I have set my hand and official seal.

_Brittany L Speakman_
Signature of Notary Public in and for
State of DE
City/County of Newark/New Castle
My Commission Expires _____

BRITTANY L SPEAKMAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 12, 2016



Bus Platinum Privileges

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

INDICO SYSTEM RESOURCES, INC.
SECONDARY ACCOUNT
8926 FOREST HILLS BLVD
DALLAS, TX 75218-4001

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for September 1, 2015 to September 30, 2015

**INDICO SYSTEM RESOURCES, INC.    SECONDARY ACCOUNT**

Account number: 4880 3913 1106

### Account summary

| | |
|---|---|
| Beginning balance on September 1, 2015 | $98.46 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -50.00 |
| Checks | -0.00 |
| Service fees | -16.00 |
| **Ending balance on September 30, 2015** | **$32.46** |

# of deposits/credits: 0
# of withdrawals/debits: 2
# of items-previous cycle[1]: 0
# of days in cycle: 30
Average ledger balance: $44.12

[1]Includes checks paid,deposited items&other debits

# Payroll made easy

With **Intuit® Online Payroll** and **Intuit Full Service Payroll®** you get simplified payroll services you can access right through Bank of America® Online Banking. Find out which payroll service is right for your business.

Call **866.700.2142** or visit **bankofamerica.com/payrollsolutions** today.



intuit. Payroll

Monthly and other fees may apply. See product and pricing details at bankofamerica.com/payrollsolutions. Intuit and the Intuit logo are registered trademarks of Intuit, Inc. used under license. Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation. Bank of America, N.A. Member FDIC. ©2015 Bank of America Corporation.   ARGQFY6X | SSM-12-14-0214.B

# AFFIDAVIT

Case No. : 13-2578-STA

Donna Gray-Carson , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 4/13/15

By: _____
Donna Gray-Carson
Document Review Specialist
NATIONAL SUBPOENA PROCESSING

Sworn to before me this 13th day of April, 2015.

_____
Notary Public

OFFICIAL SEAL
BRANDI HENDERSON
NOTARY PUBLIC - INDIANA
MARION COUNTY
My Comm. Expires 02/23/2018

2/23/18
Commission Expires

SD_SwornDocumentExecution_000010280160
SB619290-F1

Case 2:13-cv-02578-STA-cgc   Document 147-10   Filed 01/22/16   Page 6 of 9   PageID 1625

20-Mar-25
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G19Mar15-1203
Sequence number   Posting date   Amount

## CHASE

June 01, 2012 through June 29, 2012
Primary Account: 000003064030419

### SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | $0.00 |



### CHASE ANALYSIS BUSINESS CHECKING

INDICO SYSTEM RESOURCES, INC

Account Number: 000000451388487

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $10,700.39 |
| Deposits and Additions | 6 | 443,500.00 |
| Electronic Withdrawals | 5 | - 425,000.00 |
| Fees and Other Withdrawals | 4 | - 29,099.79 |
| **Ending Balance** | 15 | $100.60 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | Fed Wire Credit Via: Bmo Harris Bank N.A./071000288 B/O: Rosenthal Collins Group Llc Chicago, IL 60606 Ref: Chase Nyc/Ctr/Bnf=Indico System Resources, Inc Dallas TX 75218-4001/Ac-000000004513 Rfb=O/B Bmo Harris B Bbi=/Time/12:35 Imad: 0604G1Qg750C001837 Trn: 2558309156Ff | $100,000.00 |
| 06/04 | Transfer From Chk Xxxxxx0419 | 40,000.00 |
| 06/11 | Fed Wire Credit Via: Bmo Harris Bank N.A./071000288 B/O: Rosenthal Collins Group Llc Chicago, IL 60606 Ref: Chase Nyc/Ctr/Bnf=Indico System Resources, Inc Dallas TX 75218-4001/Ac-000000004513 Rfb=O/B Bmo Harris B Bbi=/Time/15:58 Imad: 0611G1Qg750C003116 Trn: 4607409163Ff | 200,000.00 |
| 06/14 | Fed Wire Credit Via: Bmo Harris Bank N.A./071000288 B/O: Rosenthal Collins Group Llc Chicago, IL 60606 Ref: Chase Nyc/Ctr/Bnf=Indico System Resources, Inc Dallas TX 75218-4001/Ac-000000004513 Rfb=O/B Bmo Harris B Bbi=/Time/12:15 Imad: 0614G1Qg750C002162 Trn: 2797509166Ff | 100,000.00 |
| 06/25 | Transfer From Chk Xxxxxx0419 | 3,400.00 |
| 06/25 | Transfer From Chk Xxxxxx0419 | 100.00 |
| **Total Deposits and Additions** | | **$443,500.00** |


CHASE

June 01, 2012 through June 29, 2012
Primary Account: 000003064030419

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | 06/04 Book Transfer Debit A/C: Commerzbank Ag Germany Germany Ben:/400884202300 Sheku Kondeh Ref:/Bnf/Category 1 Same Day Value Further Credit To Sheku Kondeh 204119 5210 Trn: 1430800156Es | $40,000.00 |
| 06/07 | 06/07 Book Transfer Debit A/C: Commerzbank Ag Germany Germany Ben:/400884202300 Sheku Kondeh Ref:/Bnf/Category 1 Same Day Value Further Credit To Sheku Kondeh 204119 5210 Trn: 0046400159Es | 60,000.00 |
| 06/12 | 06/12 Book Transfer Debit A/C: Commerzbank Ag Germany Germany Ben:/400884202300 Sheku Kondeh Ref:/Bnf/Catergory 1 Same Day Value Further Credit To Sheku Kondeh 20411 95210 Trn: 0337800164Es | 205,000.00 |
| 06/14 | 06/14 Book Transfer Debit A/C: Commerzbank Ag Germany Germany Ben:/400884202300 Sheku Kondeh Ref:/Bnf/Catergory 1 Same Day Value Futher Credit To Sheku Kondeh 204119 5210 Trn: 1510400166Es | 40,000.00 |
| 06/18 | 06/18 Book Transfer Debit A/C: Commerzbank Ag Germany Germany Ben:/400884202300 Shedu Kondeh Ref:/Bnf/Category 1 Same Day Value Further Credit To Sheku Kondeh 204119 5210 Trn: 1911500170Es | 80,000.00 |
| **Total Electronic Withdrawals** | | **$425,000.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14 | 06/14 Withdrawal | $9,000.00 |
| 06/15 | Account Analysis Settlement Charge | 99.79 |
| 06/26 | Book Transfer Debit A/C: Commerzbank Ag Germany Germany Ben:/400884202300 Sheku Kondeh Ref:/Bnf/Category 1 Same Day Value Further Credit Due To Sheku Kondeh 20 41195210 Trn: 0093300177Es | 12,000.00 |
| 06/26 | Fedwire Debit Via: TD Bank, NA/031201360 A/C: Bristol 5 Group Llc Ref:/Bnf/Category 1 Same Day Cash Value Imad: 0625B1Qgc03C001167 Trn: 0102900177Es | 8,000.00 |
| **Total Fees & Other Withdrawals** | | **$29,099.79** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/04 | $110,700.39 |
| 06/07 | 50,700.39 |
| 06/11 | 250,700.39 |
| 06/12 | 45,700.39 |
| 06/14 | 96,700.39 |
| 06/15 | 96,600.60 |
| 06/18 | 16,600.60 |
| 06/25 | 20,100.60 |
| 06/26 | 100.60 |

CHASE000465

CERTIFICATE OF AUTHENTICITY OF RECORDS

I, __Lesa Moore__ (Print Name), the undersigned, do hereby certify that I am the __Custodian of Records__ (Title or Position) for __BBVA Compass__ of __701 South 32nd Street Birmingham AL__ (Address) (the "Company") and that I have reviewed the records attached hereto.

In compliance with Rule 45 of the Federal Rules of Civil Procedure, I certify as follows:

1. I have authority to certify the subject records, I have knowledge of and a business duty to record or transmit these matters on behalf of the Company;
2. The copies, consisting of __114__ pages (or other format, please list: _____) are true and correct copies and comply with the request for records described in the *subpoena duces tecum* regarding *Sledge v. Watts et al.*, U.S. District Court of Western Tennessee, Case No. 13-2578-STA;
3. The attached records constitute a certified record of regularly conducted activity of this Company and were prepared by me or someone acting under my control and under the control of the Company, in the ordinary course of business;
4. My signature on this Certification constitutes an understanding of the intention of the parties hereto to use this record as evidence provided the records herewith are made available for inspection in advane of any such offer into evidence.

Further Affiant sayeth not.

_Lesa Moore_
Signature

STATE OF __Alabama__ }
                      } ss:
COUNTY OF __Jefferson__ }

The foregoing Certification was subscribed and sworn to before me by __Lesa Moore__ on this __27th__ day of __April__, 2015.

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Feb 15, 2016
BONDED THRU NOTARY PUBLIC UNDERWRITERS

_Christine D Walsh_
Notary Public

My Commission Expires: _____

BBVACOMPAS000002

Page 2 of 3
Primary Account: 6714288707
Beginning January 1, 2015 - Ending January 31, 2015       31

**BBVA** Compass

# CLEARCHOICE FOR BUSINESS

Account Number: 6714288707 - INDICO SYSTEM RESOURCES, INC

### Activity Summary

| | |
|---|---|
| Beginning Balance on 1/1/15 | $3,148.05 |
| Deposits/Credits (0) | + $0.00 |
| Withdrawals/Debits (5) | - $1,225.12 |
| **Ending Balance on 1/31/15** | **$1,922.93** |

### Transaction History

| Date * | Check/Serial # | Description | Deposits/Credits | Withdrawals/Debits | End of Day Balance |
|---|---|---|---|---|---|
| 1/2 | | DEBIT FOR TIME WARNER    ONLINE PMT CO REF- CKF965227117POS | | $37.12 | $3,110.93 |
| 1/14 | | ONLINE OR MOBILE WIRE TRANSFER REF 20150114F2QCZ60C001949 BNF Indico System Reso | | $1,000.00 | $2,110.93 |
| 1/15 | | DEC MONTHLY SERVICE CHARGE | | $15.00 | $2,095.93 |
| 1/16 | | DEBIT FOR METRO PCS    ONLINE PMT CO REF- CKF965227117POS | | $50.00 | $2,045.93 |
| 1/27 | 905056 | CHECK CLEARED | | $123.00 | $1,922.93 |
| Ending Balance on 1/31 | | | | | $1,922.93 |
| **Totals** | | | **$0.00** | **$1,225.12** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

### Summary of Checks

*Checks listed are also displayed in the preceding Transaction History*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/27 | 905056 | $123.00 | | | | | | |

* Indicates break in check sequence

Footer Page 59 of 60.