### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
#### Western Division
#### Office of the Clerk

*Thomas M. Gould, Clerk*                                                    *Deputy-in-Charge*
*242 Federal Building*                                              *U.S. Courthouse, Room 262*
*167 N. Main Street*                                             *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                      *Jackson, Tennessee  38301*
*(901) 495-1200*                                                           *(731) 421-9200*

---

## NOTICE OF SETTING
### Before S. Thomas Anderson, United States District Judge

---

January 26, 2016

RE:     **2:13cv2578-A**
        *MARY PHILLIPA SLEDGE, et al.. v. INDICO SYSTEM RESOURCES, INC.,
        et al.*

Dear Sir/Madam:

A Hearing on **PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF...(DE#147)**  is hereby **SET** on **FRIDAY, FEBRUARY 5, 2016 at 11:00 A.M.,** in Courtroom No. 7, 9th floor of the Clifford Davis / Odell Horton Federal Building, Memphis, Tennessee.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:     s/ Terry Haley
        Terry Haley
        Case Manager to Judge S. Thomas Anderson
        901-495-1276
        terry_haley@tnwd.uscourts.gov