AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ TENNESSEE

Mary Phillipa Sledge, et al.

V.

Indico System Resources, Inc., et al.

## EXHIBIT AND WITNESS LIST

Case Number:  **2:13-cv-2578-STA**

| PRESIDING JUDGE S. Thomas Anderson | | | | | | PLAINTIFF'S ATTORNEY D. Phillips, J. Cook, A. Pietrangelo | DEFENDANT'S ATTORNEY x |
|---|---|---|---|---|---|---|---|
| TRIAL DATE (S) Motion Hearing 2/5/2016 | | | | | | COURT REPORTER Sandra Vaughn - Alpha | COURTROOM DEPUTY Terry Haley |
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* | |
| 1 | | 2/5/2016 | | √ | √ | Collective Exhibit: Binder - Exhibits for Injunction Hearing 1-12 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.