**Bank of America** ⬗⬗⬗

*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🕽 1.888.BUSINESS (1.888.287.4637)

⬚ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INDICO SYSTEM RESOURCES, INC.
SECONDARY ACCOUNT
8926 FOREST HILLS BLVD
DALLAS, TX 75218-4001

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for January 1, 2016 to January 31, 2016

Account number: ⸱ ⸱ ⸱ ⸱06

INDICO SYSTEM RESOURCES, INC.    SECONDARY ACCOUNT

## Account summary

| | |
|---|---|
| Beginning balance on January 1, 2016 | $104.46 |
| Deposits and other credits | 0.00 |
| Withdrawals and other debits | -0.00 |
| Checks | -0.00 |
| Service fees | -16.00 |
| **Ending balance on January 31, 2016** | **$88.46** |

# of deposits/credits: 0

# of withdrawals/debits: 1

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $90.00

[1]Includes checks paid,deposited items&other debits

# Make an impression.
(Without making a dent in your account.)

500 business cards $9.99



Visit vistaprint.com and enter
BOFA500 at checkout.

Expires 3.31.16. S & H charges and restrictions apply. See website for details. | Vistaprint is a part of Cimpress and its privacy, information security & information sharing practices may be different from those of Bank of America®. Bank assumes no responsibility for customer service, fulfillment or billing. By responding to this offer, you disclose to Vistaprint you are a Bank of America customer. ARQRND75

INDICO SYSTEM RESOURCES, INC.  |  Account # 4880 3913 1106  |  January 1, 2016 to January 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation

 Bank of America, N.A. Member FDIC and    Equal Housing Lender

**Bank of America** 🦅

# Your checking account

**INDICO SYSTEM RESOURCES, INC.  |  Account # · ⸱⸱⸱⸱⸱· · ⸱ ⸱·  |  January 1, 2016 to January 31, 2016**

## Service fees

Based on the activity on your business accounts for the statement period ending 12/31/15, a Monthly Fee was charged for your Business Fundamentals checking account (Primary).  You can avoid the fee in the future by meeting one of the requirements below:

**At least one of the following occurred**

○ $250+ in net new purchases on a linked Business debit card

○ $250+ in net new purchases on a linked Business credit card

○ $3,000+ minimum daily balance in primary checking account

○ $5,000+ average monthly balance in primary checking account

○ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 01/04/16 | Monthly Fee for Business Fundamentals | -16.00 |
| **Total service fees** | | **-$16.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 01/01 | 104.46 | 01/04 | 88.46 |

✔ To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet.

# We appreciate your business

To learn more about our other business products and services, please visit us at

**bankofamerica.com/smallbusiness**.

ARMJ4QYN | SSM-08-15-0436.B

INDICO SYSTEM RESOURCES, INC.  |  Account # 4880 3913 1106  |  January 1, 2016 to January 31, 2016

*Bus Platinum Privileges*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

### Customer service information

◖ 1.888.BUSINESS (1.888.287.4637)

⸝ bankofamerica.com

▰ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

INDICO SYSTEM RESOURCES, INC.
PRIMARY ACCOUNT
8926 FOREST HILLS BLVD
DALLAS, TX 75218-4001

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for January 1, 2016 to January 31, 2016

Account number: ⁴ ⸍⸝⁻ ⁻⁻⁺⁻ ⁼ ⁻96

**INDICO SYSTEM RESOURCES, INC.    PRIMARY ACCOUNT**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on January 1, 2016 | -$35.52 | # of deposits/credits: 5 |
| Deposits and other credits | 835.00 | # of withdrawals/debits: 12 |
| Withdrawals and other debits | -633.90 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $285.50 |
| **Ending balance on January 31, 2016** | **$165.58** | [1]Includes checks paid,deposited items&other debits |

# Make an impression.
## (Without making a dent in your account.)

## 500 business cards $9⁹⁹



Visit vistaprint.com and enter
**BOFA500** at checkout.

Expires 3.31.16. S & H charges and restrictions apply. See website for details.  |  Vistaprint is a part of Cimpress and its privacy, information security & information sharing practices may be different from those of Bank of America®. Bank assumes no responsibility for customer service, fulfillment or billing. By responding to this offer, you disclose to Vistaprint you are a Bank of America customer.  ARGRND75

INDICO SYSTEM RESOURCES, INC.   |   Account # 4880 3913 1096   |   January 1, 2016 to January 31, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our banking centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a banking center for information.

© 2015 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender

**Bank of America** ▰▰▰                                    **Your checking account**

**INDICO SYSTEM RESOURCES, INC.**   |   **Account #** ⋅⋅⋅⋅⋅⋅⋅⋅⋅⋅   |   **January 1, 2016 to January 31, 2016**

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/04/16 | BKOFAMERICA ATM 01/02 #000008685 DEPOSIT GREENVILLE/LOVER  DALLAS     TX | 300.00 |
| 01/04/16 | BKOFAMERICA ATM 01/03 #000009580 DEPOSIT ALBERTSONS 4289   DALLAS     TX | 200.00 |
| 01/04/16 | Fee Refund | 35.00 |
| 01/15/16 | BKOFAMERICA ATM 01/14 #000004000 DEPOSIT RICHARDSON SQUAR  RICHARDSON  TX | 200.00 |
| 01/25/16 | BKOFAMERICA ATM 01/25 #000004634 DEPOSIT ALBERTSONS 4289   DALLAS     TX | 100.00 |
| **Total deposits and other credits** | | **$835.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| | Card account # XXXX XXXX XXXX 2143 | |
| 01/11/16 | WM SUPERCENTER  01/10 #000378506 PURCHASE Wal-Mart Super Ce  GARLAND      TX | -99.52 |
| 01/11/16 | WAL-MART #1800  01/10 #000630400 PURCHASE 1801 MARKETPLACE   GARLAND      TX | -75.09 |
| 01/28/16 | SPROUTS FARMER  01/27 #000533617 PURCHASE 1343 W. CAMPBELL   RICHARDSON   TX | -33.70 |
| 01/28/16 | WAL-MART #3482  01/27 #000945700 PURCHASE 425 COIT RDAD      PLANO       TX | -31.56 |
| **Subtotal for card account # XXXX XXXX XXXX 2143** | | **-$239.87** |
| | Card account # XXXX XXXX XXXX 3995 | |
| 01/04/16 | CHECKCARD  0101 PINGO COM I BASIS 781-505-7597 MA 24231686002200751508855 CKCD 4814 XXXXXXXXXXXXX3995 XXXX XXXX XXXX 3995 | -30.00 |
| 01/05/16 | CHECKCARD  0104 PINGO COM I BASIS 781-505-7597 MA 24231686005200951539517 CKCD 4814 XXXXXXXXXXXXX3995 XXXX XXXX XXXX 3995 | -30.00 |
| 01/13/16 | CHECKCARD  0112 PINGO COM I BASIS 781-505-7597 MA 24231686013200851802031 CKCD 4814 XXXXXXXXXXXXX3995 XXXX XXXX XXXX 3995 | -30.00 |
| 01/19/16 | CHECKCARD  0118 PINGO COM I BASIS 781-505-7597 MA 24231686019200252022050 CKCD 4814 XXXXXXXXXXXXX3995 XXXX XXXX XXXX 3995 | -30.00 |
| 01/21/16 | CHECKCARD  0120 PINGO COM I BASIS 781-505-7597 MA 24231686021200251946644 CKCD 4814 XXXXXXXXXXXXX3995 XXXX XXXX XXXX 3995 | -30.00 |
| 01/22/16 | CHECKCARD  0121 COOL BOX 410 888-9438266 TX 24695886021900012435945 CKCD 4214 XXXXXXXXXXXXX3995 XXXX XXXX XXXX 3995 | -184.03 |
| 01/25/16 | CHECKCARD  0122 PINGO COM I BASIS 781-505-7597 MA 24231686023200753440623 CKCD 4814 XXXXXXXXXXXXX3995 XXXX XXXX XXXX 3995 | -30.00 |

*continued on the next page*

# We appreciate your business

To learn more about our other business products and services, please visit us at

**bankofamerica.com/smallbusiness**.

ARMJ4QYN | SSM-08-15-0436.B

INDICO SYSTEM RESOURCES, INC.   |   Account # ⟨ ⟩⟨ ⟩⟨ ⟩   |   January 1, 2016 to January 31, 2016

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 01/25/16 | CHECKCARD 0123 PINGO COM I BASIS 781-505-7597 MA 24231686024200753473243 CKCD 4814 XXXXXXXXXXX3995 XXXX XXXX XXXX 3995 | -30.00 |
| **Subtotal for card account # XXXX XXXX XXXX 3995** | | **-$394.03** |
| **Total withdrawals and other debits** | | **-$633.90** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 12/31/15:

At least one of the following occurred

- ✓ $250+ in net new purchases on a linked Business debit card
- ◯ $250+ in net new purchases on a linked Business credit card
- ◯ $3,000+ minimum daily balance in primary checking account
- ◯ $5,000+ average monthly balance in primary checking account
- ◯ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 01/01 | -35.52 | 01/13 | 234.87 | 01/22 | 190.84 |
| 01/04 | 469.48 | 01/15 | 434.87 | 01/25 | 230.84 |
| 01/05 | 439.48 | 01/19 | 404.87 | 01/28 | 165.58 |
| 01/11 | 264.87 | 01/21 | 374.87 | | |

✓   To help you BALANCE YOUR CHECKING ACCOUNT, visit bankofamerica.com/statementbalance or the Statements and Documents tab in Online Banking for a printable version of the How to Balance Your Account Worksheet

Page 1 of 4
Primary Account: ˙˙ ˙˙˙˙˙˙˙
Beginning January 1, 2016 - Ending January 31, 2016                31

## BBVA Compass

21     INDICO  SYSTEM  RESOURCES,  INC
PC     8926  FOREST  HILLS  BLVD
       DALLAS  TX  75218-4001

## Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

## Your BBVA Compass Account(s)

Please see important message regarding your
CLEARCHOICE FOR BUSINESS account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| CLEARCHOICE FOR BUSINESS | 6714288707 | ($65.39) | ($47.45) |
| **Total Deposit Accounts** | | **($65.39)** | **($47.45)** |

It's a great time of year if you are looking for capital for your business. We have a new Express loan
product for amounts up to $35,000. Call 1-800-COMPASS today to find out about potential same day
approval and next day funding.

———

**BBVA** Compass

# CLEARCHOICE FOR BUSINESS

Account Number: 6714288707 - INDICO SYSTEM RESOURCES, INC

## Account Information

Reminder: Your account is subject to applicable fees for placing change orders ("Change Order fee"). Please refer to the Miscellaneous Fee section in your Non-Consumer Deposit Account Terms and Conditions for applicable charges and additional details. If you have any questions, please contact 1-800-COMPASS.

## Activity Summary

| | |
|---|---|
| Beginning Balance on 1/1/16 | ($65.39) |
| Deposits/Credits (4) | + $442.53 |
| Withdrawals/Debits (12) | - $424.59 |
| **Ending Balance on 1/31/16** | **($47.45)** |

## Transaction History

| Date * | Check/Serial # | Description | Deposits/Credits | Withdrawals/Debits | End of Day Balance |
|---|---|---|---|---|---|
| 1/4 | | NSF CHARGE-PAID ITEM $37.12 DEBIT FOR TI ME WARNER ONLINE PMT CO REF- CKF96522711 7POS | | $38.00 | |
| 1/4 | | DEBIT FOR CHECKCARD XXXXXX5773 12/29/15 EXXONMOBIL  47848981  SEAGOVILLE  TX | | $26.53 | |
| 1/4 | | DEBIT FOR CHECKCARD XXXXXX5773 12/30/15 TACO BUENO DALLAS 6    DALLAS    TX | | $34.08 | |
| 1/4 | | DEBIT FOR CHECKCARD XXXXXX5773 12/30/15 EXXONMOBIL  47848981  SEAGOVILLE  TX | | $42.43 | |
| 1/4 | | DEBIT FOR CHECKCARD XXXXXX5773 12/31/15 TACO BUENO BALCH SPRIN  BALCH SPRINGSTX | | $28.55 | ($234.98) |
| 1/5 | | NSF CHARGE-PAID ITEM $26.53 DEBIT FOR CH ECKCARD XXXXXX5773 12/29/15 EXXONMOBIL 4 7848981 SEAGOVILLE | | $38.00 | |
| 1/5 | | NSF CHARGE-PAID ITEM $34.08 DEBIT FOR CH ECKCARD XXXXXX5773 12/30/15 TACO BUENO D ALLAS 6 DALLAS | | $38.00 | |
| 1/5 | | NSF CHARGE-PAID ITEM $42.43 DEBIT FOR CH ECKCARD XXXXXX5773 12/30/15 EXXONMOBIL 4 7848981 SEAGOVILLE | | $38.00 | |
| 1/5 | | NSF CHARGE-PAID ITEM $28.55 DEBIT FOR CH ECKCARD XXXXXX5773 12/31/15 TACO BUENO B ALCH SPRIN BALCH SPRIN | | $38.00 | |
| 1/5 | | CARD INVESTGTN CREDIT ADJ FOR 9219185773 BKCRD SECURITY DISPUTE CLAIM 21600200008 # | $201.62 | | ($185.36) |
| 1/6 | | REFUND OF NSF/OD FEES OPS COMPLIANCE SUPPORT FOR REG-E DISPUTE | $114.00 | | ($71.36) |
| 1/15 | | DEBIT FOR METRO PCS     ONLINE PMT CO REF- CKF965227117POS | | $50.00 | |
| 1/15 | | ONLINE BANKING TRANSFER FR ACCT *7492 | $80.00 | | |
| 1/15 | | CARD INVESTGTN CREDIT ADJ FOR 9219185773 BKCRD SECURITY DISPUTE CLAIM 21601500084 # | $46.91 | | |
| 1/15 | | DEC MONTHLY SERVICE CHARGE | | $15.00 | ($9.45) |

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|--------|------|-------------|---------|---------|---------|
| 1/19 | | NSF CHARGE-PAID ITEM $50.00 DEBIT FOR ME TRO PCS ONLINE PMT CO REF- CKF965227117P OS | | $38.00 | ($47.45) |
| Ending Balance on 1/31 | | | | | ($47.45) |
| **Totals** | | | **$442.53** | **$424.59** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

Page 4 of 4
Primary Account.
Beginning January 1, 2016 - Ending January 31, 2016                31

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

**Step 5** • Enter the "current balance" shown on this statement
- Add total from Step 3
- Subtotal
- Subtract total from Step 4
- This balance should equal your register balance
- If it does not agree, see steps below    $

If your account does not balance, review the following:
- Check all your addition and subtraction above in your register.
- Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
- Amounts of deposits and withdrawals on this statement should match your register entries.
- If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM's) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM's via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank. Member FDIC.

# STIFEL

166333 83167 27723 D16538 88NR0C001
INDIGO SYSTEM RESOURCES INC
ATTN DR C LEAL T WATTS III
8926 FOREST HILLS BLVD
DALLAS TX 75218-4001



*Your Financial Advisor:*
CHRISTOPHER BLACK
Telephone: (214)706-9450

*Office Servicing Your Account:*
5956 SHERRY LANE
SUITE 875
DALLAS, TX 75225-8019

STIFEL PRESTIGE℠ ACCOUNT STATEMENT

Page 1 of 6
TX25 1617-8517

Account Number:

October 1 –
October 31, 2015

## PRIMARY INVESTMENT OBJECTIVE: Growth
## RISK TOLERANCE: Aggressive

For a full definition of this objective and risk tolerance, including the use of margin, please see www.stifel.com, IMPORTANT DISCLOSURES, or contact your Financial Advisor. If you have any questions concerning your investment objective or risk tolerance, or wish to make a change, please contact your Financial Advisor, or the Branch Manager for this office.

## TRADING TAX LOT RELIEF METHOD: First In, First Out

## INVESTOR UPDATE

Risk and reward. When it comes to investing, these two concepts are closely related. This month's Investment Strategist takes a look at how different types of risk can impact your portfolio, as well as strategies to help you pursue your goals according to your tolerance for risk.

## ACCOUNT PROTECTION

Stifel, Nicolaus & Company, Incorporated provides up to $150 million of coverage for securities held in client accounts, of which $1.15 million may be in cash deposits. Ask your Financial Advisor for more details.

Thank you for allowing Stifel Nicolaus to serve you. In order to protect your rights, including rights under the Securities Investor Protection Act (SIPA), please promptly report, in writing, any inaccuracies or discrepancies in this account or statement to the Compliance Department of Stifel Nicolaus at the address below. If you have any questions regarding your account or this statement, please contact your Financial Advisor or the Branch Manager for this office. For additional information regarding your Stifel account, please refer to the current Stifel Account Agreement and Disclosure Booklet, which is available at www.stifel.com/disclosures/account-agreement and the enclosed Investment Strategist newsletter.

¹Stifel, Nicolaus & Company, Incorporated | Member SIPA & NYSE | www.stifel.com | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102

### YOUR STIFEL ACCOUNT SUMMARY

| | October 31 | September 30 |
|---|---|---|
| Cash Equivalents | 746.37 | 751.36 |
| Net Portfolio Assets held at Stifel | | |
| Net Portfolio Assets not held at Stifel | | |
| **Net Portfolio Value** | **$746.37** | **$751.36** |

### YOUR CHANGE IN PORTFOLIO VALUE

| | October 31 | September 30 |
|---|---|---|
| Net Cash Flow (Inflows/Outflows) ² | -5.00 | -5.00 |
| Securities Transferred In/Out | | |
| Income and Distributions | 0.01 | 0.01 |
| Change in Securities Value | | |
| **Net Change In Portfolio Value** | **-$4.99** | **-$4.99** |

² Does not include cost or proceeds for buy or sell transactions.

### YOUR ASSET SUMMARY

| | Value on October 31, 2015 ($) | Percentage of your account |
|---|---|---|
| A Net Cash Equivalents | 746.37 | 100.00% |
| **Total Assets** | **$746.37** | **100.00%** |



A



# STIFEL
125 YEARS

INDICO SYSTEM RESOURCES INC
ATTN DR CLEAL T WATTS III

October 1 -
October 31, 2015
Account Number:

## ASSET SUMMARY

### Value as of **October 31, 2015**

| | At Stifel | Not at Stifel | Total | % of assets * | | Gains/(-)Losses | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Unrealized | Realized This Period | Year-to-date |
| Cash | | | | | | | | |
| Money Market Funds | 746.37 | | 746.37 | 100.00% | | | | |
| Margin Balance | | | | | | | | |
| **A. Net Cash Equivalents** | **$746.37** | | **$746.37** | **100.00%** | | | | |
| B  Equities | | | | | | | | |
| C. Preferreds | | | | | | | | |
| D  Municipal Bonds | | | | | | | | |
| E. Corporate/Gov Bonds | | | | | | | | |
| F. Mutual Funds | | | | | | | | |
| G. Unit Investment Trusts | | | | | | | | |
| H. Insurance Products | | | | | | | | |
| I. Alternative Investments | | | | | | | | |
| J. Other Investments | | | | | | | | |
| **Net Portfolio Assets** | **$0.00** | **$0.00** | **$0.00** | **0.00%** | | **$0.00** | **$0.00** | **$0.00** |
| **Net Portfolio Value** | **$746.37** | **$0.00** | **$746.37** | **100.00%** | | **$0.00** | **$0.00** | **$0.00** |

## INCOME & DISTRIBUTION SUMMARY

| | Security Type | Year-to-date | This period |
| --- | --- | --- | --- |
| Dividends | Tax-Exempt | | |
| | Taxable | 0.10 | 0.01 |
| Interest | Tax-Exempt | | |
| | Taxable | | |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other | | | |
| **Total Income & Distributions** | | **$0.10** | **$0.01** |

## INFORMATION SUMMARY

| | Security Type | Year-to-date | This period |
| --- | --- | --- | --- |
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

* Please note "% of assets" figures are shown gross of any amounts owed to Stifel and/or net short positions.

166324_83167_27723_D16538_SSNR00201

# STIFEL
25 YEARS
1890 · 2015

INDICO SYSTEM RESOURCES INC
ATTN DR CLEAL T WATTS III

October 1 -
October 31, 2015
Account Number:

Page 4 of 6

## ACTIVITY SUMMARY

| Type of Activity | Activity | Year-to-date | This period | | Cash | Money Market | | Margin |
|---|---|---|---|---|---|---|---|---|
| | | | | CASH EQUIVALENTS | | | | |
| | Opening Balance - Net Cash Equivalents | | $751.36 | | $0.00 | $751.36 | | $0.00 |
| Buy and Sell Transactions | Assets Bought | | | | | | | |
| | Assets Sold/Redeemed | | | | | | | |
| Deposits | Deposits Made To Your Account | | | | | | | |
| Withdrawals | Withdrawals From Your Account | | | | | | | |
| Income and Distributions | Income and Distributions | 0.10 | 0.01 | | 0.01 | | | |
| Money Market Activity | Money Market Activity | | | | 4.99 | -4.99 | | |
| Margin Interest | Margin Interest Charged | | | | | | | |
| Other | Other Transactions | -50.00 | -5.00 | | -5.00 | | | |
| Cash Management Activity | Card Activity | | | | | | | |
| | ACH/ATM Activity | | | | | | | |
| Checkwriting Activity | Checks You Wrote | | | | | | | |
| | Closing Balance - Net Cash Equivalents | | $746.37 | | $0.00 | $746.37 | | $0.00 |
| Securities Transferred | Securities Transferred In/Out | | | | | | | |

## ACTIVITY DETAILS

| | | This period | | Cash | Money Market | | Margin |
|---|---|---|---|---|---|---|---|
| | | | CASH EQUIVALENTS | | | | |
| | Opening Balance - Net Cash Equivalents | $751.36 | | $0.00 | $751.36 | | $0.00 |

### Income and Distributions

| Date | Activity | Quantity | Description | Total | Cash | Money Market | Margin |
|---|---|---|---|---|---|---|---|
| 10/30/2015 | Dividend | | GENERAL MONEY MARKET | 0.01 | 0.01 | | |
| | | | 103015         746 | | | | |
| | | | CUSIP: 09999211 | | | | |
| **Total Income and Distributions** | | | | **$0.01** | **$0.01** | | |

### Money Market Activity

| Date | Activity | | Description | Total | Cash | Money Market | Margin |
|---|---|---|---|---|---|---|---|
| 10/30/2015 | Purchase | | GENERAL MONEY MARKET | | -0.01 | 0.01 | |
| 10/30/2015 | Sale | | GENERAL MONEY MARKET | | 5.00 | -5.00 | |
| **Total Money Market Activity** | | | | **$0.00** | **$4.99** | **-$4.99** | |

166336 83168  27723 D16538 SSNR00301

# STIFEL

INDICO SYSTEM RESOURCES INC
ATTN DR CLEAL T WATTS III

October 1 -
October 31, 2015
Account Number:

Page 5 of 6

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. Prices obtained from outside sources are considered reliable but are not guaranteed by Stifel. Actual prices may vary, and upon sale you may receive more or less than your original purchase price. Contact your Financial Advisor for current price quotes. Gain/Loss is provided for informational purposes only. Cost basis may be adjusted for, but not limited to, amortization, accretion, principal paydowns, capital changes, listed option premiums, gifting rules, inheritance step-up, or wash sales. The Gain/Loss information should not be used for tax preparation without the assistance of your tax advisor. Lot detail quantity displayed is truncated to the one thousandth of a share.

## NET CASH EQUIVALENTS

| | Current value | Cost Basis | Estimated Annualized Income | Estimated Yield % |
|---|---|---|---|---|
| GENERAL MONEY MARKET | 746.37 | 746.37 | 0.07 | 0.01% |
| **Total Net Cash Equivalents** | **$746.37** | **$746.37** | **$0.07** | **0.01%** |

Balances in the Insured Bank Program or in any money market fund offered as an available fund for Cash Investment Services at Stifel can be liquidated upon request and returned to your brokerage account or remitted directly to you.

**No portfolio asset detail to report**

| **Total Net Portfolio Value** | **$746.37** | **$746.37** | **$0.07** | **0.01%** |

166335 83168  27723 D165JM SSNR0/301

# 125 YEARS 1890-2015 STIFEL

INDICO SYSTEM RESOURCES INC
ATTN DR CLEAL T WATTS III

October 1 -
October 31, 2015
Account Number:

## ACTIVITY DETAILS continued

### CASH EQUIVALENTS continued

**Other Transactions**

| Date | Activity | Quantity | Price | Description | Total | Cash | Money Market | Margin |
|---|---|---|---|---|---|---|---|---|
| 10/30/2015 | Fee | | | PLUS ACCOUNT MONTHLY FEE | -5.00 | -5.00 | | |
| **Total Other Transactions** | | | | | **-$5.00** | **-$5.00** | | |

| | | This period | Cash | Money Market | Margin |
|---|---|---|---|---|---|
| **Closing Balance - Net Cash Equivalents** | | **$746.37** | **$0.00** | **$746.37** | **$0.00** |



166337 63169 27723 D16538 SSNR00301

October 1 -
October 31, 2015
Account Number:

STIFEL

YEARS

THIS PAGE INTENTIONALLY LEFT BLANK

16G338 B316H 77723 D16538 SSNR00J01

Page 1 of 4
Primary Account: ~~6734367492~~
Beginning January 4, 2016 - Ending February 3, 2016                    03

**BBVA** Compass

21   CLEAL  WATTS
PC   8926  FOREST  HILLS  BLVD
     DALLAS  TX  75218

### Contacting Us

Available by phone 24/7

Phone  1-800-266-7277

Online  bbvacompass.com

Write  BBVA Compass
      Customer Service
      P.O. Box 10566
      Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| BBVA COMPASS CLEARCHOICE FREE CHECKING | 6734367492 | $1,700.47 | $1,159.47 |
| **Total Deposit Accounts** | | **$1,700.47** | **$1,159.47** |

**BBVA** Compass

# BBVA COMPASS CLEARCHOICE FREE CHECKING

Account Number: 6734367492 - CLEAL WATTS

## Activity Summary

| | |
|---|---|
| Beginning Balance on 1/4/16 | $1,700.47 |
| Deposits/Credits (3) | + $917.59 |
| Withdrawals/Debits (28) | - $1,458.59 |
| **Ending Balance on 2/3/16** | **$1,159.47** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 1/4 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010101/04/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $30.64 | |
| 1/4 | | DEBIT  FOR CHECKCARD XXXXXX0130 12/31/15 CHILI'S CASA LINDA      DALLAS      TX | | $14.00 | |
| 1/4 | | DEBIT  FOR CHECKCARD XXXXXX0130 12/31/15 DISCOUNT-TIRE-CO TXD-22 DALLAS      TX | | $24.00 | |
| 1/4 | | CHECKCARD PURCHASE   - FIESTA MART #74 VISA   6896550101/04/16 CARD XXXXXX0130 POS -AT 11445 GARLAND ROAD DALLAS   TX | | $65.00 | |
| 1/4 | | CHECK CLEARED | | $400.00 | |
| 1/4 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010101/04/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $14.95 | |
| 1/4 | | CHECKCARD PURCHASE   - TARGET T-1784 VISA 2178412301/04/16 CARD XXXXXX0130 POS -AT 6419 Skillman St  Dallas   TX | | $55.87 | $1,096.01 |
| 1/5 | | CHECKCARD PURCHASE   - 7-ELEVEN 35403 VISA 1336490101/05/16 CARD XXXXXX0130 POS -AT 7-ELEVEN 35403    DALLAS   TX | | $5.00 | |
| 1/5 | | DEBIT  FOR CHECKCARD XXXXXX0130 01/03/16 JAKK'S          QSR DALLAS    TX | | $9.58 | |
| 1/5 | | DEBIT  FOR CHECKCARD XXXXXX0130 01/03/16 ALBERTSONS STO00042895 DALLAS      TX | | $89.03 | $992.40 |
| 1/11 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010101/09/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $14.30 | |
| 1/11 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010001/11/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $23.48 | $954.62 |
| 1/15 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010101/14/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $21.64 | |
| 1/15 | | ONLINE BANKING TRANSFER TO ACCT *8707 | | $80.00 | |
| 1/15 | | BRANCH DEPOSIT | $400.00 | | |
| 1/15 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010001/15/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $148.81 | |
| 1/15 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010101/15/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $12.85 | $1,091.32 |
| 1/19 | | DEBIT  FOR CHECKCARD XXXXXX0130 01/18/16 WM SUPERCENTER #5021    DALLAS    TX | | $129.32 | $962.00 |

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 1/20 | | DEBIT FOR CHECKCARD XXXXXX0130 01/18/16 JAKK'S      QSR DALLAS   TX | | $15.97 | |
| 1/20 | | CHECKCARD PURCHASE   - PAYPAL *VALERIE9 VISA   5943971201/20/16 CARD XXXXXX0130 POS -AT 2211 North First StSan Jose CA | | $5.00 | $941.03 |
| 1/21 | | CREDIT FOR CHECKCARD XXXXXX0130 01/18/16 WAL-MART #5021      DALLAS    TX | $17.59 | | $958.62 |
| 1/25 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010101/25/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $8.79 | $949.83 |
| 1/26 | | CHECKCARD PURCHASE   - PAYPAL *MJ5768 M VISA   8672990201/26/16 CARD XXXXXX0130 POS -AT 2211 North First StSan Jose CA | | $24.00 | $925.83 |
| 1/28 | | DEBIT FOR CHECKCARD XXXXXX0130 01/27/16 PINGO COM I BASIS     781-505-7597 MA | | $10.00 | $915.83 |
| 1/29 | | BRANCH DEPOSIT | $500.00 | | |
| 1/29 | | DEBIT FOR CHECKCARD XXXXXX0130 01/28/16 PINGO COM I BASIS     781-505-7597 MA | | $30.00 | $1,385.83 |
| 2/1 | | DEBIT FOR CHECKCARD XXXXXX0130 01/29/16 SIGVARIS INC      770-6322944 GA | | $151.55 | $1,234.28 |
| 2/2 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010102/02/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $10.95 | |
| 2/2 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010002/02/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $8.88 | $1,214.45 |
| 2/3 | | DEBIT FOR CHECKCARD XXXXXX0130 02/02/16 PINGO COM I BASIS     781-505-7597 MA | | $30.00 | |
| 2/3 | | CHECKCARD PURCHASE   - AMAZON.COM VISA 0000010102/03/16 CARD XXXXXX0130 POS -AT AMAZON.COM      SEATTLE  WA | | $24.98 | $1,159.47 |
| Ending Balance on 2/3 | | | | | $1,159.47 |
| **Totals** | | | **$917.59** | **$1,458.59** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

| Periodic Non-sufficient Funds and Overdraft Charge Summary | Total this Period | Total 2016 YTD |
|---|---|---|
| Total overdraft (OD) fees (includes NSF-paid item charges and extended OD charges) | $0.00 | $0.00 |
| NSF-returned item charges | $0.00 | $0.00 |

## Summary of Checks

*Checks listed are also displayed in the preceding Transaction History*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/4 | | $400.00 | | | | | | |

* Indicates break in check sequence

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Step 3 Total | | $ | |

| Date/Description | Check # | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Step 4 Total | | $ | |

## Balancing Your Register to this Statement

| Step 5 | •Enter the "current balance" shown on this statement | |
|---|---|---|
| | •Add total from Step 3 | |
| | •Subtotal | |
| | •Subtract total from Step 4 | |
| | •This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
- Check all your addition and subtraction above in your register.
- Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
- Amounts of deposits and withdrawals on this statement should match your register entries.
- If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** (for consumer accounts only)
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35298. Or simply call your local customer service number printed on the front of this statement or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM's) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM's via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from your checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank. Member FDIC.