RECEIVED

16 FEB 16 AM 2: 20

FedEx Express US Airbill

**FedEx** Express

**NEW Package**

fedex.com 1.800.GoFedEx 1.800.463.3339

1 From

Date

Sender's Name

Company

Address

City DALLAS   State TX   ZIP 75248

FedEx Tracking Number 8022 7543 5780

Phone

2 Your Internal Billing Reference

3 To

Recipient's Name US District Court

Company WeSTERN DISTRICT of TENNESSEE
ATT S Thomas Anders

Address FedERAL BuildIng
167 N MAIN St. 242

City MEMPHIS   State TN   ZIP 38115

Dept./Floor/Suite/Room

Phone

4 Express Package Service
NOTE: Service order

Next Business

FedEx First Overnight
Earliest next business

FedEx Priority Overnight
Next business morning

FedEx Standard Overnight
Next business afternoon
Saturday Delivery NO

5 Packaging

FedEx Envelope

6 Special Handling

SATURDAY Delivery
NOT available for Fed

7 Payment Bill...

Sender   Recipient   Third Party   Credit Card   Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

Total Packages   Total Weight   lbs.

Rev. Date 1/12 • Part #167002 • ©2012 FedEx • PRINTED IN U.S.A.   SRF

8022 7543 5780

ORIGIN ID:DALA

SHIP DATE: 13FEB16
ACTWGT: 0.50 LB
CAD: /PDS1622
DIMS: 0x0x0 IN

BILL SENDER

TO  WESTERN DISTRICK OF TENNESSEE
US DISTRICT COURT, WESTERN DIS
167 N MAIN ST
STE 242, ATTN: S THOMAS ANDERS
MEMPHIS TN 38103
(999) 999-9999

UNITED STATES US

REF:
DEPT:

TRK# 0200   8022 7543 5780

XH NQAA

MON - 15 FEB 10:30A
PRIORITY OVERNIGHT

38103
TN-US MEM

**FedEx** Express

J161016010401uv