IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

   Plaintiffs,

v.                      Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

   Defendants.

**PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

Come now Plaintiffs' Mary Phillipa Sledge, Mary Jane Pidgeon Sledge Trust, and Pidgeon Sledge Family Limited Partnership ("Plaintiffs") and, pursuant to TENN. CODE ANN. § 47–18–109(e)(1) and Order of this Court, move this Court to award Plaintiffs $215,580.83 as a reasonable attorneys' fee.  In support hereof and filed contemporaneously herewith, Plaintiffs file their Memorandum of Law, declarations of Darrell Phillips and Robert L. Crawford, as well as a spreadsheet listing hours, fees and expenses charged for each aspect of this litigation (as required by Local Rule 54.1(1)).

                   Respectfully Submitted,

                   /s/  Darrell N. Phillips_____
                   PIETRANGELO COOK PLC
                   Anthony C. Pietrangelo BPR # 15596
                   John J. Cook BPR # 17725
                   Darrell N. Phillips BPR #30299
                   6410 Poplar Avenue, Suite 190
                   Memphis, TN38119

                                                                      901.685.2662
                                                                      901.685.6122 (fax)
                                                                      *dphillips@pcplc.com*
                                                                    **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 10th day of March, 2016, a copy of the foregoing electronically submitted document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Cleal Watts, III              Indico Systems Resources, Inc.
8926 Forest Hills Blvd.      8926 Forest Hills Blvd.
Dallas, TX 75218            Dallas, TX 75218

                                                   /s/ Darrell N. Phillips