IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

 Plaintiffs,

v.               Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

 Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

   This cause came before the Court upon Plaintiffs' Motion for Attorney's Fees. (ECF No. 157). Defendants have not responded to the Motion within the requisite time. The Court, in an earlier Order, has already determined that Plaintiffs are entitled to recover their reasonable attorneys' fees pursuant to the Tennessee Consumer Protection Act. (ECF No. 155). Upon reviewing Plaintiffs' Motion and supporting materials, and in consideration of the record as a whole, this Court finds that the attorney's fee award sought by Plaintiffs, in the amount of $215,580.83, is appropriate and reasonable and that Plaintiffs' Motion should be granted.

2

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion for Attorney's Fees is **GRANTED** and that Plaintiffs shall be awarded attorney's fees in the amount of $215,580.83.

IT IS SO ORDERED, this 14th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　**s/ S. Thomas Anderson**
　　　　　　　　　　　　　　　　　　　　S. THOMAS ANDERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE