UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **MARY PHILLIPA SLEDGE, MARY JANE PIDGEON SLEDGE TRUST, and PIDGEON SLEDGE FAMILY LIMITED PARTNERSHIP** | JUDGMENT IN A CIVIL CASE |
| v. | |
| **INDICO SYSTEM RESOURCES, INC. and CLEAL WATTS, III** | CASE NO: 13-2578-A |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiffs' Motion For Summary Judgment And For Permanent Injunctive Relief enter on February 29, 2016, Order Granting Plaintiffs' Motion For Attorney's Fees entered on April 14, 2016, and Order Finding Defendant In Contempt And Assessing Sanctions entered on May 12, 2016, Judgment is entered in favor of the Plaintiffs in the amount of $22,232,700.00. Attorney's Fees are awarded in the amount of $215,580.83, and Sanctions are imposed in the amount of $180.00. This cause is hereby dismissed.

APPROVED:

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT

| | |
|---|---|
| May 13, 2016 | s/ Thomas M. Gould |
| Date | Clerk of Court |
| | |
| | s/ Terry Haley |
| | (By) Deputy Clerk |