IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY PHILLIPA SLEDGE, MARY
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP,

    Plaintiffs,

v.                                                    Case No. 2:13-cv-2578-STA-cgc

INDICO SYSTEM RESOURCES, INC. and
CLEAL WATTS, III,

    Defendants.

## PRAECIPE

TO THE CLERK OF COURTS:

Pursuant to 28 U.S. Code § 1963, please provide a Clerk's Certification of a Judgment to be Registered in Another District (Form AO 451, attached as Exhibit A hereto) certifying that a judgment has been entered in favor of Plaintiffs in the amount of $22,232,700.00, attorney's fees in the amount of $215,580.83, and sanctions in the amount of $180.00 in the above-captioned matter. (ECF No. 160).

                                                    Respectfully Submitted,

                                                    /s/  Darrell N. Phillips_____
                                                    PIETRANGELO COOK PLC
                                                    Anthony C. Pietrangelo BPR # 15596
                                                    John J. Cook BPR # 17725
                                                    Darrell N. Phillips BPR #30299

2

        6410 Poplar Avenue, Suite 190
        Memphis, TN38119
        901.685.2662
        901.685.6122 (fax)
        *dphillips@pcplc.com*
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of June, 2016, a copy of the foregoing electronically submitted document was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

| | |
|---|---|
| Cleal Watts, III | Indico Systems Resources, Inc. |
| 8926 Forest Hills Blvd. | 8926 Forest Hills Blvd. |
| Dallas, TX 75218 | Dallas, TX 75218 |

        /s/ Darrell N. Phillips

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* _____ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*