AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| MARY PHILLIPA SLEDGE, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-2578-STA-cgc |
| INDICO SYSTEMS RESOURCES, INC., et al | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      05/13/2016      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:      06/20/2016

CLERK OF COURT

s/Anthony Johnson
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

MARY PHILLIPA SLEDGE, MARY                   JUDGMENT IN A CIVIL CASE
JANE PIDGEON SLEDGE TRUST, and
PIDGEON SLEDGE FAMILY LIMITED
PARTNERSHIP

v.

INDICO SYSTEM RESOURCES, INC. and       CASE NO: 13-2578-A
CLEAL WATTS, III

---

**DECISION BY COURT.**  This action came to consideration before the
Court.  The issues have been considered and a decision has been
rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order
Granting Plaintiffs' Motion For Summary Judgment And For Permanent
Injunctive Relief enter on February 29, 2016, Order Granting
Plaintiffs' Motion For Attorney's Fees entered on April 14, 2016,
and Order Finding Defendant In Contempt And Assessing Sanctions
entered on May 12, 2016, Judgment is entered in favor of the
Plaintiffs in the amount of $22,232,700.00.  Attorney's Fees are
awarded in the amount of $215,580.83, and Sanctions are imposed in
the amount of $180.00.  This cause is hereby dismissed.

APPROVED:

_s/ S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT

_May 13, 2016_                    s/ Thomas M. Gould
Date                              Clerk of Court

                                  s/ Terry Haley
                                  (By)  Deputy Clerk