

Thomas M. Gould
*Clerk of Court*

## United States District Court
## Western District of Tennessee

Federal Building
167 North Main Street, Suite 242
Memphis, Tennessee 38103

*901-495-1200 (Telephone)*
*901-495-1250 (Facsimile)*
*Tom_Gould@tnwd.uscourts.gov*

Federal Building
111 South Highland, Room 262
Jackson, Tennessee 38301

*731-421-9200 (Telephone)*
*731-421-9210 (Facsimile)*

Date  January 12, 2017

NOTICE:   Retrieval of Exhibits in Case Number : 2:13cv2578

Dear Counsel:

Our records indicate a final determination of the above styled case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within
> Which to withdraw exhibits in the clerk's custody. In the event the exhibits are not
> So withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

If you are interested in retrieving the exhibits entered by you in this case, you must contact the Memphis Clerk's office at 901-495-1200 within 10 days from the date of this letter to make arrangements for said retrieval. We require a two (2) days notice in order to have the exhibits ready for pick-up. You must physically retrieve and sign for the exhibits. Absent communication from you, the exhibits will be destroyed.

Thank You.

Best Regards,                                          SEE ATTACHED SHEET(S)

Thomas M. Gould
CLERK OF COURT

By:  ___s/ J. Easley_____
Deputy Clerk

Case 2:13-cv-02578-STA-cgc   Document 35   Filed 12/03/14   Page 1 of 1   PageID 487

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

MARY PHILLIPA SLEDGE

V.

CLEAL WATTS, III, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 2:13-cv-2578-STA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| S. Thomas Anderson | A. Pietrangelo, D. Phillips | B. McMullen, L. Patterson, M. Wu |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion Hearing 12/2/2014 | Mark Dodson | Terry Haley |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| ✓ | | 12/2/2014 | ✓ | | | **Mary Phillipa Sledge** |
| 1 | | 12/2/2014 | | ✓ | ✓ | Email dated 11/29/2011 Bates stamp S00166-167 |
| 2 | | 12/2/2014 | | ✓ | ✓ | Email dated 12/10/2011 Bates stamp S00181, SS00180, SS00182 |
| 3 | | 12/2/2014 | | ✓ | ✓ | Email dated 2/1/2012 from Phillipa Sledge |
| 4 | | 12/2/2014 | | ✓ | ✓ | Email dated 2/20/2012 from Phillipa Sledge |
| 5 | | 12/2/2014 | | ✓ | ✓ | Email dated 3/2/2012 Bates stamp S00119 |
| 6 | | 12/2/2014 | | ✓ | ✓ | Email dated 4/9/2012 Bates stamp S00021-26 |
| 7 | | 12/2/2014 | | ✓ | ✓ | Email dated 9/16/2012 from Dr. Cleal Watts |
| 8 | | 12/2/2014 | | ✓ | ✓ | Email dated 11/29/2012 from Phillipa Sledge |
| 9 | | 12/2/2014 | | ✓ | ✓ | Email dated 9/26/2012 from Phillipa Sledge w/ attachment |
| 10 | | 12/2/2014 | | ✓ | ✓ | Email dated 10/16/2012 from Dr. Cleal Watts w/ attachments |
| 11 | | 12/2/2014 | | ✓ | ✓ | Email dated 10/20/2012 from Dr. Cleal Watts |
| 12 | | 12/2/2014 | | ✓ | ✓ | Email dated 12/4/2012 from Dr. Cleal Watts w/ attachments Bates stamped S00005-9 |
| 13 | | 12/2/2014 | | ✓ | ✓ | Email dated 2/18/2013 from Dr. Cleal Watts |
| 14 | | 12/2/2014 | | ✓ | ✓ | Email dated 3/6/2013 from Dr. Cleal Watts |
| | 15 | 12/2/2014 | | ✓ | ✓ | Email dated 5/29/2013 from Dr. Cleal Watts |
| | 16 | 12/2/2014 | | ✓ | ✓ | Email dated 3/24/2012 from Dr. Cleal Watts |
| | 17 | 12/2/2014 | | ✓ | ✓ | INDICO SYSTEM RESOURCES, INC. Soft Corporate Offer dated 11/22/2011 |
| ✓ | | 12/2/2014 | ✓ | | | **Cameron Spivey, CPA** |
| | | | | | | T.H. 12/3/2014 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __TENNESSEE__

Mary Phillipa Sledge

V.

Cleal Watts, III, et al.

## EXHIBIT AND WITNESS LIST

Case Number: **2:13-cv-2578-STA**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| S. Thomas Anderson | D. Phillips | R. Townley |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion(s) Hearing 1/15/2016 | Mark Dodson | Terry Haley |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
|  | 1 | 1/15/2016 |  | ✓ | ✓ | Letter from Cleal T. Watts, III, MD as to reason for absence / illness |

*(signature) 1-19-2016*

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __TENNESSEE__

Mary Phillipa Sledge, et al.

V.

Indico System Resources, Inc., et al.

## EXHIBIT AND WITNESS LIST

Case Number: 2:13-cv-2578-STA

| PRESIDING JUDGE S. Thomas Anderson | PLAINTIFF'S ATTORNEY D. Phillips, J. Cook, A. Pietrangelo | DEFENDANT'S ATTORNEY x |
|---|---|---|
| TRIAL DATE(S) Motion Hearing 2/5/2016 | COURT REPORTER Sandra Vaughn - Alpha | COURTROOM DEPUTY Terry Haley |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| 1 | | 2/5/2016 | | ✓ | ✓ | Collective Exhibit: Binder - Exhibits for Injunction Hearing 1-12 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages